# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>RESIDEO TECHNOLOGIES, INC., MICHAEL G. NEFKENS and JOSEPH D. RAGAN III,<br><br>        Defendants. | No. 0:19-cv-02863-WMW-KMM |
| HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RESIDEO TECHNOLOGIES, INC., MICHAEL G. NEFKENS, and JOSEPH D. RAGAN III,<br><br>       Defendants. | No. 0:19-cv-02889-WMW-KMM |
| FRAMPTON LIVING TRUST, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RESIDEO TECHNOLOGIES, INC.; MICHAEL G. NEFKENS; and JOSEPH D. RAGAN III,<br><br>       Defendants. | No. 0:19-cv-03133-WMW-KMM |
| GABELLI ASSET FUND, THE, on behalf of themselves and all others similarly situated; GABELLI DIVIDEND & INCOME TRUST, THE, on behalf of | No. 0:20-cv-00094-WMW-KMM |

themselves and all others similarly situated; GABELLI EQUITY TRUST, INC., THE, on behalf of themselves and all others similarly situated; GABELLI MULTIMEDIA TRUST INC., THE, on behalf of themselves and all others similarly situated; GABELLI VALUE 25 FUND INC., THE, on behalf of themselves and all others similarly situated; GAMCO INTERNATIONAL SICAV, on behalf of themselves and all others similarly situated; and GAMCO ASSET MANAGEMENT INC., on behalf of themselves and all others similarly situated;

       Plaintiffs,

v.

RESIDEO TECHNOLOGIES, INC.; HONEYWELL TECHNOLOGIES INC.; MICHAEL G. NEFKENS; and JOSEPH D. RAGAN, III;

       Defendants.

---

**ORDER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

On January 14, 2020, lead plaintiff movants the Gabelli Plaintiffs, the Naya Group and the Alaska & Oklahoma Group[1] filed stipulations (the "Stipulations") concerning the appointment of Lead Plaintiffs and additional class representatives in the above-captioned

---

[1] The Gabelli Plaintiffs consist of the following parties: The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Equity Trust Inc., The Gabelli Focus Five Fund, The Gabelli Multimedia Trust Inc., The Gabelli Value 25 Fund Inc., GAMCO International SICAV, and GAMCO Asset Management Inc. The Naya Group consists of the following movants: Naya 1740 Fund. Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP and Nayawood LP. The Alaska & Oklahoma Group consists of Alaska Electrical Pension Fund and Oklahoma Firefighters Pension and Retirement System.

class actions (the "Actions"), consolidation of the actions, and approval of counsel.[2] For the reasons stated in the Stipulations and for good cause shown, the Court GRANTS the requests set forth in the Stipulations.

**IT IS HEREBY ORDERED:**

1. The Actions and any later-filed related actions shall be consolidated into a single class action (the "Consolidated Action") under the title *In re Resideo Technologies, Inc. Securities Litigation*. All orders, pleadings, motions, and other documents served or filed in this Consolidated Action shall have the caption *In re Resideo Technologies, Inc. Securities Litigation*," Case No. 19-cv-2863 (WMW/KMM). The individual Actions shall remain open, but all filings will take place in the Consolidated Action. The Clerk of Court is directed to add all the parties and their attorneys from Case Nos. 19cv2889 (WMW/KMM); 19cv3133 (WMW/KMM); and 20cv94 (WMW/KMM) to the docket for the newly renamed Consolidated Action. All *pro hac vice* admissions made in all of the individual Actions are valid for the Consolidated Action;

2. As of the date of this Order, all documents will be filed in the Consolidated Action, Case No. 19-cv-2863 (WMW/KMM). The files in this Consollidated Action will be maintained under Master File No. 19cv2863 (WMW/KMM), and all future orders, pleadings, motions and other documents when docketed in the Master file shall be deemed to as lobe filed and docketed in the related individual Actions. When any

---

[2] The Stipulations are filed in the individual actions at the following docket entries: (1) for Case No. 19-cv-2863, ECF No. 35; (2) for Case No. 19-cv-2889, ECF No. 24; (3) for Case No. 19cv3133, ECF No. 21; and (4) for Case No. 20-cv-94, ECF No. 13.

pleading is filed, it must specify in the caption that it is either filed as to all of the consolidated matters or as to a single case, which must be specified;

3. When the Court issues a scheduling order, it will be issued only in the Consolidated Action, but will govern all of these related matters;

4. Further specifics concerning the coordinated and consolidated management of these related matters will be addressed by the Court and the parties at an appropriate case management conference, to be scheduled by the Court;

5. One or more Gabelli Plaintiffs will be appointed and will serve as lead plaintiff(s) for the class in the Consolidated Action;

6. One or more members of the Naya Group will be appointed and will serve as lead plaintiff(s) for the class in the Consolidated Action;

7. One or both members of the Alaska & Oklahoma Group will serve as additional class representative(s) in the Consolidated Action;

8. The Gabelli Plaintiffs' counsel, Entwistle & Cappucci LLP, and the Naya Group's counsel, Labaton Sucharow LLP, will together serve as co-lead counsel for the class in the Consolidated Action.

9. The Alaska & Oklahoma Group's counsel, Robbins Geller Rudman & Dowd LLP, will serve as additional plaintiffs' counsel in the Consolidated Action;

10. The firm of Chestnut Cambronne PA will serve as plaintiffs' liaison cousel in the Consolidated Action;

11. Lead Plaintiffs and the class representative(s) will file their consolidated amended class action complaint within 60 days after entry of this Order; and

5

12. The motions for consolidation and appointment of lead plaintiffs/counsel in the individual Actions (No. 19cv2863, ECF Nos. 18, 22, 28; No. 19cv2889, ECF Nos. 9, 13; No. 19cv3133, ECF Nos. 10, 14; and No. 20cv94, ECF No. 2) are **DENIED AS MOOT**.

Date: January 27, 2020

      *s/Katherine Menendez*
      Katherine Menendez
      United States Magistrate Judge