# EXHIBIT A

## **CERTIFICATION**

I, David M. Goldman, on behalf of The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Focus Five Fund, The Gabelli Multimedia Trust Inc., The Gabelli Value 25 Fund Inc. and The GAMCO International SICAV (the "Funds"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am General Counsel of Gabelli Funds, LLC, investment manager for the Funds. I am authorized to execute this Certification on behalf of the Funds. I have reviewed the Consolidated Amended Complaint for Violations of the Federal Securities Laws and have authorized its filing.

2. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. The Funds have been appointed to serve as lead plaintiffs on behalf of the Class. The Funds remain willing to serve as lead plaintiffs and representative parties on behalf of the Class, including providing testimony at deposition and trial, if necessary.  The Funds fully understand the duties and responsibilities of a lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. The Funds' transactions in Resideo Technologies, Inc. securities that are the subject of this action are set forth in Exhibit A hereto.

5. The Funds have not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.  The Funds' investment manager serves as a lead plaintiff *In re Akorn, Inc. Data Integrity Sec. Litig.*, No. 18-cv-01713 (N.D. Ill.) and its affiliated entity – GAMCO Asset Management Inc. – sought to serve as lead plaintiff in *GAMCO Asset Management, Inc. v. Mark McCollum et al.*, No. 19-cv-03363 (S.D. Tex.).

6. The Funds will not accept any payment for serving as representative parties on behalf of the Class beyond their *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 9, 2020.

David M. Goldman
General Counsel
Gabelli Funds, LLC

**Exhibit 1**

| Fund Name | Transaction | Date | Price | | Shares | Transaction Total | |
|---|---|---|---|---|---|---|---|
| The Gabelli Asset Fund | Spin-Off | 10/28/2018 | | | 42,332 | | |
| The Gabelli Asset Fund | Purchase | 10/30/2018 | $ | 22.53 | 3,334 | $ | 75,115.02 |
| The Gabelli Asset Fund | Purchase | 10/31/2018 | $ | 20.38 | 2,000 | $ | 40,760.00 |
| The Gabelli Asset Fund | Purchase | 11/6/2018 | $ | 23.73 | 3,000 | $ | 71,204.70 |
| The Gabelli Asset Fund | Purchase | 11/7/2018 | $ | 23.85 | 2,000 | $ | 47,700.00 |
| The Gabelli Asset Fund | Purchase | 11/16/2018 | $ | 21.23 | 3,000 | $ | 63,694.20 |
| The Gabelli Asset Fund | Purchase | 11/26/2018 | $ | 19.85 | 2,000 | $ | 39,700.00 |
| The Gabelli Asset Fund | Purchase | 11/30/2018 | $ | 20.98 | 5,000 | $ | 104,924.00 |
| The Gabelli Asset Fund | Purchase | 12/7/2018 | $ | 21.24 | 3,000 | $ | 63,711.90 |
| The Gabelli Asset Fund | Purchase | 12/12/2018 | $ | 21.59 | 2,000 | $ | 43,180.00 |
| The Gabelli Asset Fund | Purchase | 12/14/2018 | $ | 22.12 | 3,000 | $ | 66,348.90 |
| The Gabelli Asset Fund | Purchase | 12/17/2018 | $ | 22.34 | 2,000 | $ | 44,680.00 |
