# EXHIBIT C

## CERTIFICATION

I, Ian Wylie, am Partner and Chief Operating Officer of Naya Capital Management UK Limited and hereby certify as follows:

1.      In my capacity as Partner and Chief Operating Officer of Naya Capital Management UK Limited, I am personally authorized to enter into and executed this certification on behalf of Naya 1740 Fund Ltd, Naya Coldwater Fund Limited, Naya Master Fund LP, and Nayawood LP (together, "Naya").

2.      I have reviewed a complaint prepared against Resideo Technologies, Inc. ("Resideo") alleging violations of the federal securities laws, and authorize the filing of this pleading;

3.      Naya did not transact in the stock of Resideo at the direction of counsel or in order to participate in any private action under the federal securities laws;

4.      Naya is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Naya fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

5.      Naya's transactions in Resideo stock are reflected in Exhibit A attached hereto;

6.      Naya has not sought to serve as a lead plaintiff and/or representative party in any class action filed under the federal securities laws during the last three years;

7.      Beyond Naya's pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

CASE 0:19-cv-02863-WMW-KMM  Document 20-1  Filed 01/07/20  Page 3 of 8

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 3rd day of January, 2020.

_____

*Ian Wylie*
Partner and Chief Operating Officer of
Naya Capital Management UK Limited,
Authorized Signatory for *Naya 1740 Fund Ltd,
Naya Coldwater Fund Limited, Naya Master Fund
LP, and Nayawood LP*

## EXHIBIT A

## TRANSACTIONS IN RESIDEO TECHNOLOGIES, INC.

| Fund | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Naya 1740 Fund Ltd | Buy | 04/24/19 | 12,080.00 | $21.5842 | ($260,736.53) |
| Naya 1740 Fund Ltd | Buy | 04/25/19 | 18,200.00 | $21.6342 | ($393,741.86) |
| Naya 1740 Fund Ltd | Buy | 04/26/19 | 9,100.00 | $22.3205 | ($203,116.17) |
| Naya 1740 Fund Ltd | Buy | 04/26/19 | 2,600.00 | $22.0230 | ($57,259.86) |
| Naya 1740 Fund Ltd | Buy | 04/29/19 | 9,300.00 | $22.6652 | ($210,786.08) |
| Naya 1740 Fund Ltd | Buy | 05/08/19 | 8,500.00 | $22.8397 | ($194,137.53) |
| Naya 1740 Fund Ltd | Buy | 05/08/19 | 12,600.00 | $22.9164 | ($288,746.20) |
| Naya 1740 Fund Ltd | Buy | 05/09/19 | 18,400.00 | $22.3984 | ($412,130.84) |
| Naya 1740 Fund Ltd | Buy | 05/10/19 | 7,000.00 | $23.7778 | ($166,444.30) |
| Naya 1740 Fund Ltd | Buy | 05/23/19 | 12,434.00 | $20.2850 | ($252,223.69) |
| Naya 1740 Fund Ltd | Buy | 06/07/19 | 26,203.00 | $20.5222 | ($537,743.76) |
| Naya 1740 Fund Ltd | Buy | 06/07/19 | 5,300.00 | $20.5798 | ($109,072.78) |
| Naya 1740 Fund Ltd | Buy | 06/07/19 | 200.00 | $20.5362 | ($4,107.24) |
| Naya 1740 Fund Ltd | Buy | 06/12/19 | 11,300.00 | $20.7288 | ($234,235.20) |
| Naya 1740 Fund Ltd | Buy | 06/13/19 | 15,700.00 | $20.8131 | ($326,765.32) |
| Naya 1740 Fund Ltd | Sell | 06/28/19 | -3,550.00 | $21.9200 | $77,816.00 |
| Naya 1740 Fund Ltd | Sell | 08/07/19 | -1,400.00 | $16.8040 | $23,525.55 |
| Naya 1740 Fund Ltd | Sell | 08/07/19 | -12,100.00 | $16.6711 | $201,720.09 |
| Naya 1740 Fund Ltd | Sell | 08/08/19 | -4,800.00 | $17.3643 | $83,348.75 |
| Naya 1740 Fund Ltd | Sell | 08/08/19 | -11,900.00 | $17.2962 | $205,824.78 |
| Naya 1740 Fund Ltd | Sell | 08/14/19 | -15,800.00 | $14.4950 | $229,020.92 |
| Naya 1740 Fund Ltd | Sell | 08/15/19 | -14,000.00 | $14.1314 | $197,839.29 |
| Naya 1740 Fund Ltd | Sell | 08/16/19 | -10,800.00 | $14.5271 | $156,892.95 |
| Naya 1740 Fund Ltd | Sell | 08/16/19 | -8,600.00 | $14.2444 | $122,501.99 |
| Naya 1740 Fund Ltd | Sell | 08/19/19 | -10,700.00 | $14.7212 | $157,516.66 |
| Naya 1740 Fund Ltd | Sell | 08/20/19 | -10,500.00 | $14.4559 | $151,786.50 |
| Naya 1740 Fund Ltd | Sell | 08/21/19 | -5,600.00 | $14.1186 | $79,064.04 |
| Naya 1740 Fund Ltd | Sell | 08/22/19 | -5,400.00 | $14.4308 | $77,926.07 |
| Naya 1740 Fund Ltd | Sell | 08/22/19 | -16,100.00 | $14.2695 | $229,739.00 |
| Naya 1740 Fund Ltd | Sell | 08/22/19 | -16,100.00 | $14.4620 | $232,837.83 |
| Naya 1740 Fund Ltd | Sell | 08/23/19 | -8,891.00 | $13.7946 | $122,648.07 |
| Naya 1740 Fund Ltd | Sell | 08/26/19 | -12,676.00 | $13.6224 | $172,677.54 |
| | | | | | |
| Naya Coldwater Fund Limited | Buy | 04/24/19 | 2,860.00 | $21.5842 | ($61,730.67) |
| Naya Coldwater Fund Limited | Buy | 04/25/19 | 3,900.00 | $21.6342 | ($84,373.26) |
| Naya Coldwater | Buy | 04/26/19 | 2,000.00 | $22.3205 | ($44,640.92) |

