# EXHIBIT D

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Oklahoma Firefighters Pension and Retirement System ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.     (a)     Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Hall v. Rent-A-Center, Inc., et al.*, No. 4:16-cv-00978 (E.D. Tex.)
*Lehigh County Employees' Retirement System v. Novo Nordisk, et al.*, No. 3:17-cv-00209 (D.N.J.)
*Weiner v. Tivity Health, Inc., et al.*, No. 3:17-cv-01469 (M.D. Tenn.)
*In re Campbell Soup Company Sec. Litig.*, No. 1:18-cv-14385 (D.N.J.)
*Mulquin v. Nektar Therapeutics, et al.*, No. 4:18-cv-06607 (N.D. Cal.)
*Potts v. Weight Watchers International, Inc, et al.*, No. 1:19-cv-02005 (S.D.N.Y.)
*Employees' Ret. Sys. of the Puerto Rico Electric Power Authority v. Conduent Inc., et al*, No. 2:19-cv-08237 (D.N.J.)
*Logan v. ProPetro Holding Corp., et al.*, No. 7:19-cv-00217-DC (W.D. Tex.)

(b)     Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Omdahl v. Farfetch Limited, et al.*, No. 1:19-cv-08657 (S.D.N.Y.)

RESIDEO

(c)  Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Oklahoma Firefighters Pension and Ret. Sys. v. Lexmark International, Inc., et al.*, No. 1:17-cv-05543 (S.D.N.Y.)
*Tung v. Bristol-Myers Squibb Company, et al.*, No. 1:18-cv-01611 (S.D.N.Y.)
*West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc., et al.*, No. 1:19-cv-01323 (N.D. Ill.)
*Oklahoma Firefighters Pension and Ret. Sys. v. United States Steel Corp., et al.*, No. 2:19-cv-00470 (W.D. Pa.)

6.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of ~~December, 2019.~~ January, 2020.

Oklahoma Firefighters Pension and
Retirement System

By: _____

Chase Rankin, Executive Director

- 2 -

RESIDEO

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/29/2019 | 7,538 | $22.76 |
| 04/30/2019 | 4,498 | $22.64 |
| 05/01/2019 | 4,198 | $23.08 |
| 05/02/2019 | 3,444 | $22.66 |
| 05/06/2019 | 261 | $22.60 |
| 05/07/2019 | 3,636 | $22.86 |
| 05/09/2019 | 4,367 | $22.32 |
| 05/13/2019 | 4,244 | $22.47 |
| 05/14/2019 | 2,520 | $22.49 |
| 05/15/2019 | 1,930 | $22.34 |
| 05/20/2019 | 10,948 | $22.00 |
| 06/19/2019 | 13,509 | $20.98 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 10/29/2018 | 1,389 | $25.63 |
| 10/29/2018 | 1,878 | $25.60 |
| 11/08/2018 | 666 | $22.93 |

Prices listed are rounded up to two decimal places.

*Opening position of 3,933 shares.