## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 19-cv-02863 (WMW/KMM)<br><br>**[PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE DEADLINES AND INCREASE WORD LIMIT FOR BRIEFING** |

Lead Plaintiffs The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Focus Five Fund, The Gabelli Multimedia Trust Inc., The Gabelli Value 25 Fund Inc., GAMCO International SICAV, and GAMCO Asset Management Inc., (the "Gabelli Plaintiffs"); Naya 1740 Fund. Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP and Nayawood LP (the "Naya Group"); Additional Plaintiffs Oklahoma Firefighters Pension and Retirement System ("Oklahoma Fire," and together with the Gabelli Plaintiffs and Naya Group, "Plaintiffs"); and Defendants Resideo Technologies, Inc., Michael G. Nefkens, Joseph D. Ragan III, and Niccolo de Masi (collectively, "Defendants"), filed a joint stipulation to extend the briefing schedule deadlines and request an increased word count (the "Joint Stipulation"). For the reasons stated in the Joint Stipulation, and for good cause shown, the Court GRANTS the Joint Stipulation.

IT IS HEREBY ORDERED:

1. Defendants shall file any motions to dismiss, or answer, or otherwise respond to the Class Complaint by July 10, 2020. Any accompanying

memorandum of law shall not exceed 18,000 words.

      2.     Plaintiffs shall file a response to Defendants' motions to dismiss, if any, by September 9, 2020. The memorandum of law shall not exceed 18,000 words.

      3.     Defendants shall file their replies to Plaintiffs' response, if any, by October 9, 2020. The memorandum of law shall not exceed 7,000 words.

BY THE COURT:

Dated: _____

KATHERINE MENENDEZ
United States Magistrate Judge