**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 0:19-cv-02863 (WMW/KMM) |

## WORD COUNT COMPLIANCE CERTIFICATE

The undersigned hereby certifies, pursuant to Local Rule 7.1(d) and the Order to Extend Briefing Schedule Deadlines and Increase Word Limit for Briefing (Dkt. 64), that Defendants' Memorandum of Law in Support of Motion to Dismiss Consolidated Amended Complaint contains 17,845 words, as determined through the word count feature of the Microsoft Word 2013 word processing software used to prepare the memorandum. The word processing program has been applied specifically to include all text, including headings, footnotes and quotations. The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(f).

DATED: July 10, 2020

  */s/ Jerry W. Blackwell*
Jerry W. Blackwell (MN #186867)
G. Tony Atwal (MN #331636)
**BLACKWELL BURKE P.A.**
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Telephone: (612) 343-3200

1

blackwell@blackwellburke.com
tatwal@blackwellburke.com

*Defendants' Liaison Counsel*

 /s/ Tariq Mundiya
Tariq Mundiya (*pro hac vice*)
Charles D. Cording (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
tmundiya@willkie.com
ccording@willkie.com

*Counsel for Defendants Resideo Technologies, Inc., Michael Nefkens, Joseph Ragan III, and Niccolo de Masi*