**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 0:19-cv-02863 (WMW/KMM) |

### DECLARATION OF CHARLES D. CORDING

I, Charles D. Cording, declare as follows:

1.      I am a member of the law firm Willkie Farr & Gallagher LLP, counsel for Defendants Michael G. Nefkens, Joseph D. Ragan III, Niccolo de Masi, and Resideo Technologies, Inc. ("Resideo," and collectively, the "Defendants") in the above-captioned matter.  I submit this declaration in support of the Defendants' Motion Requesting Judicial Notice In Support of Motion to Dismiss the Consolidated Class Action Complaint (the "Compl.").

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      Resideo SEC Form 10-K for 2018  (March 18, 2019) (cited Compl. ¶¶50-52, 245-53[1]).[2]

Exhibit B:      Resideo SEC Form 8-K (May 19, 2020).

Exhibit C:      Resideo SEC Form 8-K (October 23, 2019) (cited Compl. ¶¶173-77, 305-13, 360, 367, 408-11).

Exhibit D:      Resideo SEC Form 8-K (May 29, 2020).

---

[1] Citations to the paragraphs of the Complaint in which the exhibit is referenced, if applicable, are included above.
[2] For the convenience of the Court, excerpts of this and all other documents listed are provided.

Exhibit E:         Honeywell International Inc. Company Conference Call Transcript (October 10, 2017).

Exhibit F:         Honeywell International Inc. Q1 2018 Earnings Call Transcript (April 20, 2018).

Exhibit G:         Honeywell International Inc. Q1 2018 Earnings Call Presentation (April 20, 2018).

Exhibit H:         Honeywell International Inc. Q4 2017 Earnings Call Transcript (January 26, 2018).

Exhibit I:         Resideo SEC Form 8-K (October 10, 2018) (cited Compl. ¶¶207-09).

Exhibit J:         Analyst Report: "Buy on Dislocation," Oppenheimer Report (October 31, 2018).

Exhibit K:         Analyst Report: "Investment Summary," WhiteSand Research Report (January 16, 2019).

Exhibit L:         Analyst Report: "Resideo Technologies, Inc.," Imperial Capital Report (December 11, 2019).

Exhibit M:         Resideo SEC Form 10-12B/A (October 2, 2018) (cited Compl. ¶¶50, 79, 196-205).

Exhibit N:         Resideo SEC Form 8-K (November 13, 2018) (cited Compl. ¶¶216-18).

Exhibit O:         Resideo Q3 2018 Earnings Call Transcript.

Exhibit P:         Resideo or "REZI" Historic Stock Information Chart.[3]

Exhibit Q:         Resideo SEC Form 8-K (March 7, 2019) (cited Compl. ¶¶28, 229-32, 235, 237, 347, 395).

Exhibit R:         Resideo Q4 2018 Earnings Call Transcript (March 7, 2019) (cited Compl. ¶¶230-43, 347, 354, 397).

Exhibit S:         Resideo Q4 2018 Earnings Call Presentation (March 7, 2019).

---

[3] Resideo's stock price throughout the proposed class period is publicly available online at Yahoo Finance. *See* Resideo Technologies, Inc. (REZI), YAHOO FINANCE, https://finance.yahoo.com/quote/REZI/history?p=REZI (last visited July 7, 2020). Using Yahoo Finance, counsel for Defendants created this chart showing the price of Resideo stock between October 29, 2018, the first day Resideo stock was publicly traded, and November 7, 2019, the day after the close of plaintiff's proposed class period.

Exhibit T:       Analyst Report: "Resideo Technologies, Inc.," Imperial Capital Report (March 5, 2019).

Exhibit U:      Analyst Report: "Beats Fourth Quarter, But 2019 Guidance Below Expectations," Oppenheimer Report (March 7, 2019).

Exhibit V:      Resideo SEC Form 8-K (May 8, 2019) (cited Compl. ¶¶254-58, 263, 284).

Exhibit W:     Resideo Q1 2019 Earnings Call Transcript (May 9, 2019) (cited Compl. ¶¶254-55, 257-58, 260-62, 264, 267-69, 271-74, 276-84).

Exhibit X:      Resideo Q1 2019 Earnings Call Presentation (May 9, 2019) (cited Compl. ¶¶265-67, 278).

Exhibit Y:      Robert W. Baird Global Consumer, Technology & Services Conference Transcript (June 6, 2019) (cited Compl. ¶¶238, 285-92, 347, 357).

Exhibit Z:      Robert W. Baird Global Consumer, Technology & Services Conference Presentation (June 6, 2019).

Exhibit AA:    Resideo SEC Form 8-K (August 7, 2019) (cited Compl. ¶¶31, 294-96, 399).

Exhibit BB:    Resideo Q2 2019 Earnings Call Transcript (August 8, 2019) (cited Compl. ¶¶31, 296-303, 356, 366, 403, 405).

Exhibit CC:    Resideo Q2 2019 Earnings Call Presentation (August 8, 2019).

Exhibit DD:    Resideo SEC Form 10-Q for Q2 2019 (August 7, 2019).

Exhibit EE:    Resideo SEC Form 8-K (November 6, 2019) (cited Compl. ¶¶179, 314).

Exhibit FF:    Resideo Q3 2019 Earnings Call Transcript (November 7, 2019) (cited Compl. ¶¶37-38, 180-85, 259, 315-20, 322, 365, 367-75 415-16).

Exhibit GG:    Resideo Q3 2019 Earnings Call Presentation (November 7, 2019).

Exhibit HH:    Imperial Capital 16th Annual Security Investor Conference Transcript (December 11, 2019) (cited Compl. ¶¶11-12, 94-97, 187-88, 325, 367-79, 381-82, 387-88).

Exhibit II        Resideo SEC Form Def 14A Proxy Statement (April 25, 2019).

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of July, 2020.

_Charles D. Cording_
Charles D. Cording