**EXHIBIT J**

**OPPENHEIMER**

EQUITY RESEARCH

# COMPANY UPDATE

October 31, 2018

SPECIAL SITUATIONS

| Stock Rating: | |
|---|---|
| **OUTPERFORM** | |
| 12-18 mo. Price Target | $35.00 |
| REZI - NYSE | $21.05 |
| | |
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $32.55-$19.31 |
| Shares Outstanding | 123.0M |
| Float | NA |
| Market Capitalization | $2,589.2M |
| Avg. Daily Trading Volume | NA |
| Dividend/Div Yield | NA/NM |
| Book Value | NA |
| Fiscal Year Ends | Dec |
| 2018E ROE | NA |
| LT Debt | $1,225.0M |
| Preferred | NA |
| Common Equity | NA |
| Convertible Available | No |

*Regular-way trading began 10/29/18. Some pricing data unavailable.*

| EBITDA ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2017A | -- | -- | -- | -- | 414 | NM |
| 2018E | 111A | 119A | 115 | 125 | 470 | NM |
| *Prior (E)* | -- | -- | *128* | *112* | -- | *NM* |
| 2019E | -- | -- | -- | -- | 504 | NM |

# Resideo Technologies, Inc.

## Buy on Dislocation

**SUMMARY**

We would take advantage of the recent dislocation caused by the selling from the Honeywell shareholders (large-cap and index) who received shares in the spin-off. Since regular-way trading commenced on Monday, ~46.8M shares (~38.1% of the shares outstanding) have changed hands, and the stock is off a substantial ~18.5%. The stock now trades at a highly attractive 7.1x 2019E EBITDA and 12.7x 2019E EPS. It is now one of the cheapest in the group. Maintain Outperform and $35 price target.

**KEY POINTS**

- The company is set to report on November 14th. Management appears confident in its $470M EBITDA guidance. We now believe 4Q18E will be stronger than expected (and 3Q18 will be impacted by spin-off related distractions) and adjust the spread accordingly. Our 2018E/2019E post-indemnification EBITDA of $470M/$504M remain unchanged.

- Please see our initiation dated October 24, 2018, for more additional information on Resideo.

**Stock Price Performance**



1 Year Price History for REZI

**Company Description**

Resideo is a leading provider of critical comfort and security solutions particularly within residential applications. The company has a presence in 150M+ homes globally. The company maintains a market-leading position in the traditional/non-connected products space which makes a significant portion of its net sales.

**Ian Zaffino, CFA**
212-667-7413
ian.zaffino@opco.com

**Mark Zhang**
212-667-8119
mark.zhang@opco.com

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Disseminated: October 31, 2018 23:30 EDT; Produced: October 31, 2018 18:42 EDT

**EXHIBIT K**



## Resideo Technologies Inc.

January 16, 2019

## Investment Summary

| Tickers | **REZI** |
| --- | --- |
| Sector | Technology |
| Country | USA |
| Primary stock exchange | NYSE |
| Price ($) | 21.30 |
| Market Cap($ bn) | 2.6 |

**Fair value per share ($)**

| REZI | ~29 |
| --- | --- |
| View | Undervalued |

**REZI**
**Revenue ($ millions)**

| FY2018e | 4,835 |
| --- | --- |
| FY2019e | 5,029 |

**Adj. EBITDA ($ millions)**

| FY2018e | 474 |
| --- | --- |
| FY2019e | 498 |

Resideo Technologies Inc. (NYSE: REZI), a spin-off from Honeywell Corp is a great way for investors to get exposure to smart/connected homes and Internet of Things (IoT) theme. The spin-off from Honeywell was completed in October 2018. In our note dated October 16, 2018, we had a positive view on REZI and continue to remain bullish on its prospects. REZI delivered solid 3Q18 results and management also reiterated its 2019 targets of top-line growth of 4% with EBITDA margins of 13%. The company has made key customer wins and should continue to tap into alternative market channels, including utility providers. REZI is a global leader in connected home market which is experiencing global macro tailwinds. Especially the renovation and remodelling spending on homes remains strong as suggested by the management commentary during 3Q18 earnings. We see REZI's broad portfolio of end-to-end solutions across connected home space as a key advantage versus competitors most of whom offer niche solutions within the home space. High R&D spending (~$125 million in FY19) ensures strong product pipeline which should support revenue growth. In our view, REZI is undervalued at current levels.

### Spin-off Overview

On October 10, 2017, Honeywell International Plc (NYSE: HON), announced plans to spin-off its Homes and ADI global distribution business into a separate public company, Resideo Technologies Inc. Each HON shareholder received one share of Resideo for every 6 shares of HON held as of the record date, October 16, 2018. The spin-off was tax-free and completed on October 29, 2018.

### REZI Positioning

**Accelerating macro tailwinds to support growth:** REZI is a leader in connected home space, currently servicing over 4.7 million connected customers and transmitting over 40 million consumer notifications, including more than two million security panel signals, every day. We believe the global connected home market is in the early stages of broad consumer adoption, with Gartner projecting the installed base of connected things in the consumer segment to grow from ~4 billion in 2016 to more than 12 billion in 2020. Research by McKinsey & Co. shows that the smart home industry is expected to nearly double in value by 2022 and that the industry is benefiting from growth in residential construction/remodeling; increased emphasis on safety and energy efficiency; and advances in mobile connectivity, the cloud, and data analytics.

The company in its recent 3Q18 earnings commentary noted that the consumer spending in the home space (renovation/remodeling) remains strong. The low unemployment rate in the US should further drive consumer confidence and continue to fuel spending on renovation and remodeling of homes.

REZI with its broad portfolio of connected thermostats solutions and DIY solutions (self-installed and self-monitored security systems) is well positioned to capitalize on the end-user demand. According to IDC, connected thermostats solutions market is expected to grow at a CAGR of 17% over the next five years. While the DIY solutions market is forecasted to experience a growth of 20% till 2020.

Any recommendations contained in this report may not be suitable for all investors. Moreover, although the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. In addition, WhiteSand Research, LLC and employees of WhiteSand Research, LLC may hold positions or effect transactions contrary to recommendations mentioned herein. **This report may not be reproduced, copied, duplicated, or electronically forwarded without the expressed written permission of WhiteSand Research, LLC.**

**EXHIBIT L**

## Imperial Capital®

### Capital Structure Focus

## EQUITY AND INDUSTRY RESEARCH

December 11, 2018

# Resideo Technologies, Inc. (REZI $21.57 Not Rated)

*Situation Overview: Spin-Off of Honeywell's Growing Homes and ADI Global Distribution Businesses Could Prove to be an Attractive Option for Honeywell and Shareholders; Indemnification and Reimbursement Agreement Could Be a Headwind to Profitability*

**Saliq Khan**
(212) 351-9453
saliq.khan@imperialcapital.com

**Edward P. Mally, CFA**
(212) 351-9768
emally@imperialcapital.com

**Jeff Kessler**
(212) 351-9701
jkessler@imperialcapital.com

**Key Data**

| | |
|---|---|
| Symbol: | REZI |
| Price (12/10/18): | $21.57 |
| Rating: | Not Rated |
| Price Target: | None |

**Estimates:**

| | |
|---|---|
| 2018E EBITDA: | $465mn |
| 2019E EBITDA: | $487mn |
| 2018E EPS: | 2.33 |
| 2019E EPS: | 2.54 |
| 2018E EV/EBITDA: | 9.8x |
| 2019E EV/EBITDA: | 9.3x |

**Consensus Estimates:**

| | |
|---|---|
| F18 EPS: | NM |
| F19 EPS: | NM |

**Company Description**
Resideo Technologies, Inc. (REZI) is headquartered out of Golden Valley, Minnesota. The company is a leading global provider of critical comfort and security solutions, primarily in residential environments. The company operates via two main businesses, Honeywell Home and ADI Global Distribution.

**Important Disclosures, Certifications and Other Information**
See the last page of this report for important disclosures, analyst certifications and other information concerning conflicts of interest that may exist between the subject of this report and Imperial Capital, LLC, Imperial Capital Asset Management, LLC and/or the author(s) of this report.

Additional information is available upon request.

**Figure 1. Resideo Technologies, Inc.—Key Company Data, Prices as of 12/10/18**

| Key Data | | FY: Dec | FY17 | FY17 PF | | FY18 PF | | FY19 PF | | FY20 PF |
|---|---|---|---|---|---|---|---|---|---|---|
| Price: | $21.57 | EPS, adj. ($000) | Actual | Actual | New | Actual | New | Actual | New | Actual |
| **Price Target:** | **None** | Q1 | | | | 1.10 A | | 0.65 | | 0.70 |
| 52-Week Range: | 18.77-32.55 | Q2 | | | | | | 0.64 | | 0.68 |
| **Market Cap ($mn):** | **2,652** | Q3 | | | | 0.55 A | | 0.59 | | 0.64 |
| Shares Out. (mn) | 122.97 | Q4 | | | | 0.68 | | 0.66 | | 0.70 |
| Avg. Daily Vol.: | 4,072,374 | **Year** | | | | **2.33** | | **2.54** | | **2.73** |
| Beta: | NA | P/E | | | | 9.3x | | 8.5x | | 7.9x |
| Total Debt ($mn): | 1,967.0 | **EBITDA, adj. ($000)** | **443.0** | **414.0** | | **464.9** | | **487.1** | | **520.5** |
| **Net Debt ($mn):** | **1,892** | *(incl. environ pmt)* | | | | | | | | |
| | | EV/EBITDA | 10.3x | 11.0x | | 9.8x | | 9.3x | | 8.7x |
| **EV ($000):** | **4,544** | **Revenue ($000)** | | | | | | | | |
| | | Q1 | 1,062.0 | 1,062.0 | | 1,165.0 A | | 1,211.6 | | 1,263 |
| Dividend | 0.00 | Q2 | 1,096.0 | 1,096.0 | | 1,196.0 A | | 1,243.8 | | 1,297 |
| Dividend yield | 0.00% | Q3 | 1,152.0 | 1,152.0 | | 1,200.0 A | | 1,251.4 | | 1,305 |
| | | Q4 | 1,209.0 | 1,209.0 | | 1,245.3 | | 1,298.5 | | 1,354 |
| | | **Year** | **4,519.0** | **4,519.0** | | **4,806.3** | | **5,005.3** | | **5,219** |
| | | EV/Revenue | 1.01x | 1.01x | | 0.95x | | 0.91x | | 0.87x |

Sources: Bloomberg, Thomson Eikon, Company Reports, and Imperial Capital, LLC.

### ■ Financial Summary

Resideo Technologies, Inc. (REZI), a recent spin-off from Honeywell International (HON), generated revenues of $4.8bn, adjusted EBITDA (including environmental payments) of $479mn, and adjusted EPS of $1.70 during the nine months ended 9/30/18. The company has cash and cash equivalents of $184mn, secured and unsecured debt of $1.225bn, and total debt (inclusive of indemnification and pension liabilities) of $1.967bn as of the latest period ended 9/30/18.

### ■ Overview

**We believe the common equity of the newly-created Resideo Technologies is potentially attractive given the company's leading position in residential comfort and security product categories ($2.0bn FY17 revenue vs. $15bn addressable market), and its ADI Global Distribution business ($2.5bn FY17 revenue vs. $20bn addressable market).** We currently value REZI in the range of $17-26 per share (mid-point of $22), based on a trading range of 0.81x and 1.01x of our FY19 sales estimate, and between 8.3x and 10.3x our FY19 adjusted EBITDA estimate. This implies about 21% potential price appreciation to the high end of our valuation range.

**Spin-off Transaction.** On 10/29/18, Resideo Technologies, previously a wholly-owned subsidiary of Honeywell International (HON) began trading on the New York Stock Exchange under the symbol "REZI." The Honeywell Home and ADI Global Distribution businesses of Honeywell International were transferred to the newly created Resideo, whose shares were distributed to Honeywell shareholders (spin-off ratio of 6:1). Resideo began trading when-issued on 10/15/18, with a distribution date of 10/16/18, and regular way trading on 10/29/18. Following the spin-off on 10/29/18, 122,966,558 shares of REZI were distributed to Honeywell shareholders of record, as of 10/16/18. Immediately following the spin-off, the company's authorized capital stock consisted of 700,000,000 shares of common stock and 100,000,000 shares of preferred stock.

### ■ Rationale

**Separation from Honeywell.** As Resideo's Product segment is focused on the consumer market and its ADI Global Distribution segment is focused on distribution, these businesses have different business models and objectives than the remainder of Honeywell International. Note that Honeywell has a commercial security business which is not being spun out.

Imperial Capital, LLC
Imperial Capital Asset Management, LLC
www.imperialcapital.com

| | |
|---|---|
| Los Angeles (310) 246-3700/(800) 929-2299 | New York (212) 351-9700/(800) 371-7087 |
| Boston (617) 478-7600/(888) 478-9696 | Chicago (312) 674-4721/(800) 371-7087 |
| Houston (713) 892-5601/(800) 371-7087 | Palm Beach (561) 214-7901/(800) 371-7087 |
| Minneapolis (612) 692-6900/(888) 692-1660 | Stamford (203) 428-3300/(800) 371-7087 |

**EXHIBIT M**

## Section 1: 10-12B/A (FORM 10-12B/A)

**As filed with the Securities and Exchange Commission on October 2, 2018.**

**File No. 001-38635**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# Amendment No. 2
# to
# Form 10

---

**GENERAL FORM FOR REGISTRATION OF SECURITIES**
**PURSUANT TO SECTION 12(b) OR 12(g)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

# Resideo Technologies, Inc.
**(Exact name of registrant as specified in its charter)**

---

| | |
|---|---|
| **Delaware** | **82-5318796** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification Number) |
| **1985 Douglas Drive North, Golden Valley, Minnesota 55422** | **07950** |
| (Address of Principal Executive Offices) | (Zip Code) |

**Registrant's telephone number, including area code:**
**(763) 954-5204**

**Securities to be registered pursuant to Section 12(b) of the Act:**

| Title of Each Class to be so Registered | Name of Each Exchange on Which Each Class is to be Registered |
|---|---|
| Common Stock, par value $0.001 per share | New York Stock Exchange |

**Securities to be registered pursuant to Section 12(g) of the Act:**
None.

**Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company.**

**See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.**

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Table of Contents**



resideo

INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPLETION OR AMENDMENT. A REGISTRATION STATEMENT ON FORM 10 RELATING TO THESE SECURITIES HAS BEEN FILED WITH THE SECURITIES AND EXCHANGE COMMISSION UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED

SUBJECT TO COMPLETION—DATED OCTOBER 2, 2018

## INFORMATION STATEMENT

# Resideo Technologies, Inc.

### Common Stock
(par value $.001 per share)

————————————————

We are sending you this Information Statement in connection with the spin-off by Honeywell International Inc. ("Honeywell") of its wholly owned subsidiary, Resideo Technologies, Inc. (the "Company" or "SpinCo"). To effect the spin-off, Honeywell will distribute all of the shares of SpinCo common stock on a *pro rata* basis to the holders of Honeywell common stock. We expect that the distribution of SpinCo common stock will be tax-free to holders of Honeywell common stock for U.S. federal income tax purposes, except for cash that stockholders may receive (if any) in lieu of fractional shares.

If you are a record holder of Honeywell common stock as of the close of business on October 16, 2018, which is the record date for the distribution, you will be entitled to receive one share of SpinCo common stock for every six shares of Honeywell common stock that you hold on that date. Honeywell will distribute the shares of SpinCo common stock in book-entry form, which means that we will not issue physical stock certificates. The distribution agent will not distribute any fractional shares of SpinCo common stock.

The distribution will be effective as of 12:01 a.m., New York City time, on October 29, 2018. Immediately after the distribution becomes effective, SpinCo will be an independent, publicly traded company.

Honeywell's stockholders are not required to vote on or take any other action to approve the spin-off. We are not asking you for a proxy, and request that you do not send us a proxy. Honeywell stockholders will not be required to pay any consideration for the shares of SpinCo common stock they receive in the spin-off, and they will not be required to surrender or exchange their shares of Honeywell common stock or take any other action in connection with the spin-off.

No trading market for SpinCo common stock currently exists. We expect, however, that a limited trading market for SpinCo common stock, commonly known as a "when-issued" trading market, will develop on or shortly before the record date for the distribution, and we expect "regular-way" trading of SpinCo common stock will begin on the first trading day after the distribution date. We intend to list SpinCo common stock on the New York Stock Exchange, under the ticker symbol "REZI."

**In reviewing this Information Statement, you should carefully consider the matters described in the section entitled "Risk Factors" beginning on page 25 of this Information Statement.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved these securities or determined if this Information Statement is truthful or complete. Any representation to the contrary is a criminal offense.**

This Information Statement is not an offer to sell, or a solicitation of an offer to buy, any securities.

**The date of this Information Statement is October    , 2018.**

Table of Contents

markets. We plan to create incentives for our management and employees that are more closely tied to business performance and our stockholders' expectations, which we believe will help us attract and retain highly qualified personnel. Additionally, we believe the Spin-Off will help align our stockholder base with the characteristics and risk profile of our business. See "The Spin-Off—Reasons for the Spin-Off" for more information.

Aspects of the Spin-Off may increase the risks associated with ownership of shares of SpinCo. In connection with the Spin-Off, we expect to incur substantial indebtedness in an aggregate principal amount of approximately $1,225 million in the form of senior secured term loans and senior unsecured notes, the net proceeds of which will be received by Honeywell substantially concurrently with the consummation of the Spin-Off. We also intend to enter into a revolving credit facility to be available for our working capital and other cash needs from time to time in an aggregate committed amount as of the date of the Spin-Off of $350 million. The terms of such indebtedness are subject to change and will be finalized prior to the closing of the Spin-Off. See "Capitalization" and "Management's Discussion and Analysis of Financial Condition and Results of Operations—Liquidity and Capital Resources" for more information. In addition, we intend to enter into an Indemnification and Reimbursement Agreement, pursuant to which we will have an obligation to make cash payments to Honeywell related to certain of Honeywell's environmental-related liabilities (as defined herein). See "Certain Relationships and Related Party Transactions—Agreements with Honeywell—Indemnification and Reimbursement Agreement." Furthermore, as an independent entity we may lose some of the benefits of purchasing power, borrowing leverage and available capital for investments associated with being a larger entity. See "Risk Factors" in this Information Statement. As a consequence of the foregoing, there is no guarantee that any dividends will be declared on our common stock by our board of directors (our "Board"), or if so declared, will be continued in the future. For more information, see "Dividend Policy."

Following the Spin-Off, we expect our common stock to trade on the New York Stock Exchange under the ticker symbol "REZI."

On October 10, 2017, together with the announcement of the Spin-Off, Honeywell announced plans for the complete legal and structural separation of its Transportation Systems business, which business will be operated under the company name Garrett Motion Inc. We refer to this potential transaction as the "Garrett Spin-Off." The Garrett Spin-Off is separate from the Spin-Off of our Company and neither spin-off is conditioned upon completion of the other.

2

Table of Contents

**Risk Factors**

You should carefully consider all of the information in this Information Statement and each of the risks described in this Information Statement, which we believe are the principal risks that we face, including but not limited to:

- Risks relating to our business, as described in "Risk Factors—Risks Relating to Our Business,"

- Risks relating to the Spin-Off, as described in "Risk Factors—Risks Relating to the Spin-Off,"

- Risks relating to ownership of our common stock and the securities markets, as described in "Risk Factors—Risks Relating to Our Common Stock and the Securities Market."

Among the factors included in these risk factors are risks related to the substantial indebtedness expected to be incurred in connection with the Spin-Off, our payments under the Indemnification and Reimbursement Agreement, and the benefits associated with Honeywell's size, reputation and purchasing power that will not be available to us following the Spin-Off.

**Questions and Answers about the Spin-Off**

The following provides only a summary of certain information regarding the Spin-Off. You should read this Information Statement in its entirety for a more detailed description of the matters described below.

Q:    *What is the Spin-Off?*

A:    The Spin-Off is the method by which we will separate from Honeywell. In the Spin-Off, Honeywell will distribute to its stockholders all the outstanding shares of our common stock. Following the Spin-Off, we will be an independent, publicly traded company, and Honeywell will not retain any ownership interest in our Company.

Q:    *What are the reasons for the Spin-Off?*

A:    The Honeywell Board believes that the separation of the residential Comfort & Care and Security & Safety product portfolio and ADI Global Distribution from Honeywell is in the best interests of Honeywell stockholders and for the success of the Business for a number of reasons. Primarily, Honeywell and SpinCo will each have a more focused business and be better able to dedicate financial, management and other resources to leverage their respective areas of strength and differentiation once the Spin-Off occurs. See "The Spin-Off—Reasons for the Spin-Off" for more information.

Q:    *Is the completion of the Spin-Off subject to the satisfaction or waiver of any conditions?*

A:    Yes, the completion of the Spin-Off is subject to the satisfaction, or the Honeywell Board's waiver, of certain conditions. Any of these conditions may be waived by the Honeywell Board to the extent such waiver is permitted by law. In addition, Honeywell may at any time until the Share Distribution decide to abandon the Share Distribution or modify or change the terms of the Share Distribution. See "The Spin-Off—Conditions to the Spin-Off" for more information.

Q:    *Will the number of Honeywell shares I own change as a result of the Spin-Off?*

A:    No, the number of shares of Honeywell common stock you own will not change as a result of the Spin-Off.

20

Table of Contents

**RISK FACTORS**

You should carefully consider all of the information in this Information Statement and each of the risks described below, which we believe are the principal risks that we face. Some of the risks relate to our business, others to the Spin-Off. Some risks relate principally to the securities markets and ownership of our common stock.

Any of the following risks, as well as other risks not currently known to us or that we currently consider immaterial, could materially and adversely affect our business, financial condition, results of operations and cash flows and the actual outcome of matters as to which forward-looking statements are made in this Information Statement.

The following risk factors are not necessarily presented in order of relative importance and should not be considered to represent a complete set of all potential risks that could affect us.

## Risks Relating to Our Business

*We have no operating history as an independent, publicly traded company, and our historical combined financial information is not necessarily representative of the results we would have achieved as an independent, publicly traded company and may not be a reliable indicator of our future results.*

We derived the historical combined financial information included in this Information Statement from Honeywell's consolidated financial statements, and this information does not necessarily reflect the results of operations and financial position we would have achieved as an independent, publicly traded company during the periods presented, or those that we will achieve in the future. This is primarily because of the following factors:

- Prior to the Spin-Off, we operated as part of Honeywell's broader corporate organization, and Honeywell performed various corporate functions for us. Our historical combined financial information reflects allocations of corporate expenses from Honeywell for these and similar functions. These allocations may not reflect the costs we will incur for similar services in the future as an independent publicly traded company.

- We will enter into transactions with Honeywell that did not exist prior to the Spin-Off, such as Honeywell's provision of transition and other services and brand licensing agreements, and undertake indemnification obligations, which will cause us to incur new costs. See "Certain Relationships and Related Party Transactions—Agreements with Honeywell."

- Our historical combined financial information does not reflect changes that we expect to experience in the future as a result of our separation from Honeywell, including changes in the financing, cash management, operations, cost structure and personnel needs of our business. As part of Honeywell, we enjoyed certain benefits from Honeywell's operating diversity, size, purchasing power, borrowing leverage and available capital for investments, and we may lose these benefits after the Spin-Off. As an independent entity, we may be unable to purchase goods, services and technologies, such as insurance and health care benefits and computer software licenses, or access capital markets on terms as favorable to us as those we obtained as part of Honeywell prior to the Spin-Off, and our business, financial condition, results of operations and cash flows may be adversely affected. In addition, our historical combined financial data do not include an allocation of interest expense comparable to the interest expense we will incur as a result of the Reorganization Transactions and the Spin-Off, including interest expense in connection with the incurrence of indebtedness at the Company.

We have no operating history as an independent, publicly traded company. Furthermore, while the individualized businesses or their predecessors have a history of product development going back over 100 years, we have neither operated with a residential Comfort & Care, Security & Safety, or home solutions business focus, nor combined that with a distribution business in the past, and we may not be successful in continuing to operate and grow our business with a narrower focus and outside the broader Honeywell operating environment.

25

Table of Contents

We may face operational inefficiencies as we continue to integrate our business after the Spin-Off. Following the Spin-Off, we will also face additional costs and demands on management's time associated with being an independent, publicly traded company, including costs and demands related to corporate governance, investor and public relations and public reporting. In addition, while we have been profitable as part of Honeywell, we cannot assure you that our profits will continue at a similar level when we are an independent, publicly traded company. For additional information about our past financial performance and the basis of presentation of our Combined Financial Statements, see "Selected Historical and Unaudited Pro Forma Combined Financial Data," "Unaudited Pro Forma Combined Financial Statements," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our historical Combined Financial Statements, and the Notes thereto, included elsewhere in this Information Statement.

### *We operate in highly competitive markets.*

We operate in highly competitive markets and compete directly with global, national, regional and local providers of our products, services and solutions including manufacturers, distributors, service providers, retailers and online commerce providers. The most significant competitive factors we face are product and service innovation, reputation of our Company and brands, sales and marketing programs, product performance, quality of product training and events, product availability, speed and accuracy of delivery, service and price, technical support, furnishing of customer credit and product reliability and warranty, with the relative importance of these factors varying among our two segments and products. In addition to current competitive factors, there may be new market entrants with non-traditional business and customer service models or disruptive technologies and products, resulting in increased competition and changing business dynamics. See "Risks Relating to Our Business—The market for connected home solutions is fragmented, highly competitive, continually evolving and subject to disruptive technologies." Existing or future competitors may seek to gain or retain market share by reducing prices, and we may be required to lower our prices or may lose business, which could adversely affect our business, financial condition, results of operations and cash flows. Also, to the extent that we do not meet changing customer preferences or demands or other market changes, or if one or more of our competitors introduces new products, becomes more successful with private label products, online offerings or establishes exclusive supply relationships, our ability to attract and retain customers could be adversely affected.

