**EXHIBIT S**



# 2018 Q4 and FY Financial Results

Investor & Analyst Presentation

March 7, 2019

# Disclaimer

## Forward Looking Statements

This presentation contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to those described in the Information Statement on Form 10, as amended, on file with the Securities and Exchange Commission ("SEC") under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements," and our Form 10-Q for the quarter ended September 30, 2018 and our Form 10-K that will be filed for the year ended December 31, 2018 with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, such as our guidance regarding 2019, 2022 and 2023, and our planned $50m in cost reductions, which speak only as of the date of this presentation. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

## Non-GAAP Financial Measures

This presentation includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Adjusted EBITDA including Honeywell reimbursement agreement payments, Adjusted EBITDA less CapEx, Pro Forma Adjusted EBITDA, Adjusted EBITDA Margin, Adjusted Net Income, Segment Profit, constant currency sales growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures provided herein are adjusted for certain items as presented in the Appendix and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the Appendix attached to this presentation for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA, Adjusted EBITDA including Honeywell reimbursement agreement payments, Adjusted EBITDA Margin, Adjusted Net Income, Segment Profit, and organic sales growth are important indicators of operating performance which more closely measure our operating profit. For reconciliations of these measures to the most directly comparable GAAP financial measures to the extent that they are available without unreasonable effort, please refer to the Appendix of the presentation.

A reconciliation of EBITDA, Adjusted EBITDA, Adjusted EBITDA less CapEx, Pro Forma Adjusted EBITDA, Adjusted EBITDA Margin and Adjusted Net Income to the closest GAAP financial measure is not available without unreasonable efforts on a forward-looking basis due to the impact and timing on future operating results arising from items excluded from these measures, particularly standalone costs, Honeywell reimbursement agreement expense, non-operating (income) expense, stock compensation expense and repositioning charges.

The Honeywell Home trademark is a trademark of Honeywell International Inc. used under license to Resideo Technologies, Inc. Other brands and logos contained herein are trademarks of their respective owners.



CASE 0:19-cv-02863-WMW-BRT     Doc. 72-3     Filed 07/10/20     Page 4 of 38







**Mike Nefkens**

**CEO**

# Targeting Pro Forma Adj. EBITDA $700m+ via Vision 2023

**Making the necessary investments now to lean into ambitious growth goals**

| 2019 Foundational Year | Accelerated Growth to 2023 |

*$ millions*

Waterfall chart values:
- 2018 PF Adj EBITDA: $476
- Volume: $49
- Net Inflation: $25
- Key Initiative Incremental Investment: $30
- Product Mix: $20
- Market Moderation: $30
- 2019 PF Adj EBITDA: $420
- ADI Margin Expansion / Growth: $106
- Expected Products Growth: $188
- 2023 PF EBITDA: $714

**Disciplined approach to Company growth strategy:**

- Leverage install base of 150 million homes and 110,000 pro channel contractors

- Next Gen product releases

- Play to existing strengths in markets and leverage wide competitive moat

- Small, complementary tuck-in acquisitions that fit within core strategy



**EXHIBIT T**

# Imperial Capital®

## Capital Structure Focus

## EQUITY AND INDUSTRY RESEARCH

March 5, 2019

# Resideo Technologies, Inc. (REZI $25.26 Not Rated)

*4Q18 Preview—We Estimate 3% Revenue Growth Post Spin-Off from Honeywell; We Expect Updates on Revenue Growth and Cost Improvement Plans; We Seek Clarity on the Indemnification and Reimbursement Agreement. We Value the Shares at a Mid-Point of $25*

**Saliq Khan**
(212) 351-9453
saliq.khan@imperialcapital.com

**Edward P. Mally, CFA**
(212) 351-9768
emally@imperialcapital.com

**Jeff Kessler**
(212) 351-9701
jkessler@imperialcapital.com

**Key Data**

| | | |
|---|---|---|
| Symbol: | REZI | |
| Price (3/4/19): | $25.26 | |
| Rating: | Not Rated | |
| Price Target: | None | |
| **Estimates:** | | |
| 2018E EBITDA: | $465mn | |
| 2019E EBITDA: | $487mn | |
| 2018E EPS: | 2.33 | |
| 2019E EPS: | 2.54 | |
| 2018E EV/EBITDA: | 8.9x | |
| 2019E EV/EBITDA: | 8.5x | |
| **Consensus Estimates:** | | |
| F18 EPS: | NM | |
| F19 EPS: | NM | |

**Company Description**
Resideo Technologies, Inc. (REZI) is headquartered out of Golden Valley, Minnesota. The company is a leading global provider of critical comfort and security solutions, primarily in residential environments. The company operates via two main businesses, Honeywell Home and ADI Global Distribution.

**Important Disclosures, Certifications and Other Information**
See the last page of this report for important disclosures, analyst certifications and other information concerning conflicts of interest that may exist between the subject of this report and Imperial Capital, LLC, Imperial Capital Asset Management, LLC and/or the author(s) of this report.

Additional information is available upon request.

### Figure 1. Resideo Technologies, Inc.—Key Company Data, Prices as of 3/4/19

| Key Data | | | FY: Dec | FY17 | FY17 PF | FY18 PF | | FY19 PF | | FY20 PF | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Price: | $25.26 | EPS, adj. | | Actual | Actual | Old | New | Old | New | Old | New |
| **Price Target:** | **None** | Q1 | | | | | 1.10 A | | 0.65 | | 0.70 |
| 52-Week Range: | 18.77-32.55 | Q2 | | | | | | | 0.64 | | 0.68 |
| **Market Cap ($mn):** | **3,106** | Q3 | | | | | 0.55 A | | 0.59 | | 0.64 |
| Shares Out. (mn) | 122.97 | Q4 | | | | | 0.68 | | 0.66 | | 0.70 |
| Avg. Daily Vol.: | 1,049,159 | **Year** | | | | | **2.33** | | **2.54** | | **2.73** |
| Beta: | NA | P/E | | | | | 10.8x | | 10.0x | | 9.3x |
| Total Debt ($mn): | 1,225 | **EBITDA, adj. ($mn)** | | **443** | **414** | | **465** | | **487** | | **520** |
| **Net Debt ($mn):** | **1,041** | *(incl. environ pmt)* | | | | | | | | | |
| | | EV/EBITDA | | 9.4x | 10.0x | | 8.9x | | 8.5x | | 8.0x |
| **EV ($mn):** | **4,147** | **Revenue ($mn)** | | | | | | | | | |
| | | Q1 | | 1,062 | 1,062 | | 1,165 A | | 1,212 | | 1,263 |
| Dividend | 0.00 | Q2 | | 1,096 | 1,096 | | 1,196 A | | 1,244 | | 1,297 |
| Dividend yield | 0.00% | Q3 | | 1,152 | 1,152 | | 1,200 A | | 1,251 | | 1,305 |
| | | Q4 | | 1,209 | 1,209 | | 1,245 A | | 1,299 | | 1,354 |
| | | **Year** | | **4,519** | **4,519** | | **4,806** | | **5,005** | | **5,219** |
| | | EV/Revenue | | 0.92x | 0.92x | | 0.86x | | 0.83x | | 0.79x |

Sources: Bloomberg, Thomson Eikon, Company Reports, and Imperial Capital, LLC.