| The Gabelli Asset Fund | Purchase | 12/20/2018 | $ | 21.25 | 3,000 | $ | 63,736.50 |
| The Gabelli Asset Fund | Purchase | 12/21/2018 | $ | 20.86 | 5,000 | $ | 104,279.20 |
| The Gabelli Asset Fund | Purchase | 12/26/2018 | $ | 19.48 | 2,000 | $ | 38,960.00 |
| The Gabelli Asset Fund | Purchase | 12/27/2018 | $ | 19.54 | 100 | $ | 1,954.00 |
| The Gabelli Asset Fund | Purchase | 12/28/2018 | $ | 20.31 | 1,900 | $ | 38,583.87 |
| The Gabelli Asset Fund | Purchase | 1/3/2019 | $ | 20.58 | 1,000 | $ | 20,579.00 |
| The Gabelli Asset Fund | Purchase | 1/7/2019 | $ | 20.41 | 2,000 | $ | 40,812.60 |
| The Gabelli Asset Fund | Purchase | 1/9/2019 | $ | 20.93 | 3,000 | $ | 62,792.70 |
| The Gabelli Asset Fund | Purchase | 1/18/2019 | $ | 22.01 | 2,000 | $ | 44,019.00 |
| The Gabelli Asset Fund | Purchase | 2/4/2019 | $ | 23.52 | 1,000 | $ | 23,516.90 |
| The Gabelli Asset Fund | Purchase | 2/14/2019 | $ | 24.99 | 2,000 | $ | 49,980.00 |
| The Gabelli Asset Fund | Purchase | 3/7/2019 | $ | 18.09 | 5,000 | $ | 90,443.50 |
| The Gabelli Asset Fund | Purchase | 8/1/2019 | $ | 18.86 | 4,333 | $ | 81,713.88 |
| The Gabelli Asset Fund | Purchase | 8/6/2019 | $ | 17.37 | 10,000 | $ | 173,652.50 |
| The Gabelli Asset Fund | Purchase | 8/7/2019 | $ | 16.83 | 10,000 | $ | 168,316.50 |
| The Gabelli Asset Fund | Purchase | 8/8/2019 | $ | 17.15 | 10,000 | $ | 171,516.00 |
| The Gabelli Asset Fund | Purchase | 8/8/2019 | $ | 16.99 | 5,000 | $ | 84,950.00 |
| The Gabelli Asset Fund | Purchase | 8/12/2019 | $ | 15.87 | 10,000 | $ | 158,700.00 |
| The Gabelli Asset Fund | Purchase | 8/14/2019 | $ | 14.28 | 4,300 | $ | 61,404.00 |
| The Gabelli Asset Fund | Purchase | 8/15/2019 | $ | 14.58 | 5,000 | $ | 72,877.50 |
| The Gabelli Asset Fund | Purchase | 8/15/2019 | $ | 14.08 | 5,700 | $ | 80,254.29 |
| The Gabelli Asset Fund | Purchase | 8/16/2019 | $ | 14.83 | 5,000 | $ | 74,148.00 |
| The Gabelli Asset Fund | Sale | 8/20/2019 | $ | 14.39 | 5,000 | $ | 71,956.50 |
| The Gabelli Asset Fund | Purchase | 8/26/2019 | $ | 13.75 | 5,000 | $ | 68,725.00 |
| The Gabelli Asset Fund | Purchase | 8/28/2019 | $ | 13.47 | 5,000 | $ | 67,337.50 |
| The Gabelli Asset Fund | Purchase | 9/3/2019 | $ | 13.34 | 5,000 | $ | 66,698.50 |
| The Gabelli Asset Fund | Purchase | 9/11/2019 | $ | 15.54 | 2,949 | $ | 45,827.46 |
| The Gabelli Asset Fund | Purchase | 9/12/2019 | $ | 15.88 | 7,051 | $ | 111,962.43 |
| The Gabelli Asset Fund | Purchase | 10/1/2019 | $ | 14.07 | 5,000 | $ | 70,334.00 |
| The Gabelli Asset Fund | Sale | 10/15/2019 | $ | 14.56 | 5,000 | $ | 72,794.99 |
| The Gabelli Asset Fund | Purchase | 10/23/2019 | $ | 8.99 | 200 | $ | 1,798.00 |
| The Gabelli Asset Fund | Purchase | 10/24/2019 | $ | 9.38 | 4,800 | $ | 45,022.08 |
| The Gabelli Asset Fund | Purchase | 10/28/2019 | $ | 9.29 | 10,000 | $ | 92,900.00 |
| The Gabelli Asset Fund | Purchase | 11/1/2019 | $ | 9.51 | 10,000 | $ | 95,065.00 |
| The Gabelli Asset Fund | Purchase | 11/5/2019 | $ | 10.50 | 5,000 | $ | 52,500.00 |