| Fund | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Fund Limited | | | | | |
| Naya Coldwater Fund Limited | Buy | 04/26/19 | 600.00 | $22.0230 | ($13,213.81) |
| Naya Coldwater Fund Limited | Buy | 04/29/19 | 2,100.00 | $22.6652 | ($47,596.86) |
| Naya Coldwater Fund Limited | Buy | 04/30/19 | 4,528.00 | $22.7000 | ($102,785.60) |
| Naya Coldwater Fund Limited | Buy | 05/08/19 | 4,500.00 | $22.9164 | ($103,123.64) |
| Naya Coldwater Fund Limited | Buy | 05/08/19 | 3,100.00 | $22.8397 | ($70,803.10) |
| Naya Coldwater Fund Limited | Buy | 05/09/19 | 4,800.00 | $22.3984 | ($107,512.39) |
| Naya Coldwater Fund Limited | Buy | 05/10/19 | 2,200.00 | $23.7778 | ($52,311.07) |
| Naya Coldwater Fund Limited | Buy | 05/23/19 | 9,066.00 | $20.2850 | ($183,903.81) |
| Naya Coldwater Fund Limited | Buy | 05/31/19 | 27,890.00 | $19.6800 | ($548,875.20) |
| Naya Coldwater Fund Limited | Buy | 06/07/19 | 6,714.00 | $20.5222 | ($137,786.19) |
| Naya Coldwater Fund Limited | Buy | 06/07/19 | 2,900.00 | $20.5798 | ($59,681.33) |
| Naya Coldwater Fund Limited | Buy | 06/07/19 | 100.00 | $20.5362 | ($2,053.62) |
| Naya Coldwater Fund Limited | Buy | 06/12/19 | 6,200.00 | $20.7288 | ($128,518.43) |
| Naya Coldwater Fund Limited | Buy | 06/13/19 | 8,600.00 | $20.8131 | ($178,992.47) |
| Naya Coldwater Fund Limited | Sell | 06/18/19 | -1,885.00 | $21.0812 | $39,738.00 |
| Naya Coldwater Fund Limited | Buy | 06/28/19 | 10,000.00 | $21.9200 | ($219,200.00) |
| Naya Coldwater Fund Limited | Buy | 07/02/19 | 2,486.00 | $21.7306 | ($54,022.18) |
| Naya Coldwater Fund Limited | Buy | 07/10/19 | 3,229.00 | $22.0497 | ($71,198.46) |
| Naya Coldwater Fund Limited | Buy | 07/31/19 | 39,867.00 | $18.8600 | ($751,891.62) |
| Naya Coldwater Fund Limited | Sell | 08/07/19 | -10,700.00 | $16.6711 | $178,380.58 |
| Naya Coldwater Fund Limited | Sell | 08/07/19 | -1,200.00 | $16.8040 | $20,164.75 |
| Naya Coldwater | Sell | 08/08/19 | -4,300.00 | $17.3643 | $74,666.58 |