To remain competitive, we will need to invest continually in product development, marketing, customer service and support, manufacturing and our distribution networks. We may not have sufficient resources to continue to make such investments and we may be unable to maintain our competitive position. In addition, we anticipate that we may have to reduce the prices of some of our products to stay competitive, potentially resulting in a reduction in the profit margin for, and inventory valuation of, these products. It is possible that competitive pressures resulting from consolidation, including customers taking manufacturing or distribution in house and consolidation among our customers, could affect our growth and profit margins. In addition, competitors in certain high growth regions may have lower costs than we do due to lower local labor costs and favorable government regulation. Countries in high growth regions may have differing codes and standards impacting the cost of doing business and may have fewer protections for, or offer less ability to utilize, existing intellectual property. We may not be able to compete effectively with new competitors from such regions. Existing or future competitors also may seek to compete with us for acquisitions, which could have the effect of increasing the price for, and reducing the number of, suitable acquisitions.

### *Our competitors may have more substantial resources than we do.*

Our current and potential competitors may have greater resources, access to capital, including greater research and development or sales and marketing funds, more customers, and more advanced technology platforms, particularly with our newly-launched products and services in connected services and in our newer geographic regions. Many of our competitors may be able to develop offerings that have alternate income streams such as data and advertising revenue which we may not have, and therefore may be able to offer their service products for a lower price or for free and offset any business losses with profits from the rest of their

26

**Table of Contents**

broad product portfolios. Some of our competitors may also be able to deliver their service solutions more quickly to market than we can by capitalizing on technology developed in connection with their substantial existing service models. In addition, some of our competitors have significant bases of customer adoption in other services and in online content, which they could use as a competitive advantage in the growing connected home solutions services market or otherwise in our product or distribution businesses. New entrants into the wholesale distribution business or products business could include companies with significant presence in Homes and could put us at a competitive disadvantage if they enter the market. Current and future competitive pressures may cause us to reduce our prices or lose market share, or could negatively affect our cash flow, all of which could have an adverse effect on our business, financial condition, results of operations and cash flows.

*The market for connected home solutions is fragmented, highly competitive, continually evolving and subject to disruptive technologies.*

The market for connected home solutions is fragmented, highly competitive, continually evolving and subject to disruptive technologies. Cable and telecommunications companies actively focusing on competing in connected home solutions and expanding into the monitored security space, and large technology companies expanding into connected home solutions, could result in pricing pressure, a shift in customer preferences towards the services of these companies and a reduction in our market share. Many of these companies already have significant presence in residential environments and may be able to leverage this presence into the connected home solution. New market entrants with non-traditional business and customer service models or disruptive technologies and products could result in increased competition and changing business dynamics. Continued pricing pressure from these competitors or other new entrants, failure to successfully partner with these companies or failure to achieve pricing based on competitive advantages could prevent us from maintaining competitive price points for our products and services resulting in loss of customers or in our inability to attract new customers and have an adverse effect on our business, financial condition, results of operations and cash flows. Based on these or other factors described herein, we may not be able to grow our connected home solutions business as anticipated.

*Competition in the distribution business is significant.*

If end customers of our distribution business are not convinced of the reputation of our Company and brands and of our ability to compete on product performance, quality of product training and events, product availability, speed and accuracy of delivery, service and price, technical support, credit availability and product reliability and warranty, we could lose business, which could have an adverse effect on our business, financial condition, results of operations and cash flows. In addition, most of our products are available from several sources and our customers tend to have relationships with several distributors. Furthermore, if retail outlets, including online commerce or big box stores were to increase their participation in wholesale distribution markets, or if buying patterns for our products become more retail or e-commerce based through these outlets, we may not be able to effectively compete, which could have an adverse effect on our business, financial condition, results of operations and cash flows. Also, other sources of competition are buying groups that consolidate purchasing power, which if successful could have an adverse effect of our business, financial condition, results of operations and cash flows. The security industry is also undergoing consolidation as many residential and commercially-focused companies combine to leverage product and vertical market expertise and expand their service footprint. In recent years, this trend of consolidation has accelerated, and many of our customers have combined with companies with whom we have little or no prior relationship. In addition, if manufacturers of products sold through our distribution business increase their direct-to-customer or retail distribution, it could have an adverse effect on our business, financial condition, results of operations and cash flows.

*Growth of the retail market and e-commerce market could adversely affect our business.*

Our solutions are primarily sold through a network of professional contractors, distributors, OEMs, retailers and online merchants. Growth of the retail market, including the self-installed or do-it-yourself retail markets and

27

Table of Contents

e-commerce markets could affect our business by attracting new competitors, some of whom may be larger and have more resources than we do. In addition, growth of these retail markets relative to the professional installation markets may negatively impact our margins, which could negatively affect our cash flow and have an adverse effect on our business, financial condition and results of operations and cash flows.

***Technology in our markets is changing rapidly and our future results and growth are largely dependent upon our ability to develop new technologies and introduce new products that achieve market acceptance.***

Technology in our markets is in a continuing and often rapid state of change as new technologies and enhancements to existing technologies continue to be introduced both in our traditional and connected product markets. There is increasing customer demand for connected home solutions and the development of new technologies as well as increasing emphasis on product efficiency in our traditional products. Our future results depend upon a number of factors, including our ability to (i) identify emerging technological trends, (ii) develop and maintain competitive products, in part by adding innovative features that differentiate our products from those of our competitors and prevent commoditization of our products, (iii) grow our market share, (iv) develop, manufacture and bring compelling new products to market quickly and cost-effectively, (v) find and effectively partner with home connected device platforms and (vi) attract, develop and retain individuals with the requisite technical expertise and understanding of customers' needs to develop new technologies and introduce new products.

We can offer no assurance that we will be able to keep pace with technological developments. It is also possible that one or more of our competitors could develop a significant technical advantage or breakthrough that allows them to provide additional or superior products or services, or to lower their price for similar products or services, that could put us at a competitive disadvantage. Our inability to predict the growth of and respond in a timely way to customer preferences and other developments could have an adverse effect on our business, financial condition, results of operations and cash flows.

Our customer service model has historically been based largely around individualized product support, primarily through telephone communications. Although this allows a high degree of personalized and interactive dialogue, it differs from the highly-scalable and rapid electronic response systems pioneered by technology companies that operate in or may enter our markets. As such, we may be disadvantaged in terms of cost and overall customer satisfaction if we are unable to successfully adapt our support model to changes in customer expectations for our products.

Our connected solutions platform allows for integration and connection to third party solutions and for application designs. This interoperability is designed to reduce the barriers to using our software and panels with different devices, but could also have the effect of encouraging competitors to produce devices that operate on our platform, which could lower sales of our products. Adoption rates of our connected home solutions will also depend on a number of factors, including development of competitive and attractive products and the cost to customers of installation of new solutions or upgrade or renovation from older connected platforms or products. In addition to our application products, we rely on third party designers to create applications connecting our products to other platforms. If developers choose not to develop on our system, the accessibility of our solutions across other systems, devices and platforms might not expand in line with our competitors.

In addition, if we are unable to effectively protect our trade secreted or proprietary technology from third parties or other competitors that may have access to our technology through our open architecture model, our business and competitive position may be harmed.

We expect that the growth of our business may depend on our development of new technologies in response to legislation and regulation related to efficiency standards, safety and security and environmental concerns. Agreement on legislation and regulation may be slow and implementation of any such reforms may take many years. As a result, any growth related to solutions that are responsive to such reforms may be delayed.

28

Table of Contents

*Our connected solutions and other products and services rely on enabling technology, connectivity, software and intellectual property that in certain instances we do not own or control.*

Our operations depend upon third party technologies, software and intellectual property. Additionally, our connected solutions and our security monitoring services may be accessed through the Internet and using connectivity infrastructures (for example, 4G, LTE and next generation 5G and other wireless technologies) and cloud-based technologies. We rely on cellular and other telecommunications and network providers to communicate signals to and from customers using our connected solution applications in a timely, cost-efficient and consistent manner.

The failure of one or more of these providers or technologies to transmit and communicate signals in a timely manner could affect our ability to provide services to our customers or for our connected solution products to work as designed. There can be no assurance that third party telecommunications and network providers and signal-processing centers will continue to transmit and communicate signals to or from our third party providers and the monitoring stations without disruption. Any such disruption, particularly one of a prolonged duration, could have an adverse effect on our business, financial condition, results of operations and cash flows. In addition, failure to renew contracts with existing providers or licensors of technology, software, intellectual property or connectivity solutions, or to contract with other providers or licensors on commercially acceptable terms or at all may adversely impact our business, financial condition, results of operations and cash flows.

*Market and economic conditions may adversely affect the economic conditions of our customers, demand for our products and services and our results of operations.*

As a global provider of Comfort & Care and Security & Safety products, services and technologies for the home, as well as a worldwide wholesale distributor of security and low voltage electronics products, our business is affected by the performance of the global new and repair and remodel construction industry. Our markets are sensitive to changes in the regions in which we operate and are also influenced by cyclical factors such as interest rates, inflation, availability of financing, consumer spending habits and confidence, employment rates and other macroeconomic factors over which we have no control and which could adversely affect our business, financial condition, results of operations and cash flows. For example, downward changes in the housing market would be expected to depress sales to professional contractors and result in substantially all of our professional contractor and OEM customers lowering production schedules, which would have a direct impact on our business, financial condition, results of operations and cash flows.

Our sales are also affected by fluctuations in demand for Internet-connected devices. If the market for connected home solutions grows more slowly than anticipated, whether as a result of unfavorable economic conditions, uncertain geopolitical environments, budgetary constraints of our consumers or other factors, we may not be able to increase our revenue and earnings.

*Portions of our revenue and cash flow are seasonal, which could cause our financial results and liquidity to fluctuate.*

A portion of our revenue is seasonal, which impacts the comparison of our financial condition and results of operations on a quarter-by-quarter basis. Sales activity is generally lowest during the first calendar quarter when it is winter in the majority of our geographical markets.

*Global climate change could negatively affect our business.*

Responses to climate change may cause a shift away from fossil fuels to alternative power sources. Many of our thermal solutions are designed for application with oil and gas systems. A shift away from fossil fuels could affect our OEM customers business and result in a loss of business for them and for us. If we fail to adapt our solutions to alternative power sources, it could have an adverse effect on our business, financial condition, results of operations and cash flows.

29

**Table of Contents**

Cooler than normal summers and warmer than normal winters may depress our sales. In addition, stable temperatures may result in less wear and tear on cooling and heating equipment which may depress Comfort & Care sales. Demand for our products and our services, particularly our products and solutions geared toward the home construction repair and remodel industry, including our Comfort & Care business, is seasonal and strongly affected by the weather. Cooler than normal summers depress our sales of replacement controls for heating, ventilation, cooling and water heating equipment in certain larger markets. Similarly, warmer than normal winters have the same effect on our heating products and services. Increased public awareness and concern regarding global climate change have led to our development of social responsibility, sustainability and other business policies, which in some instances are more restrictive than current laws and regulations. In light of the current regulatory environment, we also face uncertainty with respect to future climate change initiatives, including regional and/or federal requirements to reduce greenhouse gas emissions.

Moreover, climate change itself creates financial risk to our business. Unseasonable weather conditions may impact the availability and cost of materials needed for manufacturing and increase insurance and other operating costs and, especially in the case of disruptions at our ADI stores, our ability to make sales during the pendency of site closures. These factors may influence our decisions to construct new facilities or maintain existing facilities in areas that are prone to physical climate risks. We could also face indirect financial risks passed through the supply chain, and process disruptions due to physical climate changes could result in price modifications for our products and the resources needed to produce them.

### *Failure to achieve and maintain a high level of product and service quality could damage our image with customers and negatively impact our results.*

Product and service quality issues could result in a negative impact on customer confidence in our Company and our brand image. If our product and service offerings do not meet applicable safety standards or our customers' expectations regarding safety or quality, we could experience lost sales and increased costs and be exposed to legal, financial and reputational risks. Actual, potential or perceived product safety concerns could expose us to litigation as well as government enforcement action. In addition, in the event that any of our products fail to perform as expected, we may face direct exposure to warranty and product liability claims or may be required to participate in a government or self-imposed recall involving such products which could result in costly product recalls and other liabilities. As a result, our reputation as a manufacturer and distributor of high quality products and services could suffer and impact customer loyalty.

We maintain strict quality controls and procedures, including the testing of raw materials and safety testing of selected finished products. However, we cannot be certain that our testing will reveal latent defects in our products or the materials from which they are made, which may not become apparent until after the products have been sold into the market. We also cannot be certain that our suppliers will always eliminate latent defects in products we purchase from them. Accordingly, there is a risk that product defects will occur, which could require a product recall. Product recalls can be expensive to implement, and, if a product recall occurs during the product's warranty period, we may be required to replace the defective product. In addition, a product recall may damage our relationship with our customers and we may lose market share with our customers.

In many jurisdictions, product liability claims are not limited to any specified amount of recovery. If any such claims or contribution requests exceed our available insurance or if there is a product recall, there could be an adverse impact on our results of operations. In addition, a recall claim could require us to review our entire product portfolio to assess whether similar issues are present in other product lines, which could result in significant disruption to our business and could have a further adverse impact on our business, financial condition, results of operations and cash flows. We cannot assure you that we will not experience any material warranty or product liability claim losses in the future or that we will not incur significant costs to defend such claims. There can be no assurance that we will have adequate reserves to cover any recalls, repair and replacement costs. Our customers that are not end-users of our products, including our OEM customers, may face similar claims or be obliged to conduct recalls of their own, which could result in lost business to us, or these customers may seek contribution from us for defects.

Table of Contents

***As an independent, publicly traded company, we may not enjoy the same benefits that we did as a segment of Honeywell.***

Currently, our business is integrated with the other businesses of Honeywell. Thus, we have benefitted from Honeywell's size, brand, reputation and purchasing power in procuring various goods and services and have shared economies of scope and scale in costs, employees, supplier relationships and customer relationships. Following the Spin-Off, we will be a smaller and less diversified company than Honeywell, and will not have access to financial and other resources comparable to those of Honeywell prior to the Spin-Off. As a stand-alone company, we will not have the same product diversity or scale and may not have similar purchasing power or access to capital markets, and we may be unable to obtain goods and services at the prices and terms obtained prior to the Spin-Off, which could decrease our overall profitability. Uncertainty related to the Spin-Off may lead customers and other parties with which we currently do business or may do business in the future to terminate or attempt to negotiate changes in our existing business relationships, or cause them to consider entering into business relationships with parties other than us.

***Our business is dependent upon substantial investment in information technology.***

The efficient operation of our business will require substantial investment in technology infrastructure systems, including enterprise resource planning ("ERP") systems, supply chain management systems, digital commerce systems and connected solutions platforms. The inability to fund, acquire and implement these systems may impact our ability to respond effectively to changing customer expectations, manage our business, scale our solutions effectively or impact our customer service levels, which may put us at a competitive disadvantage and negatively impact our financial results. Repeated or prolonged interruptions of service, due to problems with our systems or third party technologies, whether or not in our control, could have a significant negative impact on our reputation and our ability to sell products and services.

We are highly dependent upon a variety of internal computer and telecommunication systems to operate our business. In order to support our continued operational ability and growth, we must maintain and continuously upgrade our ERP and other information systems, which are critical to our operational, accounting and financial functions. Failure to properly or adequately invest in and maintain these systems could result in the diversion of management's attention and resources and could materially adversely affect our operating results and impact our ability to efficiently manage our business. Our existing information systems may become obsolete, requiring us to transition our systems to a new platform. Such a transition would be time consuming and costly, and would require management resources in excess of those we currently have.

Further, as we are dependent upon our ability to gather and promptly transmit accurate information to key decision makers, our business, results of operations, financial condition and cash flows may be adversely affected if our information systems do not allow us to transmit accurate information, even for a short period of time. Failure to properly or adequately address these issues could impact our ability to perform necessary business operations, which could adversely affect our reputation, competitive position, business, results of operations, financial condition and cash flows.

We must attract and retain qualified people to operate our systems, expand and improve them, integrate new programs effectively with our existing programs, and convert to new systems efficiently when required. Any disruption to our business due to such issues, or an increase in our costs to cover these issues that is greater than what we have anticipated, could have an adverse effect on business, financial condition, results of operations and cash flows. Our customers rely increasingly on our electronic ordering and information systems as a source for product information, including availability and pricing. There can be no assurance that our systems will not fail or experience disruptions, and any significant failure or disruption of these systems could prevent us from making sales, ordering and delivering products and otherwise conducting our business. Many of our customers use our website to check real-time product availability, see their customized pricing and place orders, and to access our connected solution platforms. Any material disruption of our website, our connected solution applications, or the Internet in general could impair our order processing or prevent our manufacturers and customers from accessing information and cause us to lose business or damage our reputation.

Table of Contents

***Risks associated with data privacy issues, including evolving laws and regulations and associated compliance efforts, could adversely affect our business, financial conditions, results of operations and cash flows.***

Our business depends on the processing of data (some of which contains personal data), including the transfer of data between our affiliated entities, to and from our business partners and customers, and with third-party service providers. The laws and regulations relating to personal data constantly evolve, as federal, state and foreign governments continue to adopt new measures addressing data privacy and processing (including collection, storage, transfer, disposal and use) of personal data. Moreover, the interpretation and application of many existing or recently enacted privacy and data protection laws and regulations in the European Union, the U.S. and elsewhere are uncertain and fluid, and it is possible that such laws and regulations may be interpreted or applied in a manner that is inconsistent with our existing data management practices or the features of our products and services. Any such new laws or regulations, any changes to existing laws and regulations and any such interpretation or application may affect demand for our products and services, impact our ability to effectively transfer data across borders in support of our business operations, or increase the cost of providing our products and services. Additionally, any actual or perceived breach of such laws or regulations may subject us to claims and may lead to administrative, civil or criminal liability, as well as reputational harm to SpinCo or our employees. We could also be required to fundamentally change our business activities and practices, or modify our products and services, which could have an adverse effect on our business, financial condition, results of operations and cash flows.

In the U.S., various laws and regulations apply to the collection, processing, transfer, disposal, unauthorized disclosure and security of personal data. For example, data protection laws passed by most states within the U.S. require notification to users when there is a security breach for personal data. Additionally, the Federal Trade Commission ("FTC") and many state attorneys general are interpreting federal and state consumer protection laws as imposing standards for the online collection, use, transfer and security of personal data. In particular, our privacy policy and other statements we publish provide promises and assurances about privacy and security that could subject us to potential regulatory action or other liabilities if such statements are found to be deceptive or misrepresentative of our privacy and data security practices. The U.S. Congress and state legislatures, along with federal regulatory authorities have recently increased their attention to matters concerning personal data, and this may result in new legislation which could increase the cost of compliance. In addition to government regulation, privacy advocacy and industry groups may propose new and different self-regulatory standards that either legally or contractually apply to us or our customers.

In the European Union, some of our operations are subject to the European Union's General Data Protection Regulation ("GDPR"), which took effect from May 25, 2018. The GDPR introduces a number of new obligations for subject companies and we will need to continue dedicating financial resources and management time to GDPR compliance in the future. The GDPR enhances the obligations placed on companies that control or process personal data of residents of the European Union including, for example, expanded disclosures about how personal data is to be used, new mechanisms for obtaining consent from data subjects, new controls for data subjects with respect to their personal data (including by enabling them to exercise rights to erasure and data portability), limitations on retention of personal data and mandatory data breach notifications. Additionally, the GDPR places companies under new obligations relating to data transfers and the security of the personal data they process, as well as in relation to third-party data processors they use. The GDPR provides that supervisory authorities in the European Union may impose administrative fines for certain infringements of the GDPR of up to EUR 20,000,000 or 4% of a company's total, worldwide, annual turnover of the preceding financial year, whichever is higher. Individuals who have suffered damage as a result of a subject company's non-compliance with the GDPR also have the right to seek compensation from such company. Given the breadth of the GDPR, compliance with its requirements is likely to continue to require significant expenditure of resources on an ongoing basis, and there can be no assurance that the measures we have taken for the purposes of compliance will be successful in preventing breach of the GDPR. Given the potential fines, liabilities and damage to our reputation in the event of an actual or perceived breach of the GDPR, such a breach may have an adverse effect on our business, financial condition, results of operations and cash flows.

32

Table of Contents

Outside of the U.S. and the European Union, many jurisdictions have adopted or are adopting new data privacy laws that may impose further onerous compliance requirements, such as data localization, which prohibits companies from storing outside the jurisdiction data relating to resident individuals. The proliferation of such laws within the jurisdictions in which we operate may result in conflicting and contradictory requirements, particularly in relation to evolving technologies. Any failure to successfully navigate the changing regulatory landscape could result in legal liability or impairment to our reputation in the marketplace, which could have a material adverse effect on our business, financial condition, results of operations and cash flows.

Privacy-related claims or lawsuits initiated by governmental bodies, customers or other third parties, whether meritorious or not, could be time consuming, result in costly regulatory proceedings, litigation, penalties and fines, or require us to change our business practices, sometimes in expensive ways, or other potential liabilities. Unfavorable publicity regarding our privacy practices could injure our reputation, harm our ability to keep existing customers or attract new customers or otherwise adversely affect our business, assets, revenue, brands and reputation which may have an adverse effect on our business, financial condition, results of operations and cash flows.

***Internal system or service failures, including as a result of cyber or other security incidents, could disrupt business operations, result in the loss of critical and confidential information, and adversely impact our reputation, our business, financial condition, results of operations and cash flows. Our connected products potentially expose our business to cybersecurity threats.***

We create, deploy and maintain information technology ("IT") and engineering systems, some of which involve sensitive information, including personal data, trade secrets and other proprietary information. In addition, our connected products potentially expose our business to cybersecurity threats. As a result, we are subject to systems, service or product failures, not only resulting from our own failures or the failures of third party service providers, natural disasters, power shortages or terrorist attacks, but also from exposure to cyber or other security threats. Most of the jurisdictions in which we operate have laws and regulations relating to data security and protection of information. See "Risks Relating to Our Business—Risks associated with data privacy issues, including evolving laws and regulations and associated compliance efforts, could adversely affect our business, financial condition, results of operations and cash flows." We have certain measures to protect our information systems against unauthorized access and disclosure of personal information and of our confidential information and trade secrets and confidential information and trade secrets belonging to our customers. However, there is no assurance that the security measures we have put in place will be effective in every case.

Global cybersecurity threats and incidents can range from uncoordinated individual attempts to gain unauthorized access to IT systems to sophisticated and targeted measures known as advanced persistent threats directed at our products, our customers, vendors and/or our third party service providers, including cloud providers. There has been an increase in the frequency and sophistication of cyber and other security threats we face, and our customers are increasingly requiring cyber and other security protections and standards in our products, and we may incur additional costs to comply with such demands. While we have experienced, and expect to continue to experience, these types of threats and incidents, none of them to date have been material to our business.

We sell security and life safety solutions, which are designed to secure the safety of our subscribers and their residences or commercial properties. If these solutions fail for any reason, including due to defects in our software, a carrier outage, a failure of our network operating center, a failure on the part of one of our service provider partners, user error or cybersecurity incident, we could be subject to liability and reputational damage for such failures and our business could suffer.

We seek to deploy comprehensive measures to deter, prevent, detect, respond to and mitigate these threats, including identity and access controls, data protection, vulnerability assessments, product software designs that we believe are less susceptible to cyber-attacks, continuous monitoring of our IT networks and systems and

33

**Table of Contents**

maintenance of backup and protective systems. Despite these efforts, cyber and other security incidents, depending on their nature and scope, could potentially result in the misappropriation, destruction, corruption, misuse or unavailability of personal data, critical data and confidential or proprietary information (our own or that of third parties), product failure and the disruption of business operations. Moreover, employee error or malfeasance, faulty password management or other intentional or inadvertent non-compliance with our security protocols may result in a breach of our information systems. Our efforts to protect our company data and the information we receive may also be unsuccessful due to software "bugs," system errors or other technical deficiencies, or vulnerabilities of our vendors and service providers. Cyber and other security incidents aimed at the software embedded in our products could lead to third party claims that our product failures have caused a similar range of damages to our customers, and this risk is enhanced by the increasingly connected nature of our products.

The potential consequences of a material cyber or other security incident include financial loss, reputational damage, negative media coverage, litigation with third parties, including class-action litigation, regulatory investigations or actions, theft of intellectual property, fines, diminution in the value of our investment in research, development and engineering, and increased cyber and other security protection and remediation costs due to the increasing sophistication and proliferation of threats, which in turn could adversely affect our competitiveness, business, financial condition, results of operations and cash flows. In addition to any costs resulting from contract performance or required corrective action, these incidents could generate increased costs or loss of revenue if our customers choose to postpone or cancel previously scheduled orders or decide not to renew any of our existing contracts. Breaches in security could also result in a negative impact for our customers and thus affect our relations with our customers, injure our reputation and harm our ability to keep existing customers and to attract new customers. Some jurisdictions have enacted law requiring companies to notify individuals of data security breaches involving certain types of personal data. Such mandatory disclosures could lead to negative publicity and may cause our current and prospective customers to lose confidence in the effectiveness of our data security measures.