■ **Financial Summary**

Resideo Technologies (REZI), a recent spin-off from Honeywell International (HON), generated revenues of $4.8bn, adjusted EBITDA of $619mn, adjusted EBITDA (including environmental payments) of $479mn, and adjusted EPS of $1.70 during the latest twelve months (LTM) ended 9/30/18. The company has cash and cash equivalents of $184mn, and secured and unsecured debt of $1.225bn as of that date.

■ **Overview**

**We believe the common equity of the newly-created Resideo Technologies is potentially attractive given the company's leading position in residential comfort and security product categories ($2.0bn FY17 revenue vs. $15bn addressable market), and its ADI Global Distribution business ($2.5bn FY17 revenue vs. $20bn addressable market).** We currently value REZI in the range of $21-29 per share (mid-point of $25), based on a trading range of 0.73x and 0.93x of our FY19 sales estimate, and between 7.5x and 9.5x our FY19 adjusted EBITDA estimate. This implies about 16% potential price appreciation to the high end of our valuation range.

**4Q18 earnings preview.** Before market open on 3/7/19, Resideo is expected to report 4Q18 and FY18 financial results followed by an earnings conference call at 8:30am ET. To join the conference call, participants should dial 1-800-289-0438 and provide the conference code 885-2234.

We estimate 4Q18 revenues of $1,245mn, up 3% year-over-year (yoy) from $1,209mn. We estimate external product revenue (45% of total revenues) of $560mn will be up 3% yoy from $544mn. External distribution revenue (55% of total revenues) of $685mn is also estimated to be up 3% yoy from $665mn. Our adjusted EPS estimate of $0.68 is up from $0.05 yoy; however, our adjusted EBITDA estimate (including environmental payments) of $125mn is expected to be down from $139mn yoy. The reported environmental expense and post-spin costs could further impact our projections. We expect REZI to address its post-spin cost structure, new product introductions, and further detail the complexities surrounding the Indemnification and Reimbursement Agreement with Honeywell.

**European distribution agreement.** On 2/28/19, Tech Data (TECD), a leading technology distributor with over 125,000 customers across 100+ companies, announced a pan-European distribution agreement with Resideo. As part of this transaction, Tech Data will carry the full suite of Resideo's Honeywell Home branded self-install smart security products (e.g., smart thermostats, security cameras). We believe this partnership should help Resideo's penetration into the European retail channel, which we estimate represents roughly 24% of the company's total revenues.

Imperial Capital, LLC
Imperial Capital Asset Management, LLC
www.imperialcapital.com

Los Angeles (310) 246-3700/(800) 929-2299
Boston (617) 478-7600/(888) 478-9696
Houston (713) 892-5601/(800) 371-7087
Minneapolis (612) 692-6900/(888) 692-1660

New York (212) 351-9700/(800) 371-7087
Chicago (312) 674-4721/(800) 371-7087
Palm Beach (561) 214-7901/(800) 371-7087
Stamford (203) 428-3300/(800) 371-7087

**EXHIBIT U**

# OPPENHEIMER

EQUITY RESEARCH

## QUARTERLY UPDATE

March 7, 2019

SPECIAL SITUATIONS

# Resideo Technologies, Inc.

## Beats Fourth Quarter, But 2019 Guidance Below Expectations

**Stock Rating:**

## OUTPERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $30.00 |
| REZI - NYSE | $24.75 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $32.55-$18.77 |
| Shares Outstanding | 123.0M |
| Float | 123.0M |
| Market Capitalization | $3,043.4M |
| Avg. Daily Trading Volume | 1,252,848 |
| Dividend/Div Yield | NA/NM |
| Book Value | NA |
| Fiscal Year Ends | Dec |
| 2019E ROE | NA |
| LT Debt | $1,360.0M |
| Preferred | NA |
| Common Equity | NA |
| Convertible Available | No |

*Regular-way trading began 10/29/18. Some pricing data unavailable.*

| EBITDA ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2018A | 111 | 119 | 110 | 136 | 476 | NM |
| *Prior (E)* | -- | -- | -- | *132* | *472* | *NM* |
| 2019E | 82 | 86 | 118 | 134 | 420 | NM |
| *Prior (E)* | -- | -- | -- | -- | *504* | *NM* |
| 2020E | -- | -- | -- | -- | 517 | NM |

### SUMMARY

4Q18 revenues/EBITDA of $1,266M/$136M were better than our $1,249M/$132M estimates. However, the 2019 EBITDA guide of $410-430M was lower than our $504M forecast. The 4Q18 beat was helped by strength at ADI and solid Products growth. However, the company tempered its 2019 outlook with a bigger push into connected devices (security and Comfort and Care) as well as moderated outlook for housing and repair & remodel. As a result, we lower 2019E EBITDA to $420M, from $504M. Maintain Outperform and lower price target to $30 from $35.

### KEY POINTS

- 4Q18 revenues of $1,266M improved 5% YoY, up 6% CC, helped by continued strength within both Products and Distribution. PF adjusted EBITDA of $136M increased 4% YoY, owing to improved volumes, partially offset by unfavorable product mix from ADI and connected products. The company delivered 2018 adjusted EBITDA margins of 9.9%, in line with management expectations of 9.8%.

- Products revenues of $602M improved 4% YoY in 4Q18, up 5% cc, while FY revenues of $2,169M increased 6% YoY, up 5% cc. 4Q18 segment profit of $114M saw a ~20% YoY decline, owing to one-time spin-related costs. Distribution saw continued strong revenue growth in 4Q18 of 6% YoY, up 7% cc, to $664M. Distribution segment profit of $148M improved 13% YoY.

- FY2019 guidance calls for revenue growth of 2-5% YoY (~$4,924-5,068M) and PF adjusted EBITDA of $410-430M. EBITDA guidance assumes $25M of inflation/tariff costs, $30M of incremental investment, $20M of unfavorable mix and $30M from the housing market slowdown. The headwinds are partially offset by a $49M improvement from volumes. Management's assumption now calls for a 200K decline in housing.

- The portfolio will likely see unfavorable mix headwinds for FY2019 owing to its new ADT security platform roll out in 2019 along with new connected device introductions. However, this sets up the company up for long-term growth as management targets ~$714M of PF adjusted EBITDA by 2023, including a $106M contribution from ADI margin expansion and $188M from growth in Products vs. 2019.

- Overall, a good quarter with a mixed outlook. It appears the company intends to pivot aggressively into the connected device market, which brings more growth but also more competition and lower margins. Further, the company wisely tempered its outlook for housing starts as well as repair/remodel. Maintain Outperform, but lower price target to $30, from $35.