**Exhibit 1**

| Fund Name | Transaction | Date | Price | | Shares | Transaction Total | |
|---|---|---|---|---|---|---|---|
| The Gabelli Dividend & Income Trust | Spin-Off | 10/28/2018 | | | 54,468 | | |
| The Gabelli Dividend & Income Trust | Purchase | 10/30/2018 | $ | 21.93 | 3,982 | $ | 87,320.08 |
| The Gabelli Dividend & Income Trust | Sale | 10/31/2018 | $ | 20.94 | 766 | $ | 16,041.36 |
| The Gabelli Dividend & Income Trust | Sale | 11/14/2018 | $ | 21.51 | 1,666 | $ | 35,835.19 |
| The Gabelli Dividend & Income Trust | Purchase | 11/19/2018 | $ | 19.73 | 4,000 | $ | 78,906.40 |
| The Gabelli Dividend & Income Trust | Purchase | 11/27/2018 | $ | 19.59 | 3,000 | $ | 58,767.60 |
| The Gabelli Dividend & Income Trust | Purchase | 12/10/2018 | $ | 21.59 | 860 | $ | 18,567.40 |
| The Gabelli Dividend & Income Trust | Purchase | 12/14/2018 | $ | 22.60 | 3,140 | $ | 70,964.00 |
| The Gabelli Dividend & Income Trust | Purchase | 12/19/2018 | $ | 23.18 | 2,000 | $ | 46,360.00 |
| The Gabelli Dividend & Income Trust | Purchase | 12/24/2018 | $ | 19.75 | 4,000 | $ | 79,009.60 |
| The Gabelli Dividend & Income Trust | Sale | 2/20/2019 | $ | 25.64 | 7,500 | $ | 192,277.24 |
| The Gabelli Dividend & Income Trust | Purchase | 3/7/2019 | $ | 18.31 | 10,000 | $ | 183,100.00 |
| The Gabelli Dividend & Income Trust | Purchase | 4/18/2019 | $ | 20.69 | 5,000 | $ | 103,427.00 |
| The Gabelli Dividend & Income Trust | Purchase | 7/23/2019 | $ | 19.06 | 105 | $ | 2,001.30 |
| The Gabelli Dividend & Income Trust | Purchase | 7/25/2019 | $ | 19.72 | 4,895 | $ | 96,528.91 |
| The Gabelli Dividend & Income Trust | Purchase | 8/2/2019 | $ | 17.94 | 4,000 | $ | 71,777.60 |
| The Gabelli Dividend & Income Trust | Purchase | 8/12/2019 | $ | 15.74 | 6,315 | $ | 99,422.10 |
| The Gabelli Dividend & Income Trust | Purchase | 8/15/2019 | $ | 14.05 | 5,000 | $ | 70,252.50 |
| The Gabelli Dividend & Income Trust | Purchase | 9/27/2019 | $ | 13.99 | 5,000 | $ | 69,927.00 |
| The Gabelli Dividend & Income Trust | Sale | 10/2/2019 | $ | 13.46 | 836 | $ | 11,248.64 |
| The Gabelli Dividend & Income Trust | Purchase | 10/23/2019 | $ | 9.50 | 10,000 | $ | 95,000.00 |
| The Gabelli Dividend & Income Trust | Purchase | 10/24/2019 | $ | 9.30 | 5,000 | $ | 46,480.00 |
| The Gabelli Dividend & Income Trust | Purchase | 10/28/2019 | $ | 9.39 | 30,000 | $ | 281,562.00 |
| The Gabelli Dividend & Income Trust | Purchase | 11/1/2019 | $ | 9.51 | 10,000 | $ | 95,065.00 |
| The Gabelli Focus Five Fund | Purchase | 3/7/2019 | $ | 18.43 | 20,000 | $ | 368,530.00 |
| The Gabelli Focus Five Fund | Purchase | 3/25/2019 | $ | 19.53 | 15,000 | $ | 292,951.50 |
| The Gabelli Focus Five Fund | Purchase | 8/12/2019 | $ | 15.63 | 15,000 | $ | 234,430.50 |
| The Gabelli Focus Five Fund | Purchase | 8/14/2019 | $ | 14.52 | 7,500 | $ | 108,905.25 |
| The Gabelli Focus Five Fund | Purchase | 8/16/2019 | $ | 14.53 | 845 | $ | 12,276.92 |
| The Gabelli Focus Five Fund | Purchase | 8/19/2019 | $ | 15.00 | 10,000 | $ | 150,000.00 |
| The Gabelli Focus Five Fund | Purchase | 8/21/2019 | $ | 13.94 | 6,655 | $ | 92,777.36 |
| The Gabelli Focus Five Fund | Purchase | 9/24/2019 | $ | 13.61 | 10,000 | $ | 136,143.00 |
| The Gabelli Focus Five Fund | Sale | 10/25/2019 | $ | 9.38 | 15,000 | $ | 140,650.58 |
| The Gabelli Multimedia Trust Inc. | Purchase | 12/12/2018 | $ | 21.48 | 5,000 | $ | 107,400.00 |
| The Gabelli Multimedia Trust Inc. | Purchase | 12/21/2018 | $ | 20.80 | 4,000 | $ | 83,190.40 |
| The Gabelli Multimedia Trust Inc. | Purchase | 12/24/2018 | $ | 19.88 | 2,000 | $ | 39,752.00 |
| The Gabelli Multimedia Trust Inc. | Purchase | 12/26/2018 | $ | 19.53 | 2,000 | $ | 39,060.00 |
| The Gabelli Multimedia Trust Inc. | Purchase | 12/28/2018 | $ | 19.99 | 2,000 | $ | 39,979.60 |
| The Gabelli Multimedia Trust Inc. | Purchase | 1/11/2019 | $ | 21.78 | 2,000 | $ | 43,555.60 |
| The Gabelli Multimedia Trust Inc. | Purchase | 1/15/2019 | $ | 21.04 | 2,000 | $ | 42,072.80 |
| The Gabelli Multimedia Trust Inc. | Purchase | 3/7/2019 | $ | 18.01 | 3,000 | $ | 54,026.10 |
| The Gabelli Multimedia Trust Inc. | Purchase | 5/9/2019 | $ | 22.66 | 3,000 | $ | 67,990.50 |
| The Gabelli Multimedia Trust Inc. | Purchase | 8/9/2019 | $ | 16.49 | 3,000 | $ | 49,467.00 |
| The Gabelli Multimedia Trust Inc. | Purchase | 8/14/2019 | $ | 14.50 | 2,000 | $ | 29,000.00 |
| The Gabelli Multimedia Trust Inc. | Sale | 10/4/2019 | $ | 13.42 | 2,000 | $ | 26,840.44 |
| The Gabelli Multimedia Trust Inc. | Purchase | 10/23/2019 | $ | 9.44 | 4,000 | $ | 37,760.00 |