| Fund | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Fund Limited | | | | | |
| Naya Coldwater Fund Limited | Sell | 08/08/19 | -10,500.00 | $17.2962 | $181,610.10 |
| Naya Coldwater Fund Limited | Sell | 08/14/19 | -13,900.00 | $14.4950 | $201,480.43 |
| Naya Coldwater Fund Limited | Sell | 08/15/19 | -12,300.00 | $14.1314 | $173,815.95 |
| Naya Coldwater Fund Limited | Sell | 08/16/19 | -9,500.00 | $14.5271 | $138,007.69 |
| Naya Coldwater Fund Limited | Sell | 08/16/19 | -7,600.00 | $14.2444 | $108,257.58 |
| Naya Coldwater Fund Limited | Sell | 08/19/19 | -9,500.00 | $14.7212 | $139,851.24 |
| Naya Coldwater Fund Limited | Sell | 08/20/19 | -9,200.00 | $14.4559 | $132,993.88 |
| Naya Coldwater Fund Limited | Sell | 08/21/19 | -5,000.00 | $14.1186 | $70,592.90 |
| Naya Coldwater Fund Limited | Sell | 08/22/19 | -14,200.00 | $14.2695 | $202,626.94 |
| Naya Coldwater Fund Limited | Sell | 08/22/19 | -4,700.00 | $14.4308 | $67,824.54 |
| Naya Coldwater Fund Limited | Sell | 08/22/19 | -14,200.00 | $14.4620 | $205,360.07 |
| Naya Coldwater Fund Limited | Sell | 08/23/19 | -7,814.00 | $13.7946 | $107,791.25 |
| Naya Coldwater Fund Limited | Sell | 08/26/19 | -11,141.00 | $13.6224 | $151,767.16 |
| | | | | | |
| Naya Master Fund LP | Buy | 04/24/19 | 59,240.00 | $21.5842 | ($1,278,645.05) |
| Naya Master Fund LP | Buy | 04/25/19 | 89,100.00 | $21.6342 | ($1,927,604.37) |
| Naya Master Fund LP | Buy | 04/26/19 | 44,600.00 | $22.3205 | ($995,492.43) |
| Naya Master Fund LP | Buy | 04/26/19 | 12,600.00 | $22.0230 | ($277,490.09) |
| Naya Master Fund LP | Buy | 04/29/19 | 45,700.00 | $22.6652 | ($1,035,798.27) |
| Naya Master Fund LP | Buy | 04/30/19 | 4,480.00 | $22.7000 | ($101,696.00) |
| Naya Master Fund LP | Buy | 05/08/19 | 42,500.00 | $22.8397 | ($970,687.63) |
| Naya Master Fund LP | Buy | 05/08/19 | 62,700.00 | $22.9164 | ($1,436,856.09) |

3

CASE 0:19-cv-02863-WMW-KMM Document 20-1 Filed 01/07/20 Page 7 of 8

| Fund | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Naya Master Fund LP | Buy | 05/09/19 | 91,500.00 | $22.3984 | ($2,049,454.97) |
| Naya Master Fund LP | Buy | 05/10/19 | 35,201.00 | $23.7778 | ($837,000.82) |
| Naya Master Fund LP | Buy | 05/23/19 | 62,007.00 | $20.2850 | ($1,257,812.00) |
| Naya Master Fund LP | Buy | 06/07/19 | 25,800.00 | $20.5798 | ($530,958.07) |
| Naya Master Fund LP | Buy | 06/07/19 | 117,065.00 | $20.5222 | ($2,402,433.80) |
| Naya Master Fund LP | Buy | 06/07/19 | 1,000.00 | $20.5362 | ($20,536.18) |
| Naya Master Fund LP | Buy | 06/12/19 | 55,300.00 | $20.7288 | ($1,146,301.48) |
| Naya Master Fund LP | Buy | 06/13/19 | 76,800.00 | $20.8131 | ($1,598,444.39) |
| Naya Master Fund LP | Buy | 06/28/19 | 3,550.00 | $21.9200 | ($77,816.00) |
| Naya Master Fund LP | Buy | 06/28/19 | 36,400.00 | $21.9200 | ($797,888.00) |
| Naya Master Fund LP | Buy | 07/31/19 | 9,190.00 | $18.8600 | ($173,323.40) |
| Naya Master Fund LP | Sell | 08/07/19 | -64,300.00 | $16.6711 | $1,071,950.57 |
| Naya Master Fund LP | Sell | 08/07/19 | -7,400.00 | $16.8040 | $124,349.32 |
| Naya Master Fund LP | Sell | 08/08/19 | -63,000.00 | $17.2962 | $1,089,660.60 |
| Naya Master Fund LP | Sell | 08/08/19 | -25,600.00 | $17.3643 | $444,526.64 |
| Naya Master Fund LP | Sell | 08/14/19 | -83,200.00 | $14.4950 | $1,205,983.58 |
| Naya Master Fund LP | Sell | 08/15/19 | -74,074.00 | $14.1314 | $1,046,767.69 |
| Naya Master Fund LP | Sell | 08/16/19 | -56,800.00 | $14.5271 | $825,140.70 |
| Naya Master Fund LP | Sell | 08/16/19 | -45,538.00 | $14.2444 | $648,662.31 |
| Naya Master Fund LP | Sell | 08/19/19 | -56,900.00 | $14.7212 | $837,635.31 |
| Naya Master Fund LP | Sell | 08/20/19 | -55,486.00 | $14.4559 | $802,097.68 |
| Naya Master Fund LP | Sell | 08/21/19 | -29,733.00 | $14.1186 | $419,787.71 |