We could incur significant costs in protecting our data centers and servers against, or remediating, security vulnerabilities or breaches and cyber-attacks. Additionally, the costs related to cyber or other security incidents may not be fully insured or indemnified by other means. The successful assertion of a large claim against us with respect to a cyber or other security incident could seriously harm our business. Even if not successful, these claims could result in significant legal and other costs and may be a distraction to our management and harm our customer relationships and reputation.

### *The failure of our network operations centers and data back-up systems could put our users at risk.*

Many of our solutions operate with a hosted architecture, and we update our solutions regularly while our solutions are operating. If our solutions and/or upgrades fail to operate properly, our solutions could stop functioning for a period of time, which could put our users at risk. Our ability to keep our business operating is highly dependent on the proper and efficient operation of our network operations centers and data back-up systems. Although our network operations centers have back-up computer and power systems, if there is a catastrophic event, adverse weather conditions, natural disaster, terrorist attack, security breach or other extraordinary event, we may be unable to provide our subscribers with uninterrupted monitoring service. Furthermore, because data back-up systems are susceptible to malfunctions and interruptions (including those due to equipment damage, power outages, human error, computer viruses, computer hacking, data corruption and a range of other hardware, software and network problems), we cannot guarantee that we will not experience data back-up failures in the future. A significant or large-scale, security breach, malfunction or interruption of our network operations centers or data back-up systems could adversely affect our ability to keep our operations running efficiently. If a malfunction or security breach results in a wider or sustained disruption, it could have an adverse effect on our reputation, business, financial condition, results of operations or cash flows. See "Risks Relating to Our Business—Internal system or service failures, including as a result of cyber or other security incidents, could disrupt business operations, result in the loss of critical and confidential information, and

34

**Table of Contents**

adversely impact our reputation, our business, financial condition, results of operations and cash flows. Our connected products potentially expose our business to cybersecurity threats."

*Disruptions, or the need to relocate any of our facilities, could significantly disrupt our business.*

We manufacture many of products at single-location production facilities and rely on certain suppliers who also may concentrate production in single locations. A disruption, including work stoppage, supply chain failures, natural disasters, weather-related disruptions, or other disruptions at one or more of our production facilities could have adverse effects on our business, financial condition, results of operations and cash flows. Moreover, due to unforeseen circumstances or factors beyond our control, we may be forced to relocate our operations from one or more of our existing facilities to new facilities and may incur substantial costs, experience program delays and sacrifice proximity to customers and geographic markets as a result, potentially for an extended period of time. Any significant interruption in production at one or more of these facilities could negatively impact our ability to deliver our products to our customers.

A significant disruption in the supply of a key component due to a work stoppage or other disruption at one of our suppliers or any other supplier could impact our ability to make timely deliveries to our customers and, accordingly, have an adverse effect on our business, financial condition, results of operations and cash flows. Where a manufacturer halts production because of another supplier failing to deliver on time, or as a result of a work stoppage or other disruption, it is unlikely we will be fully compensated, if at all.

*We rely on certain suppliers of materials and components for our products.*

Certain of the materials and components for products we manufacture and those manufactured on our behalf are supplied by single or limited source suppliers. Our business, results of operations, financial condition and cash flows could be adversely affected by disruptions in supply from our third party suppliers, whether from supply chain disruptions or if suppliers lack sufficient quality control or if there are significant changes in their financial or business condition. See "Business—Materials and Suppliers."

If our third party suppliers and manufacturers fail to deliver products, parts and components of sufficient quality on time and at reasonable prices, we could have difficulties fulfilling our orders or stocking our distribution centers on similar terms or at all, sales and profits could decline, and our commercial reputation could be damaged. Our ability to manage inventory and meet delivery requirements may be constrained by our suppliers' inability to scale production and adjust delivery of long-lead-time products during times of volatile demand. Our inability to fill our supply needs would jeopardize our ability to fulfill obligations which could, in turn, result in reduced sales and profits, contract penalties or terminations, and damage to customer relationships.

If we fail to adequately assess the creditworthiness and operational reliability of existing or future suppliers, if there is any unanticipated deterioration in their creditworthiness and operational reliability, or if our suppliers do not perform or adhere to our existing or future contractual arrangements, any resulting inability to otherwise obtain the supplies or our inability to enforce the terms of the contract or seek other remedies could have an adverse effect on our financial condition and results of operations and could cause us to incur significant liabilities.

*We obtain many of the products for our ADI distribution business from third parties.*

Most of the low voltage products we distribute through our ADI business are manufactured by third parties. As a result, terminations of supply or services agreements or a change in terms or conditions of sale from one or more of our key manufacturers could negatively affect our operating margins, net sales or the level of capital required to fund our operations. We have standard distribution contracts with our manufacturers which are subject to renegotiation or non-renewal. Our dependence on third party manufacturers leaves us vulnerable to having an inadequate supply of demanded products, price increases, late deliveries and poor product quality.

35

Table of Contents

Our ability to obtain particular products or product lines in the required quantities and our ability to fulfill customer orders on a timely basis is critical to our success. Our manufacturers have experienced product supply shortages from time to time due to the inability of certain of their suppliers to supply certain products on a timely basis. As a result, we have experienced, and may in the future continue to experience, short-term shortages of specific products. We cannot provide any assurances that manufacturers will be able to maintain an adequate supply of products to fulfill all of our customer orders on a timely basis. Our reputation, sales and profitability may suffer if manufacturers are not able to provide us with an adequate supply of products to fulfill our customer orders on a timely basis or if we cannot otherwise obtain particular products or a product lines.

Manufacturers who currently distribute their products through us may decide to shift to or substantially increase their existing distribution with other distributors, their own dealer networks, or directly to resellers or end-users. Increasingly, our manufacturers are combining, leaving us with fewer alternative sources. This could result in more intense competition as distributors strive to secure distribution rights with these manufacturers, which could have an adverse impact on our business, financial condition, results of operations and cash flows. If we are unable to maintain an adequate supply of products, or if manufacturers do not regularly invest in, introduce to us, and/or make new products available to us for distribution, our net sales and gross profit could suffer considerably.

*Raw material price fluctuations, the ability of key suppliers to meet quality and delivery requirements, or catastrophic events can increase the cost of our products and services, impact our ability to meet commitments to customers and cause us to incur significant liabilities.*

The cost and availability of raw materials (such as copper, steel, aluminum, plastics, printed circuit boards, semiconductors and passive electronics) is a key factor in the cost of our products. Our inability to offset material price inflation through increased prices to customers, formula or long-term fixed price contracts with suppliers, productivity actions or through commodity hedges could adversely affect our business, financial condition, results of operations and cash flows. Supply interruptions could arise from shortages of raw materials, effects of economic, political or financial market conditions on a supplier's operations, labor disputes or weather conditions affecting products or shipments, transportation disruptions, information system disruptions or other reasons beyond our control.

The profitability of our business is also dependent upon the efficiency of our supply chain. An inefficient or ineffective supply chain strategy or operations could increase operational costs, reduce profit margins and adversely affect our business, financial condition, results of operations and cash flows. Short- or long-term capacity constraints or financial distress at any point in our supply chain could disrupt our operations and adversely affect our financial performance, particularly when the affected suppliers and manufacturers are the sole sources of products that we require or that have unique capabilities, or when our customers have directed us to use those specific suppliers and manufacturers. We incur significant freight expenses related to the purchase of products for distribution and fluctuations in fuel costs may cause us to incur additional expense.

*We are subject to the economic, political, regulatory, foreign exchange and other risks of international operations.*

Our international sales are approximately 32% of our net sales for the year ended December 31, 2017. Our international geographic footprint subjects us to many risks including: exchange control regulations; wage and price controls; antitrust/competition and environmental regulations; employment regulations; foreign investment laws; monetary and fiscal policies and protectionist measures that may prohibit acquisitions or joint ventures, establish local content requirements, or impact trade volumes; import, export and other trade restrictions (such as embargoes); violations by our employees of anti-corruption laws (despite our efforts to mitigate these risks); changes in regulations regarding transactions with state-owned enterprises; nationalization of private enterprises; natural and man-made disasters, hazards and losses; backlash from foreign labor organizations related to our repositioning or restructuring actions; violence, civil and labor unrest; acts of terrorism; and our ability to hire and maintain qualified staff and maintain the safety of our employees in these regions. For more information on

36

**Table of Contents**

our international footprint, see "Business—Properties." Additionally, certain of the markets in which we operate have adopted increasingly strict data privacy and data protection requirements or may require local storage and processing of data or similar requirements. See "Risks Relating to Our Business—Risks associated with data privacy issues, including evolving laws and regulations and associated compliance efforts, could adversely affect our business, financial condition, results of operations and cash flows."

Instabilities and uncertainties arising from the global geopolitical environment can negatively impact our business. The U.K.'s referendum to leave the European Union, commonly known as "Brexit," has caused and may continue to cause interest rate, exchange rate and other market and economic volatility. As negotiations relating to the future terms of the U.K.'s relationship with the European Union proceed, our manufacturing operations and the businesses of our customers and suppliers could be negatively impacted if tariffs, new compliance requirements or other restrictions (such as embargoes) are imposed on the free flow of goods to and from the U.K. Similarly, the implementation of more restrictive trade policies or the renegotiation of existing trade agreements in the U.S. or other countries where we sell or manufacture large quantities of products and services or procure supplies and other materials incorporated into our products could negatively impact our business results of operations, cash flows and financial condition. For example, a government's adoption of "buy national" policies or retaliation by another government against such policies, such as tariffs or quotas, could have a negative impact on our results of operations.

Tariffs, quotas and other barriers to trade could adversely affect the business of our customers and suppliers, which could in turn negatively impact our net sales and results of operations. In addition, a substantial volume of our Comfort & Care products benefit from the favorable tariff rates established under the North American Free Trade Agreement, renegotiation of which is the subject of on-going discussion among the parties thereto. These and other instabilities and uncertainties arising from the global geopolitical environment, along with the cost of compliance with increasingly complex and often conflicting regulations worldwide, can impair our flexibility in modifying product, marketing, pricing or other strategies for growing our businesses, as well as our ability to improve productivity and maintain acceptable operating margins.

As a result of our global presence, a portion of our net sales are denominated in currencies other than the U.S. Dollar, whereas a significant amount of our payment obligations, including pursuant to the Indemnification and Reimbursement Agreement and Tax Matters Agreement are denominated in U.S. Dollars, which exposes us to foreign exchange risk. We monitor and seek to reduce such risk through hedging activities; however, foreign exchange hedging activities bear a financial cost and may not always be available to us or be successful in eliminating such volatility. Finally, we generate significant amounts of cash outside of the United States that is invested with financial and non-financial counterparties. While we employ comprehensive controls regarding global cash management to guard against cash or investment loss and to ensure our ability to fund our operations and commitments, a material disruption to the counterparties with whom we transact business could expose us to financial loss.

We operate in many high-growth regions that require modifications to our products based on local building codes, regulations, standards, certifications and other factors, which may impact our cost to serve and profitability as we continue our penetration into these regions.

### *We operate in regulated markets.*

Many of our products, technologies and services, in particular products implicating life safety, are subject to regulatory agency oversight, such as the U.S. Consumer Product Safety Commission, the FTC, the Federal Communications Commission ("FCC"), the U.S. Environmental Protection Agency, the European Union's CE mark ("CE"), the European Community directive "Waste Electrical and Electronic Equipment Directive" ("WEEE Directive"), the regulation Registration, Evaluation, Authorization and Restriction of Chemicals ("REACH"), the Gulf Mark standard for low voltage electric products required in Gulf Member States ("G Mark"), the EurAsian Conformity Mark for member countries of Customs Union ("EAC"), the China Compulsory Certification ("CCC") and the Regulatory Compliance Mark for Australia which may contribute to

37

**Table of Contents**

our compliance expenses. Many state regulators, such as the California Department of Toxic Substances Control, also have an impact on our markets. For example, 23 states have specific mercury thermostat regulations which require business compliance due to decades of sales of thermostats containing mercury. Mandatory collection requirements, penalties and federal legislation can have an impact on the expense. It is also important that our products comply with various third party standards, such as those of UL.

In addition, the FCC recently repealed net neutrality rules. Because the repeal is recent, we do not yet know the impact it may have on our business. Interference with our services or higher charges to customers by broadband service providers for using our products and services could cause us to lose existing subscribers, impair our ability to attract new subscribers and adversely affect our business, financial condition, results of operations and cash flows.

In addition, telecommunication service providers are subject to extensive regulation in the markets where we operate or may expand in the future. The FTC and the FCC have issued regulations that place restrictions on, among other things, unsolicited automated telephone calls to residential and wireless telephone subscribers by means of automatic telephone dialing systems and the use of prerecorded or artificial voice messages. If our service provider partners were to take actions in violation of these regulations, such as telemarketing to individuals on the "Do Not Call" registry, we could be subject to fines, penalties, private actions or enforcement actions by government regulators. Although we have taken steps to insulate ourselves from any such wrongful conduct by our service provider partners and require our service provider partners to comply with these laws and regulations, no assurance can be given that we will not be exposed to liability as result of our service provider partners' conduct. Changes in the applicable laws, regulations and technology affecting telecommunication services could require us to change the way we operate, which could increase costs or otherwise disrupt our operations, which in turn could adversely affect our business, financial condition, results of operations and cash flows.

Some local governments impose assessments, fines, penalties and limitations on either customers or companies for false alarms. Certain municipalities have adopted ordinances under which both permit and alarm dispatch fees are charged directly to companies. Service providers generally pass these charges on to customers but may not be able to collect if customers are unwilling or unable to pay them, and this may require the service provider to suspend or terminate service and as a result adversely affect our business, financial condition, results of operations and cash flows. Furthermore, our customers may elect to terminate or not renew services if assessments, fines, or penalties for false alarms become significant. If more local governments were to impose assessments, fines or penalties or requirements for response such as video verification, it could adversely affect our customer base, business, financial condition, results of operations and cash flows.

The net sales and margins of our business are directly impacted by government regulations, including safety, performance and product certification regulations, particularly those driven by customer demands and national approvals, as well as changes in trade agreements and environmental and energy efficiency standards. Growth within emerging markets may be adversely impacted by the inability to acquire and retain qualified employees where local employment law mandates may be restrictive.

***Our growth strategy is dependent on expanding our distribution business.***

Part of our growth strategy is to expand our geographic footprint and to increase the types and number of products sold through ADI. Our ability to open new ADI locations in both existing and new markets could be affected by local regulations and the availability of suitable real estate. We may not be able to acquire from manufacturers certain product lines that we are interested in adding to our distribution business, and if we are able to add products, they may not result in sales as expected and may not be profitable. If we are unable to execute on any part of our growth strategy, our business, financial condition, results of operations and cash flows could be adversely affected.

38

Table of Contents

***Our profitability and results of operations may be adversely affected by a significant failure or inability to comply with the specifications and manufacturing requirements of our OEM customers.***

We generally have to qualify, and are required to maintain our status, as a supplier for each of our OEM customers. This is a lengthy process that involves the inspection and approval by a customer of our engineering, documentation, manufacturing and quality control procedures before that customer will place volume orders. If we are successful in qualifying, there is no assurance that any OEM will purchase products from us. Given the length of this qualification process, the risk that our business, operating results and financial condition would be adversely affected by the loss of, or any reduction in orders by, any of our significant OEM customers is increased. Accordingly, the success of our business depends on OEMs continuing to outsource the manufacturing of critical products to us. It would be difficult to replace lost revenue resulting from the loss of, or the reduction, cancellation or delay in purchase orders by, any one of these customers, whether due to their decision to not continue to outsource all or a portion of their critical parts for their capital equipment, their giving market share to our competitors or otherwise. A significant failure or inability to comply with customer specifications and manufacturing requirements or delays or other problems with existing or new products (including program launch difficulties) could result in financial penalties, cancelled orders, increased costs, loss of sales, loss of customers or potential breaches of customer contracts, which could have an adverse effect on our profitability and results of operations. We have in the past lost business from OEM customers who have taken the manufacturing of our products in-house or given market share to our competitors. If we are unable to replace revenue from lost OEM customers it could have an adverse impact on our financial position, results of operation and cash flows. In addition, if we are unable to obtain additional business from OEMs the potential growth of our business results could be adversely affected.

***We may not be able to retain or expand relationships with certain large customers.***

A number of our customers are large and contribute significantly to our net sales and operating income. Consolidation or change of control, particularly among our OEM customers, or a decision by any one or more of our customers to outsource all or most manufacturing work to a single equipment manufacturer, may concentrate our business in a limited number of customers and expose us to increased risks relating to dependence on a smaller number of customers. By virtue of our largest customers' size and the significant portion of revenue that we derive from them, they are able to exert significant influence in the negotiation of our commercial agreements and the conduct of our business with them. Furthermore, there is significant consolidation of companies focused on security products, and we have had customers combine with companies with whom we have little or no prior relationship, putting us at risk of loss of sales. If we are unable to retain and expand our business with these large customers on favorable terms, our business, financial condition, results of operations and cash flows will be adversely affected.

***We have credit exposure to our customers.***

Any adverse trends in our customers' businesses could cause us to suffer credit losses. As is customary in our markets, we extend credit to our customers. A portion of our customers are small contractors with inconsistent cash flow. As such, they rely on us to provide their businesses with credit and to carry specified inventory to support their operations. We may be unable to collect on receivables if our customers experience decreases in demand for their products and services, do not manage their businesses adequately, or otherwise become less able to pay due to adverse economic conditions or refinancing events. While we evaluate our customers' qualifications for credit and monitor our extensions of credit, these efforts cannot prevent all credit losses, and credit losses negatively impact our performance. In addition, for financial reporting purposes, we establish reserves based on our historical experience of credit losses. To the extent that our credit losses exceed those reserves, our financial performance will be negatively impacted beyond what is expected. If there is deterioration in the collectability of our receivables, or we fail to take other actions to adequately mitigate such credit risk, our earnings, cash flows and our ability to utilize receivable-based financing could deteriorate. In addition, if we are unable to extend credit to our customers, we may experience loss of certain contracts or business.

Table of Contents

In addition, extending credit to international customers involves additional risks. It is often more difficult to evaluate credit of a customer or obtain credit protections in our international operations. Also, credit cycles and collection periods are typically longer in our international operations. We are also subject to credit risk associated with customer concentration. If one or more of our largest customers were to become bankrupt or insolvent, or otherwise were unable to pay for our products, we may incur significant write-offs of accounts that may have an adverse effect on our business, financial condition, results of operations and cash flows. As a result of these factors and other challenges in extending credit to international customers, we generally face greater credit risk from sales internationally compared to domestic sales.

### *Failure to protect our intellectual property could adversely affect our business, financial condition and results of operations and cash flows.*

We rely on a combination of patents, copyrights, trademarks, tradenames, trade secrets and other proprietary rights, as well as contractual arrangements, including licenses, to establish, maintain and protect our intellectual property rights. Effective intellectual property protection may not be available in every country in which we do business. We may not be able to acquire or maintain appropriate registered or unregistered intellectual property in all countries in which we do business. Companies that license intellectual property we own or use, especially, the Honeywell brand, also may take actions that diminish the value of our intellectual property or harm our reputation.

Our intellectual property rights may not be sufficient to permit us to take advantage of some business opportunities. As a result, we may be required to change our plans or acquire the necessary intellectual property rights, which could be costly. Furthermore, our ability to enforce our intellectual property rights in emerging markets may be limited by legal or practical considerations that have not historically affected our business in markets with more established intellectual property protection systems.

The protection of our intellectual property may be expensive and time-consuming. There can be no assurance that the steps we take to maintain and protect our intellectual property will be adequate, or that third parties will not infringe, circumvent, misappropriate or violate our intellectual property. If our efforts to protect our intellectual property are not adequate, the value of our goods and services may be harmed, which could have an adverse effect on our business, financial condition, results of operations and cash flows. Any impairment of our intellectual property, including due to changes in U.S. or worldwide intellectual property laws or the absence of effective legal protection or enforcement measures, could adversely impact our business, financial condition, results of operations and cash flows.

### *We may incur material losses and costs as a result of intellectual property infringement actions that may be brought against us.*

As we adopt new technology, we face an inherent risk of exposure to the claims of others that we have allegedly violated their intellectual property rights. Successful claims that we infringe on the intellectual property rights of others could require us to enter into royalty or licensing agreements on unfavorable terms, incur substantial monetary liability, be prohibited preliminarily or permanently from further use of the intellectual property in question or require us to change our business practices to stop the infringing use, which could limit our ability to compete effectively. In addition, our customer agreements can require us to indemnify the customer for infringement. The time and expense of defending against these claims, whether meritorious or not, may have a material and adverse impact on our profitability and can be time-consuming and costly and divert management's attention and resources away from our businesses. Furthermore, the publicity we may receive as a result of infringing intellectual property rights may damage our reputation and adversely impact our existing customer relationships and our ability to develop new business.

We cannot assure you that we will not experience any material intellectual property claim losses in the future or that we will not incur significant costs to defend such claims.

**Table of Contents**

***Failure to increase productivity through sustainable operational improvements, as well as an inability to successfully execute repositioning projects or to effectively manage our workforce, may reduce our profitability or adversely impact our businesses.***

Our profitability and margin growth are dependent upon our ability to drive sustainable improvements. In addition, we seek productivity and cost savings benefits through repositioning and other projects, such as consolidation of manufacturing facilities, transitions to cost-competitive regions, workforce reductions, asset impairments, product line rationalizations and other cost-saving initiatives. Risks associated with these actions include delays in execution of the planned initiatives, additional unexpected costs, realization of fewer than estimated productivity improvements and adverse effects on employee morale. We may not realize the full operational or financial benefits we expect and the recognition of these benefits may be delayed and these actions may potentially disrupt our operations. In addition, organizational changes, attrition, labor relations difficulties, or workforce stoppage could have an adverse effect on our business, reputation, financial condition, results of operations and cash flows.

***We may not be able to successfully acquire and integrate other products, technologies or businesses or realize the anticipated benefits of acquisitions.***

As part of our strategy, we expect to evaluate acquisitions and strategic investments in products or technologies and businesses that could complement or expand our business or otherwise offer growth or cost-saving opportunities. An investment in, or acquisition of, complementary products or technologies or businesses in the future could materially decrease the amount of our available cash or require us to seek additional equity or debt financing, particularly if we face competition for acquisition opportunities in the various markets in which we operate.

In connection with any acquisitions we complete, we may have difficulty integrating the acquired business, may not achieve the synergies or other benefits we expected to achieve, and we may incur unanticipated expenses, write-downs, impairment charges or unforeseen liabilities that could negatively affect our business, financial condition, results of operations and cash flows. Further, contemplating or completing an acquisition and integrating an acquired product or technology or business could divert management and employee time and resources from other matters.

***We depend on the recruitment and retention of qualified personnel, and our failure to attract and retain such personnel could adversely affect our business, financial condition, results of operations and cash flows.***

Due to the complex nature of our business, our future performance is highly dependent upon the continued services of our employees and management who have significant industry expertise, including our engineering and design personnel and trained sales force. Our performance is also dependent on the development of additional personnel and the hiring of new qualified engineering, design, manufacturing, marketing, sales and management personnel for our operations. Competition for qualified personnel in our markets is intense, and we may not be successful in attracting or retaining qualified personnel. The loss of key employees, our inability to attract new qualified employees or adequately train employees, or the delay in hiring key personnel could negatively affect our business, financial condition, results of operations and cash flows.

***We may not be able to obtain additional capital that we need in the future on favorable terms or at all.***

We may require additional capital in the future to finance our growth and development, upgrade and improve our manufacturing capabilities, implement further marketing and sales activities, fund ongoing R&D activities, satisfy regulatory and environmental compliance obligations and national approvals requirements, satisfy post-Spin-Off indemnity obligations to Honeywell, and meet general working capital needs. Our capital requirements will depend on many factors, including acceptance of and demand for our solutions, the extent to which we invest in new technology and R&D projects and the status and timing of these developments. If our access to capital were to become constrained significantly, or if costs of capital increased significantly, due to

Table of Contents

lowered credit ratings, prevailing business conditions, the volatility of the capital markets or other factors, our business, financial condition, results of operations and cash flows could be adversely affected.

Moreover, we have historically relied on Honeywell for assistance in satisfying our capital requirements. After the Spin-Off, we will not be able to rely on the earnings, assets or cash flow of Honeywell, and Honeywell will not provide funds to finance our capital requirements. As a result, after the Share Distribution, we will be responsible for obtaining and maintaining sufficient working capital and other funds to satisfy our cash requirements independent of Honeywell, and debt or equity financing may not be available to us on terms we find acceptable, if at all. Even if we are able to obtain financing or access the capital markets, incurring additional debt may significantly increase our interest expense and financial leverage, and our level of indebtedness could restrict our ability to fund future development and acquisition activities. Also, regardless of the terms of our debt or equity financing, our agreements and obligations under the Tax Matters Agreement that address compliance with Section 355 of the Internal Revenue Code of 1986, as amended (the "Code"), may limit our ability to issue stock. See "Certain Relationships and Related Party Transactions—Agreements with Honeywell—Tax Matters Agreement." We believe that, at the time of the Spin-Off, we will have adequate capital resources to meet our projected operating needs, capital expenditures and other cash requirements, including payments to Honeywell under the Indemnification and Reimbursement Agreement. However, we may need additional capital resources in the future and if we are unable to obtain sufficient resources for our operating needs, capital expenditures and other cash requirements for any reason, our business, financial condition and results of operations could be adversely affected. See "—Risks Relating to the Spin-Off—We may be unable to make, on a timely or cost-effective basis, the changes necessary to operate as an independent, publicly traded company, and we may experience increased costs after the Spin-Off."