### Stock Price Performance

**1 Year Price History for REZI**

### Company Description

Resideo is a leading provider of critical comfort and security solutions particularly within residential applications. The company has a presence in 150M+ homes globally. The company maintains a market-leading position in the traditional/non-connected products space which makes a significant portion of its net sales.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

**Ian Zaffino, CFA**
212-667-7413
ian.zaffino@opco.com

**Mark Zhang**
212-667-8119
mark.zhang@opco.com

Disseminated: March 7, 2019 10:05 EST; Produced: March 7, 2019 10:05 EST

**EXHIBIT V**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 8, 2019**

---

# RESIDEO TECHNOLOGIES, INC.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-38635** | **82-5318796** |
|:---:|:---:|:---:|
| **(State or other jurisdiction** | **(Commission** | **(IRS Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

| **901 E 6 th Street, Austin, Texas** | **78702** |
|:---:|:---:|
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (763) 954-5204**

**1985 Douglas Drive North, Golden Valley, Minnesota 55422**
**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Trading Symbol: | Name of each exchange on which registered: |
|:---:|:---:|:---:|
| **Common Stock, par value $0.001 per share** | **REZI** | **New York Stock Exchange** |





**RESIDEO TECHNOLOGIES DELIVERS STRONG FIRST QUARTER 2019**

*Revenue, Adjusted EBITDA and EPS Exceeding Expectations*

## First Quarter Highlights

- Net Revenue of $1,216 million, up 4% on a GAAP basis and 7% on a constant currency basis

- Adjusted EBITDA of $92 million; $127 million excluding Honeywell reimbursement agreement payments

- GAAP Net Income of $48 million; Adjusted Net Income of $36 million; Adjusted Net Income of $71 million excluding Honeywell reimbursement agreement payments

- GAAP EPS of $0.39; Adjusted EPS of $0.29

- $50 million cost reduction program on track with $10 million in potential savings expected to be realized in 2019

- Reiterating the full-year 2019 guidance for revenue growth of 2-5% and Adjusted EBITDA of $410 - $430 million at the upper end of the range

AUSTIN, Texas, May 8, 2019 – Resideo Technologies, Inc. ( **NYSE: REZI** ) reported first-quarter financial results for the quarter ended March 31, 2019. The company reported Net Revenue of $1,216 million, Adjusted EBITDA of $92 million and adjusted basic and diluted earnings per share of $0.29.

"We're off to a great start in 2019 with strong Q1 revenue performance in both our Global Distribution and Products & Solutions businesses. In Q1, our in-house innovation shined with the launch and strong sales volumes of our next generation pro security platform," said Mike Nefkens, president and CEO of Resideo. "In addition, we acquired Buoy Labs, expanding our pro offerings into water leak detection, a critical segment in whole home solutions. I'm proud of the progress we've made in executing both our investment plans and cost reduction programs, and I am confident we are driving significant value creation as we execute on our growth strategy."

## First-Quarter Performance

**Net revenue** for the first quarter was up 4% on a GAAP basis and up 7% on a constant currency basis. First quarter net income was $48 million on a GAAP basis, $36 million on an adjusted basis, and $71 million adjusted excluding the Honeywell reimbursement agreement payments. Adjusted EBITDA was $92 million, or $127 million excluding the Honeywell reimbursement agreement payments.

**Products & Solutions revenue** increased by 5% on a GAAP basis, and 8% on a constant currency basis. Security demonstrated strong growth, led by the launch of the next generation residential security platform. New leadership for the global integrated supply chain drove improvements that allowed the company to begin overcoming a number of spin headwinds in manufacturing.

**Guidance and cash flow generation**

For the quarter, as expected, the company used $10 million in cash for operations. Uses of cash were primarily driven by investment in inventory to support new product offerings and expand offerings in Global Distribution.

Total debt decreased to $1,196 million, and liquidity is supported by a $350 million revolving credit facility, under which no amounts were outstanding as of the quarter end.

Looking ahead to the second quarter, the company's investment programs, which have already begun and are on track, are expected to accelerate – particularly with its new comfort platform and supporting digital programs. The company continues to anticipate its EBITDA profile will be 40% weighted to the first half of 2019 and 60% weighted to the back half of the year as the company also executes on its cost reduction program.

"As we invest in the business for growth, we are pleased with our cash generation. We remain disciplined in our approach to cash management, exiting the first quarter with zero drawn on our $350 million revolver," said Joe Ragan, executive vice president and chief financial officer. "We are on track with our previously announced cost reduction program and expect $50 million in annualized savings by 2020. With continued confidence in our ability to execute and positive first-quarter results, we are reiterating our full-year 2019 guidance to reflect revenue growth of 2-5% and Adjusted EBITDA at the upper end of the range of $410 to $430 million."

**Table 1: Summary of Financial Results – Segment**

*($ millions)*

|  | 1Q 2018 | 1Q 2019 | % Change |
|---|---|---|---|
| Products & Solutions |  |  |  |
| Revenue [1] | 523 | 551 | 0.053537285 |
| *Constant Currency (Non-GAAP)* |  |  | 0.08 |
| Segment Adjusted EBITDA [2][3] | 117 | 81 | -0.30769231 |
| Global Distribution |  |  |  |
| Revenue | 642 | 665 | 0.035825545 |
| *Constant Currency (Non-GAAP)* |  |  | 0.06 |
| Segment Adjusted EBITDA [2][3] | 41 | 46 | 0.12195122 |
| Total Company |  |  |  |
| Revenue | 1,165 | 1,216 | 4% |
| Constant Currency (Non-GAAP) |  |  | 7% |
| Adjusted EBITDA (Non-GAAP) [4] | 126 | 92 | -27% |

1)   Represents Product and Solution's revenue, net of intersegment revenue of $71 million and $79 million for the three months ended March 31, 2019 and March 31, 2018, respectively. Global Distribution does not have any intersegment revenue.
2)   Excludes $3 million of estimated stand-alone costs for the three months ended March 31, 2018, which is included in Adjusted EBITDA excluding Honeywell reimbursement agreement payments (Non-GAAP).
3)   Table 7 includes a Reconciliation of Net Income before taxes to Segment Adjusted EBITDA.
4)   Table 6 includes a Reconciliation of Net Income to Adjusted EBITDA.

**Forward-Looking Statements**

This release contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements" in our Annual Report on Form 10-K for the year ended Dec. 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as guidance regarding 2019 and 2023 and our planned $50 million cost program, which speak only as of the date of this release. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

**Non-GAAP Financial Measures**

This release includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items above and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables above in this release for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, and constant currency growth are important indicators of operating performance. For reconciliations of these measures to the most directly comparable GAAP financial measures to the extent that they are available without unreasonable effort, please refer to the tables above in this release. They should be read in connection with our financial statements presented in accordance with GAAP.

12

**EXHIBIT W**

**Company Name:** Resideo
**Company Ticker:** REZI US
**Date:** 2019-05-09
**Event Description:** Q1 2019 Earnings Call

**Market Cap:** 2,797.56
**Current PX:** 22.80
**YTD Change($):** +2.25
**YTD Change(%):** +10.949

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.247
**Current Year:** 1.410
**Bloomberg Estimates - Sales**
**Current Quarter:** 1228.667
**Current Year:** 4994.667

# Q1 2019 Earnings Call

## Company Participants

- Michael Mercieca, Vice President of Investor Relations
- Mike Nefkens, President and Chief Executive Officer
- Joe Ragan, Executive Vice President and Chief Financial Officer

## Other Participants

- Ian Zaffino, Analyst
- Peter Galbo, Analyst
- Jeff Kessler

## Presentation

### Operator

Welcome everyone to the Resideo Technologies First Quarter Earnings Conference Call. Today's call is being recorded. All participants will be in a listen-only mode until the formal question-and-answer portion of the call. [Operator Instructions] I'd now like to introduce Mr. Michael Mercieca, Vice President of Investor Relations. Mr. Mercieca, you may now begin.