**Exhibit 1**

| Fund Name | Transaction | Date | Price | Shares | Transaction Total |
|---|---|---|---|---|---|
| The Gabelli Value 25 Fund Inc. | Spin-Off | 10/28/2018 | | 13,333 | |
| The Gabelli Value 25 Fund Inc. | Purchase | 10/31/2018 | $ 20.81 | 3,667 | $ 76,320.90 |
| The Gabelli Value 25 Fund Inc. | Purchase | 11/2/2018 | $ 23.33 | 4,000 | $ 93,320.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 11/21/2018 | $ 19.89 | 4,000 | $ 79,552.80 |
| The Gabelli Value 25 Fund Inc. | Purchase | 11/23/2018 | $ 19.34 | 2,000 | $ 38,680.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 11/30/2018 | $ 20.58 | 2,000 | $ 41,160.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/6/2018 | $ 20.04 | 2,000 | $ 40,082.60 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/7/2018 | $ 20.98 | 3,000 | $ 62,940.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/12/2018 | $ 21.88 | 2,000 | $ 43,761.40 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/14/2018 | $ 22.46 | 3,796 | $ 85,261.70 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/18/2018 | $ 22.72 | 1,204 | $ 27,348.86 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/20/2018 | $ 22.14 | 2,000 | $ 44,280.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/24/2018 | $ 19.60 | 1,000 | $ 19,603.60 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/26/2018 | $ 19.44 | 3,000 | $ 58,320.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 12/31/2018 | $ 20.13 | 2,000 | $ 40,260.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 1/8/2019 | $ 20.52 | 2,000 | $ 41,040.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 1/10/2019 | $ 21.68 | 2,000 | $ 43,360.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 1/14/2019 | $ 21.51 | 3,000 | $ 64,536.90 |
| The Gabelli Value 25 Fund Inc. | Purchase | 1/18/2019 | $ 22.01 | 2,000 | $ 44,025.40 |
| The Gabelli Value 25 Fund Inc. | Purchase | 2/7/2019 | $ 23.92 | 3,000 | $ 71,760.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 3/21/2019 | $ 20.24 | 5,000 | $ 101,222.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 8/7/2019 | $ 16.73 | 5,000 | $ 83,658.50 |
| The Gabelli Value 25 Fund Inc. | Purchase | 8/9/2019 | $ 16.79 | 5,000 | $ 83,948.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 8/15/2019 | $ 14.49 | 5,000 | $ 72,447.50 |
| The Gabelli Value 25 Fund Inc. | Sale | 9/25/2019 | $ 13.82 | 6,000 | $ 82,941.07 |
| The Gabelli Value 25 Fund Inc. | Sale | 10/4/2019 | $ 13.11 | 5,000 | $ 65,550.13 |
| The Gabelli Value 25 Fund Inc. | Sale | 10/10/2019 | $ 14.05 | 4,000 | $ 56,210.03 |
| The Gabelli Value 25 Fund Inc. | Purchase | 10/23/2019 | $ 8.98 | 9,000 | $ 80,820.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 10/24/2019 | $ 9.26 | 5,000 | $ 46,313.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 10/29/2019 | $ 9.23 | 10,000 | $ 92,272.00 |
| The Gabelli Value 25 Fund Inc. | Purchase | 11/5/2019 | $ 10.49 | 5,000 | $ 52,430.50 |
| The GAMCO International SICAV | Purchase | 12/7/2018 | $ 21.03 | 2,000 | $ 42,060.00 |
| The GAMCO International SICAV | Purchase | 12/21/2018 | $ 20.15 | 2,000 | $ 40,301.20 |
| The GAMCO International SICAV | Purchase | 1/3/2019 | $ 19.64 | 2,500 | $ 49,097.75 |
| The GAMCO International SICAV | Purchase | 1/7/2019 | $ 20.34 | 1,500 | $ 30,516.00 |
| The GAMCO International SICAV | Sale | 2/1/2019 | $ 22.49 | 2,000 | $ 44,985.41 |
| The GAMCO International SICAV | Purchase | 7/31/2019 | $ 18.95 | 1,000 | $ 18,951.80 |
| The GAMCO International SICAV | Purchase | 8/29/2019 | $ 13.68 | 1,000 | $ 13,681.00 |