| Fund | Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|---|
| Naya Master Fund LP | Sell | 08/22/19 | -85,281.00 | $14.4620 | $1,233,331.86 |
| Naya Master Fund LP | Sell | 08/22/19 | -28,348.00 | $14.4308 | $409,082.99 |
| Naya Master Fund LP | Sell | 08/22/19 | -85,400.00 | $14.2695 | $1,218,615.56 |
| Naya Master Fund LP | Sell | 08/23/19 | -46,860.00 | $13.7946 | $646,416.46 |
| Naya Master Fund LP | Sell | 08/26/19 | -66,813.00 | $13.6224 | $910,153.41 |
|  |  |  |  |  |  |
| Nayawood LP | Buy | 04/24/19 | 14,040.00 | $21.5842 | ($303,041.47) |
| Nayawood LP | Buy | 04/25/19 | 21,100.00 | $21.6342 | ($456,480.94) |
| Nayawood LP | Buy | 04/26/19 | 10,500.00 | $22.3205 | ($234,364.81) |
| Nayawood LP | Buy | 04/26/19 | 3,000.00 | $22.0230 | ($66,069.07) |
| Nayawood LP | Buy | 04/29/19 | 10,800.00 | $22.6652 | ($244,783.84) |
| Nayawood LP | Buy | 05/08/19 | 9,900.00 | $22.8397 | ($226,113.12) |
| Nayawood LP | Buy | 05/08/19 | 14,600.00 | $22.9164 | ($334,578.93) |
| Nayawood LP | Buy | 05/09/19 | 21,400.00 | $22.3984 | ($479,326.08) |
| Nayawood LP | Buy | 05/10/19 | 8,200.00 | $23.7778 | ($194,977.61) |
| Nayawood LP | Buy | 05/23/19 | 14,438.00 | $20.2850 | ($292,874.83) |
| Nayawood LP | Buy | 06/07/19 | 6,000.00 | $20.5798 | ($123,478.62) |
| Nayawood LP | Buy | 06/07/19 | 27,258.00 | $20.5222 | ($559,394.70) |
| Nayawood LP | Buy | 06/07/19 | 200.00 | $20.5362 | ($4,107.24) |
| Nayawood LP | Buy | 06/12/19 | 12,900.00 | $20.7288 | ($267,401.25) |
| Nayawood LP | Buy | 06/13/19 | 17,900.00 | $20.8131 | ($372,554.10) |
| Nayawood LP | Sell | 08/07/19 | -1,600.00 | $16.8040 | $26,886.34 |
| Nayawood LP | Sell | 08/07/19 | -14,100.00 | $16.6711 | $235,062.26 |
| Nayawood LP | Sell | 08/08/19 | -5,600.00 | $17.3643 | $97,240.20 |
| Nayawood LP | Sell | 08/08/19 | -13,800.00 | $17.2962 | $238,687.56 |
| Nayawood LP | Sell | 08/14/19 | -18,300.00 | $14.4950 | $265,258.41 |
| Nayawood LP | Sell | 08/15/19 | -16,300.00 | $14.1314 | $230,341.46 |
| Nayawood LP | Sell | 08/16/19 | -10,000.00 | $14.2444 | $142,444.18 |
| Nayawood LP | Sell | 08/16/19 | -12,500.00 | $14.5271 | $181,589.06 |
| Nayawood LP | Sell | 08/19/19 | -12,500.00 | $14.7212 | $184,014.79 |
| Nayawood LP | Sell | 08/20/19 | -12,200.00 | $14.4559 | $176,361.46 |
| Nayawood LP | Sell | 08/21/19 | -6,600.00 | $14.1186 | $93,182.62 |
| Nayawood LP | Sell | 08/22/19 | -18,700.00 | $14.2695 | $266,839.71 |
| Nayawood LP | Sell | 08/22/19 | -6,200.00 | $14.4308 | $89,470.67 |
| Nayawood LP | Sell | 08/22/19 | -18,800.00 | $14.4620 | $271,885.17 |
| Nayawood LP | Sell | 08/23/19 | -10,321.00 | $13.7946 | $142,374.40 |
| Nayawood LP | Sell | 08/26/19 | -14,715.00 | $13.6224 | $200,453.62 |

5