*We are subject to risks associated with the Indemnification and Reimbursement Agreement, pursuant to which we will be required to make substantial cash payments to Honeywell, measured in substantial part by reference to estimates by Honeywell of certain of its liabilities.*

In connection with the Spin-Off, we intend to enter into an Indemnification and Reimbursement Agreement (as defined below), pursuant to which we will have an obligation to make cash payments to Honeywell in amounts equal to 90% of payments, which include amounts billed ("payments"), with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages (the "liabilities") in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales (the "recoveries"). The amount payable by the Company in respect of such liabilities arising in respect of any given year will be subject to a cap of $140 million (exclusive of any late payment fees up to 5% per annum). Payments in respect of the liabilities arising in a given year will be made quarterly throughout such year on the basis of an estimate of the liabilities and recoveries provided by Honeywell. Following the end of any such year, Honeywell will provide us with a calculation of the amount of payments and the recoveries actually received. Subject to the aforementioned cap, if the amount of payments (net of recoveries) is greater than the previously provided estimate, we will pay Honeywell the amount of such difference (the "true-up payment") and, if the amount of the previously provided estimate is greater than the amount of payments (net of recoveries), we will receive a credit in the amount of such difference that will be applied to future payments. If a true-up payment exceeds $30 million, such true-up payment will be made in equal installments, payable on a monthly basis following the date the true-up payment is due.

For example, if in any given year, Honeywell's estimated annual payments that are within the scope of the Indemnification and Reimbursement Agreement totaled $140 million, and if Honeywell's estimated associated recoveries totaled $20 million, then our quarterly payment obligations in respect of that year would be 90% of the net amount (or $108 million) divided by four, or $27 million. If, for such year, Honeywell's annual payments

42

**Table of Contents**

actually totaled $165 million, and if Honeywell's associated recoveries actually totaled $10 million, our additional true-up payment obligation in respect of that year would be 90% of the net amount (or $139.5 million) minus the sum of our quarterly payments, or $108 million, resulting in an aggregate payment in respect of such year of $31.5 million, which, because it exceeds $30 million, would be made in equal installments, payable on the true-up date and on a monthly basis following the date the true-up payment is due. However, if in any given year, Honeywell's estimated annual payments totaled $175 million, and the estimated associated recoveries totaled $5 million, then our quarterly payment obligations in respect of that year would be capped at $35 million even though 90% of the net amount (or $153 million) divided by four is higher at $38.25 million, resulting in an aggregate maximum payment for such year equal to the cap of $140 million (regardless of whether or not actual liabilities (net of recoveries) exceeded the previously provided estimates).

Historically, Honeywell's environmental claim and remediation payments in respect of the sites that are within the scope of the Indemnification and Reimbursement Agreement for the years 2017, 2016 and 2015, including any legal fees, were approximately $200 million, $221 million and $259 million, respectively, and Honeywell's associated receipts for insurance and amounts received by Honeywell in connection with affirmative claims, contributions and property sales for 2017, 2016 and 2015 were approximately $2 million, $10 million and $18 million, respectively.

In the event that Honeywell completes a transfer to a third party in respect of a portion of the remediation liabilities that are within the scope of the Indemnification and Reimbursement Agreement, the Company will be obligated to pay 90% of the amount paid or payable by Honeywell in connection with such liability transfer, less any applicable recoveries. Amounts payable in respect of liability transfers for any given year are paid in the year following the year in which they occur, at the time that the true-up payment is made. If the amounts payable in respect of a liability transfer, together with any true-up payment, exceeds $30 million, such amounts will be made in equal installments, payable on the true-up date and on a monthly basis following the date the true-up payment is due. While any amount in respect of a liability transfer is outstanding, the annual payment by us to Honeywell will be first allocated towards the liabilities described above relating to environmental claims, remediation, hazardous exposure and toxic tort claims arising outside of the scope of the liability transfer, and then towards the liability transfer payment. The amount payable by the Company in respect of (i) any such liability transfers and (ii) the liabilities described above relating to environmental claims, remediation, hazardous exposure and toxic tort claims arising in any given year, will be subject to a cap of $140 million (exclusive of any late payment fees up to 5% per annum).

The scope of our current environmental remediation obligations subject to the Indemnification and Reimbursement Agreement relates to approximately 230 sites or groups of sites that are undergoing environmental remediation under U.S. federal or state law and agency oversight for contamination associated with Honeywell legacy business operations. The ongoing environmental remediation is designed to address contaminants at upland and sediment sites, which include, among others, metals, organic compounds and polychlorinated biphenyls, through a variety of methods, which include, among others, excavation, capping, in-situ stabilization, groundwater treatment and dredging. In addition, our obligations subject to the Indemnification and Reimbursement Agreement will include certain liability with respect to (i) hazardous exposure or toxic tort claims associated with the specified sites that arise after the Spin-Off, if any, (ii) currently unidentified releases of hazardous substances at or associated with the specified sites, (iii) other environmental claims associated with the specified sites and (iv) consequential damages.

Payment amounts under the Indemnification and Reimbursement Agreement will be deferred to the extent that a specified event of default has occurred and is continuing under certain indebtedness, including under our principal credit agreement, or the payment thereof causes us to not be compliant with certain financial covenants in certain indebtedness, including our principal credit agreement on a pro forma basis, including the maximum total leverage ratio (ratio of consolidated debt to consolidated EBITDA, which excludes any amounts owed to Honeywell under the Indemnification and Reimbursement Agreement), and the minimum interest coverage ratio. A 5% late payment fee will accrue on all amounts that are not otherwise entitled to be deferred under the terms of

43

**Table of Contents**

the Indemnification and Reimbursement Agreement, without prejudice to any other rights that Honeywell may have for late payments. In each calendar quarter, our ability to pay dividends and repurchase capital stock in such calendar quarter will be restricted until any amounts payable under the Indemnification and Reimbursement Agreement in such quarter (including any deferred payment amounts) are paid to Honeywell and we will be required to use available restricted payment capacity under our debt agreements to make payments in respect of any such deferred amounts. Payment of deferred amounts and certain other amounts could cause the amount we are required to pay under the Indemnification and Reimbursement Agreement in respect of liabilities arising in any given calendar year to exceed $140 million (exclusive of any late payment fees up to 5% per annum). All amounts payable under the Indemnification and Reimbursement Agreement will be guaranteed by certain of our subsidiaries that act as guarantors under our principal credit agreement, subject to certain exceptions. Under the Indemnification and Reimbursement Agreement, we will also be subject to certain of the affirmative and negative covenants to which we are subject under our principal credit agreement. Further, pursuant to the Indemnification and Reimbursement Agreement, our ability to (i) amend or replace our principal credit agreement, (ii) enter into another credit agreement and make amendments or waivers thereto, or (iii) enter into or amend or waive any provisions under other agreements, in each case, in a manner that would adversely affect the rights of Honeywell under the Indemnification and Reimbursement Agreement, will be subject to Honeywell's prior written consent. This consent right will significantly limit our ability to engage in many types of significant transactions on favorable terms (or at all), including, but not limited to, equity and debt financings, liability management transactions, refinancing transactions, mergers, acquisitions, joint ventures and other strategic transactions. See "Certain Relationships and Related Party Transactions—Agreements with Honeywell—Indemnification and Reimbursement Agreement."

The Indemnification and Reimbursement Agreement may have material adverse effects on our liquidity and cash flows and on our results of operations, regardless of whether we experience a decline in net sales. The Indemnification and Reimbursement Agreement may also require us to accrue significant long-term liabilities on our consolidated balance sheet, the amounts of which will be dependent on factors outside our control, including Honeywell's responsibility to manage and determine the outcomes of claims underlying the liabilities. This may have a significant negative impact on the calculation of key financial ratios and other metrics that are important to investors, rating agencies and securities analysts in evaluating our creditworthiness and the value of our securities. Accordingly, our access to capital to fund our operations may be materially adversely affected and the value of your investment in our company may decline. The Indemnification and Reimbursement Agreement also includes other obligations that may impose significant operating and financial restrictions on us and our subsidiaries and limit our ability to engage in actions that may be in our long-term best interests. See "Certain Relationships and Related Party Transactions—Agreements with Honeywell—Indemnification and Reimbursement Agreement." Moreover, the payments that we will be required to make to Honeywell pursuant to the Indemnification and Reimbursement Agreement will not be deductible for U.S. federal income tax purposes.

Although we will have access to information regarding these liabilities as we may reasonably request for certain purposes, as well as the ability to participate in periodic standing meetings with Honeywell's remediation management team responsible for management of the underlying claims, including outside litigation or environmental counsel if necessary, the payment obligations under the Indemnification and Reimbursement Agreement relate to legal proceedings and remediation efforts that we will not control, and we accordingly do not expect to be able to make definitive decisions regarding settlements or other outcomes that could influence our potential related exposure.

Independent of our payments under the Indemnification and Reimbursement Agreement, we will have ongoing liability for certain environmental claims which are part of SpinCo's going forward business. For the year ended December 31, 2017, these payments totaled $1.1 million.

44

Table of Contents

*Our operations and the prior operations of predecessor companies expose us to the risk of material environmental liabilities.*

We are subject to potentially material liabilities related to the investigation and cleanup of environmental hazards and to claims of personal injuries or property damages that may arise from hazardous substance releases and exposures. These liabilities arise out of our current and past operations and the operations and properties of predecessor companies (including offsite waste disposal). In connection with the Spin-Off, we intend to enter into an Indemnification and Reimbursement Agreement, pursuant to which we will have an obligation to make cash payments to Honeywell related to certain of Honeywell's environmental-related liabilities. See "Risks Relating to Our Business—We are subject to risks associated with the Indemnification and Reimbursement Agreement, pursuant to which we will be required to make substantial cash payments to Honeywell, measured in substantial part by reference to estimates by Honeywell of certain of its liabilities."

We are also subject to potentially material liabilities related to the compliance of our operations with the requirements of various federal, state, local and foreign governments that regulate the discharge of materials into the environment and the generation, handling, storage, treatment and disposal of and exposure to hazardous substances. We believe that, as a general matter, our policies, practices and procedures are properly designed to prevent unreasonable risk of environmental damage and personal injury and that our handling, manufacture, use and disposal of hazardous substances are in accordance with environmental and safety laws and regulations. However, if we are found to be in violation of these laws and regulations, we may be subject to substantial fines, criminal sanctions, trade restrictions, product recalls, public exposure and be required to install costly equipment or make operational changes to achieve compliance with such laws and regulations.

In addition, changes in laws, regulations or government enforcement of policies concerning the environment, the discovery of previously unknown contamination or new technology or information related to individual contaminated sites, the establishment of stricter state or federal toxicity standards with respect to certain contaminants, or the imposition of new clean-up requirements or remedial techniques, could require us to incur additional currently unanticipated costs in the future that would have a negative effect on our business, financial condition, results of operations and cash flows.

*We cannot predict with certainty the outcome of litigation matters, government proceedings and other contingencies and uncertainties.*

In the ordinary course of business, we may make certain commitments, including representations, warranties and indemnities relating to current and past operations, including those related to divested businesses, and issue guarantees of third party obligations. We are subject to various lawsuits, investigations and disputes arising out of the conduct of our business, including matters relating to commercial transactions, government contracts, product liability, prior acquisitions and divestitures, employee benefit plans, intellectual property, and environmental, health and safety matters. Our potential liabilities are subject to change over time due to new developments, changes in settlement strategy or the impact of evidentiary requirements, and we may become subject to or be required to pay damage awards or settlements that could have an adverse effect on our business, financial condition, results of operations and cash flows. If we were required to make payments, such payments could be significant and could exceed the amounts we have accrued with respect thereto, adversely affecting our business, financial condition, results of operations and cash flows. While we maintain insurance for certain risks, the amount of our insurance coverage may not be adequate to cover the total amount of all insured claims and liabilities. The incurrence of significant liabilities for which there is no or insufficient insurance coverage could adversely affect our liquidity and financial condition, results of operations and cash flows.

*Our effective tax rate will be affected by factors including changes in tax rules, and in the interpretation and application of those rules, in the countries in which we operate.*

Our future results of operations could be adversely affected by changes in the effective tax rate as a result of a change in the mix of earnings in countries with differing statutory tax rates, changes in tax laws, regulations

45

Table of Contents

and judicial rulings (or changes in the interpretation thereof), changes in generally accepted accounting principles, changes in the valuation of deferred tax assets and liabilities, changes in the amount of earnings permanently reinvested offshore, the results of audits and examinations of previously filed tax returns and continuing assessments of our tax exposures and various other governmental enforcement initiatives. Our tax expense includes estimates of tax reserves and reflects other estimates and assumptions, including assessments of future earnings of the Company which could impact the valuation of our deferred tax assets. Changes in tax laws or regulations, including multi-jurisdictional changes enacted in response to the guidelines provided by the Organization for Economic Co-operation and Development ("OECD") to address base erosion and profit shifting, and the interpretation and application of comprehensive U.S. tax reform legislation enacted in December of 2017, commonly referred to as the Tax Cuts and Jobs Act (the "TCJA"), will increase tax uncertainty and may adversely impact our provision for income taxes. As noted under "—Risks Relating to Our Business—We are subject to risks associated with the Indemnification and Reimbursement Agreement, pursuant to which we will be required to make substantial cash payments to Honeywell, measured by reference to estimates by Honeywell of certain of its liabilities," the payments that we will be required to make to Honeywell pursuant to the Indemnification and Reimbursement Agreement will not be deductible for U.S. federal income tax purposes.

### *U.S. federal income tax reform could adversely affect us.*

The TCJA made fundamental changes to the U.S. taxation of multinational corporations. Significant changes include the provision of an exemption for certain active foreign earnings (subject to a cap determined by reference to a specified return on tangible assets), a minimum tax on foreign earnings in excess of the cap, expansion of the current anti-deferral rules, and new measures to deter base erosion. The TCJA also introduced a reduction in the corporate tax rate to 21%, repeal of the corporate alternative minimum tax, expensing of certain capital investment, and limitation of the deduction for interest expense. Although the TCJA is generally effective January 1, 2018, U.S. GAAP requires recognition of the tax effects of new legislation during the reporting period that includes the enactment date, which was December 22, 2017. The impact on the year ended December 31, 2017 was, and the impact on future years may be, material to our financial statements. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Results of Operations for the Years Ended December 31, 2017, 2016 and 2015—Tax Expense." We continue to examine the impact this tax reform legislation may have on our business.

### *We may be required to make significant cash contributions to the defined benefit pension plans that we intend to sponsor after the Spin-Off.*

After the Spin-Off, we intend to sponsor defined benefit pension plans under which certain eligible Company employees will earn pension benefits following the Spin-Off. Plans will be established in several countries including the U.S. The Federal Pension Protection Act of 2006, which is generally applicable to U.S. defined benefit pension plans, generally requires that defined benefit pension plans maintain certain capitalization levels. We are currently still in negotiations related to the U.S. defined benefit pension plan and are not able to estimate the timing or amount of the cash contributions we will be required to make in the future to meet the requirements of applicable law. However, we expect that, as pension liabilities accrue under this defined benefit pension plan, we may be required by law to make future plan contributions that may be material and could adversely affect our business, financial condition, results of operations and cash flows.

### Risks Relating to the Spin-Off

### *If the Spin-Off does not qualify for its intended U.S. tax treatment, Honeywell and its stockholders could incur significant costs.*

Completion of the Spin-Off is conditioned on Honeywell's receipt of separate written opinions from Cleary Gottlieb Steen & Hamilton LLP and KPMG LLP to the effect that the Share Distribution will qualify for

46

**Table of Contents**

non-recognition of gain and loss under Section 355 and related provisions of the Code. Honeywell can waive receipt of either or both tax opinions as a condition to the completion of the Spin-Off.

The opinions do not address any U.S. state or local or foreign tax consequences of the Spin-Off. The opinions assume that the Spin-Off will be completed according to the terms of the Separation and Distribution Agreement and rely on the facts as stated in the Separation and Distribution Agreement, the Tax Matters Agreement, the other ancillary agreements, this Information Statement and a number of other documents. In addition, the opinions are based on certain representations as to factual matters from, and certain covenants by, Honeywell and us. The opinions cannot be relied on if any of the assumptions, representations or covenants are incorrect, incomplete or inaccurate or are violated in any material respect.

The opinions are not binding on the Internal Revenue Service (the "IRS") or the courts, and there can be no assurance that the IRS or a court will not take a contrary position. If the conclusions expressed in the opinions are challenged by the IRS, and if the IRS prevails in such challenge, the tax consequences of the Spin-Off could be materially less favorable. Honeywell has not requested, and does not intend to request, a ruling from the IRS regarding the U.S. federal income tax consequences of the Spin-Off.

If the Spin-Off were determined not to qualify for non-recognition of gain or loss under Section 355 and related provisions of the Code, then a U.S. Holder who receives our common stock in the Share Distribution generally would be treated as receiving a distribution in an amount equal to the fair market value of our common stock received. The distribution would be treated as: (1) a taxable dividend to the extent of the holder's *pro rata* share of Honeywell's current or accumulated earnings and profits; (2) a reduction in the holder's basis (but not below zero) in Honeywell common stock to the extent the amount received exceeds the holder's share of Honeywell's earnings and profits; and (3) taxable gain from the exchange of Honeywell common stock to the extent the amount received exceeds the sum of the holder's share of Honeywell's earnings and profits and its basis in its Honeywell common stock. See below and "The Spin-Off—Material U.S. Federal Income Tax Consequences of the Spin-Off."

***We will agree in the Tax Matters Agreement not to take actions that could affect Honeywell's tax treatment. The need to comply with these provisions of the Tax Matters Agreement could reduce our strategic and operating flexibility. If we fail to comply with them, or breach representations or covenants made in the Tax Matters Agreement or in connection with the receipt of the tax opinion, we could incur material indemnification obligations to Honeywell, which could adversely affect our business, financial condition, results of operations and cash flows.***

If one or more persons acquire a 50% or greater interest (measured by vote or value) in the stock of Honeywell or SpinCo, directly or indirectly (including through acquisitions of stock after the completion of the Transactions), as part of a plan or series of related transactions that includes the Share Distribution, then the Share Distribution would be taxable to Honeywell, but not to Honeywell stockholders. Current law generally creates a presumption that any direct or indirect acquisition of stock of Honeywell or SpinCo within two years before or after the Share Distribution is part of a plan that includes the Share Distribution, although the parties may be able to rebut that presumption in certain circumstances. The process for determining whether an acquisition is part of a plan under these rules is complex, inherently factual in nature, and subject to a comprehensive analysis of the facts and circumstances of the particular case. We have entered into covenants not to engage in specified transactions for two years after the Share Distribution without Honeywell's prior consent (which Honeywell may grant or withhold in its sole discretion), and have agreed to indemnify Honeywell for any costs that it may incur as a result of our failure to comply with those covenants. These obligations may limit our ability to pursue strategic transactions or engage in new business or other transactions, such as a share repurchase program, that may maximize the value of our business, and may discourage or delay a strategic transaction that our shareholders may consider favorable, including limiting our ability to use our equity to raise capital or fund acquisitions. Any payments required under these obligations could be significant and could materially adversely affect our business, financial condition, results of operations and cash flows. See "Certain Relationships and Related Party Transactions—Agreements with Honeywell—Tax Matters Agreement."

47

Table of Contents

***We intend to agree to numerous restrictions to preserve the non-recognition treatment of the Spin-Off, which may reduce our strategic and operating flexibility.***

We intend to agree in the Tax Matters Agreement to covenants and indemnification obligations that address compliance with Section 355 of the Code and are intended to preserve the tax-free nature of the Spin-Off. These covenants will include certain restrictions on our activity for a period of two years following the Spin-Off, unless Honeywell gives its consent for us to take a restricted action, which Honeywell is permitted to grant or withhold at its sole discretion. These covenants and indemnification obligations may limit our ability to pursue strategic transactions or engage in new businesses or other transactions that may maximize the value of our business, and might discourage or delay a strategic transaction that our stockholders may consider favorable. See "Certain Relationships and Related Party Transactions—Agreements with Honeywell—Tax Matters Agreement."

***Until the separation occurs, Honeywell has sole discretion to change the terms of the separation in ways that may be unfavorable to us.***

Until the Spin-Off occurs, the Company will be a wholly-owned subsidiary of Honeywell. Accordingly, Honeywell will effectively have the sole and absolute discretion to determine and change the terms of the separation, including the establishment of the record date for the Share Distribution and the Share Distribution Date. These changes could be unfavorable to us. In addition, the separation and Share Distribution and related transactions are subject to the satisfaction or waiver by Honeywell in its sole discretion of a number of conditions. We cannot assure you that any or all of these conditions will be met. Honeywell may also decide at any time not to proceed with the separation and Share Distribution.

***We may be unable to achieve some or all of the benefits that we expect to achieve from the Spin-Off.***

We believe that, as an independent, publicly traded company, we will be able to, among other things, design and implement corporate strategies and policies that are better targeted to our business's areas of strength and differentiation, better focus our financial and operational resources on those specific strategies, create effective incentives for our management and employees that are more closely tied to our business performance, provide investors more flexibility and enable us to achieve alignment with a more natural stockholder base and implement and maintain a capital structure designed to meet our specific needs. We may be unable to achieve some or all of the benefits that we expect to achieve as an independent company in the time we expect, if at all, for a variety of reasons, including: (i) the completion of the Spin-Off will require significant amounts of our management's time and effort, which may divert management's attention from operating and growing our business; (ii) following the Spin-Off, we may be more susceptible to market fluctuations and other adverse events than if it were still a part of Honeywell; and (iii) following the Spin-Off, our businesses will be less diversified than Honeywell's businesses prior to the separation. If we fail to achieve some or all of the benefits that we expect to achieve as an independent company, or do not achieve them in the time we expect, our business, financial condition, results of operations and cash flows could be adversely affected.

***We may be unable to make, on a timely or cost-effective basis, the changes necessary to operate as an independent, publicly traded company, and we may experience increased costs after the Spin-Off.***

We have historically operated as part of Honeywell's corporate organization, and Honeywell has provided us with various corporate functions. Following the Spin-Off, Honeywell will have no obligation to provide us with assistance other than the transition and other services described under "Certain Relationships and Related Party Transactions—Agreements with Honeywell ." These services do not include every service that we have received from Honeywell in the past, and Honeywell is only obligated to provide the transition services for limited periods following completion of the Spin-Off. The agreements relating to such transition services and to the Spin-Off more generally will be negotiated prior to the Spin-Off, at a time when our business will still be operated by Honeywell. In entering into these agreements the Company will not have an independent board of directors or a management team independent of Honeywell representing its interests while the agreements are

**Table of Contents**

being negotiated. It is possible that we might have been able to achieve more favorable terms if the circumstances differed. We will rely on Honeywell to satisfy its performance and payment obligations under any transition services agreements and other agreements related to the Spin-Off, and if Honeywell does not satisfy such obligations, we could incur operational difficulties or losses.

Following the Spin-Off and the cessation of any transition services agreements, we will need to provide internally or obtain from unaffiliated third parties the services we will no longer receive from Honeywell. These services include legal, accounting, information technology, software development, human resources, investor relations and other infrastructure support, the effective and appropriate performance of which are critical to our operations. We may be unable to replace these services in a timely manner or on terms and conditions as favorable as those we receive from Honeywell. Because our business has historically operated as part of the wider Honeywell organization, we may be unable to successfully establish the infrastructure or implement the changes necessary to operate independently, or may incur additional costs that could adversely affect our business. In particular, our ability to position and market ourselves as a provider of connected home technology could be adversely affected by our loss of access to Honeywell's development platforms. If we fail to obtain the quality of services necessary to operate effectively or incur greater costs in obtaining these services, our business, financial condition, results of operations and cash flows may be adversely affected.

***As we build our information technology infrastructure and transition our data to our own systems, we could incur substantial additional costs and experience temporary business interruptions, and our accounting and other management systems and resources may not be adequately prepared to meet the financial reporting and other requirements to which we will be subject following the Spin-Off.***

Following the Spin-Off, we will install and implement information technology infrastructure to support certain of our business functions, including payment systems, ERP systems, accounting and reporting, manufacturing process control, customer service, inventory control and distribution. We may incur substantially higher costs than currently anticipated as we transition from the existing transactional and operational systems and data centers we currently use as part of Honeywell. Such transition must also comply with applicable personal data privacy laws. See "Risks Relating to Our Business— Risks associated with data privacy issues, including evolving laws and regulations and associated compliance efforts, could adversely affect our business, financial condition, results of operations and cash flows." If we are unable to transition effectively, we may incur temporary interruptions in business operations. Any delay in implementing, or operational interruptions suffered while implementing, our new information technology infrastructure could disrupt our business and have an adverse effect on our business, financial condition, results of operations and cash flows.

In addition, if we are unable to replicate or transition certain systems, our ability to comply with regulatory requirements could be impaired. As a result of the Spin-Off, we will be directly subject to reporting and other obligations under the U.S. Securities and Exchange Act of 1934, as amended (the "Exchange Act"). Beginning with our second required Annual Report on Form 10-K, we intend to comply with Section 404 of the Sarbanes Oxley Act of 2002, as amended (the "Sarbanes Oxley Act"), which will require annual management assessments of the effectiveness of our internal control over financial reporting and a report by our independent registered public accounting firm addressing these assessments. These reporting and other obligations may place significant demands on management, administrative and operational resources, including accounting systems and resources.