### Michael Mercieca, Vice President of Investor Relations

Good day everyone. With me today is President and CEO of Resideo, Mike Nefkens; and Resideo's Chief Financial Officer, Joe Ragan. You can find a copy of our first quarter earnings release and presentation materials on the Investor Relations page at resideo.com.

Before we get started, I would like to remind you that this morning's presentation contains forward-looking statements. Statements other than historical facts made during this call may constitute forward-looking statements and are not guarantees of future performance or results and involve a number of risks and uncertainties. Actual results may differ materially from those in the forward-looking statements as a result of a number of factors, including those described from time to time in Resideo's filings with the Securities and Exchange Commission. The company assumes no obligation to update any such forward-looking statements.

Additionally, during our call today, we will refer to certain non-GAAP financial information. A reconciliation of our GAAP to non-GAAP results is included in the company's earnings press release and accompanying presentation, both of which can be found on the Investor Relations section of our website. We identify the principal risks and uncertainties that affect our performance in our annual report on Form 10-K and other SEC filings.

With that, I'd like to turn it over to our President and CEO Mike Nefkens.

### Mike Nefkens, President and Chief Executive Officer

Thanks Michael and good morning everyone and thank you for joining us on today's call. We're hosting today's call from our Austin, Texas ADI branch. So I'd like to start by highlighting 2 format changes to our Q1 earnings



**Company Name:** Resideo
**Company Ticker:** REZI US
**Date:** 2019-05-09
**Event Description:** Q1 2019 Earnings Call

**Market Cap:** 2,797.56
**Current PX:** 22.80
**YTD Change($):** +2.25
**YTD Change(%):** +10.949

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.247
**Current Year:** 1.410
**Bloomberg Estimates - Sales**
**Current Quarter:** 1228.667
**Current Year:** 4994.667

announcement and call. First, is I hope you've already noticed, we released our earnings material after close of market yesterday that provides you with more time to review the material before the actual call.

Second, we'll be extending the time of our Q&A session to accommodate more questions. Since our last earnings call, we met with many investors, customers and other stakeholders and these changes have been made based on their collective feedback. I hope you find these changes beneficial as well.

So with that let's dive in and move to slide 2 in the presentation. and begin with a summary of what we will cover on today's call. First, I'll start with an overview of our first quarter results at both the consolidated and segment levels. Then we'll provide insights on the markets and segments we serve. Third, we'll focus on how our previously announced cost actions combined with key investments lay the foundation for our strategy and profitable long-term growth acceleration. And last, Q1 financial details and our progress towards guidance for the rest of 2019.

Let's move to slide 3, which shows highlights of our consolidated first quarter financial results for the business. Net revenue for the business was $1.22 billion during the first quarter of 2019, up 4% from the first quarter of 2018 on a reported basis and up 7% on a constant currency basis. We are especially pleased with the growth figure considering first quarters are usually slower for our business. As a reminder, our operational profile typically weights our earnings generation towards the second half of the year.

Adjusted EBITDA for the business was $92 million, $6 million better than expectations, primarily driven by our cost management efforts. EBITDA was also positively impacted by increased sales volumes and negatively impacted by shift in portfolio mix, specifically the introduction of our new security platform and volume increase in connected products.

Adjusted EPS was $0.29 per share and also exceeded expectations. Our adjusted EPS was impacted by the same items as our EBITDA plus higher interest expense for the quarter. With a solid first quarter in the books, we are well on our way to achieving the growth goals we set out to achieve during our 2018 year-end call.

So now moving to slide 4. We see a breakdown of our Q1 performance by our business segments; Product and Solutions and Global Distribution. Both are leaders in their respective markets and growing. Let's start with our Products and Solutions segment, which experienced strong revenue growth in the first quarter, with sales growing 8% on a constant currency basis. Growth in the quarter was solid across our core business with high growth in our pro security business, led by the launch of our next generation residential pro security platform. Volume shipments began for our largest customer in February and we expect to be at full capacity across our customer base by the first half of 2020.

Providing a bit more color on our new pro series security platform, it's a comprehensive portfolio redefining the traditional pro security industry. The platform delivers entry-level security protection and scales to a fully integrated smart home security solution. It features new self-contained wireless panels, advanced encrypted sensing and offers dealers one system for easy installation and support. The expanded line of sensors and life safety devices are interchangeable across the entire platform to help reduce inventory and training costs and user replaceable parts provide added convenience and help to reduce truck loads for our dealers. This is a great example of Resideo leading through innovation in our core business segments.

Next, in our comfort business, we celebrated the award winning launch of multiple products at CES, including our T9 and T10 smart home thermostats. The product segment also saw tangible improvement in supply chain execution, as we work through spin-related headwinds from the past two quarters. And lastly for products and solutions, adjusted EBITDA was $81 million, above first quarter expectations, but down year-over-year due to new products launch mix headwinds, combined with higher-than-planned product and solution overhead costs, which we're working on.

Now turning to ADI, we saw continued growth in our global distribution segment in the first quarter with business growing 6% on a constant currency basis. Growth was particularly solid in the Americas and EMEA and within our security life safety businesses. From an investment perspective, we made enhancements in our customer digital experience with the launch of key upgrades to ADI website. Good Q1 progress in ADI, despite one fewer selling day this year than last. And last, EBITDA for the segment grew $5 million to $46 million. So net-net, a good start to the

**Company Name:** Resideo
**Company Ticker:** REZI US
**Date:** 2019-05-09
**Event Description:** Q1 2019 Earnings Call

**Market Cap:** 2,797.56
**Current PX:** 22.80
**YTD Change($):** +2.25
**YTD Change(%):** +10.949

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.247
**Current Year:** 1.410
**Bloomberg Estimates - Sales**
**Current Quarter:** 1228.667
**Current Year:** 4994.667

year for both our business segments.

Now, let's move on to slide 5, where I'll highlight the markets Resideo serves. Starting on the left of the chart in blue, we have Resideo's two segments; Products and Solutions and ADI, and our 2018 annual revenue each listed. I'll begin with our ADI distribution business. ADI is our global distribution segment and we compete in a $20 billion low-voltage electronics and security distribution market. This segment is growing at roughly 3% to 4% annually and ADI consistently performs above market and we've listed some of our competitors out to the right.

Now, let's move up the chart, for product and solutions business and market. In feedback from investors, it's been to provide a better breakdown of our Products and Solutions business by segment and subsegment. So, we've done that here. It's important to note that these product lines were not integrated within one segment pre spin. But now that they're together under Resideo, we have the opportunity to unify the strategy, the customer and the do-it-for-me pro experience. It's also an opportunity to remove redundant expenses as part of our cost program. So back to the chart. I'll start with our $800 million security business. We divide those markets into two; pro security and DIY awareness.

Our primary market is pro security and pro security is professionally monitored security system and Resideo performed at market in this $2.9 billion space in 2018. However, in Q1, we are now growing well above market. Just below pro security is DIY awareness. Think of it as cameras and unmonitored systems are typically sold online or through retail channels and are generally self installed by consumers. Resideo has small presence in this space.

Moving up the chart to our largest business Products and Solutions' comfort, we broken that down in the four sub-segments. The first, connected thermostats, is a growing market at 10% plus. And we've been performing above market with multiple market gaining launches over the past 12 months, including the T-9 and T-10 smart home thermostats. Next is traditional temperature control, which includes non-connected thermostats, hydronic heating controls, zoning controls, et cetera. That's a $2.5 billion market where Resideo is the clear leader, but the market traditional temperature control is flat, and we're performing just above that.