The Exchange Act requires that we file annual, quarterly and current reports with respect to our business and financial condition. Under the Sarbanes Oxley Act, we are required to maintain effective disclosure controls and procedures and internal controls over financial reporting. To comply with these requirements, we may need to upgrade our systems, implement additional financial and management controls, reporting systems and procedures and hire additional accounting and finance staff. We expect to incur additional annual expenses for the purpose of addressing these, and other public-company reporting, requirements. If we are unable to upgrade our financial and management controls, reporting systems, information technology systems and procedures in a timely and effective fashion, our ability to comply with financial reporting requirements and other rules that

49

**Table of Contents**

apply to reporting companies under the Exchange Act could be impaired. Any failure to achieve and maintain effective internal controls could have an adverse effect on our business, financial condition, results of operations and cash flow. See "—Risks Relating to Our Common Stock and the Securities Market."

*We expect to incur new indebtedness concurrently with or prior to the Share Distribution, and the degree to which we will be leveraged following completion of the Share Distribution could adversely affect our business, financial condition and results of operations.*

In connection with the Spin-Off, we expect to incur substantial indebtedness in an aggregate principal amount of approximately $1,225 million in the form of senior secured term loans and senior unsecured notes, the net proceeds of which will be received by Honeywell substantially concurrently with the consummation of the Spin-Off. We also intend to enter into a revolving credit facility to be available for our working capital and other cash needs from time to time in an aggregate committed amount of $350 million.

We have historically relied upon Honeywell to fund our working capital requirements and other cash requirements. After the Share Distribution, we will not be able to rely on the earnings, assets or cash flow of Honeywell, and Honeywell will not provide funds to finance our working capital or other cash requirements. As a result, after the Share Distribution, we will be responsible for servicing our own debt and obtaining and maintaining sufficient working capital and other funds to satisfy our cash requirements. After the Spin-Off, our access to and cost of debt financing will be different than it would have been as a part of Honeywell. Differences in access to and cost of debt financing may result in differences in the interest rate charged to us on financings, as well as the amount of indebtedness, types of financing structures and debt markets that may be available to us.

Our ability to make payments on and to refinance our indebtedness, including the debt incurred in connection with the Spin-Off, as well as any future debt that we may incur, will depend on our ability to generate cash in the future from operations, financings or asset sales. Our ability to generate cash is subject to general economic, financial, competitive, legislative, regulatory and other factors that are beyond our control, as well as the risk factors set forth herein.

*The terms of the new indebtedness we expect to incur concurrently in connection with the Share Distribution will restrict our current and future operations, particularly our ability to incur debt that we may need to fund initiatives in response to changes in our business, the industries in which we operate, the economy and governmental regulations.*

We expect that the terms of the indebtedness we expect to incur in connection with the Share Distribution will include a number of restrictive covenants that impose significant operating and financial restrictions on us and our subsidiaries and limit our ability to engage in actions that may be in our long-term best interests. These may restrict our and our subsidiaries' ability to take some or all of the following actions:

- incur or guarantee additional indebtedness or sell disqualified or preferred stock;
- pay dividends on, make distributions in respect of, repurchase or redeem capital stock;
- make investments or acquisitions;
- sell, transfer or otherwise dispose of certain assets;
- create liens;
- enter into sale/leaseback transactions;
- enter into agreements restricting the ability to pay dividends or make other intercompany transfers;
- consolidate, merge, sell or otherwise dispose of all or substantially all of our or our subsidiaries' assets;
- enter into transactions with affiliates;
- prepay, repurchase or redeem certain kinds of indebtedness;

50

**Table of Contents**

- issue or sell stock of our subsidiaries; and/or

- significantly change the nature of our business.

Furthermore, the lenders of this indebtedness may require that we pledge our assets as collateral as security for our repayment obligations or that we abide by certain financial or operational covenants. Our ability to comply with such covenants and restrictions may be affected by events beyond our control, including prevailing economic, financial and industry conditions. If market or other economic conditions deteriorate, our ability to comply with these covenants may be impaired. A breach of any of these covenants, if applicable, could result in an event of default under the terms of this indebtedness. If an event of default occurred, the lenders would have the right to accelerate the repayment of such debt, and the event of default or acceleration could result in the acceleration of the repayment of any other debt to which a cross-default or cross-acceleration provision applies. We might not have, or be able to obtain, sufficient funds to make these accelerated payments, and lenders could then proceed against any collateral. Any subsequent replacement of the agreements governing such indebtedness or any new indebtedness could have similar or greater restrictions. The occurrence and ramifications of an event of default could adversely affect our business, financial condition, results of operations and cash flows. Moreover, as a result of all of these restrictions, we may be limited in how we conduct our business and pursue our strategy, unable to raise additional debt financing to operate during general economic or business downturns or unable to compete effectively or to take advantage of new business opportunities.

### *The commercial and credit environment may adversely affect our access to capital.*

Our ability to issue debt or enter into other financing arrangements on acceptable terms could be adversely affected if there is a material decline in the demand for our products or in the solvency of our customers or suppliers or if there are other significantly unfavorable changes in economic conditions. Volatility in the world financial markets could increase borrowing costs or affect our ability to access the capital markets. These conditions may adversely affect our ability to obtain targeted credit ratings prior to and following the Spin-Off.

### *Our customers, prospective customers, suppliers or other companies with whom we conduct business may need assurances that our financial stability on a stand-alone basis is sufficient to satisfy their requirements for doing or continuing to do business with them.*

Some of our customers, prospective customers, suppliers or other companies with whom we conduct business may need assurances that the Company's financial stability on a stand-alone basis is sufficient to satisfy their requirements for doing or continuing to do business with them. Any failure of parties to be satisfied with our financial stability could have an adverse effect on our business, financial condition, results of operations and cash flows.

### *We may have potential business conflicts of interest with Honeywell with respect to our past and ongoing relationships.*

Conflicts of interest may arise with Honeywell in a number of areas relating to our past and ongoing relationships, including:

- labor, tax, employee benefit, indemnification and other matters arising from our separation from Honeywell;

- intellectual property matters;

- employee recruiting and retention; and

- business combinations involving our Company.

51

Table of Contents

We may not be able to resolve any potential conflicts, and, even if we do so, the resolution may be less favorable to us than if we were dealing with an unaffiliated party

*Following the Spin-Off, certain of our directors and employees may have actual or potential conflicts of interest because of their financial interests in Honeywell.*

Because of their current or former positions with Honeywell, certain of our expected executive officers and directors, including the chairman of the Board, own equity interests in Honeywell. Continuing ownership of Honeywell shares and equity awards could create, or appear to create, potential conflicts of interest if the Company and Honeywell face decisions that could have implications for both the Company and Honeywell.

**Risks Relating to Our Common Stock and the Securities Market**

*No market for our common stock currently exists and an active trading market may not develop or be sustained after the Spin-Off. Following the Spin-Off our stock price may fluctuate significantly.*

There is currently no public market for our common stock. Following the Spin-Off, we intend to list our common stock on a national securities exchange. We anticipate that before the Share Distribution Date, trading of shares of our common stock will begin on a "when-issued" basis and this trading will continue up to and including the Share Distribution Date. However, an active trading market for our common stock may not develop as a result of the Spin-Off or may not be sustained in the future. The lack of an active market may make it more difficult for stockholders to sell our shares and could lead to our share price being depressed or volatile.

We cannot predict the prices at which our common stock may trade after the Spin-Off or whether the combined market value of a share of our common stock and a share of Honeywell's common stock will be less than, equal to or greater than the market value of a share of Honeywell common stock prior to the Spin-Off. The market price of our common stock may fluctuate widely, depending on many factors, some of which may be beyond our control, including:

- actual or anticipated fluctuations in our results of operations due to factors related to our business;

- success or failure of our business strategies;

- competition and industry capacity;

- changes in interest rates and other factors that affect earnings and cash flow;

- our level of indebtedness, our ability to make payments on or service our indebtedness and our ability to obtain financing as needed;

- our indemnification obligations to Honeywell;

- our ability to retain and recruit qualified personnel;

- our quarterly or annual earnings, or those of other companies in our industry;

- announcements by us or our competitors of significant acquisitions or dispositions;

- changes in accounting standards, policies, guidance, interpretations or principles;

- the failure of securities analysts to cover, or positively cover, our common stock after the Spin-Off;

- changes in earnings estimates by securities analysts or our ability to meet those estimates;

- the operating and stock price performance of other comparable companies;

- investor perception of our Company and our industry;

- overall market fluctuations unrelated to our operating performance;

- results from any material litigation or government investigation;

- changes in laws and regulations (including tax laws and regulations) affecting our business;

52

Table of Contents

- changes in capital gains taxes and taxes on dividends affecting stockholders; and

- general economic conditions and other external factors.

Furthermore, our business profile and market capitalization may not fit the investment objectives of some Honeywell stockholders and, as a result, these Honeywell stockholders may sell their shares of our common stock after the Share Distribution. See "—Substantial sales of our common stock may occur in connection with the Spin-Off, which could cause our stock price to decline." Low trading volume for our stock, which may occur if an active trading market does not develop, among other reasons, would amplify the effect of the above factors on our stock price volatility.

Should the market price of our shares drop significantly, stockholders may institute securities class action lawsuits against the Company. A lawsuit against us could cause us to incur substantial costs and could divert the time and attention of our management and other resources.

### *Substantial sales of our common stock may occur in connection with the Spin-Off, which could cause our stock price to decline.*

Honeywell stockholders receiving shares of our common stock in the Share Distribution generally may sell those shares immediately in the public market. It is likely that some Honeywell stockholders, including some of its larger stockholders, will sell their shares of our common stock received in the Share Distribution if, for reasons such as our business profile or market capitalization as an independent company, we do not fit their investment objectives, or, in the case of index funds, we are not a participant in the index in which they are investing. The sales of significant amounts of our common stock or the perception in the market that such sales might occur may decrease the market price of our common stock.

### *Our ability to pay cash dividends to our stockholders is subject to the discretion of our Board and may be limited by the terms of our indebtedness and the Indemnification and Reimbursement Agreement; there is no guarantee we will initiate dividends, or that once initiated, that we will continue paying dividends.*

Subject to the sole discretion of our Board and the considerations discussed below, once the Spin-Off is effective, we anticipate paying cash dividends on our common stock. However, our Board may in its sole discretion, change the amount or frequency of dividends or discontinue the payment of dividends entirely. The Board's decisions regarding the payment of dividends will depend on consideration of many factors, such as our financial condition, earnings, sufficiency of distributable reserves, opportunities to retain future earnings for use in the operation of our business and to fund future growth, capital requirements, debt service obligations, obligations under the Indemnification and Reimbursement Agreement, legal requirements, regulatory constraints and other factors that the Board deems relevant. Additionally, the terms of the indebtedness we intend to incur in connection with the Spin-Off, obligations under the Indemnification and Reimbursement Agreement and other amounts owed to Honeywell under the Transition Services, Tax Matters, Employee Matters, Trademark License and Patent Cross-License Agreements, will limit our ability to pay cash dividends. As a consequence, there is no guarantee that any dividends will be declared on our common stock by our Board, or if so declared, will be continued in the future. For more information, see "Dividend Policy."

### *Your percentage ownership in the Company may be diluted in the future.*

Your percentage ownership in the Company may be diluted in the future because of equity issuances for acquisitions, capital market transactions or otherwise, including equity awards that we will be granting to our directors, officers and other employees. We expect to have one or more equity compensation plans that will provide for the grant of common stock-based equity awards to our directors, officers and other employees. Such awards will have a dilutive effect on our earnings per share, which could adversely affect the market price of our common stock. In particular, prior to the Spin-Off, we expect our Board to adopt, and Honeywell, as our sole

Table of Contents

shareholder, to approve, the 2018 Stock Incentive Plan of SpinCo and its Affiliates (the "Equity Plan") for the benefit of certain of our current and future employees and other service providers, as well as an equity plan for our non-employee directors.

In addition, our Amended and Restated Certificate of Incorporation will authorize us to issue, without the approval of our stockholders, one or more classes or series of preferred stock having such designation, powers, preferences and relative, participating, optional and other special rights, including preferences over our common stock with respect to dividends and distributions, as our Board may generally determine. The terms of one or more classes or series of preferred stock could dilute the voting power or reduce the value of our common stock. For example, we could grant the holders of preferred stock the right to elect some number of the members of our Board in all events or upon the happening of specified events, or the right to veto specified transactions. Similarly, the repurchase or redemption rights or liquidation preferences that we could assign to holders of preferred stock could affect the residual value of our common stock. See "Description of Our Capital Stock."

From time-to-time, SpinCo may opportunistically evaluate and pursue acquisition opportunities, including acquisitions for which the consideration thereof may consist partially or entirely of newly-issued shares of SpinCo common stock and, therefore, such transactions, if consummated, would dilute the voting power and/or reduce the value of our common stock. We intend to issue debt securities in connection with the Spin-Off that will not be convertible into equity securities of SpinCo and therefore will not have a dilutive effect on SpinCo common stockholders' percentage ownership in SpinCo.

***The rights associated with the Company's common stock will differ from the rights associated with Honeywell common stock.***

Upon completion of the Share Distribution, the rights of Honeywell stockholders who become Company stockholders will be governed by the Amended and Restated Certificate of Incorporation of the Company and by Delaware law. The rights associated with Honeywell shares are different from the rights associated with Company shares. Material differences between the rights of stockholders of Honeywell and the rights of stockholders of the Company include differences with respect to, among other things, the removal of directors, the convening of annual meetings of stockholders and special stockholder meetings, stockholder approval of certain transactions, anti-takeover measures and provisions relating to the ability to amend the certificate of incorporation. See "Description of Our Capital Stock—Certain Provisions of Delaware Law, Our Amended and Restated Certificate of Incorporation and Amended and Restated By-Laws" for more information.

***Certain provisions in our Amended and Restated Certificate of Incorporation and Amended and Restated By-Laws and Delaware law may discourage takeovers.***

Several provisions of our Amended and Restated Certificate of Incorporation, Amended and Restated By-Laws and Delaware law may discourage, delay or prevent a merger or acquisition. These include, among others, provisions that:

- provide for staggered terms for directors on our board for a period following the Spin-Off;

- do not permit our stockholders to act by written consent and require that stockholder action must take place at an annual or special meeting of our stockholders, in each case except as such rights may otherwise be provided to holders of preferred stock;

- establish advance notice requirements for stockholder nominations and proposals;

- limit the persons who may call special meetings of stockholders; and

- limit our ability to enter into business combination transactions.

These and other provisions of our Amended and Restated Certificate of Incorporation, Amended and Restated By-Laws and Delaware law may discourage, delay or prevent certain types of transactions involving an

54

**Table of Contents**

actual or a threatened acquisition or change in control of the Company, including unsolicited takeover attempts, even though the transaction may offer our stockholders the opportunity to sell their shares of our common stock at a price above the prevailing market price. See "Description of Our Capital Stock" for more information.

***Our Amended and Restated Certificate of Incorporation will designate the courts of the State of Delaware as the sole and exclusive forum for certain types of actions and proceedings that may be initiated by our stockholders, which could limit our stockholders' ability to obtain a favorable judicial forum for disputes with us or our directors, officers or other employees.***

Our Amended and Restated Certificate of Incorporation will provide that, in all cases to the fullest extent permitted by law, unless we consent in writing to the selection of an alternative forum, the Court of Chancery located within the State of Delaware will be the sole and exclusive forum for any derivative action or proceeding brought on behalf of the Company, any action asserting a claim of breach of a fiduciary duty owed by any director, officer or other employee or stockholder of the Company to the Company or the Company's stockholders, any action asserting a claim arising pursuant to the Delaware General Corporate Law ("DGCL") or as to which the DGCL confers jurisdiction on the Court of Chancery located in the State of Delaware or any action asserting a claim governed by the internal affairs doctrine or any other action asserting an "internal corporate claim" as that term is defined in Section 115 of the DGCL. However, if the Court of Chancery within the State of Delaware does not have jurisdiction, the action may be brought in any other state or federal court located within the State of Delaware. Any person or entity purchasing or otherwise acquiring or holding any interest in shares of our capital stock will be deemed to have notice of and to have consented to these provisions. This provision may limit a stockholder's ability to bring a claim in a judicial forum that it finds favorable for disputes with us or our directors, officers or other employees, which may discourage such lawsuits. Alternatively, if a court were to find this provision of our Amended and Restated Certificate of Incorporation inapplicable to, or unenforceable in respect of, one or more of the specified types of actions or proceedings, we may incur additional costs associated with resolving such matters in other jurisdictions.

***If we fail to maintain proper and effective internal controls, our ability to produce accurate and timely financial statements could be impaired and investors' views of us could be harmed.***

The Sarbanes-Oxley Act requires, among other things, that we maintain effective internal control over financial reporting and disclosure controls and procedures. In particular, we must perform system and process evaluation and testing of our internal control over financial reporting to allow management and our independent registered public accounting firm to report on the effectiveness of our internal control over financial reporting, as required by Section 404 of the Sarbanes-Oxley Act, with auditor attestation of the effectiveness of our internal controls, beginning with our second required annual report on Form 10-K. If we are not able to comply with the requirements of Section 404 in a timely manner, or if we or our independent registered public accounting firm identify deficiencies in our internal control over financial reporting that are deemed to be material weaknesses, the market price of shares of common stock could decline and we could be subject to sanctions or investigations by the U.S. Securities and Exchange Commission (the "SEC") or other regulatory authorities, which would require additional financial and management resources.

Our ability to successfully implement our business plan and comply with Section 404 requires us to be able to prepare timely and accurate financial statements. Any delay in the implementation of, or disruption in the transition to, new or enhanced systems, procedures or controls, may cause our operations to suffer, and we may be unable to conclude that our internal control over financial reporting is effective and to obtain an unqualified report on internal controls from our auditors as required under Section 404 of the Sarbanes-Oxley Act. Moreover, we cannot be certain that these measures would ensure that we implement and maintain adequate controls over our financial processes and reporting in the future. Even if we were to conclude, and our auditors were to concur, that our internal control over financial reporting provided reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with GAAP, because of its inherent limitations, internal control over financial reporting might not prevent or detect fraud or

Table of Contents

misstatements. This, in turn, could have an adverse impact on trading prices for our shares of common stock, and could adversely affect our ability to access the capital markets. See "—Risks Relating to the Spin-Off—As we build our information technology infrastructure and transition our data to our own systems, we could incur substantial additional costs and experience temporary business interruptions, and our accounting and other management systems and resources may not be adequately prepared to meet the financial reporting and other requirements to which we will be subject following the Spin-Off."

56

Table of Contents

**CAUTIONARY STATEMENT CONCERNING FORWARD-LOOKING STATEMENTS**

This Information Statement contains "forward-looking statements" that involve risks and uncertainties. These statements can be identified by the fact that they do not relate strictly to historical or current facts, but rather are based on current expectations, estimates, assumptions and projections about our industry and our business and financial results. Forward-looking statements often include words such as "anticipates," "estimates," "expects," "projects," "forecasts," "intends," "plans," "continues," "believes," "may," "will," "goals" and words and terms of similar substance in connection with discussions of future operating or financial performance. As with any projection or forecast, forward-looking statements are inherently susceptible to uncertainty and changes in circumstances. Our actual results may vary materially from those expressed or implied in our forward-looking statements. Accordingly, undue reliance should not be placed on any forward-looking statement made by us or on our behalf. Although we believe that the forward-looking statements contained in this Information Statement are based on reasonable assumptions, you should be aware that many factors could affect our actual financial results or results of operations and could cause actual results to differ materially from those in such forward-looking statements, including but not limited to:

- lack of operating history as an independent, publicly traded company and unreliability of historical combined financial information as an indicator of our future results;

- the level of competition from other companies;

- ability to successfully develop new technologies and introduce new products;

- changes in prevailing global and regional economic conditions;

- natural disasters or inclement or hazardous weather conditions, including, but not limited to cold weather, flooding, tornadoes and the physical impacts of climate change;

- failure to achieve and maintain a high level of product and service quality;

- ability to operate as an independent publicly traded company without certain benefits available to us as a part of Honeywell;

- dependence upon investment in information technology;

- failure or inability to comply with the GDPR;

- technical difficulties or failures;

- work stoppages, other disruptions, or the need to relocate any of our facilities;

- economic, political, regulatory, foreign exchange and other risks of international operations;

- changes in legislation or government regulations or policies;

- our growth strategy is dependent on expanding our distribution business;

- inability to obtain necessary production equipment or replacement parts;

- the significant failure or inability to comply with the specifications and manufacturing requirements of our OEM customers or by increases or decreases to the inventory levels maintained by our customers;

- difficulty collecting receivables;

- the failure to protect our intellectual property or allegations that we have infringed the intellectual property of others;

- our inability to maintain intellectual property agreements;

- the failure to increase productivity through sustainable operational improvements;

- inability to grow successfully through future acquisitions;

- inability to recruit and retain qualified personnel;

57

Table of Contents

- the operational constraints and financial distress of third parties;

- changes in the price and availability of raw materials that we use to produce our products;

- labor disputes;

- our ability to borrow funds and access capital markets;

- the amount of our obligations pursuant to the Indemnification and Reimbursement Agreement;

- potential material environmental liabilities;

- potential material losses and costs as a result of warranty claims, including product recalls, and product liability actions that may be brought against us;

- potential material litigation matters;

- unforeseen U.S. federal income tax and foreign tax liabilities;

- U.S. federal income tax reform;

- the potential suspension in the future of our dividend program; and

- certain factors discussed elsewhere in this Information Statement.

These and other factors are more fully discussed in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections and elsewhere in this Information Statement. These risks could cause actual results to differ materially from those implied by forward-looking statements in this Information Statement. Even if our results of operations, financial condition and liquidity and the development of the industry in which we operate are consistent with the forward-looking statements contained in this Information Statement, those results or developments may not be indicative of results or developments in subsequent periods.

Any forward-looking statements made by us in this Information Statement speak only as of the date on which they are made. We are under no obligation to, and expressly disclaim any obligation to, update or alter our forward-looking statements, whether as a result of new information, subsequent events or otherwise.

**EXHIBIT N**

CASE 0:19-cv-02863-WMW-BRT   Doc. 72-2   Filed 07/10/20   Page 47 of 86

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): November 13, 2018**

---

# RESIDEO TECHNOLOGIES, INC.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-38635** | **82-5318796** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1985 Douglas Drive North, Golden Valley, Minnesota**  **55422**
(Address of principal executive offices)  (Zip Code)

**Registrant's telephone number, including area code: (763) 954-5204**

**Not applicable**
**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐



resideo

**RESIDEO ANNOUNCES THIRD QUARTER 2018 FINANCIAL RESULTS**
*Delivers 4 Percent Reported Sales Growth, with $1.2 Billion in Revenue*

- Successful spinoff from Honeywell; NYSE trading began Oct. 29

- Organic Sales up 5 percent

- Reported Net Income of $311 million; Adjusted Net Income of $88 million

- Adjusted EBITDA including environmental indemnification payments of $117 million; $152 million excluding indemnity

- Reaffirms full-year 2018 guidance and 2019 outlook

- Expecting full-year 2018 results at the high end of the range

**Austin, TX, Nov. 13, 2018** – Resideo Technologies, Inc. ( **NYSE: REZI** ), the recent spinoff from Honeywell that is simplifying the smart home experience, reported financial results for the third quarter of 2018. The results are as of and for the quarter ended Sept. 30, 2018, and derived from the consolidated financial statements and accounting records of its prior parent, Honeywell International Inc. **(NYSE: HON)** . Resideo became a standalone, publicly traded company on Oct. 29, 2018.

"Resideo had a solid third quarter as part of Honeywell, preceding a successfully executed spinoff," said Mike Nefkens, president and CEO of Resideo. "While our performance has already been released to the market through Honeywell's recent earnings as part of their broader segment disclosure, we're eager to take this next step as a public company by providing more detail through the earnings process. After listening to feedback from our investors, we've chosen to release our results the evening before our first earnings call to give investors time to review the numbers. We're looking forward to providing additional context around the quarter on our call tomorrow."

"Our performance as part of Honeywell over the past three years demonstrates a well-run business that is on-track to deliver continued growth in 2018 and beyond," continued Nefkens. "Our first priority is to deliver results for our stakeholders, and we're inspired by the support and optimism of our customers and suppliers, 150 of whom we celebrated with as we rang the bell recently at the NYSE. As we see the demand for smarter homes on the rise, our long-standing and proven relationships with professional contractors – the 'do it for me channel' where the largest portion of our products are sold – make it much easier for consumers to upgrade to a home that is more efficient, safer, and easier to control. We have 130-years of expertise in homes through our Honeywell heritage, and a clear vision to deliver our next generation growth plan for Resideo. We're excited about our future and focused on creating value for our shareholders."

-more-

**Third-Quarter Performance**

**Net sales** for the third quarter were up 4.2 percent on a reported basis and up 4.9 percent organically. The difference between reported and organic sales primarily relates to the impact of foreign currency translation. Third-quarter reported net income was $311 million and Adjusted EBITDA was $117 million.

Additional third-quarter and year-to-date financial results can be found in Table 1.

**Products sales** increased by 1 percent on a reported basis, and 2 percent on an organic basis, the difference being driven by the unfavorable impact of currency translation. Products segment performance was impacted by temporary supply chain issues as a result of the spin-off, which Resideo is actively resolving. Products segment profit increased by 2 percent on a reported basis primarily due to a changing product mix, partially offset by inflation, net of productivity.

**Distribution sales** increased by 6 percent on a reported basis, and 7 percent organically, primarily due to volume growth across key geographic markets, partially offset by the unfavorable impact of foreign currency translation. Distribution segment profit increased by 3 percent, partially offset by an increase in cost of goods sold.

Additional third-quarter and year-to-date segment financial results can be found in Table 2.