Next, we have indoor air quality or IAQ in potable water, which is a $3.7 billion market and growing in the mid-single digits. Resideo has a small presence in this space and we're performing at market. We believe IAQ is an attractive adjacency for us given the heightened air quality concerns by consumers. Companies participating the IAQ arena, are listed to the far right in that column as well. And fourth, is residential thermal solutions or RTS, which includes the behind-the-wall controls, the hot water heaters, boilers, furnaces, et cetera I In RTS, Resideo has a strong and leading market position and growing well above market.

So to summarize, Resideo has market-leading positions and performance in the markets we serve coupled with solid Q1 improvements in our pro security business. So our work is to gear resilient to accelerate growth even further in these markets.

All right. So now moving on the slide 6, we'll focus on our progress towards accelerating growth in right-sizing our cost structure. But first, I want to summarize our vision for Resideo and the core tenants of our strategy. So our vision is to provide the homeowner a safe and efficient, secure and healthy home. What we do goes beyond the connector at smarthome. Connections in smart home. Connections in analytics sphere be 3,000 products allow us to provide the safe and efficient, secure and healthy home experience. Our strategy is to provide a whole home solutions, powered by Resideo and installed and supported by our pro-channel over 100,000 Resideo certified contractors and partners. Our whole home solutions are driven by industry-leading positions in comfort, security and we're moving into adjacencies of indoor air, quality and water leak detection. We're simplifying our cost structure and investing to offer industry leading products in the whole home solutions with recurring revenues. Now our programs to support our strategic direction are on track with specific progress in the following areas in Q1.

First, on the leadership and people side, we've made several critical hires in Q1. Amongst them, our President for Products and Solutions and VP of mobile applications. With these key hires in place, we can now go faster. Second, our cost optimization program is well underway with now $10 million in savings expected to be realized in 2019 and $50 million in run rate savings on track for the full-year 2020.

**Company Name:** Resideo
**Company Ticker:** REZI US
**Date:** 2019-05-09
**Event Description:** Q1 2019 Earnings Call

**Market Cap:** 2,797.56
**Current PX:** 22.80
**YTD Change($):** +2.25
**YTD Change(%):** +10.949

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.247
**Current Year:** 1.410
**Bloomberg Estimates - Sales**
**Current Quarter:** 1228.667
**Current Year:** 4994.667

forward. Our margin guidance is unchanged for the year at 8% or 11% when you strip out the Honeywell reimbursement agreement payment.

And our EBITDA profile as Mike alluded to, means we expect to generate about 60% of our operating profits towards the second half of the year. We have no change to our CapEx and R&D expectations with CapEx expected to be 1% of revenue, and R&D expected to be about $135 million for the year. With respect to tax, we're providing guidance for tax on a dollar basis for your models as a result of the complexity of the Honeywell reimbursement agreement. We expect $75 million of cash tax for the year. And our balance sheet expectations remain unchanged and capital allocation priorities are clear. We'll prioritize growth, and deleveraging for the year.

With that, I will turn it back over to Mike to close out.

## Mike Nefkens, President and Chief Executive Officer

Hey thanks Joe, and thanks to everyone who joined us for today's call. So to close, I will summarize the key takeaways from the quarter and why we're excited about with our progress in our future.

First, we had an outstanding start to the year in both our business segments, with strong growth in performance above expectations and key metrics, including adjusted EBITDA and adjusted EPS. Second, we're on track in executing our cost in investment programs and combined, there are an essential piece in positioning us as a high margin growth business over the long term. Third, our financial position is strong and our healthy balance sheet will allow us to drive our profitable growth strategy. And last, this is our third quarter under our belt post-spin. We're making progress in all areas. But we're being very measured to ensure progress and we're going to walk before we run. So with that for 2019, we're confident in our growth guidance in the upper end of our EBITDA guidance and we remain optimistic.

Thank you again for your interest in Resideo. And now, I'll turn it over to the operator to begin Q&A and we welcome your questions.

# Questions And Answers

## Operator

(Operator instructions). We will take our first question. Please go ahead, your line is open.

## Ian Zaffino, Analyst

Hi, thank you. It's Ian Zaffino from Oppenheimer. Good morning.

## Mike Nefkens, President and Chief Executive Officer

Good morning Ian.

## Ian Zaffino, Analyst

Question would be on kind of the margin evolution as we kind of progress through the year. You have this new security platform, I got to believe you have a ton of cost absorption on that. Also you are now selling I guess exclusively to one customer and as you diversify that, you could probably get higher margins that way as well. So, kind of, where we now as far as maybe the margin headwind that's creating and then what is the margins been ultimately look like or what type of margin expansion should we be expecting as you ramp that product and you sell it to non-exclusive partners? Thanks.



**Company Name:** Resideo
**Company Ticker:** REZI US
**Date:** 2019-05-09
**Event Description:** Q1 2019 Earnings Call

**Market Cap:** 2,797.56
**Current PX:** 22.80
**YTD Change($):** +2.25
**YTD Change(%):** +10.949

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.247
**Current Year:** 1.410
**Bloomberg Estimates - Sales**
**Current Quarter:** 1228.667
**Current Year:** 4994.667

### Mike Nefkens, President and Chief Executive Officer

Thanks Ian. The margin evolution over the year as you saw for the first quarter is not much different for the entire year as we just disclosed in the guidance. We will be seeing some progress on the new platforms that we put out. But at the same time, we are going to increase our investments significantly in Q2 and Q3. So from our profile perspective, we do have seasonality. So, Q1 was actually quite good, Q2 and Q3 are a little bit slower with the higher investment rates and from the new products we'll get additional scale throughout the year, but for the whole year, we've guided to 8%, which is about what we did in Q1.

### Ian Zaffino, Analyst

Okay. And then you had a very successful launch of the T9 and T10 at CES. Now is that the super connected thermostat or is this what's coming before and then you're going to have the super connected coming afterwards and what's kind of the timing of that roll out? Thanks.

### Mike Nefkens, President and Chief Executive Officer

Yes, it's Mike here. So yeah, the T-9 and T-10 are our top of the line connected products that have been in the works really for the last year. So as you mentioned, we launched those very successfully at CES here in January. The T-9 is the kind of the do-it-yourself model and T-10 is the pro model. So the thermostat we've been alluding to we'll be launching towards the second half of this year and that is the super connected one that's in the works right now and we expect to be shipping those next year at the first [ph] of 2020.

### Ian Zaffino, Analyst

Okay, great. And then a final question, I guess, as I look at your the segment in the market overview, and thanks for providing this is super helpful. When I look at the connected thermostat business, I see a green box and obviously you are competing very well against a whole host of players here. Is there an opportunity to get deeper into the DIY awareness kind of where there's other players there, some of them are similar and maybe see similar performance in the DIY awareness that you're seeing now in connected thermostats? Thanks.

### Mike Nefkens, President and Chief Executive Officer

So on that chart that you referring to the DIY awareness is much more security, right? So this is to do-it-yourself install security. It's more cameras, it send you alerts when there's motion and that kind of thing, but it's not pro monitored. So that's the segment we're referring to on that chart on security for DIY awareness and as we said, we've got only little presence in that area.