"Resideo begins as a standalone company with an attractive mix of healthy financials and an enviable market position," said Joe Ragan, Resideo's executive vice president and chief financial officer. "We're reiterating our guidance for full-year 2018 at the high end of the range. Our commitment to excellence continues to earn the trust of millions of homeowners and tens of thousands of contractors through our Honeywell Home ® and ADI Global Distribution brands. As we bring more recurring revenue opportunities to market, we expect to create even greater value for shareholders and the strong base of professional contractors that rely on our solutions around the globe."

**Table 1: Summary of Financial Results – Total**

*($ millions)*

|  | 3Q 2017 | 3Q 2018 | % Change | YTD 2017 | YTD 2018 | % Change |
|---|---|---|---|---|---|---|
| Net Sales | 1,152 | 1,200 | 4% | 3,310 | 3,561 | 8% |
| *Organic* |  |  | 5% |  |  | 6% |
| Net Income | 23 | 311 | 1,252% | 55 | 389 | 607% |
| Adjusted Net Income | 62 | 88 | 42% | 147 | 265 | 80% |
| EBITDA | 75 | (2) | (103%) | 192 | 114 | (41%) |
| Adjusted EBITDA *(including environmental indemnification payments)* | 121 | 117 | (3%) | 304 | 361 | 19% |
| Adjusted EBITDA *(excluding environmental indemnification payments)* | 156 | 152 | (3%) | 409 | 466 | 14% |
| Adjusted EBITDA less Capex | 105 | 77 | (27%) | 266 | 298 | 12% |

2

**Full-Year 2018 Guidance and 2019 Outlook**

The company today reaffirmed its guidance for full-year 2018 at the high end of the previously stated range. Resideo expects to realize net sales between $4.77 billion and $4.83 billion, pro forma adjusted EBITDA between $605 million and $615 million, and pro forma adjusted EBITDA including environmental indemnity between $465 million and $475 million.

The company also reiterated its expectations for full-year 2019, including 4 percent organic revenue growth, adjusted EBITDA margin of 13 percent, or 10 percent after the indemnity payment to Honeywell, and research and development investment of approximately $125 million. Resideo also plans to declare modest dividends in 2019, subject to Board approval.

**Conference Call**

Resideo will hold a conference call with investors on Wednesday, Nov. 14, 2018 at 8:30 a.m. EST. To participate in the conference call, please dial (866) 548-4713 (domestic) or +1 (323) 794-2093 (international) approximately ten minutes before it starts. Please mention to the operator that you are dialing in for Resideo's third quarter 2018 earnings call or provide the conference code 2572362. A replay of the conference call will be available from 12:30 p.m. EST, Nov. 14, until 12:30 p.m. EST, Nov. 21, 2018 by dialing (888) 203-1112 (domestic) or +1 (719) 457-0820 (international). The access code is 2572362. A real-time audio webcast of the presentation can be accessed at https://investor.resideo.com , where related materials will be posted prior to the presentation, and a replay of the webcast will be available for 30 days following the presentation.

**About Resideo**

Resideo is the recent spinoff from Honeywell that is simplifying the smart home experience. Building on a 130-year heritage, Resideo has a presence in more than 150 million homes, with 15 million systems installed in homes each year. The company has a 40-year, license to use the Honeywell Home trademark for products and will continue to serve more than 100,000 contractors through its ADI Global Distribution business, which exports to more than 100 countries from more than 200 stocking locations around the world. Resideo is a $4.8 billion company with approximately 14,500 global employees. For more information about Resideo, please visit www.resideo.com .

**Contacts:**

| **Media:** | **Investors:** |
|---|---|
| Trent Perrotto | Joe Ragan |
| (407) 897-7298 | (202) 957-5294 |
| media@resideo.com | investorrelations@resideo.com |

**Table 11: RECONCILIATION OF PRO FORMA NET INCOME TO PRO FORMA ADJUSTED EBITDA [1]**

**RESIDEO TECHNOLOGIES, INC.**
**RECONCILIATION OF PRO FORMA NET INCOME TO PRO FORMA ADJUSTED EBITDA**
**(unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (Dollars in millions except per share data) | | | |
| **Net income (Pro Forma)** | $ 51 | $ 15 | $ 109 | $ 30 |
| Net interest (income) expense | 15 | 17 | 48 | 48 |
| Tax expense (benefit) | (76) | 25 | (78) | 62 |
| Depreciation | 13 | 14 | 40 | 42 |
| Amortization | 3 | 3 | 9 | 8 |
| **EBITDA (Non-GAAP Pro Forma)** | 6 | 74 | 128 | 190 |
| Environmental expense [1] | 132 | 59 | 290 | 149 |
| Estimated stand-alone costs [2] | 2 | 11 | 9 | 18 |
| Stock compensation expense [3] | 6 | 4 | 15 | 12 |
| Non-Operating (income) expense [4] | (1) | (2) | (2) | (2) |
| Repositioning charges | — | 2 | 5 | 21 |
| **Adjusted EBITDA (Non-GAAP Pro Forma)** | 145 | 148 | 445 | 388 |
| Assumed cash payments related to Indemnification and Reimbursement Agreement obligations [5] | 35 | 35 | 105 | 105 |
| **Adjusted EBITDA including Environmental indemnification payments (Non-GAAP Pro Forma)** | $ 110 | $ 113 | $ 340 | $ 283 |

(1) Represents environmental expenses under indemnification agreement on a 90% basis.

(2) Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs, which excludes corporate depreciation charges. The preliminary estimates at this time for the costs on a stand-alone basis would be approximately $265 million on an annual basis, which replaces the historical allocations on a carve-out basis of presentation.

(3) Stock compensation expense adjustment includes only non-cash expenses.

(4) Non-operating (income) expense adjustment excludes net interest (income).

(5) On a going forward basis, pursuant to the Indemnification and Reimbursement Agreement, we will be responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).

13

**Table 15: UNAUDITED PRO FORMA COMBINED STATEMENT OF OPERATIONS FOR THE QUARTER ENDED SEPTEMBER 30, 2017 [1]**

**UNAUDITED PRO FORMA COMBINED STATEMENT OF OPERATIONS**
**FOR THE QUARTER ENDED SEPTEMBER 30, 2017**
**(Dollars in millions)**

| | Historical As Reported | Pro Forma Adjustments(1) | Notes | As Adjusted |
|---|---|---|---|---|
| Net sales | $ 1,152 | $ — | | $ 1,152 |
| Cost of goods sold | 816 | — | | 816 |
| Gross Profit | 336 | — | | 336 |
| Selling, general and administrative expenses | 214 | 8 | a | 222 |
| Other expense | 65 | (6) | b | 59 |
| Interest and other charges, net | (1) | 16 | c, d, e | 15 |
| Income (loss) before taxes | 58 | (18) | | 40 |
| | — | | | — |
| Tax expense (benefit) | 35 | (10) | f | 25 |
| | — | | | — |
| Net income | $ 23 | $ (8) | | $ 15 |

(1)    The change in our cost structure related to our company becoming an independent, publicly traded company is not reflected above.

a)    Reflects the impact of the Trademark License Agreement with Honeywell in respect of certain Products segment sales.

b)    Reflects the impact of the Indemnification and Reimbursement Agreement with Honeywell pursuant to which we will have an obligation to make cash payments to Honeywell in amounts equal to 90% of Honeywell's certain environmental-related liabilities, net of recoveries, in each case related to legacy elements of the Business, including the legal costs of defending and resolving such liabilities. The amount payable by the Company in respect of such liabilities arising in any given calendar year will be subject to a cap of $140 million (exclusive of any late payment fees up to 5% per annum).

Accordingly, Other expense, net will decrease $6 million for three months ended September 30, 2017, which is the difference between historical expense as reported under 100% carryover basis for such environmental expenses and the indemnified expense pursuant to the Indemnification and Reimbursement Agreement. The adjustment assumes that cash payments made by Honeywell related to indemnified environmental liabilities during a given year will not exceed $156 million in which case the cap on payments ($156 million x 90% = $140 million) to be made by Resideo to Honeywell would not be exceeded.

c)    Adjustments reflect interest expense and commitment fees related to indebtedness in an aggregate principal amount of $1,225 million in connection with the consummation of the Spin-Off and that was used primarily to repay an obligation incurred as part of the separation from Honeywell. The adjustment reflects that the indebtedness comprise loan facilities in an aggregate principal amount of $825 million and senior unsecured notes in an aggregate principal amount of $400 million and a revolving credit facility in an aggregate undrawn amount of $350 million. Total interest expense will increase by $17 million for the three months ended September 30, 2017.

d)    Reflects the impact of the settlement of cash pooling and short-term notes receivables and payables.

e)    Reflects an estimate of interest costs and expected return on plan assets for the defined benefit pension plans.

f)    For three months ended September 30, 2017, income tax expense decreased by $10 million, which are the result of the income tax effects on adjustments included in pro forma notes a), c), d) and e).

**Forward-Looking Statements**

This release contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to those described in the Information Statement on Form 10, as amended, on file with the Securities and Exchange Commission under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements" and in the Quarterly Report on Form 10-Q for the quarter ended Sept. 30, 2018. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date of this release. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

17

**EXHIBIT O**

**S&P Global**
Market Intelligence

# Resideo Technologies, Inc. NYSE:REZI FQ3 2018 Earnings Call Transcripts

## Wednesday, November 14, 2018 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.26 | 0.72 | ▲176.92 | - | - | - |
| **Revenue  (mm)** | 1193.00 | 1200.00 | ▲0.59 | 1249.00 | 4810.00 | 5002.00 |

Currency: USD
Consensus as of  Nov-14-2018 4:40 AM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2018** | - | - | - |
| **FQ3 2018** | 0.26 | 0.72 | ▲176.92 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ........................................................................................ 3

Presentation ............................................................................................. 4

Question and Answer ................................................................................ 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Dean Acosta**
*Chief Communications Officer*

**Joseph D. Ragan**
*Executive VP & CFO*

**Michael G. Nefkens**
*CEO, President & Director*

**ANALYSTS**

**Arnaud Ajdler**
*Engine Capital Management, LLC*

**Cristian Jose Ramos**
*Wolfe Research, LLC*

**Frits Lieuw-Kie-Song**

**Mark Zhang**
*Oppenheimer & Co. Inc., Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

At this time, I would like to welcome everyone to the Resideo Technologies Third Quarter 2018 Earnings Conference Call. Today's call is being recorded. [Operator Instructions] I would now like to introduce Mr. Dean Acosta, Chief Communications Officer of Resideo. Mr. Acosta, you may now begin.

**Dean Acosta**
*Chief Communications Officer*

Good morning, everyone, and welcome to the Resideo Q3 earnings call. I'm Dean Acosta, Chief Communications Officer for Resideo. With me today is President and CEO of Resideo, Mike Nefkens; and Resideo's Executive Vice President and Chief Financial Officer, Joe Ragan. You can find a copy of our third quarter earnings release and presentation materials on the Investor Relations page of resideo.com.

Before we get started, I would like to remind you that this morning's presentation contains forward-looking statements. Statements other than historical facts made during this call may constitute forward-looking statements and are not guarantees of future performance or results and involve risks and uncertainties. Actual results may differ materially from those in the forward-looking statements as a result of a number of factors, including those described from time to time in Resideo's filings with the Securities and Exchange Commission. The company assumes no obligation to update any such forward-looking statements.

You can find more details in our 10-Q, which we filed with the SEC yesterday as well as our other company filings.

With that, I'd like to turn it over to our President and CEO, Mike Nefkens.

**Michael G. Nefkens**
*CEO, President & Director*

Great, and thank you, Dean, and it's great to be here with you today. So I'm going to start on the presentation here on Page 2. And I'd just like to start by saying good morning, everyone. I really appreciate you joining on today's call. It's been a special few weeks for Resideo. We've completed our spin-off from Honeywell and we began trading as Resideo on the New York Stock Exchange. It's been great to meet with so many investors and other stakeholders over the past few months, both before and after our listing.

We're inspired by the ongoing support and optimism of our customers and suppliers, many of whom were able to celebrate with us as we rang the bell in the New York Stock Exchange.

While certain of our financial results have already been released to the market through Honeywell's recent earnings as part of their broader segment disclosure, today allows us the opportunity to provide more detail to all of you.

Since this is our first earnings call, Joe and I are going to take you through our third quarter financial results, but I'm also going to provide an overview of our business to ground those who may be new to the Resideo story.

We started trading on October 29, and we're hitting the ground running on the next phase of Resideo's growth strategy. We start off with a strong liquidity position, and we're focused on continuing our consistent performance moving forward as a stand-alone company.

We delivered a solid third quarter across key metrics, and Joe will dive deeper into the numbers in just a bit. But at a high level, I want to call attention to our Q3 revenue growth: 4% year-over-year net of currency and 5% organic growth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As many of you have already heard from Honeywell on their Q3 earnings call, we experienced some spin-related supply chain issues that temporarily increased our backlog and additional spin-related cost that negatively impacted our revenue and EBITDA for the quarter. We are actively addressing these supply chain issues, and we're already seeing product flows moving back towards normal volumes.

With the spin behind us, operationally, our team is focused and back on track. While we executed on the final phase of our spin, we also garnered some key wins and continue to develop our product pipeline. As many of you know, we have 2 segments in the company: a products segment and a distribution segment. And finally, we're excited about the momentum our business is showing, and we're reaffirming our guidance for full year 2018 and outlook for 2019. We expect our full year 2018 result at the high end of the range.

Our performance, as part of Honeywell, over the past 3 years demonstrates a well-run business that is on track to deliver continued growth in 2018 and beyond. We're excited about our future and focused on continued growth and innovation to create value for our customers and shareholders.

So now I want to jump in on Page 3 and talk a bit about the business. And for those of you who are new to the Resideo story, let me back up for a couple of minutes here and go through that. So we're simplifying the smart home experience as a leading global provider of critical residential comfort and security solutions. We are in 150 million homes, and we install about 15 million products and solutions a year through retrofit and new installs. We do this through our network of 100,000 contractors and our global workforce of about 14,500 employees. When we talk about the customers we serve, we include the more than 100,000 contractors from both sides of our business.

We have a longstanding relationship with these professional contractors, and I'd like to call them the do-it-for-me channel, which gives us a solid position in the marketplace. It's a critical component in helping consumers upgrade to a home that is more efficient, safer and easier to control. When you break it down, we're a well-established business with a very mature channel to market. As I mentioned earlier, our business is broken into 2 segments: products and distribution.

On the products side, we market under the trusted Honeywell Home trademark through a 40-year license. Every connected item we bring has software or firmware as part of the offering. So you'll hear me refer to products and software.

ADI is our second segment, and ADI is the leading global distributor of low-voltage security products. We have over 200 ADI stocking locations, all focused on supporting the connected home security contractor. Our 2 segments break down on the revenue side into approximately a 50-50 split.

So I want to spend a moment now going a little deeper on the end-to-end experiences with our products, and this would be on Slide 4. So when you look at our products, we look at it in a couple of categories. We have 3,000 active products for the home. Those cover the exterior, behind the wall, in front of the wall and in the cloud.

So first, let's take a look at the exterior of the home. Our products for the exterior of the home include exterior cameras, outdoor video, motion detectors and motion viewers. Moving inside the home, we're supporting homeowners behind the wall with things like heating controls, furnace and boiler units, hot water controls, humidification, dehumidification, water filtration, water leak detection and freeze detection. Then we talk about on the wall, which would be the more traditional thermostat, security panels, motion viewers, sound detection, glass break detection, et cetera. And then we have an established and growing business in the cloud where we have our mobile applications.

So that's how we look at our product set. Then on the bottom right, you can see our ADI Global Distribution. We sell our products direct to OEMs and we sell them through distributors. But we also have our own global security distributor, which we call ADI. That gives us a real high touch point to our customers. These are very technical sales with product knowledge sharing. Because our business is so high touch, we're able to create winning solutions for the do-it-for-me channel together with our customers.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We have one of the broadest portfolios of anybody in the sector. And I think that's a key aspect of what sets us apart. Our -- other technology companies come out with a single product, and they think that their one product is going to be the control point in the home. We don't think it goes that way. They don't have the channel. They don't have a way to get to the customers, and they don't have product solutions or connectivity that sits behind the wall, which is really the core of any smart home. That's what makes us different.

So with that broader introduction to our business, I'd like to move on to Slide 5 now. And I want to talk for a couple of minutes about some recent business development activities. We've had a number of key customer wins and made progress towards distributing new products in our pipeline. I'll highlight a couple of them for you right now. We're excited about our new agreements with several leading security dealers that are going to carry our next-generation professional residential security platform. We're continuing to expand our partnerships with Scottish Power, Innogy, Crius Energy and Chamberlain are all the ones I'm going to particularly highlight here. We're working with Scottish Power. They're a major utility in Scotland and a subsidiary of Iberdola. And we're providing them with connected thermostats and software services that deliver comfort and energy efficiency to their customers. We're also partnering with Innogy, a Slovakian utility, to offer dual-branded security products to their consumers through a lease program.

With Crius, we're offering Honeywell Home connected thermostats through their demand response program, which helps homeowners save money and energy. And in August, Chamberlain announced the integration of its Chamberlain and Liftmaster garage doors with our Total Connect 2.0 app.

Now on the distribution side, we're proud that ADI was named the 2018 distributor of the year from Axis Communications, which is one of the world's largest security products manufacturers.

These are all just a couple of notable examples of what we mean when we say the business is showing momentum and we're excited about the future.

So with that, I'd like to turn the call over to Joe to walk you through our financials.

**Joseph D. Ragan**
*Executive VP & CFO*

Thanks, Mike, and good morning, everyone. I'd like to start on the next slide, Slide 6. I'll walk you through our numbers first for the quarter and then I'll make some comments about our performance year-to-date, which we think is also helpful in framing some of the broader trends in our business, especially given this is our first public earnings call.

Starting with third quarter performance on a consolidated basis. We reported net sales of $1.2 billion, up 4% and up 5% on a constant currency basis, which we refer to as organic growth. Adjusted EBITDA for the quarter was $117 million, representing a 3% decrease from the prior year or $152 million excluding payments under the environmental indemnity, also a 3% decrease from the prior year.

As Mike mentioned at the beginning of the call, the supply chain issues drove downward pressure on our EBITDA as well as other spin-related costs. I'll address this in more detail when I discuss segment level results. At a high level, without these issues, pro forma adjusted EBITDA would have grown both year-over-year and sequentially.

I'll address the environmental indemnity, and we have a slide on this in the appendix. But the environmental reimbursement is in our release, 10-Q and all our slides, and it's capped at $140 million with respect to any year. It's a 25-year arrangement, and we've modeled that into all of our numbers.

Adjusted net income was $88 million, up 42%.

Next on Slide 7, looking at our numbers year-to-date. Sales are at $3.56 billion, up 8%. Adjusted EBITDA was $361 million, up 19% over the prior year and $466 million excluding the environmental indemnity, up 14% due to our strong first half performance. Adjusted net income was $265 million, up 80% year-over-year, reflecting changes in U.S. tax laws.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**EXHIBIT P**

**REZI Historical Stock Price Chart During The Class Period[1]**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 10/29/2018 | 28 | 28.67 | 24.5 | 25.82 | 30427500 | 25.82 |
| 10/30/2018 | 24.8 | 25 | 20.51 | 21.06 | 8275000 | 21.06 |
| 10/31/2018 | 21.22 | 22.51 | 19.31 | 21.05 | 8148700 | 21.05 |
| 11/1/2018 | 20.88 | 23.73 | 20.42 | 22 | 10101600 | 22 |
| 11/2/2018 | 22 | 23.97 | 20.55 | 23.78 | 8104600 | 23.78 |
| 11/5/2018 | 23.53 | 25.01 | 23.38 | 24.71 | 5346000 | 24.71 |
| 11/6/2018 | 24.32 | 24.66 | 23.5 | 24.09 | 5245400 | 24.09 |
| 11/7/2018 | 24 | 24.17 | 22.51 | 23.7 | 3694600 | 23.7 |
| 11/8/2018 | 23.01 | 23.64 | 22.16 | 22.21 | 2420500 | 22.21 |
| 11/9/2018 | 21.73 | 22.08 | 21.46 | 21.97 | 2077300 | 21.97 |
| 11/12/2018 | 22.14 | 22.23 | 21.14 | 21.37 | 2158000 | 21.37 |
| 11/13/2018 | 21.16 | 22 | 20.99 | 21.26 | 2788500 | 21.26 |
| 11/14/2018 | 21.99 | 22.95 | 21.37 | 21.49 | 3753100 | 21.49 |
| 11/15/2018 | 21.08 | 22.61 | 21.01 | 22.03 | 2522500 | 22.03 |
| 11/16/2018 | 22 | 22 | 20.95 | 21.02 | 2759800 | 21.02 |
| 11/19/2018 | 21.04 | 21.04 | 19.43 | 19.43 | 2600100 | 19.43 |
| 11/20/2018 | 19.34 | 19.63 | 18.77 | 19.52 | 1411600 | 19.52 |
| 11/21/2018 | 19.5 | 20.24 | 19.26 | 19.68 | 1078300 | 19.68 |

---

[1] Resideo's stock price throughout the proposed class period is publicly available online at Yahoo Finance. *See* Resideo Technologies, Inc. (REZI), YAHOO FINANCE, https://finance.yahoo.com/quote/REZI/history?p=REZI (last visited July 7, 2020). Using Yahoo Finance, counsel for Defendants created this chart showing the price of Resideo stock between October 29, 2018, the first day Resideo stock was publicly traded, and November 7, 2019, the day after the close of plaintiff's proposed class period.

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 11/23/2018 | 19.16 | 19.85 | 19.13 | 19.41 | 418600 | 19.41 |
| 11/26/2018 | 19.61 | 20.1 | 19.25 | 19.91 | 1461700 | 19.91 |
| 11/27/2018 | 19.3 | 19.99 | 19.16 | 19.35 | 4015400 | 19.35 |
| 11/28/2018 | 19.17 | 20.32 | 19.14 | 20.16 | 1291400 | 20.16 |
| 11/29/2018 | 20.02 | 20.91 | 19.9 | 20.75 | 1898300 | 20.75 |
| 11/30/2018 | 20.97 | 21.3 | 20.47 | 20.63 | 2733100 | 20.63 |
| 12/3/2018 | 20.73 | 21.17 | 20.51 | 20.95 | 1065300 | 20.95 |
| 12/4/2018 | 20.87 | 20.96 | 20.23 | 20.4 | 1573600 | 20.4 |
| 12/6/2018 | 20.45 | 20.64 | 19.8 | 20.6 | 1308300 | 20.6 |
| 12/7/2018 | 20.64 | 21.31 | 20.53 | 21.05 | 2965400 | 21.05 |
| 12/10/2018 | 21.1 | 21.7 | 20.66 | 21.57 | 1553000 | 21.57 |
| 12/11/2018 | 21.93 | 22.18 | 21.18 | 21.48 | 1375200 | 21.48 |
| 12/12/2018 | 21.43 | 22.07 | 21.22 | 21.44 | 1191800 | 21.44 |
| 12/13/2018 | 21.46 | 22.3 | 21.28 | 22.12 | 1675300 | 22.12 |
| 12/14/2018 | 21.99 | 22.79 | 21.49 | 22.53 | 1448000 | 22.53 |
| 12/17/2018 | 22.64 | 22.64 | 22.09 | 22.26 | 2514800 | 22.26 |
| 12/18/2018 | 22.23 | 22.92 | 22.06 | 22.81 | 1556900 | 22.81 |
| 12/19/2018 | 22.86 | 23.43 | 22.24 | 22.42 | 1890500 | 22.42 |
| 12/20/2018 | 22.15 | 22.31 | 20.92 | 21.49 | 1946000 | 21.49 |
| 12/21/2018 | 21.42 | 21.45 | 19.7 | 20.08 | 4382700 | 20.08 |
| 12/24/2018 | 19.78 | 20.13 | 19.44 | 19.45 | 539600 | 19.45 |
| 12/26/2018 | 19.56 | 20.27 | 19.27 | 20.26 | 1310900 | 20.26 |
| 12/27/2018 | 19.85 | 20.11 | 19.39 | 19.85 | 1532300 | 19.85 |

2

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 12/28/2018 | 19.84 | 20.43 | 19.53 | 20.07 | 1317800 | 20.07 |
| 12/31/2018 | 19.98 | 20.64 | 19.67 | 20.55 | 1053200 | 20.55 |
| 1/2/2019 | 20.27 | 20.73 | 20 | 20.64 | 962400 | 20.64 |
| 1/3/2019 | 20.53 | 20.6 | 19.53 | 19.58 | 1080800 | 19.58 |
| 1/4/2019 | 19.99 | 20.72 | 19.71 | 20.39 | 1864200 | 20.39 |
| 1/7/2019 | 20.26 | 20.53 | 19.92 | 20.12 | 1151100 | 20.12 |
| 1/8/2019 | 20.43 | 20.75 | 20.22 | 20.56 | 1139700 | 20.56 |
| 1/9/2019 | 20.54 | 21.48 | 20.33 | 21.36 | 882700 | 21.36 |
| 1/10/2019 | 21.3 | 21.88 | 21.02 | 21.52 | 869100 | 21.52 |
| 1/11/2019 | 21.13 | 21.85 | 21 | 21.82 | 641100 | 21.82 |
| 1/14/2019 | 21.5 | 21.81 | 20.88 | 20.96 | 1592100 | 20.96 |
| 1/15/2019 | 21.05 | 21.41 | 20.47 | 21.3 | 1020800 | 21.3 |
| 1/16/2019 | 21.2 | 21.8 | 21.2 | 21.6 | 1056700 | 21.6 |
| 1/17/2019 | 21.46 | 21.95 | 21.4 | 21.9 | 776100 | 21.9 |
| 1/18/2019 | 21.99 | 22.21 | 21.73 | 21.8 | 1188600 | 21.8 |
| 1/22/2019 | 21.56 | 21.74 | 20.88 | 21.1 | 762300 | 21.1 |
| 1/23/2019 | 21.1 | 21.18 | 20.4 | 20.52 | 791400 | 20.52 |
| 1/24/2019 | 20.37 | 21.01 | 20.33 | 20.39 | 616700 | 20.39 |
| 1/25/2019 | 20.63 | 21.31 | 20.55 | 20.85 | 716200 | 20.85 |
| 1/28/2019 | 20.7 | 20.84 | 20.31 | 20.79 | 422500 | 20.79 |
| 1/29/2019 | 20.72 | 20.79 | 20.33 | 20.45 | 646100 | 20.45 |
| 1/30/2019 | 20.5 | 21.08 | 20.07 | 20.89 | 682200 | 20.89 |
| 1/31/2019 | 20.72 | 21.97 | 20.59 | 21.93 | 1198100 | 21.93 |