Looking at your question on connected thermostats, we typically launch some of our low-end thermostats, which are DIY oriented, you can buy them at Home Depot wherever install them yourself, if you've got some capability there. But really what we're focused on in our new launches is launching our pro series type thermostats, which will be installed through the pro channel and supported through the pro channel. We see our thermostats really as a, really important piece in the home from a data perspective and our launches this year are going to really show how much more we can do in those areas. So we're looking to really push thermostats approaching and as you see on the chart, we have a light presence in the DIY awareness and security.

Company Name: Resideo
Company Ticker: REZI US
Date: 2019-05-09
Event Description: Q1 2019 Earnings Call
Market Cap: 2,797.56
Current PX: 22.80
YTD Change($): +2.25
YTD Change(%): +10.949
Bloomberg Estimates - EPS
Current Quarter: 0.247
Current Year: 1.410
Bloomberg Estimates - Sales
Current Quarter: 1228.667
Current Year: 4994.667

### Ian Zaffino, Analyst

Okay, thank you very much, good quarter.

### Mike Nefkens, President and Chief Executive Officer

Thanks Ian

### Operator

Thank you and we will now take our next question. Please go ahead.

### Peter Galbo, Analyst

Hey, guys, it's Pete Galbo from BoA. Thanks for taking the question.

Mike, I just want to touch on in the updated bridge here reducing the market moderation headwind. I think you guys have call it $30 million last quarter, now at $20 million. The housing data has certainly improved and understanding you kind of want to walk before you run here, but what would kind of give you confidence to remove that bucket altogether. Is there anything you've seen so far through April and May, that gives you more confidence in that. Any color there would be helpful.

### Mike Nefkens, President and Chief Executive Officer

Yes. So there, a lot of factors, I mean, the main reason we removed the $10 million out of the market moderation really was just a successful Q1. So, I mean that's just kind of the straight up way of looking at it, we really didn't-see any moderation. It's funny, we are having some discussions yesterday with some people on Q1 and it seemed there was like a two-week recession where everybody was really worried and then it kind of came back. So we didn't't see it in Q1, but looking forward at the year, there's still a lot of years to go. We see what's going on with China and potential tariffs and everything else that's on our radar. Obviously the housing starts is kind of ping-pong around, they went down to a million, they back up to 1.1 million. So those are kind of jumping around a little bit. So we just want to see some stabilization there as well to give us confidence to remove that. So obviously we go through our Q2 and we have a Q2 like we had a Q1. We will continue to move that down, but as you said, we're being very measured here as there is still lot of 2019 left.

### Peter Galbo, Analyst

Got it. Now that's helpful and Mike, maybe you can talk a little bit, just given the increase in the mix headwind you know just the differential in margin profile when you guys are selling through to an OEM type customer relative to, if you're just selling kind of directly to a contractor through a higher touch distribution model that might come with more margin would be helpful.

### Mike Nefkens, President and Chief Executive Officer

Yes great, Pete that's a great question. A lot of people ask me the question of hey, which are your high margin products and how do they work and really the answer is we sell a lot of our products on contract and straight to the OEMs and they integrated into their products. Typically, those are lower margin than when we sell it aftermarket. So aftermarket is when something breaks and then need a spare part they would typically get a really good margin when it goes



**Company Name:** Resideo
**Company Ticker:** REZI US
**Date:** 2019-05-09
**Event Description:** Q1 2019 Earnings Call
**Market Cap:** 2,797.56
**Current PX:** 22.80
**YTD Change($):** +2.25
**YTD Change(%):** +10.949
**Bloomberg Estimates - EPS**
**Current Quarter:** 0.247
**Current Year:** 1.410
**Bloomberg Estimates - Sales**
**Current Quarter:** 1228.667
**Current Year:** 4994.667

straight to the contract and into their equipment, it's a bit of a lower margin.

So there is a margin spread on our products where the same product of a very high margin when sold aftermarket on the lower margin at the bigining. So that's that, now, so obviously there's seasonality involved in that and when it gets really cold and systems break, we have a much higher aftermarket sale and that gives us a margin tailwind. The other point on the product mix point, it's really, it's important to note here is also with the launch of our security platform to right now, which we're basically rolling out to one of our largest customers. That is an OEM type contract, it has lower price points. So we're basically rolling that product out first at the lowest price points while we still have not come up the scale from a manufacturing perspective and that's causing kind of the product mix here. So that's how you, we're looking at the product mix bucket. And as we continue to go faster that's what we've increased the number there.

## Peter Galbo, Analyst

Got it, now that's all helpful and maybe just one last one, could you guys didn't touch on it in the prepared remarks. Small acquisition that was done in the quarter just anything you'd like to highlight there, and then I believe you announced a partnership with the Chinese telecom company, just how you kind of view the market opportunity there China being such a small part of your business today and any concerns you have maybe around IP protection in that market? Thanks guys.

## Mike Nefkens, President and Chief Executive Officer

So I'll start with the acquisition and so we come out and talk about our investment strategy, and really what we were looking for were tuck-in acquisitions to really solidify our portfolio in certain areas or adjacencies. What we did with Buoy Labs is exactly that. We have our own water leak detection equipment that goes into the home, but what we didn't have is we didn't have the analytics, we didn't have the application and we didn't have the product that's able to measure the water flow into the home and auto shut-off with water in the home, if there is an issue. So we found Buoy Labs, which is a great little company that have got some amazing engineers, great IP and a great product and it accelerates our path to be able to get recurring revenue in that area tremendously by bringing them in.

So that was the first and we're excited about having this part of our portfolio, the product is in testing right now and we're expecting to see recurring revenues from that towards the end of the year, beginning in 2020.

Now your question on China, let me think. So obviously we did a partnership with GOME and to sell through retail and kind of think of if it as the Home Depot of China. So that's a solid partnership for us, we are slowly doing more in that markets, and we do see a lot of upside potential there. So, we're excited about the GOME partnership and more to come on that.

We have next question?

## Operator

And you will now hear from next participant. Please go ahead.

## Jeff Kessler

Yes, this is Jeff Kessler at Imperial Capital. Can you talk a little bit about beyond your largest customer on the security side, when you're talking about putting together both a home product -- home product selection on the security side as well as, as well as integrating a heat and cold equipment. When you look at the next level down of companies or both direct dealers as well as channel partners, what are you finding as the sweet spot for what they want so that you can maximize, to some extent, maximize your scale and margin, maximize what they want at their end to satisfy their end



Company Name: Resideo
Company Ticker: REZI US
Date: 2019-05-09
Event Description: Q1 2019 Earnings Call

Market Cap: 2,797.56
Current PX: 22.80
YTD Change($): +2.25
YTD Change(%): +10.949

Bloomberg Estimates - EPS
Current Quarter: 0.247
Current Year: 1.410
Bloomberg Estimates - Sales
Current Quarter: 1228.667
Current Year: 4994.667

users the most. Where are you finding that compromise that mix it that would be maybe the sweet spot for growth in this company beyond the relationship with your largest buyer?

## Mike Nefkens, President and Chief Executive Officer

Yeah, Jeff. So thanks for the question. So obviously, we're really excited about the launch of our pro security and this product is redefining the industry with itself contain wireless panel, it's encryption, it's sensing capability, I mean this is a true classic example of non-creepy type. So we are not listening to the customer, we're not taking video. It's a true sensing product, it's wireless and very easy to use. For the end user and very easy to install for the dealer and it's got user replacable modules. So you don't have to do a truckload to get that out there, which is going to save the dealer quite a bit of money going forward as technology. Your question around the sweet spot for us as we roll this out to the rest of our customers and being able to integrate, not only the hardware, but the hardware with our software is going to be key for us and then being able to leverage our platform to move into other adjacencies like the Buoy example that was just given.