3

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 2/1/2019 | 21.87 | 22.8 | 21.52 | 22.79 | 1915800 | 22.79 |
| 2/4/2019 | 22.7 | 23.67 | 22.7 | 23.65 | 1763400 | 23.65 |
| 2/5/2019 | 23.7 | 23.99 | 23.45 | 23.75 | 1326100 | 23.75 |
| 2/6/2019 | 23.93 | 24.45 | 23.63 | 23.89 | 1099400 | 23.89 |
| 2/7/2019 | 23.58 | 24.25 | 23.58 | 24.2 | 1197600 | 24.2 |
| 2/8/2019 | 24.05 | 24.4 | 24.01 | 24.27 | 997100 | 24.27 |
| 2/11/2019 | 24.46 | 24.77 | 24 | 24.7 | 968200 | 24.7 |
| 2/12/2019 | 24.85 | 25.04 | 24.75 | 24.94 | 1003100 | 24.94 |
| 2/13/2019 | 25.04 | 25.23 | 24.85 | 25.17 | 1335100 | 25.17 |
| 2/14/2019 | 24.96 | 25.18 | 24.83 | 24.9 | 1505600 | 24.9 |
| 2/15/2019 | 24.72 | 25.52 | 24.72 | 25.41 | 1182400 | 25.41 |
| 2/19/2019 | 25.25 | 25.84 | 25.18 | 25.68 | 904500 | 25.68 |
| 2/20/2019 | 25.57 | 25.74 | 25.34 | 25.55 | 1177300 | 25.55 |
| 2/21/2019 | 25.5 | 25.85 | 25.09 | 25.33 | 887100 | 25.33 |
| 2/22/2019 | 25.3 | 25.86 | 25.06 | 25.86 | 842300 | 25.86 |
| 2/25/2019 | 25.97 | 26.27 | 25.57 | 25.76 | 1043200 | 25.76 |
| 2/26/2019 | 25.54 | 26.38 | 25.4 | 26.15 | 1349600 | 26.15 |
| 2/27/2019 | 26.01 | 26.4 | 25.98 | 26.21 | 652700 | 26.21 |
| 2/28/2019 | 26.2 | 26.26 | 25.65 | 25.7 | 465500 | 25.7 |
| 3/1/2019 | 25.97 | 26.22 | 25.24 | 25.27 | 2058500 | 25.27 |
| 3/4/2019 | 25.4 | 25.74 | 25.04 | 25.26 | 1041400 | 25.26 |
| 3/5/2019 | 25.16 | 25.36 | 24.9 | 24.92 | 831900 | 24.92 |
| 3/6/2019 | 24.9 | 25.12 | 24.66 | 24.75 | 1068600 | 24.75 |

4

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 3/7/2019 | 21 | 21.14 | 17.6 | 18.96 | 10930700 | 18.96 |
| 3/8/2019 | 18.94 | 19.8 | 18.29 | 19.78 | 3018500 | 19.78 |
| 3/11/2019 | 19.69 | 20.73 | 19.69 | 20.36 | 2579000 | 20.36 |
| 3/12/2019 | 20.56 | 20.74 | 20.22 | 20.32 | 2072300 | 20.32 |
| 3/13/2019 | 20.33 | 20.67 | 20.26 | 20.5 | 1616700 | 20.5 |
| 3/14/2019 | 20.41 | 20.66 | 19.63 | 19.7 | 1748200 | 19.7 |
| 3/15/2019 | 19.92 | 20.39 | 19.92 | 20.01 | 1359900 | 20.01 |
| 3/18/2019 | 19.93 | 20.62 | 19.93 | 20.46 | 972100 | 20.46 |
| 3/19/2019 | 20.7 | 20.7 | 20.15 | 20.6 | 1254000 | 20.6 |
| 3/20/2019 | 20.62 | 20.68 | 19.94 | 19.97 | 846300 | 19.97 |
| 3/21/2019 | 19.87 | 20.58 | 19.85 | 20.38 | 691700 | 20.38 |
| 3/22/2019 | 20.2 | 20.37 | 19.67 | 19.77 | 840000 | 19.77 |
| 3/25/2019 | 19.69 | 19.75 | 19.35 | 19.56 | 586500 | 19.56 |
| 3/26/2019 | 19.67 | 19.79 | 19.19 | 19.5 | 949900 | 19.5 |
| 3/27/2019 | 19.47 | 19.69 | 18.83 | 18.96 | 975200 | 18.96 |
| 3/28/2019 | 19.01 | 19.35 | 18.88 | 19.05 | 1183700 | 19.05 |
| 3/29/2019 | 19.28 | 19.35 | 18.79 | 19.29 | 1930400 | 19.29 |
| 4/1/2019 | 19.41 | 20.33 | 19.37 | 20.04 | 932100 | 20.04 |
| 4/2/2019 | 20.06 | 20.06 | 19.46 | 19.48 | 592000 | 19.48 |
| 4/3/2019 | 19.59 | 20.01 | 19.52 | 19.94 | 1698900 | 19.94 |
| 4/4/2019 | 19.95 | 20.05 | 19.1 | 19.2 | 573800 | 19.2 |
| 4/5/2019 | 19.22 | 19.99 | 19.22 | 19.99 | 1094200 | 19.99 |
| 4/8/2019 | 19.89 | 20.19 | 19.85 | 20.05 | 1326900 | 20.05 |

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 4/9/2019 | 19.94 | 20.02 | 19.68 | 19.77 | 749300 | 19.77 |
| 4/10/2019 | 19.8 | 19.95 | 19.7 | 19.89 | 857600 | 19.89 |
| 4/11/2019 | 19.86 | 19.99 | 19.73 | 19.96 | 481400 | 19.96 |
| 4/12/2019 | 20 | 20.4 | 19.95 | 20.25 | 1535100 | 20.25 |
| 4/15/2019 | 20.25 | 20.43 | 20.05 | 20.27 | 1440700 | 20.27 |
| 4/16/2019 | 20.35 | 20.51 | 20.28 | 20.36 | 765500 | 20.36 |
| 4/17/2019 | 20.52 | 20.75 | 20.52 | 20.71 | 2098100 | 20.71 |
| 4/18/2019 | 20.67 | 20.78 | 20.54 | 20.66 | 610600 | 20.66 |
| 4/22/2019 | 20.5 | 20.93 | 20.5 | 20.91 | 470000 | 20.91 |
| 4/23/2019 | 20.98 | 21.58 | 20.84 | 21.58 | 811100 | 21.58 |
| 4/24/2019 | 21.44 | 21.89 | 21.35 | 21.67 | 925600 | 21.67 |
| 4/25/2019 | 21.48 | 21.83 | 21.28 | 21.74 | 850200 | 21.74 |
| 4/26/2019 | 21.73 | 22.43 | 21.6 | 22.34 | 749500 | 22.34 |
| 4/29/2019 | 22.32 | 22.97 | 22.17 | 22.8 | 1045800 | 22.8 |
| 4/30/2019 | 22.75 | 22.88 | 22.54 | 22.7 | 867000 | 22.7 |
| 5/1/2019 | 22.87 | 23.39 | 22.82 | 22.92 | 785900 | 22.92 |
| 5/2/2019 | 22.93 | 23.19 | 22.21 | 22.67 | 1264800 | 22.67 |
| 5/3/2019 | 22.81 | 23.37 | 22.81 | 23.32 | 970300 | 23.32 |
| 5/6/2019 | 22.55 | 23.26 | 22.5 | 23.13 | 939900 | 23.13 |
| 5/7/2019 | 22.83 | 23.1 | 22.71 | 22.9 | 1352100 | 22.9 |
| 5/8/2019 | 22.88 | 23.04 | 22.62 | 22.86 | 1259000 | 22.86 |
| 5/9/2019 | 23.02 | 23.02 | 21.4 | 22.67 | 2004900 | 22.67 |
| 5/10/2019 | 22.56 | 23.99 | 22.56 | 23.86 | 707600 | 23.86 |

6

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 5/13/2019 | 23.33 | 23.33 | 22.32 | 22.5 | 528100 | 22.5 |
| 5/14/2019 | 22.64 | 22.75 | 22.44 | 22.5 | 503000 | 22.5 |
| 5/15/2019 | 22.27 | 22.68 | 22.18 | 22.61 | 371600 | 22.61 |
| 5/16/2019 | 22.75 | 23.26 | 22.65 | 22.97 | 392200 | 22.97 |
| 5/17/2019 | 22.68 | 22.83 | 21.97 | 22.02 | 784500 | 22.02 |
| 5/20/2019 | 21.79 | 22.15 | 21.57 | 22 | 1173200 | 22 |
| 5/21/2019 | 22.07 | 22.23 | 21.72 | 21.76 | 744500 | 21.76 |
| 5/22/2019 | 21.81 | 21.88 | 21.62 | 21.76 | 562900 | 21.76 |
| 5/23/2019 | 20.99 | 21.4 | 20.1 | 20.3 | 1051200 | 20.3 |
| 5/24/2019 | 20.42 | 21.04 | 20.3 | 20.6 | 666400 | 20.6 |
| 5/28/2019 | 21.09 | 21.09 | 20.54 | 20.57 | 695300 | 20.57 |
| 5/29/2019 | 20.2 | 20.32 | 19.71 | 19.96 | 756000 | 19.96 |
| 5/30/2019 | 19.9 | 20.28 | 19.85 | 20 | 705700 | 20 |
| 5/31/2019 | 19.6 | 19.69 | 19.26 | 19.68 | 896800 | 19.68 |
| 6/3/2019 | 19.73 | 19.8 | 19.25 | 19.4 | 940600 | 19.4 |
| 6/4/2019 | 19.55 | 19.99 | 19.28 | 19.72 | 559500 | 19.72 |
| 6/5/2019 | 20.05 | 20.27 | 19.01 | 19.29 | 1522400 | 19.29 |
| 6/6/2019 | 19.49 | 20.29 | 19.47 | 20.2 | 1201000 | 20.2 |
| 6/7/2019 | 20.26 | 20.8 | 20.26 | 20.34 | 817000 | 20.34 |
| 6/10/2019 | 20.38 | 20.9 | 20.35 | 20.86 | 832800 | 20.86 |
| 6/11/2019 | 21.14 | 21.34 | 20.77 | 21.04 | 851000 | 21.04 |
| 6/12/2019 | 20.93 | 20.95 | 20.44 | 20.78 | 828700 | 20.78 |
| 6/13/2019 | 20.98 | 21.14 | 20.67 | 20.95 | 440700 | 20.95 |

7

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 6/14/2019 | 20.73 | 20.85 | 20.4 | 20.53 | 679600 | 20.53 |
| 6/17/2019 | 20.52 | 20.75 | 20.51 | 20.58 | 383800 | 20.58 |
| 6/18/2019 | 20.72 | 21.5 | 20.57 | 21.2 | 656400 | 21.2 |
| 6/19/2019 | 21.18 | 21.41 | 20.58 | 21.1 | 909000 | 21.1 |
| 6/20/2019 | 21.49 | 21.49 | 20.83 | 21.22 | 1252500 | 21.22 |
| 6/21/2019 | 20.73 | 21.14 | 20.73 | 21.01 | 3185100 | 21.01 |
| 6/24/2019 | 21.21 | 21.29 | 20.64 | 20.76 | 602300 | 20.76 |
| 6/25/2019 | 20.63 | 20.69 | 20.3 | 20.58 | 728600 | 20.58 |
| 6/26/2019 | 20.69 | 20.96 | 20.61 | 20.75 | 572300 | 20.75 |
| 6/27/2019 | 20.7 | 21.13 | 20.7 | 21.1 | 710500 | 21.1 |
| 6/28/2019 | 21.26 | 22.17 | 21.23 | 21.92 | 3819600 | 21.92 |
| 7/1/2019 | 22.24 | 22.27 | 21.39 | 21.76 | 994600 | 21.76 |
| 7/2/2019 | 21.66 | 21.97 | 21.42 | 21.85 | 667700 | 21.85 |
| 7/3/2019 | 21.97 | 22.08 | 21.74 | 21.9 | 961700 | 21.9 |
| 7/5/2019 | 21.77 | 21.95 | 21.33 | 21.95 | 622500 | 21.95 |
| 7/8/2019 | 21.92 | 21.92 | 21.6 | 21.78 | 789900 | 21.78 |
| 7/9/2019 | 21.75 | 21.96 | 21.67 | 21.96 | 645100 | 21.96 |
| 7/10/2019 | 21.99 | 22.16 | 21.9 | 21.97 | 487100 | 21.97 |
| 7/11/2019 | 21.99 | 22.06 | 21.29 | 21.48 | 629900 | 21.48 |
| 7/12/2019 | 21.5 | 21.58 | 21.42 | 21.5 | 862300 | 21.5 |
| 7/15/2019 | 21.58 | 21.58 | 20.27 | 20.38 | 720800 | 20.38 |
| 7/16/2019 | 20.39 | 20.51 | 19.9 | 20.1 | 1804800 | 20.1 |
| 7/17/2019 | 20.08 | 20.12 | 19.6 | 19.69 | 1374600 | 19.69 |

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 7/18/2019 | 19.66 | 19.66 | 18.75 | 18.92 | 1158200 | 18.92 |
| 7/19/2019 | 19 | 19.51 | 18.78 | 19.22 | 1443400 | 19.22 |
| 7/22/2019 | 19.14 | 19.28 | 18.88 | 18.93 | 1025000 | 18.93 |
| 7/23/2019 | 19.04 | 19.38 | 18.89 | 19.22 | 957400 | 19.22 |
| 7/24/2019 | 19.1 | 20.05 | 19.09 | 19.87 | 799700 | 19.87 |
| 7/25/2019 | 19.77 | 20.03 | 19 | 19.07 | 830700 | 19.07 |
| 7/26/2019 | 19.16 | 19.49 | 19.1 | 19.32 | 619300 | 19.32 |
| 7/29/2019 | 19.23 | 19.35 | 18.81 | 18.91 | 1159300 | 18.91 |
| 7/30/2019 | 18.81 | 19.1 | 18.57 | 19.1 | 1009500 | 19.1 |
| 7/31/2019 | 19.11 | 19.45 | 18.69 | 18.86 | 1122900 | 18.86 |
| 8/1/2019 | 18.75 | 19.03 | 18.1 | 18.29 | 1594100 | 18.29 |
| 8/2/2019 | 18.1 | 18.17 | 17.74 | 18.06 | 1446900 | 18.06 |
| 8/5/2019 | 17.74 | 17.83 | 17.02 | 17.1 | 2061000 | 17.1 |
| 8/6/2019 | 17.28 | 17.43 | 17.04 | 17.32 | 1502400 | 17.32 |
| 8/7/2019 | 16.98 | 17.13 | 16.51 | 17.1 | 2059900 | 17.1 |
| 8/8/2019 | 17.5 | 18.06 | 16.78 | 17.08 | 3698200 | 17.08 |
| 8/9/2019 | 17 | 17.02 | 16.32 | 16.45 | 1775500 | 16.45 |
| 8/12/2019 | 16.29 | 16.29 | 15.55 | 15.59 | 1621000 | 15.59 |
| 8/13/2019 | 15.76 | 15.95 | 15.31 | 15.31 | 2000600 | 15.31 |
| 8/14/2019 | 15.14 | 15.15 | 14.21 | 14.64 | 1818700 | 14.64 |
| 8/15/2019 | 14.74 | 14.74 | 13.93 | 14.01 | 1507100 | 14.01 |
| 8/16/2019 | 14.12 | 14.92 | 14.12 | 14.67 | 1122300 | 14.67 |
| 8/19/2019 | 14.97 | 15 | 14.36 | 14.62 | 822800 | 14.62 |

9

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 8/20/2019 | 14.5 | 14.63 | 14.23 | 14.32 | 726200 | 14.32 |
| 8/21/2019 | 14.48 | 14.48 | 13.81 | 13.89 | 927200 | 13.89 |
| 8/22/2019 | 14 | 14.62 | 14 | 14.21 | 1990900 | 14.21 |
| 8/23/2019 | 14.11 | 14.15 | 13.65 | 13.71 | 1067600 | 13.71 |
| 8/26/2019 | 13.82 | 13.83 | 13.48 | 13.55 | 794000 | 13.55 |
| 8/27/2019 | 13.63 | 13.8 | 13.08 | 13.09 | 1078400 | 13.09 |
| 8/28/2019 | 13 | 13.57 | 13 | 13.42 | 716100 | 13.42 |
| 8/29/2019 | 13.53 | 13.75 | 13.44 | 13.51 | 617300 | 13.51 |
| 8/30/2019 | 13.6 | 13.81 | 13.51 | 13.78 | 865100 | 13.78 |
| 9/3/2019 | 13.56 | 13.68 | 12.99 | 13.11 | 1564200 | 13.11 |
| 9/4/2019 | 13.32 | 13.55 | 13.1 | 13.38 | 876700 | 13.38 |
| 9/5/2019 | 13.63 | 14.31 | 13.52 | 14.24 | 1022300 | 14.24 |
| 9/6/2019 | 14.21 | 14.46 | 14.15 | 14.33 | 986500 | 14.33 |
| 9/9/2019 | 14.35 | 15 | 14.33 | 14.74 | 847300 | 14.74 |
| 9/10/2019 | 14.69 | 15.52 | 14.54 | 15.49 | 1114600 | 15.49 |
| 9/11/2019 | 15.47 | 15.92 | 15.05 | 15.89 | 1146400 | 15.89 |
| 9/12/2019 | 15.88 | 16 | 15.5 | 15.71 | 924000 | 15.71 |
| 9/13/2019 | 15.89 | 15.97 | 15.64 | 15.72 | 958900 | 15.72 |
| 9/16/2019 | 15.69 | 15.95 | 15.55 | 15.69 | 654100 | 15.69 |
| 9/17/2019 | 15.44 | 15.74 | 15.27 | 15.46 | 780700 | 15.46 |
| 9/18/2019 | 15.38 | 15.38 | 14.71 | 14.89 | 892300 | 14.89 |
| 9/19/2019 | 14.97 | 14.97 | 14.45 | 14.5 | 908500 | 14.5 |
| 9/20/2019 | 14.48 | 14.82 | 14.43 | 14.58 | 1226100 | 14.58 |

10

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 9/23/2019 | 14.35 | 14.55 | 14.11 | 14.27 | 539000 | 14.27 |
| 9/24/2019 | 14.24 | 14.4 | 13.42 | 13.46 | 1193200 | 13.46 |
| 9/25/2019 | 13.45 | 14.19 | 13.45 | 14.06 | 901700 | 14.06 |
| 9/26/2019 | 14 | 14.16 | 13.88 | 13.92 | 577400 | 13.92 |
| 9/27/2019 | 13.96 | 14.34 | 13.84 | 13.91 | 424700 | 13.91 |
| 9/30/2019 | 13.94 | 14.36 | 13.92 | 14.35 | 703200 | 14.35 |
| 10/1/2019 | 14.42 | 14.55 | 13.47 | 13.57 | 673900 | 13.57 |
| 10/2/2019 | 13.45 | 13.7 | 13.24 | 13.62 | 735100 | 13.62 |
| 10/3/2019 | 13.47 | 13.62 | 13.09 | 13.45 | 958500 | 13.45 |
| 10/4/2019 | 13.43 | 13.61 | 13.06 | 13.56 | 1226000 | 13.56 |
| 10/7/2019 | 13.55 | 14.26 | 13.51 | 14.1 | 2025600 | 14.1 |
| 10/8/2019 | 13.9 | 14.18 | 13.86 | 14.02 | 1045200 | 14.02 |
| 10/9/2019 | 14.19 | 14.19 | 13.56 | 13.82 | 1185500 | 13.82 |
| 10/10/2019 | 13.91 | 14.33 | 13.88 | 14.1 | 509200 | 14.1 |
| 10/11/2019 | 14.36 | 14.77 | 14.2 | 14.34 | 562300 | 14.34 |
| 10/14/2019 | 14.17 | 14.37 | 13.99 | 14.35 | 458600 | 14.35 |
| 10/15/2019 | 14.42 | 14.85 | 14.36 | 14.62 | 837600 | 14.62 |
| 10/16/2019 | 14.64 | 14.93 | 14.57 | 14.76 | 869100 | 14.76 |
| 10/17/2019 | 14.83 | 15.02 | 14.74 | 14.99 | 962500 | 14.99 |
| 10/18/2019 | 14.91 | 14.94 | 14.68 | 14.71 | 470100 | 14.71 |
| 10/21/2019 | 14.9 | 15.19 | 14.78 | 15.13 | 762100 | 15.13 |
| 10/22/2019 | 15.12 | 15.39 | 15.01 | 15.23 | 512600 | 15.23 |
| 10/23/2019 | 9.04 | 9.64 | 8.6 | 9.5 | 16420600 | 9.5 |

11

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 10/24/2019 | 9.5 | 9.52 | 9.15 | 9.27 | 4110200 | 9.27 |
| 10/25/2019 | 9.27 | 9.52 | 9.2 | 9.36 | 2335200 | 9.36 |
| 10/28/2019 | 9.44 | 9.55 | 9.21 | 9.31 | 1831600 | 9.31 |
| 10/29/2019 | 9.31 | 9.36 | 9.06 | 9.25 | 2068200 | 9.25 |
| 10/30/2019 | 9.23 | 9.32 | 9.2 | 9.26 | 2399400 | 9.26 |
| 10/31/2019 | 9.23 | 9.56 | 9.11 | 9.53 | 2837500 | 9.53 |
| 11/1/2019 | 9.62 | 9.89 | 9.32 | 9.87 | 2401300 | 9.87 |
| 11/4/2019 | 9.97 | 10.27 | 9.81 | 10.25 | 3208600 | 10.25 |
| 11/5/2019 | 10.33 | 10.65 | 10.26 | 10.49 | 2776000 | 10.49 |
| 11/6/2019 | 10.42 | 10.44 | 9.82 | 10.02 | 2647900 | 10.02 |
| 11/7/2019 | 10.07 | 10.14 | 9.51 | 9.78 | 5619900 | 9.78 |

**EXHIBIT Q**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): March 7, 2019**

---

# RESIDEO TECHNOLOGIES, INC.
**(Exact name of registrant as specified in its charter)**

---

| | | |
|---|---|---|
| **Delaware** | **001-38635** | **82-5318796** |
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**1985 Douglas Drive North, Golden Valley, Minnesota**                    **55422**
**(Address of principal executive offices)**                                            **(Zip Code)**

**Registrant's telephone number, including area code: (763) 954-5204**

**Not applicable**
**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**resideo**

### RESIDEO TECHNOLOGIES DELIVERS RESULTS AT HIGH END OF RANGE FOR
### FOURTH QUARTER AND FULL-YEAR 2018

*Announces Long-Term Vision and Updated 2019 Outlook*

**Fourth Quarter Highlights**

- Net Revenue Increased 5 Percent to $1,266 million

- Reported Net Income of $16 million; Adjusted Net Income of $38 million, which includes the Honeywell reimbursement agreement payments

- Pro Forma Adjusted EBITDA of $136 million including the Honeywell reimbursement agreement payments; $171 million excluding reimbursement

- Strong free cash flow drove Net Debt down to $936 million as of quarter-end, ahead of Q4 plan

**Full-Year Highlights**

- Net Revenue Increased 7 Percent to $4,827 million

- Reported Net Income of $405 million; Adjusted Net Income of $303 million, which includes the Honeywell reimbursement agreement payments

- Pro Forma Adjusted EBITDA of $476 million including the Honeywell reimbursement agreement payments; $616 million excluding reimbursement

- "Vision 2023" Long-Term Growth Strategy; Updated 2019 Outlook

AUSTIN, Texas, March 7, 2019 – Resideo Technologies, Inc. ( **NYSE: REZI** ) today announced its fourth-quarter and full year earnings along with its long-term strategy for growth and margin expansion. The company reported net revenue of $1,266 million for the fourth quarter of 2018, bringing full-year net revenue to $4,827 million. Reported year-end revenue results were at the high end of the range, with EBITDA above the range.

"We delivered strong performance for the fourth quarter and full year, despite the spin- related cost base coming in higher than expected," said Mike Nefkens, president and CEO of Resideo. "I am proud of our team's accomplishments as we successfully executed the spin and met or exceeded financial expectations.

"The disruption from the spin is mostly behind us and we have a solid team in place that delivered great results in 2018, and we are ready to do even more. As a newly independent company, we are establishing our roadmap for growth and long-term value creation.