So, we'll have the capability by the end of the year, beginning of next year. If you are using our application for security products, you're also going to be able to integrate the Buoy product and see what's happening with the water in your home and we're going to be able to move into air quality as well.

So that's why we're so excited about these platforms. That's why we're accelerating these platforms is because they give us more opportunity to grow our recurring revenue as we go forward.

## Jeff Kessler

Okay, my follow-up is when it comes to the distribution business. Could you go into some of the other services, value-added functions that the distribution business provides beyond distribution and getting and improving the relationships that you have with the outside world. What are you doing in distribution to create a higher value proposition for that division.

## Mike Nefkens, President and Chief Executive Officer

Great. Now Jeff. Thanks for asking the question. There's so much focus on half of the product and solutions side of our business that we are just not enough questions about our ADI distributor business, which is half of our revenue. Look today, we are broadcasting from one of our ADI facilities here in Austin, Texas.

And I can tell you that I am more optimistic and positive about the distribution business than I ever had been before. I've been here for two days, I've had a chance to talk to multiple customers that have come in to buy products. It is a clear window to exactly what's happening out there with consumers and how the do it for me positioning themselves to be modern, how they're positioning themselves to really drive value forward the consumers. Training is obviously one of the key things ADI facility facilities over 200 facilities provided, two contractors when they come in. They're able to train our new products and new technologies and how to install them quicker, how to be more efficient, they're learning how to work applications for the homeowner et cetera and that's exactly what our ADI team does. So, so we are very obviously excited about our ADI business, it's been a solid grower for us. Solid on the forecasting side and look it is our number one-touch point to the customer. We sell about 15% of product through is resilient products. our resilient team have to compete to get shelf space on there as well, just like everybody else, and this is a great business for us. In regards to not touching the end user and no exactly what's happening out there at any given that point in time.

## Peter Galbo, Analyst

Thank you very much. Appreciate it.

**EXHIBIT X**

CASE 0:19-cv-02863-WMW-BRT    Doc. 72-3    Filed 07/10/20    Page 25 of 38







# 2019 Q1 Financial Results

Investor & Analyst Presentation

May 9, 2019

# Disclaimer

## Forward Looking Statements

This presentation contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements," in our Annual Report on Form 10-K  for the year ended December 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as our guidance regarding 2019 and 2023 and our planned $50 million cost program, which speak only as of the date of this presentation. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

## Non-GAAP Financial Measures

This release includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items above and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables above in this release for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, and constant currency growth are important indicators of operating performance. For reconciliations of these measures to the most directly comparable GAAP financial measures to the extent that they are available without unreasonable effort, please refer to the tables above in this release. They should be read in connection with our financial statements presented in accordance with GAAP.

A reconciliation of Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA to the corresponding GAAP measures is not available on a forward-looking basis without unreasonable efforts due to the impact and timing on future operating results arising from items excluded from these measures, particularly environmental expense, Honeywell reimbursement gain, non-operating (income) expense and stock compensation expense.

The Honeywell Home trademark is a trademark of Honeywell International Inc. used under license to Resideo Technologies, Inc. Other brands and logos contained herein are trademarks of their respective owners.



# Updated 2019 Walk Based on Q1 Performance

## Forecasting FY Adjusted EBITDA at the Top of Guidance Through Cost Control Actions

*$ millions*

*Assumption change from previous quarter: -$10m*

*Assumption change from previous quarter: +$10m*

*Assumption change from previous quarter: +$10m*

$476 | $49 | $25 | $30 | $30 | $20 | $10 | $430

2018 Adj EBITDA | Volume | Net Inflation | Key Initiative Incremental Investment | Product Mix | Market Moderation | Cost Reduction | 2019 Adj EBITDA

Updates to Product Mix Assumptions:

- Growing new security platform and connected thermostats faster than expected

- Post spin inventory clean up

*Continued Disciplined Approach to our Growth Strategy*



**EXHIBIT Y**

**S&P Global**
Market Intelligence

# Resideo Technologies, Inc. NYSE:REZI Company Conference Presentation

**Thursday, June 06, 2019 1:30 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

press releases, you'll know that we acquired a company called Buoy Labs. And Buoy Labs is a water leak detector company. We bought the product. We bought the team, great development team.

And that, we're working with companies like USAA to do preliminary projects where we will actually drive the consumer to -- through the insurance company to procure the leak detection and they'll get a deduction in their insurance, but they will also pay a regular recurring revenue.

So just to give you a sense of that. We actually had a goal of 5,000 units on the pilot program with USAA and we did 2,500 in the first week. In fact, it gave us a manufacturing challenge, but we're now streamlined manufacturing in San Diego. So now we're up in that and driving that stronger now. That's just USAA. And obviously we can extend that to other areas.

And another area is and a really important one, is indoor air quality. That's another growing area, talking about the safe, secure, health, efficient home. I was actually talking to a CEO a couple of weeks ago on the plane, and that's the one that got her actually really excited, "Because that's the one thing I can't see." So we live our lives and we don't realize if our air -- indoor air quality is as good or worse than outside. And we're developing solutions with partners to give the consumer that kind of data.

So all of that being brought together by a single portal app on your phone instead of these multiple apps. To get to us as a company, instead of 3 or 4 different portals online, we're developing the one portal. Looking to release that towards the end of this year with some new products, including our super-connected thermostat that's going to bring all of this together. And as I said, recurring revenue is a strong part of our ongoing strategy. And obviously -- and that's going to improve our EBITDA profile going forward.

So with that, I'm going to pass over to Joe.

**Joseph D. Ragan**
*Executive VP & CFO*

Great. Thanks, Mike. So we did -- I'm sure everyone saw -- announce our first quarter results last month. We did maintain our revenue growth. Mike had talked about the products business versus distribution. Distribution business growth is -- has been very consistent through the last couple of years. So we hit our revenue numbers. We also exceeded our adjusted EBITDA number for the year. Good cost management. We have a cost program in place to take out some of the costs post-spin. And we also exceeded our adjusted EPS number.

From a business unit perspective, you can see on -- I'll start on the bottom just to emphasize again as the ADI execution is extraordinary. It continues to grow both on top and bottom lines. The top chart actually shows the Products business where the revenue continues to grow, but we have margin compression.

We talked about the strong growth in Security. We won a large contract with ADT. And as we roll that out, we don't have the leverage yet on that particular product. That's our GRIP, Global Residential Intrusion Platform, that we rolled out and started to deliver this year. As we go through the year, we'll get margin expansion as we get additional volume and scale there.

But you can see margin compression in that business as well as some of the cost issues that we got post-spin that we announced. We have a $50 million takeout program that we'll have the $50 million out on a run-rate basis by the end of the year. So that will come in and drop to EBITDA for next year, 100%.

As we look at the segments that we operate in, we have got a lot of traction in connected thermostats. You can see both the addressable market and the growth rates in the market. The green means that we are actually exceeding the market growth rate. So we have made a move in connected thermostats. We were behind. We were #3 behind Ecobee and Nest. Now we're #2. So we are getting some momentum there.