"This year is foundational for Resideo as we take critical steps near-term to further improve our cost base, invest to accelerate growth, increase margins and drive recurring revenues. We've brought on new talent to drive innovation and win market share in the growing residential IoT market by reimagining the smart home for contractors and consumers alike," Nefkens said.

**Vision 2023 Strategy**

Resideo spun off from Honeywell on Oct. 29, 2018, as a leading global provider of residential security and comfort solutions, and low-voltage and security distribution.

Through its Vision 2023 strategy, the company will expand its core capabilities and partnerships to offer homeowners safer, more secure and healthier homes. Resideo is making $90 million in new growth investments in 2019 to capitalize on its existing installed base of 150 million homes and deepen ties with its network of 110,000 do-it-for-me professional contractors.

Over the year ahead, Resideo will roll out next generation platforms in both its security and comfort divisions. In security, Resideo's Global Residential Intrusion Platform is extensible and brings enhanced software offerings. In comfort, Resideo is launching a pioneering platform with recurring services that integrate all dimensions of home wellness.

The final core components of Vision 2023 are Resideo's ecosystem of homeowners and contractors, and the company's ability to leverage its scale for accretive growth. An innovative new digital portal will connect Resideo's community of consumers with do-it-for-me professional contractors, which the company expects to launch in the second half of 2019. Resideo also has established an ongoing strategic initiative to identify and execute on tuck-in acquisitions and investments that accelerate recurring revenues, topline momentum and margin expansion.

**Financial Performance**

The company's reported earnings results are as of and for the quarter and year ended Dec. 31, 2018. The results for the 10 months ended Oct. 29, 2018, are derived from the consolidated financial statements and accounting records of Resideo's former parent, Honeywell International, Inc. (NYSE: HON). The results are on a stand-alone basis for the period subsequent to the spin distribution date through Dec. 31, 2018.

Net revenues for the quarter increased 5 percent on a reported basis and 6 percent on a constant currency basis. Fourth-quarter reported net income was $16 million and Pro Forma Adjusted EBITDA was $136 million, up 4 percent.

Full-year net revenues were $4,827 million, representing a 7 and 6 percent increase on a reported and constant currency basis, respectively. Full-year reported net income was $405 million and Pro Forma Adjusted EBITDA was $476 million, an increase of 15 percent.

2

Additional fourth-quarter and full-year financial results can be found in our Key Metrics Table below and the accompanying tables.

| Key Metrics ($ millions) | Q4 2018 | % Change YoY | FY 2018 | % Change YoY |
|---|---|---|---|---|
| Net Revenue | $1,266 | 5%(1) | $4,827 | 7% |
| Pro Forma Adj. EBITDA ( *including reimbursement* ) | $  136 | 4%(1) | $  476 | 15% |

(1)     % Change YoY on a reported basis


## Segment Performance

**Products and Solutions (P&S) revenue** in the fourth quarter was $602 million, up 4 percent on a reported basis and 5 percent on a constant currency basis. P&S segment profit decreased 20 percent, impacted by one-time spin-related costs.

Full-year P&S revenue was $2,169 million, up 6 percent on a reported basis and 5 percent on a constant currency basis. P&S segment profit was $381 million, representing an 8 percent increase on the prior year.

**Global Distribution revenue** in the fourth quarter was $664 million, up 6 percent on reported basis and 7 percent on a constant currency basis. Global Distribution segment profit was $35 million, up 21 percent.

For the full year, Global Distribution delivered revenue of $2,658 million, an increase of 7 percent on a reported basis and 6 percent on a constant currency basis. Global Distribution segment profit was $148 million, up 13 percent on the prior year.

Additional fourth-quarter and full-year segment financial results can be found in the accompanying tables.


## Table 1: Summary of Financial Results – Total

*($ millions)*

| | 4Q 2017 | 4Q 2018 | % Change | YTD 2017 | YTD 2018 | % Change |
|---|---|---|---|---|---|---|
| Net Revenue | 1,209 | 1,266 | 5% | 4,519 | 4,827 | 7% |
| *Constant Currency* | | | 6% | | | 6% |
| Net Income (loss) | (449) | 16 | 104% | (394) | 405 | 203% |
| Adjusted Net Income | 98 | 38 | -61% | 245 | 303 | 24% |
| EBITDA | 38 | 69 | 82% | 230 | 183 | -20% |
| Adjusted EBITDA (including Honeywell reimbursement agreement payments) | 139 | 138 | -1% | 443 | 499 | 13% |
| Adjusted EBITDA (excluding Honeywell reimbursement agreement payments) | 174 | 173 | -1% | 583 | 639 | 10% |
| Adjusted EBITDA including Honeywell reimbursement agreement payments less Capex | 126 | 120 | -5% | 392 | 418 | 7% |
| Pro Forma Adjusted EBITDA (including Honeywell reimbursement agreement payments) | 131 | 136 | 4% | 414 | 476 | 15% |
| Net Debt | — | 936 | — | — | 936 | — |

3

**Table 2: Summary of Financial Results – Segment**

*($ millions)*

| | 4Q 2017 | 4Q 2018 | % Change | YTD 2017 | YTD 2018 | % Change |
|---|---|---|---|---|---|---|
| **Products and Solutions** | | | | | | |
| Revenue [1] | 581 | 602 | 4% | 2,042 | 2,169 | 6% |
| *Constant Currency* | | | 5% | | 5% | |
| Segment Profit | 114 | 91 | -20% | 353 | 381 | 8% |
| **Global Distribution** | | | | | | |
| Revenue | 628 | 664 | 6% | 2,477 | 2,658 | 7% |
| *Constant Currency* | | | 7% | | 6% | |
| Segment Profit | 29 | 35 | 21% | 131 | 148 | 13% |

1) Represents Product and Solution's revenue, net of intersegment revenue of $79 million, $69 million, $337 million, and $305 million for the periods ended 4Q 2017, 4Q 2018, YTD 2017, and YTD 2018, respectively. Global Distribution does not have any intersegment revenue.

**Cash Flow Generation and 2019 Guidance**

For the quarter, the company generated $87 million of cash flow from operations and $120 million in adjusted cash flow defined as adjusted EBITDA (including the Honeywell reimbursement agreement payments) less Capex. This cash flow generation reduced net debt to $936 million at year-end.

For the full year, the company generated $462 million of cash flow from operations and $418 million in adjusted cash flow defined as adjusted EBITDA (including the Honeywell reimbursement agreement payments) less Capex. Uses of cash were primarily driven by new product development and working capital needs as a result of the spinoff.

In connection with the completion of the spin-off, the company incurred debt totaling $1,225 million consisting of $825 million of secured debt and $400 million of senior unsecured notes during the fourth quarter of 2018. The company has a five-year senior secured first-lien revolving credit facility to be used for working capital and other cash needs from time to time in an aggregate principal amount of $350 million.

"We've demonstrated a disciplined approach to capital allocation and we will continue to maintain that discipline going forward. We are in a financially-strong position to prioritize growth capital and maintain a healthy balance sheet," said Joe Ragan, Resideo's executive vice president and chief financial officer. "Our investment program will be a critically important component to our strategy, enabling us to drive to higher growth rates and margins in the long-term. In parallel, we are launching an initiative to optimize our cost base.

"We have updated our 2019 revenue guidance from 4 percent to a range of 2 to 5 percent, which reflects moderating housing metrics, shifting portfolio mix – with a higher weighting of ADI and connected products – and increased growth investment for the future. Our plans to invest for growth and cost-optimization programs drive our updated 2019 Pro Forma Adjusted EBITDA projection in the range of $410 to $430 million. We are confident in Resideo's ability to gain market share in all of our segments and look forward to providing further detail on our value creation strategy at our inaugural investor and analyst meeting this summer," said Ragan.

**Recent Business Updates**

Resideo has recently made progress on several business development initiatives. The company began customer deliveries of its next-generation security platform (Global Residential Intrusion Platform/GRIP) in December 2018.

Resideo made several key hires, including:

- Niccolo de Masi, Products and Solutions president and chief innovation officer, responsible for delivering next generation platforms in security, comfort, and adjacencies such as indoor air quality and water leak detection;

- Erik Bethke, vice president of Mobile Application Development, spearheading end user and pro channel apps and portals; and

- Pat Murray, vice president of Integrated Supply Chain, leading global supply chain modernization.

Resideo is actively targeting several opportunities for partnerships and tuck-in acquisitions with businesses that would enhance its software and data services capabilities.

**Conference Call**

Resideo will hold a conference call with investors on March 7, 2019, at 8:30 a.m. EST. To participate in the conference call, please dial 800-289-0438 (domestic) or +1-323-794-2423 (international) approximately 10 minutes before it starts. Please mention to the operator that you are dialing in for Resideo's fourth quarter 2018 earnings call or provide the conference code 8852234. A replay of the conference call will be available from 12:30 p.m. EST, March 7, until 12:30 p.m. EST, March 14, by dialing 888-203-1112 (domestic) or +1 719-457-0820 (international). The access code is 8852234.

A real-time audio webcast of the presentation can be accessed at https://investor.resideo.com , where related materials will be posted prior to the presentation, and a replay of the webcast will be available for 30 days following the presentation.

**About Resideo**

Resideo is a leading global provider of critical comfort and security solutions primarily in residential environments and distributor of low-voltage and security products. Building on a 130-year heritage, Resideo has a presence in more than 150 million homes, with 15 million systems installed in homes each year. We continue to serve more than 110,000 contractors through leading distributors, including our ADI Global Distribution business, which exports to more than 100 countries from more than 200 stocking locations around the world. Resideo is a $4.8 billion company with approximately 13,000 global employees. For more information about Resideo, please visit www.resideo.com .

| | |
|---|---|
| **Media Contact:** | **Investor Contact:** |
| Trent Perrotto | Michael Mercieca |
| (202) 834-6353 | (512) 779-8646 |
| trent.perrotto@resideo.com | michael.mercieca@resideo.com |

5

**Forward-Looking Statements**

This release contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to those described in the Information Statement on Form 10, as amended, on file with the Securities and Exchange Commission under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements" in our Quarterly Report on Form 10-Q for the quarter ended September 30, 2018 and in our Annual Report on Form 10-K for the year ended Dec. 31, 2018 that will be filed with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, such as guidance regarding 2019 and 2023, which speak only as of the date of this release. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

**Non-GAAP Financial Measures**

This release includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Adjusted EBITDA including Honeywell reimbursement agreement payments, Adjusted EBITDA less CapEx, Pro Forma Adjusted EBITDA, Adjusted Net Income, Adjusted EBITDA Margin, Segment Profit, constant currency sales growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items above and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables above in this release for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. They should be read in connection with our financial statements presented in accordance with GAAP.

A reconciliation of Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Adjusted EBITDA including Honeywell reimbursement agreement payments, Adjusted EBITDA margin and Pro Forma Adjusted EBITDA to the corresponding GAAP measures is not available on a forward-looking basis without unreasonable efforts due to the impact and timing on future operating results arising from items excluded from these measures, particularly environmental expense , Honeywell reimbursement expense, non-operating (income) expense, and stock compensation expense.

20

**EXHIBIT R**

Company Name: Resideo | Market Cap: 2,260.72 | Bloomberg Estimates - EPS
Company Ticker: REZI US | Current PX: 18.455 | Current Quarter: 0.397
Date: 2019-03-07 | YTD Change($): -2.095 | Current Year: 1.885
Event Description: Q4 2018 Earnings Call | YTD Change(%): -10.195 | Bloomberg Estimates - Sales
| | Current Quarter: 1188.000
| | Current Year: 5014.750

# Q4 2018 Earnings Call

## Company Participants

- Michael Mercieca, 'Vice President Investor Relations'
- Mike Nefkens, 'President Chief Executive Officer and Board Member'
- Joe Ragan, 'Executive Vice President Chief Financial Officer'

## Other Participants

- Ian Zaffino
- Peter Galbo
- Saliq Khan
- Kim Opiatowski
- Jeff Kessler

## Presentation

### Operator

Welcome everyone to the Resideo Technologies' Fourth Quarter and Full Year 2018 Earnings Conference Call. Today's call is being recorded. All participants will be in listen-only mode until the formal question-and-answer portion of the call. (Operator Instructions).

I would now like to introduce Mr.Michael Mercieca, Vice President of Investor Relations. Mr.Mercieca, you may now begin.

### Michael Mercieca, 'Vice President Investor Relations'

Good morning, everyone. With me today is President and CEO of Resideo, Mike Nefkens, and Resideo's Chief Financial Officer, Joe Ragan.

You can find a copy of our fourth quarter and full year earnings release and presentation materials on the Investor Relations page of resideo.com. Before we get started, I'd like to remind you that this morning's presentation contains forward-looking statements. Statements other than historical facts made during this call may constitute forward-looking statements and are not guarantees of future performance or results and involve a number of risks and uncertainties. Actual results may differ materially from those in the forward-looking statements as a result of a number of factors, including those described from time-to-time in Resideo's filings with the Securities and Exchange Commission.

The company assumes no obligation to update any such forward looking statements. Additionally during our call today, we'll refer to certain non-GAAP financial information. A reconciliation of our GAAP to non-GAAP results is included in the company's earnings press release and also in the appendix of the company's presentation. You can find more details in our 10-K which we expect to file with the SEC in the coming days, as well as our other company filings.

With that, I'd like to turn it over to our President and CEO, Mike Nefkens.

### Mike Nefkens, 'President Chief Executive Officer and Board Member'

Company Name: Resideo
Company Ticker: REZI US
Date: 2019-03-07
Event Description: Q4 2018 Earnings Call

Market Cap: 2,260.72
Current PX: 18.455
YTD Change($): -2.095
YTD Change(%): -10.195

Bloomberg Estimates - EPS
Current Quarter: 0.397
Current Year: 1.885
Bloomberg Estimates - Sales
Current Quarter: 1188.000
Current Year: 5014.750

Erik has extensive experience in the gaming industry and he is tasked with building a new team to further develop our consumer-facing app and end user experience. He will be spearheading our developer team at the Austin Headquarters. Lastly, late last year we hired Pat Murray as Vice President of Integrated Supply Chain to lead the modernization of our global supply chain. And to power of growth, we have an exciting slate of product and software launches planned in 2019 around our core segments of comfort and security.

The total cost of our growth investments in 2019 is $90 million gross and $30 million net, as we are diverting $60 million of current product development and people dollars towards theses critical foundational investments. This will spearhead our innovation drive with a push to take quicker share. As a result, our overall R&D spend will therefore growth to approximately $135 million. This investment includes expanding our scaled comfort and security platforms to include adjacencies such indoor air quality and water leak detection.

We plan to expand in our roadmap in more detail during our Investor Day later this summer. Now moving to the third area, while our spin related cost base came in higher than expected and put some downward pressure on our near term EBITDA, we are already taking action to optimize the cost base and operating footprint we inherited from the spin. Those actions are starting in the Americas and we plan to move outside of the Americas by the end of 2019. We expect this program to eliminate 50 million in overhead cost by the end of 2019.

We have modeled in marginal impact in 2019, but expect a full 50 million benefit in 2020. When completed, this work will leave us with leaner, more agile, and competitive company. Our fourth key initiative and you've heard us talk about this before, involves small strategic tuck-in acquisitions to power our inorganic growth strategy in the areas mentioned before. I want to spend a bit of time on this and I want to provide clarity on how we're thinking about acquisitions.

Our vision is to broaden our Products and Solutions segment into new and complementary verticals, through new product, technology and business additions. We're most interested in companies with products that can leverage our distribution channels all around our connected portfolio. These are innovative and high-growth businesses that need our channels for global reach. We have those channels.

While I can't get into these specifics right now, I can say that we are actively in discussions with several exciting opportunities for either strategic partnerships or outright acquisition. Our inorganic focus is on enhancing our software and data services' capabilities and recurring revenue models. So to summarize, 2019 is a foundational year for Resideo where we are taking critical steps toward our long-term vision for value creation and growth, that includes accelerating revenue growth and rapidly expanding adjusted EBITDA Now let's turn to slide 10. I'm going to provide a succinct overview of where we're headed by 2023.

Joe will walk you through our updated guidance for 2019 in just a moment. So I'll focus on the longer term vision. If you focus on the 2023 column, the actions we're going to take now we believe will result in delivering a 7% to 10% long-term annual revenue growth, more than double high margin annual recurring revenue, and most importantly, drive pro forma adjusted EBITDA to over $700 million. With that, I'll now turn it over to Joe to talk more about our updated expectations for 2019 and our 2023 Vision from a financial perspective.

## Joe Ragan, 'Executive Vice President Chief Financial Officer'

Thanks Mike. 2019 is a foundational year for Resideo. We are establishing our strategy and roadmap for a long-term growth. We believe there are compelling opportunities for us to focus on and invest in today that will set the stage for even stronger results in the future.

To address these exciting opportunities, we are adjusting some of our initial assumptions and expected spin to ensure that we are executing today to achieve those targets. So how does that translate into our assumptions and guidance for 2019? For growth, we're guiding in the 2% to 5% range. Ultimately, we're still targeting the 4% previously stated. However, in light of some moderating and housing metrics and unusual seasonality, we expect our growth to be more second-half weighted and therefore, believe range for the year is more prudent.

**Company Name:** Resideo
**Company Ticker:** REZI US
**Date:** 2019-03-07
**Event Description:** Q4 2018 Earnings Call

**Market Cap:** 2,260.72
**Current PX:** 18.455
**YTD Change($):** -2.095
**YTD Change(%):** -10.195

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.397
**Current Year:** 1.885
**Bloomberg Estimates - Sales**
**Current Quarter:** 1188.000
**Current Year:** 5014.750

existing market leadership. Third, our 2019 initiatives are designed to deliver EBITDA and revenue growth through our 150 million home install base and our network of 110,000 do-it-for-me professional contractors, setting us up for our drive to Vision 2023. And lastly, our financial position is strong and our healthy balance sheet will allow us to be opportunistic and aggressive in our growth strategy.

Thank you again for your interest in Resideo. Now, I'll turn it over to the operator to begin Q&A We welcome your questions. (Question And Answer)

## Operator

Thank you. (Operator Instructions).

## Michael Mercieca, 'Vice President Investor Relations'

Ladies and gentlemen, to allow us to cover as many questions as possible, I'm afraid we need to limit callers to one question and no follow-ups at this time. We will of course follow-up with calls and meetings with many of you, and so I want to open it up. Our first question is from Ian Zaffino with Oppenheimer.

## Ian Zaffino

Very good fourth quarter, but I want to dig into the guide maybe a little bit on 2019 which was not exactly what we were expecting.

But give us an idea of the increase in investment, why now and how we expect to see investments going forward and maybe the returns of the investments. I know you have the outlook for longer-term but how do we expect to see this kind of progress? And again, why now? Thanks.

## Mike Nefkens, 'President Chief Executive Officer and Board Member'

Hey Ian. Thanks for the question.

So, yes, you're right. There is a lot in there and there's a lot of pieces from executing a very solid 2018. Very proud of the cash that was generated at the end of the year. As you guys know with the spin, this effectively is the first time that we're having all of our costs under our control.

So there is a lot in here and we are at a strategic inflection point. I would tell you that we are at or ahead of where I expected to be. This market is moving really, really fast and my biggest concern in the past is when I have been asked is been, our ability to operate at speed versus industrial speed. And I didn't want to wait.

I didn't want to just sit around and just keep going in '19. So we made the decision to be more aggressive on cost cutting which we're going to go do, which we said here. I feel that'll make us a leaner and faster company and we've made the decision to pull some investments forward from 2020 into '19 and that's why we're investing more. So -- and this is not about just helping us keep where we're at.

This is about helping us get ahead. This is about leaping ahead and moving from operating at industrial speed to operating at IoT type speed. That's why we're doing what we're doing. We are more excited than ever before about the opportunity in the market.

These investments like pulling forward our platform launch in comfort that we've planned for 2020 into 2019, is going to give us the ability to change some of the revenue models that we have into subscription services. That's going to give us the ability to grow recurring revenues quicker and frankly offer a much more compelling set of offerings to the market this year in 2019 versus waiting till 2020. That's why we're doing what we doing. So we are on our toes.

**Company Name: Resideo**          **Market Cap: 2,260.72**          **Bloomberg Estimates - EPS**
**Company Ticker: REZI US**        **Current PX: 18.455**            **Current Quarter: 0.397**
**Date: 2019-03-07**               **YTD Change($): -2.095**         **Current Year: 1.885**
**Event Description: Q4 2018 Earnings Call**    **YTD Change(%): -10.195**    **Bloomberg Estimates - Sales**
                                                                    **Current Quarter: 1188.000**
                                                                    **Current Year: 5014.750**

## Peter Galbo

Hey, guys. Good morning.

Thanks for taking the questions. Just wanted to focus on slide 11, the 2019 guidance that you guys updated and put out there and I'm trying to understand two of the buckets that you kind of outlined. The first being the $25 million net inflation headwind. I would've thought that that would have to eased going into '19 just given where copper prices have gone and that you would be lapping kind of some of the tougher freight comps from the first half of '18.

And the second part, on the $30 million demand moderation, we started to see some green shoots out of some of the homebuilders even some of the other R&R focused building product companies. So just any commentary you give there as to what you've seen so far in January and February that kind of make you see that level of moderation? Thanks.

## Joe Ragan, 'Executive Vice President Chief Financial Officer'

Sure, Peter. This is Joe.

On the inflation item that also includes the full impact of tariffs that are expected for the year. So we have been conservative there. I think we have seen some improvements but overall that'll continue to be a headwind for us. On the market moderation, again, we're just looking at many different factors out there and you're being fairly conservative there as well.

So I think you're right. I mean, there have been some green shoots. Most recent housing start number was a little bit down and we've actually included that in our outlook. So I'd say, these are relatively conservative numbers taking into account everything that's been reported to-date.

## Peter Galbo

Got it. That's helpful. I mean, I think when we think about it, we're looking kind of at the order trends that builders have reported. So maybe there's a disconnect on a go forward basis relative to the start numbers that have been reported.

Just maybe the second question, Mike, if you can give any further detail in terms of parsing out the 2% to 5% top-line guide, how that looks mixed between products relative to distribution? Thanks.

## Mike Nefkens, 'President Chief Executive Officer and Board Member'

Yeah. So when we take a look at the two areas as Joe said earlier, we're still targeting the 4%. We basically broaden the range for two reasons, one is most of our growth is and this is traditional for us when you look at the last couple of years, '18 was a bit of an outlier.

But most of our growth comes in Q3 and Q4 which is the start to the heating season. So that's why we're being a bit more conservative with the year, just making sure as we see some of these housing metrics and other metrics moving around, that we've got a range out there. But we are targeting the 4% plus that we said before and we've got the teams that are moving heavily against that and right now, we're confident in that range. And I would tell you, I think some of the moderation that we saw at housing, the 200,000 starts that were down here, are one of the metrics that we refer to when we talk about moderation.

But we've seen some other metrics recently that have, as you said some green shoots that are showing the other way. So we are optimistic. We're going to keep driving and our intent is to do all possible to be at the top side of that range. Looking between the two businesses, specifically, right now our ADI business as we said is performing very, very well.

We continue to expect them to be at the high side of the range. The big item for us this year is going to be our security business. We have the rollout for our new Global Intrusion Platform started in December. That rollout is progressing



CASE 0:19-cv-02863-WMW-BRT    Doc. 72-2    Filed 07/10/20    Page 86 of 86

| | | |
|---|---|---|
| **Company Name:** Resideo | **Market Cap:** 2,260.72 | **Bloomberg Estimates - EPS** |
| **Company Ticker:** REZI US | **Current PX:** 18.455 | **Current Quarter:** 0.397 |
| **Date:** 2019-03-07 | **YTD Change($):** -2.095 | **Current Year:** 1.885 |
| **Event Description:** Q4 2018 Earnings Call | **YTD Change(%):** -10.195 | **Bloomberg Estimates - Sales** |
| | | **Current Quarter:** 1188.000 |
| | | **Current Year:** 5014.750 |

very, very well with our first customers and for us to be at the top of the range, we're going to need very strong performance from our teams in the second half of the year in GRIP And then the third item is going to be as I mentioned in our investments, we're pulling forward our platform, new platform launch in our Comfort business from 2020 to 2019.

If we can get some of that into the fourth quarter, then I would be very optimistic about where we could be from a growth perspective in our products business as well.

## Michael Mercieca, 'Vice President Investor Relations'

Ladies and gentlemen, I just want remind you, we're getting close to the end and we'll just going to keep it to single question and no follow-ups. Thanks.

## Mike Nefkens, 'President Chief Executive Officer and Board Member'

Let's go to the next question.

## Operator

We'll take our next question from Saliq Khan with Imperial Capital.

## Saliq Khan

Hi. Good morning guys.

## Mike Nefkens, 'President Chief Executive Officer and Board Member'

Good morning.

## Saliq Khan

Regarding the Comfort and Care and the security and safety as well, could you give us a bit more details surrounding how those verticals are performing? And what your expectations are regarding some of the investments that you alluded to as you go into 2019 and 2020?

## Mike Nefkens, 'President Chief Executive Officer and Board Member'

Yes. So, looking at the investments in our product business, so that's we just highlighted. Obviously, our biggest investment is the rollout of our GRIP platform. That's the next generation security platform which is already rolling out.

So, we have several parts of that. We've got our largest customer that comes up first. Then we have general market in the Americas and then we move to general market in Europe. We were not planning a European launch until 2020.

We're accelerating that into 2019 as well. So, we've got investment increase just to make that happen. That's security. On the Comfort side, as I said earlier, we've rolled out several great products, the T9 and the T10 that Ian mentioned earlier, but we are going to have a new platform launch that was planned for 2020.