We rolled out a new connected thermostat, T9, T10, at CES, and that's gotten great adoption. That's clearly the best product in the market today which is driving some of that share growth that we have.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**RESIDEO TECHNOLOGIES, INC. COMPANY CONFERENCE PRESENTATION | JUN 06, 2019**

On the traditional temperature control, that is the nonconnected thermostats, the market overall is flat to down. We continue to take share there. We do have a compelling position in the nonconnected space, much greater than 50%. And the IAQ, potable water, there is growth there. We're just really starting to take that space and drive. And you'll see more of our focus. I'll show you in a moment strategically where we're headed.

And RTS, the residential thermal solutions, Mike mentioned, that's behind the wall, that's water heaters, boilers, et cetera. That's a great business for us. The comps year-over-year were tough. We had a great first half in 2018, so the comps don't look as good as we would like. But that's really just a temporary issue.

On Security, I mentioned taking the ADT business. Those margins will improve. And in DIY, we actually are working on a new offering there as well. There's a lot of discussion about DIY and whether that actually impacts our Pro Security offering. We believe that it actually expands the addressable market. It actually gets more people into security. It's not really a direct competitor to the traditional monitored security space. If you're -- if you get a DIY product and it has 3 sensors, 3 areas, it's very different from an offering that might have 20 or 30 zones which is a normal for a Security offering. And again, the ADT -- ADI business continues to perform very well.

From an execution, this year, you've seen the acquisitions that we've done. Our acquisitions are -- as we said, we're calling them acqui-hires. So acquisitions, we're really just hiring the talent. Mike mentioned one in the water area. We will continue to do that, to fill out our product offering. We've got some great talent now in the products business to really drive the acquisition strategy.

I did mention the cost base optimization, and we've now announced that we'll get $10 million out of that $50 million later in the year, that will likely be Q4. But on track for a full $50 million benefit for 2020.

And the next-generation security platform is going great as far as the adoption. I'm sure everyone's seen the ADT commercials. That is our platform that they're highlighting there, and it is a great product.

The T9, T10 functionality is actually the best in the market. It's really about sensors and range. So our range is 3 to 4x what our competitors are. And both Buoy Labs and Whisker Labs are those acqui-hires where we're bringing in the talent in both monitoring your home electricity usage and the water flow control. We had water leak detectors in the homes that we already had an offering for, but Buoy Labs actually allows the cutoff of the water remotely. So you get a leak detection, you can actually just push a button and turn it off at the main so that you avoid any kind of water damage.

This is the bridge that we have -- that we presented earlier with just one small change -- or at least footnote on the bottom. You can see that the net inflation number, and I'll focus on this because I've gone over this several times, but the net inflation number includes: the normal increase in staff costs is about half of that, and the other half was Chinese tariffs, specifically some conservatism built around List 4 that really hasn't come into play yet.

Of course, we've spent the last 3 or 4 days on the Mexican tariff issue, which is really impossible to quantify at the moment. At the 5% rate, we think that it's likely to be immaterial. But if it's 25% and it goes both ways, I think that's material for everybody in the room. I think referring to if the Mexicans put on just a matching tariff. There's a lot of back-and-forth on that, so we're going to wait and see what happens there and then talk about the potential impact.

But we just guide to the high end of our $410 million to $430 million range. As you can see here, bringing in the $10 million of improvement of cost reduction primarily is the benefit for the year.

Just wanted to just briefly hit the Honeywell reimbursement agreement. I think everyone is well aware now, we pay $140 million a year to Honeywell. That's really just part of the spin economics that we have. I'm certainly talking to them about what the alternatives might be, whether we could capitalize that or not. But I just wanted to point out, we actually had in the first quarter some -- a real benefit. Part of the agreement, we can sell sites that will bring in a gain. You can see that there was a net impact here of $45 million of nonoperating net income that came in.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**EXHIBIT Z**







**Baird Global Consumer, Technology Services Conference**
**New York – June 6th, 2019**

**Joe Ragan - CFO**

# Disclaimer

## Forward Looking Statements

This presentation contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements," in our Annual Report on Form 10-K  for the year ended December 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as our guidance regarding 2019 and 2023 and our planned $50 million cost program, which speak only as of the date of this presentation. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

## Non-GAAP Financial Measures

This release includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items above and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables above in this release for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, and constant currency growth are important indicators of operating performance. For reconciliations of these measures to the most directly comparable GAAP financial measures to the extent that they are available without unreasonable effort, please refer to the tables above in this release. They should be read in connection with our financial statements presented in accordance with GAAP.

A reconciliation of Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA to the corresponding GAAP measures is not available on a forward-looking basis without unreasonable efforts due to the impact and timing on future operating results arising from items excluded from these measures, particularly environmental expense, Honeywell reimbursement gain, non-operating (income) expense and stock compensation expense.

The Honeywell Home trademark is a trademark of Honeywell International Inc. used under license to Resideo Technologies, Inc. Other brands and logos contained herein are trademarks of their respective owners.









**Business Overview**







resideo

**2019 Q1 Financial Results**

# Business is Balanced – With Two Growing Segments: Products & Solutions and Global Distribution

**PRODUCTS & SOLUTIONS**

| Q1 Performance ($M) | Key Highlights |
|---|---|

$523  2018

$551  2019

$117  2018

$81  2019

■ External Revenue[1]    ■ Adj. EBITDA[2]

**Key Highlights**

- Strong growth in security driven by launch of next generation platform, with opportunity for margin improvement

- Award-winning launch at CES of new smart thermostat (T9/T10)

- Improvement in supply chain execution

- Margin compression due to mix headwinds

**GLOBAL DISTRIBUTION**

| Q1 Performance ($M) | Key Highlights |
|---|---|

$642  2018

$665  2019

$41  2018

$46  2019

■ Revenue    ■ Adj. EBITDA[2]

**Key Highlights**

- Solid growth in the Americas and EMEA, and within Security and Life Safety product categories

- Enhancements in digital customer experience with launch of key upgrade to website

(1): External revenue is net segment revenue after the elimination of intersegment revenue. For additional information, see our appendix.
(2): Excludes $3 million of estimated stand-alone costs for the three months ended March 31, 2018, which is included in adjusted EBITDA (Non-GAAP).
Note: Please see appendix for GAAP to non-GAAP reconciliations.



# Updated 2019 Walk Based on Q1 Performance (As of May 9, 2019)

## Forecasting FY Adjusted EBITDA at the Top of Guidance Through Cost Control Actions
*$ millions*

$476 — 2018 Adj EBITDA

$49 — Volume

$25 — Net Inflation

$30 — Key Initiative Incremental Investment

$30 — Product Mix
*Assumption change from previous quarter: -$10m*

$20 — Market Moderation
*Assumption change from previous quarter: +$10m*

$10 — Cost Reduction
*Assumption change from previous quarter: +$10m*

$430 — 2019 Adj EBITDA

**Updates to Product Mix Assumptions:**

- Growing new security platform and connected thermostats faster than expected

- Post spin inventory clean up

### *Continued Disciplined Approach to our Growth Strategy*

*NOTE: The Mexican Tariff Impact may be offset by some conservatism in our original guidance regarding Chinese Tariffs. In addition, we will look to pass a portion of any tariff through, in increased price.*

