**EXHIBIT AA**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): August 7, 2019**

---

# RESIDEO TECHNOLOGIES, INC.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-38635** | **82-5318796** |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**901 E 6 th Street, Austin, Texas**      **78702**
**(Address of principal executive offices)**      **(Zip Code)**

**Registrant's telephone number, including area code: (763) 954-5204**

**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Trading Symbol: | Name of each exchange on which registered: |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **REZI** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐



resideo

**RESIDEO TECHNOLOGIES CONTINUES GROWTH MOMENTUM IN SECOND QUARTER 2019**

*Strong Revenue and Adjusted EBITDA with continued progress on previously announced growth and cost programs*

**Second Quarter Financial Highlights**

- Net Revenue of $1,242 million, up 4% on a GAAP basis and 6% on a Non-GAAP constant currency basis year over year

- Adjusted EBITDA of $81 million; $116 million excluding Honeywell reimbursement agreement payments

- GAAP Net Loss of $11 million; Adjusted Net Income of $23 million; Adjusted Net Income of $58 million excluding Honeywell reimbursement agreement payments

- GAAP EPS loss of $0.09; Adjusted EPS of $0.19

- 2020 $50 million cost reduction program remains on track with $10 million in expected savings in 2019

- Reiterating full-year 2019 guidance for revenue growth of 2 - 5% and upper end of the Adjusted EBITDA range of $410 - $430 million

AUSTIN, Texas, Aug. 7, 2019 – Resideo Technologies, Inc. ( **NYSE: REZI** ) reported second-quarter financial results for the quarter ended June 30, 2019. The company reported Net Revenue of $1,242 million, Adjusted EBITDA of $81 million and adjusted basic and diluted earnings per share of $0.19.

"Our momentum continues with strong top-line growth during the second quarter, spread evenly across our ADI Global Distribution and Products & Solutions businesses," said Mike Nefkens, president and CEO of Resideo. "In the first half of the year, we launched several new products including the T9 and T10 smart thermostats and an industry-leading universal defrost control for heat pumps. We also completed acquisitions of LifeWhere and technology from Whisker Labs. Our three acquisitions to date, including Buoy Labs, put us at the forefront of whole home monitoring across the physical home networks of air, water, energy and security. The Resideo team is focused on executing our organic and inorganic growth strategies, as well as our cost reduction programs, as we continue to drive growth and long-term value creation for shareholders."

1

**Second-Quarter Performance**

**Net revenue** for the second quarter was up 4% on a GAAP basis and up 6% on a Non-GAAP constant currency basis year over year. GAAP Net Income was down during the second quarter with a Net Loss of $11 million, while Adjusted Net Income was $23 million, and $58 million excluding the Honeywell reimbursement agreement payments. Adjusted EBITDA was $81 million, or $116 million excluding the Honeywell reimbursement agreement payments.

**ADI Global Distribution revenue** for the quarter increased by 4% on a GAAP basis, and 6% on a Non-GAAP constant currency basis year over year. Segment performance was driven by solid organic revenue growth in the Americas and EMEA regions. Segment Adjusted EBITDA increased by 12%, primarily driven by higher sales volumes and productivity. Growth in the quarter was driven by the Security and Life Safety product categories, as well as through continued expansion of its Professional A/V growth initiative. The ADI business also added to its product offering, notably announcing a distribution agreement with Samsung Pro. ADI continues to win high-value new business among security integrators throughout North America.

ADI's leadership best practices were highlighted in Security Systems News and recognized by various industry publications, including being listed as the top Distributor Used by SDM magazine's SDM 100.

**Products & Solutions revenue** increased by 4% on a GAAP basis, and 6% on a Non-GAAP constant currency basis year over year. Segment growth was driven by performance from the Security business with the migration to the new next-generation Pro Series security platform. Segment EBITDA was down 36% as a result of unfavorable product mix, production cost increases, and the impact of acquisition expenses. Negative impacts were partially offset by profit from increased volume, selling prices and raw material productivity.

In May, Resideo acquired innovative energy efficiency technology from Whisker Labs and hired the team behind it. The solutions pioneered by Whisker Labs provide analytics that work with Wi-Fi thermostats to intelligently control the cooling and heating of homes. The technology creates a thermodynamic model of a home to accurately predict home heating and air conditioning run time and energy use. This helps a homeowner use less energy and control comfort more efficiently.

In June, Resideo announced the acquisition of LifeWhere, marking its third acquisition since the spinoff. The LifeWhere technology uses machine learning and analytics to predict potential failure on critical home appliances, such as water heaters, furnaces and air conditioners. This service provides the detailed analytics required for professional contractors to dispatch technicians with the right skills to quickly repair the appliance before it causes a catastrophic failure.

**Guidance and cash flow generation**

The company reported a use of cash from operations of $27 million for the quarter, driven largely by a planned inventory build and payments related to the Honeywell reimbursement agreement. Cash usage in the quarter was in-line with our budgeted expectations for 2019.

Total debt decreased to $1,191 million, and liquidity is supported by a $350 million revolving credit facility, under which no amounts were outstanding as of the quarter end.

The company reiterates full-year 2019 guidance of Revenue growth of 2 - 5% and the upper end of the Adjusted EBITDA range of $410 - $430 million.

"As we continue investing in our business to generate sustainable growth, our balance sheet remains strong, and we continue to be disciplined in our cash management approach," said Joe Ragan, executive vice president and chief financial officer. "Looking ahead, we expect third quarter revenue growth to be modest, driven by typical seasonality. We remain committed to our previously announced EBITDA guidance, supported by our cost reduction program, which is on track to yield $50 million in annualized savings by 2020."

**Table 1: Summary of Financial Results – Segment**

*($ millions)*

| | 2Q 2018 | 2Q 2019 | % Change |
|---|---|---|---|
| Products & Solutions | | | |
| Revenue [1] | 518 | 537 | 4% |
| *Constant Currency (Non-GAAP)* | | | 6% |
| Segment Adjusted EBITDA [2][3] | 109 | 70 | -36% |
| ADI Global Distribution | | | |
| Revenue | 678 | 705 | 4% |
| *Constant Currency (Non-GAAP)* | | | 6% |
| Segment Adjusted EBITDA [2][3] | 41 | 46 | 12% |
| Total Company | | | |
| Revenue | 1,196 | 1,242 | 4% |
| Constant Currency (Non-GAAP) | | | 6% |
| Adjusted EBITDA (Non-GAAP) [4] | 119 | 81 | -32% |

(1)  Represents Product & Solutions revenue, net of intersegment revenue of $74 million and $145 million for the three and six months ended June 30, 2019 and $80 million and $159 million for the three and six months ended June 30, 2018, respectively. ADI Global Distribution does not have any intersegment revenue.

(2)  Excludes $4 million and $7 million of estimated stand-alone costs for the three and six months ended June 30, 2018 which is included in adjusted EBITDA (Non-GAAP).

(3)  Table 7 includes a Reconciliation of Segment Adjusted EBITDA (non-GAAP) to (loss) Income before taxes.

(4)  Table 6 includes a Reconciliation of Net (loss) income to Adjusted EBITDA (non-GAAP).

**Conference Call**

Resideo will hold a conference call with investors on Aug. 8, 2019, at 8:30 a.m. EDT. To participate in the conference call, please dial 888-599-8688 (domestic) or +1 323-994-2135 (international) approximately 10 minutes before it starts. Please mention to the operator that you are dialing in for Resideo's second quarter 2019 earnings call or provide the conference code 288276. A replay of the conference call will be available from 12:30 p.m. EDT Aug. 8, until 12:30 p.m. EDT Aug. 15, by dialing 888-203-1112 (domestic) or +1 719-457-0820 (international). The access code is 3164853.

**Forward-Looking Statements**

This release contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements" in our Annual Report on Form 10-K for the year ended Dec. 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as guidance regarding 2019 and 2023 and our planned $50 million cost program, which speak only as of the date of this release. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

**Non-GAAP Financial Measures**

This release includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items above and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables above in this release for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, and constant currency growth are important indicators of operating performance. For reconciliations of these measures to the most directly comparable GAAP financial measures to the extent that they are available without unreasonable effort, please refer to the tables above in this release. They should be read in connection with our financial statements presented in accordance with GAAP.

12

**EXHIBIT BB**

**Company Name:** Resideo
**Company Ticker:** REZI US
**Date:** 2019-08-08
**Event Description:** Q2 2019 Earnings Call

**Market Cap:** 2097.06810404
**Current PX:** 17.08
**YTD Change($):** -3.47
**YTD Change(%):** -16.886

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.49
**Current Year:** 2.015
**Bloomberg Estimates - Sales**
**Current Quarter:** 1248
**Current Year:** 5017

# Q2 2019 Earnings Call

## Company Participants

- Michael Mercieca, 'Vice President, Investor Relations'
- Mike Nefkens, 'President, Chief Executive Officer, and Board Member'
- Joe Ragan, 'Executive Vice President, Chief Financial Officer'

## Other Participants

- Ian Zaffino
- Jeff Kessler
- John Lovallo

## Presentation

### Operator

Welcome everyone to the Resideo Technologies Second Quarter Earnings Conference Call. Today's call is being recorded. All participants will be in a listen-only mode until the formal question-and-answer portion of the call. (Operator Instructions).

I'd now like to introduce Mr.Michael Mercieca, Vice President of Investor Relations. Mr.Mercieca, you may now begin.

### Michael Mercieca, 'Vice President, Investor Relations'

Good day. Everyone, today we are pleased to welcome you from the Library of the New York Stock Exchange.

With me today is President and CEO of Resideo, Mike Nefkens; and Resideo's Chief Financial Officer, Joe Ragan. You can find a copy of our second quarter earnings release and presentation materials on the Investor Relations page of resideo.com. Before we get started, I would like to remind you that this morning's presentation contains forward-looking statements. Statements other than historical facts made during this call may constitute forward-looking statements and are not guarantees of future performance or results and involve a number of risks and uncertainties.

Actual results may differ materially from those in the forward-looking statements as a result of a number of factors, including those described from time to time in Resideo's filings with the Securities and Exchange Commission. The company assumes no obligation to update any such forward-looking statements. Additionally, during our call today, we will refer to certain non-GAAP financial information. A reconciliation of our GAAP to non-GAAP results is included in the company's earnings press release and the company presentation, both of which can be found on the Investor Relations section of our website.

We identify the principal risks and uncertainties that affect our performance in our annual report on Form 10-K and other SEC filings. With that, I'd like to turn it over to our President and CEO Mike Nefkens.

### Mike Nefkens, 'President, Chief Executive Officer, and Board Member'



| | | |
|---|---|---|
| **Company Name:** Resideo | **Market Cap:** 2097.06810404 | **Bloomberg Estimates - EPS** |
| **Company Ticker:** REZI US | **Current PX:** 17.08 | Current Quarter: 0.49 |
| **Date:** 2019-08-08 | **YTD Change($):** -3.47 | Current Year: 2.015 |
| **Event Description:** Q2 2019 Earnings Call | **YTD Change(%):** -16.886 | **Bloomberg Estimates - Sales** |
| | | Current Quarter: 1248 |
| | | Current Year: 5017 |

Thanks Michael, and good morning, everyone, and thank you for joining us on today's call. Resideo is now three quarters post the Honeywell spin, and I'm happy to report that we had another solid quarter.

We are finally starting to see some normalcy after all the spin work and we are pleased with the progress against our strategic initiatives. We settled into our new HQ in AUSTIN, Texas, which enables us to have the leadership team in one location. Also spin related distractions are minimizing and the field teams have been able to go deep with our pro customers. We've also been able to spend time with many new investors.

But most important, our Q2 was strong keeping us on track to hit our previously provided guidance for 2019. So let's get right into it. First, we'll update you on our overall results for the quarter. Then we'll discuss the results for each of our business segments.

Third I'll walk you through our progress in the market and some of the exciting acquisitions we've made to position us for growth acceleration. And last, we will end with our financials and second half outlook. Turning to Slide 3. For the second quarter revenue came in at $1.242 billion, up year-over-year 4% on a GAAP basis and 6% on a non-GAAP cost and currency basis.

From a top-line perspective, we are pleased that growth is spread evenly across our two segments. Adjusted EBITDA after the Honeywell reimbursement payment came in at $81 million and $116 million, excluding the reimbursement payment, a solid performance driven by a combination of top-line growth and continued cost management. Product mix headwinds around our new product launches continued but were partially offset via cost containment. Adjusted EPS was $0.19 per share, and GAAP EPS was a loss of $0.09 per share due to tax effects related to the Honeywell reimbursement agreement.

All in all a solid quarter on both revenue and the EBITDA. Now turning to Slide 4, and our segment performance. Revenue growth was spread evenly across our two segments. For our ADI global distribution business, we continue to see solid organic growth in the Americas and EMEA driven by security and life safety, as well as expansion of the professional A/V growth initiative.

We added to our AD product offering announcing a distribution agreement with Samsung Pro and we continue to win high-value new business throughout North America. We're also pleased to report that ADI was recently highlighted in Security Systems News in addition to being recognized as the top distributor used by SDM magazine's SDM 100. Now turning to our Product & Solutions business, P&S reported mid-single digit growth. Security had another solid growth quarter as we continue to take share resulting from the launch of our new Pro Series platform.

In comfort, we saw strong volumes in the new T9 and T10 Pro connected thermostats. And in our RTS business, we launched a next-generation universal defrost control for heat pumps. We did see an in quarter slowdown in the RTS OEM channel, in particular with our hot water heater OEM customers. Now driving harder on the organic side, we boosted our R&D spend as part of our previously announced strategic initiatives, and we expect to announce new product launches in water, comfort, air, and security in the second half of the year.

On the inorganic front, we completed two acquisitions in the quarter, which I'll talk more about shortly. Looking at P&S segment adjusted EBITDA both comfort and security are seeing margin pressures due to product mix headwinds, specifically the ramp up of our new security platform and lower margins on connected thermostats. We are working to offset these with cost containment and supply chain and sourcing process improvements. I also want to call out the incredible strides we've made on improving our supply chain.

As you may know, we had some supply chain headwinds pre and post spin. But due to new supply chain leadership and process changes we are delivering more on time than ever before and our delivery metrics are the best they've been in five years. This improvement will allow us to be more aggressive on the growth side. Moving to slide 5.

Some of you may remember from last quarter, I walked through our markets in detail. On the chart, we have our two businesses ADI Global Distribution and Products & Solutions. In P&S we have broken out our business by product area and their associated addressable market and estimated market growth rates. We then provide some select competitors in our growth versus market on a 12-month rolling basis.

| Company Name: Resideo | Market Cap: 2097.06810404 | Bloomberg Estimates - EPS |
| Company Ticker: REZI US | Current PX: 17.08 | Current Quarter: 0.49 |
| Date: 2019-08-08 | YTD Change($): -3.47 | Current Year: 2.015 |
| Event Description: Q2 2019 Earnings Call | YTD Change(%): -16.886 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1248 |
| | | Current Year: 5017 |

The investors I met within Q2, really liked this chart and asked for updates when there are changes. So today, I want to highlight some new developments since the last quarter and there are two. First, in the previous quarter's chart, we noted our security business is growing at market on a 12 month rolling basis. With two solid growth quarters behind us, we are now moving that box to green as we are growing above market and taking share.

Second, for our Residential Thermal Solutions business as previously noted, we've seen a slowdown in the OEM segment, primarily water heaters. As a result, we are adjusting the market growth of the RTS segment down to reflect changes in the market. Even though that market has slowed we continue to win in that segment. So closing out on the chart, outside of security DIY where we really don't play, we have a solid market position in all of the segments we plan, and our objective is to further accelerate our growth in these segments.

Now turning to Slide 6. We're seeing solid progress in our long-term growth strategies. A critical part of our strategic initiatives to bolster growth is small tuck in M&A to strengthen our position in the key home categories of air, water, energy, meaning gas and electric, and security. During the quarter, we acquired technology from Whisker Labs, complementing our connected thermostats offering with industry leading energy management solutions.

We also acquired LifeWhere, which uses machine learning and analytics to predict potential failure on critical home appliances. Both of these acquisitions along with the Q1 Buoy acquisition in the water area, strengthen our position in being able to offer whole home solutions. Our plans are to launch in Q4 with the pro channel, a new set of offerings combining our core business with these new acquisitions to offer true next generation whole home solutions. This launch will bring to market new products and services resulting from our 2019 investments.

Thank you. Now I'd like to turn it over to Joe, to provide financial details on the quarter.

## Joe Ragan, 'Executive Vice President, Chief Financial Officer'

Thanks Mike. Last quarter, I highlighted some of the volatility in our GAAP results due to the impact of the Honeywell reimbursement agreement.

This quarter there was little variance in the GAAP and adjusted reimbursement expense. However, there was a large adjusted tax expense impact that brought down adjusted EPS for the quarter. This will normalize for the balance of the year. Overall our EBITDA outlook for the year remains the same, and we'll touch on guidance in a few minutes.

We expect revenue seasonality in the third quarter, as we transition between the cooling and heating seasons, reflecting the typical seasonality of the business. We are more than confident we will mitigate any weakness with cost reductions. While we expect margin pressure to continue, we have performed well year-to-date from a revenue perspective, allowing us to maintain our EBITDA outlook. Our cost reduction programs remain on track and we expect to realize $10 million in savings from them this year.

You'll notice in our disclosures that we're reporting, one-time repositioning costs related to our $50 million cost reduction program of $25 million, illustrating that the cost takeouts are well underway. Moving to Slide 8. Our financial position remains solid, and continues to position us to focus on growth. As I've mentioned in previous calls, the early part of the year is when we typically use cash, so you can expect to see our balance sheet reflect this.

Cash usage was driven by a buildup of inventory and payments related to the Honeywell reimbursement agreement, and we expect to release a majority of the increase in the next 12-months. Total debt decreased as we amortized a small part of our facility and with $350 million undrawn and available on our revolver, we are confident that our financial position is strong and continues to support our strategic initiatives and growth plans. Slide 9, presents our complete full year guidance. We are reiterating our full year guidance from a revenue and EBITDA perspective with revenue growth of 2% to 5% in the upper end of the adjusted EBITDA range of $410 million to $430 million.

As I mentioned, we do expect modest revenue growth in the third quarter, in line with our typical seasonality, but that will be offset by cost efforts to maintain our EBITDA target and we expect to maintain our revenue target range as well. We also confirm our cash taxes to be paid for the year at approximately $75 million. Our priorities continue to be



**EXHIBIT CC**

CASE 0:19-cv-02863-WMW-BRT     Doc. 72-4     Filed 07/10/20     Page 12 of 48







# 2019 Q2 Financial Results

Investor & Analyst Presentation
August 8, 2019

# Disclaimer

## Forward Looking Statements

This presentation contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements," in our Annual Report on Form 10-K for the year ended December 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as our guidance regarding 2019 and 2023 and our planned $50 million cost program, which speak only as of the date of this presentation. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

## Non-GAAP Financial Measures

This presentation includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items above and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables above in this release for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, and constant currency growth are important indicators of operating performance. For reconciliations of these measures to the most directly comparable GAAP financial measures to the extent that they are available without unreasonable effort, please refer to the tables above in this release. They should be read in connection with our financial statements presented in accordance with GAAP.

A reconciliation of Adjusted EBITDA to the corresponding GAAP measure is not available on a forward-looking basis without unreasonable efforts due to the impact and timing on future operating results arising from items excluded from these measures, particularly environmental expense, Honeywell reimbursement agreement expense or gain, stock compensation expense, and other non-operating expense (income).

The Honeywell Home trademark is a trademark of Honeywell International Inc. used under license to Resideo Technologies, Inc. Other brands and logos contained herein are trademarks of their respective owners.



# Second Quarter 2019 Results

| | Q2 2019 | Year-Over-Year Commentary |
|---|---|---|
| Revenue | $1.242B | • GAAP revenue up 4%, 6% Constant Currency growth (Non-GAAP)<br>• Top-line growth spread evenly across P&S and Distribution segments |
| Adjusted EBITDA | $81M | • Strong EBITDA due to a combination of growth and cost management<br>• Investment programs on track, product mix affected by new product launches and connected products. |
| Adjusted EPS | $0.19 per share | • GAAP EPS loss of $0.09<br>• No tax benefit in Q2 due to Q1 Honeywell Reimbursement Agreement Gain |

Note: See appendix for GAAP to Non-GAAP reconciliation.



# Segment Performance: ADI Global Distribution and Products & Solutions Show Balanced Growth

## ADI GLOBAL DISTRIBUTION

### Q2 Performance ($M)

$678 (2018)
$705 (2019)

$41 (2018)
$46 (2019)

■ Revenue     ■ Adj. EBITDA(2)

### Key Highlights

- Continued solid organic growth in the Americas and EMEA

- Strong growth in Security, Life Safety and Professional A/V growth initiative

- Adjusted EBITDA growth driven by higher volume and productivity

- Announced new Samsung Pro product offering

## PRODUCTS & SOLUTIONS

### Q2 Performance ($M)

$518 (2018)
$537 (2019)

$109 (2018)
$70 (2019)

■ External Revenue(1)     ■ Adj. EBITDA(2)

### Key Highlights

- Strong volume on Next Generation Pro Series Security Platform
- Low-single digit growth in Comfort driven by OEM channel slowdown in RTS
- Margin compression due to new product launches (product mix)
- Key first half product launches: T9 and T10 connected thermostats with room-by-room temperature control, universal defrost controls for heat pumps, UK Next Gen Programmable thermostat, ICON 2.0 hot water heater control
- Significant supply chain improvements in non-shipped backlog
- Closed two acquisitions to bring new capabilities and technology to Resideo

(1): External revenue is net segment revenue after the elimination of intersegment revenue. For additional information, see our appendix.
(2): Excludes $3 million of estimated stand-alone costs for the three months ended March 31, 2018, which is included in adjusted EBITDA.



# Segment and Market Overview

**Above Market** (green)
**Below Market** (red)
**At Parity** (grey)

| | | | Addressable Market ($B)[3] | Market Growth Estimate (%)[3] | Est. Resideo vs. Market[4] | Select Players |
|---|---|---|---|---|---|---|
| **Products & Solutions ($2.5B)[2]** | **Comfort $1.7B[1]** | Connected Thermostats | $1.5B | +10% | Above Market | • Nest (Google), Ecobee, tado, Hive, Sensi (Emerson), Nexia (Trane) |
| | | Traditional Temperature Control | $2.5B | Flat to down | Above Market | • Emerson, Lennox, Carrier, Trane, Danfoss, Watts Water Tech |
| | | IAQ and Potable Water | $3.7B | 4-5% | At Parity | • Aprilaire, Carrier, Foobot, Awair, Molekule, BTW, Watts Water Tech, Pentair |
| | | Residential Thermal Solutions (RTS) | $2.7B | 0-2% ⬇2 | Above Market | • SIT, ebmpast, Emerson, UTEC (UTC) |
| | **Security $0.8B[1]** | Pro Security[5] | $2.9B | 2-4% | Above Market ⬆1 | • Alarm.com, Vivint, Simplisafe, Tyco/Qolsys, 2GIG, UTC, Ring (Amazon), LifeShield (ADT), Abode |
| | | DIY Awareness | $2.3B | +10% | Below Market | • Ring (Amazon), Nest (Google), Arlo, Ooma, SmartThings (Samsung) |
| **ADI Global Distribution[6] $2.7B[1]** | | | $20.6B | 3-4% | Above Market | • Anixter, ScanSource, SnapAV, Norbain, Aditya, Prama (Hikvision) |

*Two changes since last quarter: 1) Resideo Pro Security growing faster than market, 2) market growth for RTS has slowed due to lowered OEM demand*

1. 2018 revenue as reported in our Annual Report on Form 10-K for the year ended December 31, 2018 filed with the Securities and Exchange Commission; 2. Includes intersegment revenue of $305M as reported in 10K; 3. Addressable market and growth rates for 2019 in the markets and geographies that we compete in; 4. Estimated Relative performance (sales $) over the past year; 5. Pro Security is professionally monitored security including those systems that are self-installed by consumers, e.g. Simplisafe; 6. ADI Global Distribution includes physical security equipment sold through distribution (video surveillance, access control, intruder alarms, video door phones, fire detection); Sources: IHS, Navigant, BSRIA, Management estimates



# Updated 2019 Walk Based on Q2 Performance

We are reiterating guidance at the upper end of the range through revenue and cost control actions

*$ millions*

$476 — 2018 Adj EBITDA

$49 — Volume

$25 — Net Inflation

$30 — Key Initiative Incremental Investment

*Assumption change from previous quarter: +$10m*

$40 — Product Mix

$10 — Market Moderation

*Assumption change from previous quarter: -$10m*

$10 — Cost Reduction

Range of $410 - $430 — 2019 Adj EBITDA

**Updates to Product Mix Assumptions:**

- Growing Next Generation Pro Series Security Platform and connected thermostats faster than expected

- Post spin inventory clean up

Note: See appendix for GAAP to Non-GAAP reconciliation.



**EXHIBIT DD**

Toggle SGML Header (+)

## Section 1: 10-Q (10-Q)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-Q

**(Mark One)**

☒      **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2019**

or

☐      **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to \_\_\_\_\_**

**Commission File Number 001-38635**

# Resideo Technologies, Inc.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **82-5318796** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **901 E 6th Street** **Austin, Texas** | **78702** |
| (Address of principal executive offices) | (Zip Code) |

**(763) 954-5204**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Trading Symbol: | Name of each exchange on which registered: |
|---|---|---|
| Common Stock, par value $0.001 per share | REZI | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The number of shares outstanding of the Registrant's common stock, par value $0.001 per share as of August 1st, 2019 was 122,779,163 shares.

**RESIDEO TECHNOLOGIES, INC.**

Cautionary Statement about Forward-Looking Statements

This Quarterly Report on Form 10-Q (this "Form 10-Q") contains "forward-looking statements" that involve risks and uncertainties. These statements can be identified by the fact that they do not relate strictly to historical or current facts, but rather are based on current expectations, estimates, assumptions and projections about our industries and our business and financial results. Forward-looking statements often include words such as "anticipates," "estimates," "expects," "projects," "forecasts," "intends," "plans," "continues," "believes," "may," "will," "goals" and words and terms of similar substance in connection with discussions of future operating or financial performance. As with any projection or forecast, forward-looking statements are inherently susceptible to uncertainty and changes in circumstances. Our actual results may vary materially from those expressed or implied in our forward-looking statements. Accordingly, undue reliance should not be placed on any forward-looking statement made by us or on our behalf. Although we believe that the forward-looking statements contained in this Form 10-Q are based on reasonable assumptions, you should be aware that many factors could affect our actual financial results or results of operations and could cause actual results to differ materially from those in such forward-looking statements, including but not limited to:

- lack of operating history as an independent publicly traded company and unreliability of historical combined financial information as an indicator of our future results;
- the level of competition from other companies;
- ability to successfully develop new technologies and introduce new products;
- changes in prevailing global and regional economic conditions;
- natural disasters or inclement or hazardous weather conditions, including, but not limited to cold weather, flooding, tornadoes and the physical impacts of climate change;
- failure to achieve and maintain a high level of product and service quality;
- ability to operate as an independent publicly traded company without certain benefits available to us as a part of Honeywell;
- dependence upon investment in information technology;
- failure or inability to comply with relevant data privacy legislation or regulations, including the European Union's General Data Protection Regulation;
- technical difficulties or failures;
- work stoppages, other disruptions, or the need to relocate any of our facilities;
- economic, political, regulatory, foreign exchange and other risks of international operations, including the impact of tariffs and the recently negotiated USMCA, which, when legislatively approved by each of the US, Mexico and Canada, will serve to replace NAFTA;
- changes in legislation or government regulations or policies;
- our growth strategy is dependent on expanding our distribution business;
- inability to obtain necessary production equipment or replacement parts;
- the significant failure or inability to comply with the specifications and manufacturing requirements of our original equipment manufacturers ("OEMs") customers;
- increases or decreases to the inventory levels maintained by our customers;
- difficulty collecting receivables;
- the failure to protect our intellectual property or allegations that we have infringed the intellectual property of others;
- our inability to maintain intellectual property agreements;
- the failure to increase productivity through sustainable operational improvements;
- inability to grow successfully through future acquisitions;
- inability to recruit and retain qualified personnel;
- the operational constraints and financial distress of third parties;
- changes in the price and availability of raw materials that we use to produce our products;
- labor disputes;
- our ability to borrow funds and access capital markets;
- the amount of our obligations pursuant to the Honeywell Reimbursement Agreement;
- potential material environmental liabilities;

3

**RESIDEO TECHNOLOGIES, INC.**

- potential material losses and costs as a result of warranty claims, including product recalls, and product liability actions that may be brought against us;
- potential material litigation matters;
- unforeseen U.S. federal income tax and foreign tax liabilities;
- U.S. federal income tax reform;
- the inception or suspension in the future of any dividend program; and
- certain factors discussed elsewhere in this Form 10-Q.

These and other factors are more fully discussed in the "Risk Factors" section in our 2018 Annual Report on Form 10-K for the fiscal year ended December 31, 2018 (the "2018 Annual Report on Form 10-K") and "Management's Discussion and Analysis of Financial Condition and Results of Operations" section in this Form 10-Q. There have been no material changes to the risk factors described in our 2018 Annual Report on Form 10-K. These risks could cause actual results to differ materially from those implied by forward-looking statements in this Form 10-Q. Even if our results of operations, financial condition and liquidity and the development of the industry in which we operate are consistent with the forward-looking statements contained in this Form 10-Q, those results or developments may not be indicative of results or developments in subsequent periods.

Any forward-looking statements made by us in this Form 10-Q speak only as of the date on which they are made. We are under no obligation to, and expressly disclaim any obligation to, update or alter our forward-looking statements, whether as a result of new information, subsequent events or otherwise.

**PART I**

The financial statements and related footnotes as of June 30, 2019 should be read in conjunction with the financial statements for the year ended December 31, 2018 contained in our 2018 Annual Report on Form 10-K.

4

Since the completion of the Spin-Off, we have incurred and expect to continue to incur expenditures consisting of employee-related costs, costs to start up certain stand-alone functions and information technology systems and other one-time transaction related costs. Recurring stand-alone costs include establishing the internal audit, treasury, investor relations, tax and corporate secretary functions as well as the annual expenses associated with running an independent publicly traded company including listing fees, compensation of non-employee directors, related board of director fees and other fees and expenses related to insurance, legal and external audit.

Our environmental expenses prior to Spin-Off and our Honeywell reimbursement expenses are reported within Other expense, net in our unaudited Consolidated and Combined Interim Statement of Operations, which reflect an estimated liability for resolution of pending and future environmental-related liabilities. Prior to the Spin-Off, this estimated liability was calculated as if we were responsible for 100% of the environmental-liability payments associated with certain sites. See our 2018 Annual Report on Form 10-K for additional information. In connection with our separation from Honeywell, we became a party to the Honeywell Reimbursement Agreement, which was entered into on October 14, 2018, pursuant to which we agreed to indemnify Honeywell in amounts equal to 90% of payments which include amounts billed with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages (the "liabilities"), in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales. Pursuant to the Honeywell Reimbursement Agreement, we are responsible for paying to Honeywell such amounts, up to a cap of $140 million in respect of liabilities arising in any given calendar year (exclusive of any late payment fees up to 5% per annum).

**Components of Operating Results**

Our fiscal quarter ends on June 30. The key elements of our operating results include:

*Net Revenue*

We globally manage our business operations through two reportable segments, Products & Solutions and ADI Global Distribution:

*Products & Solutions*. We generate the majority of our Product net revenue primarily from residential end-markets. Our Products & Solutions segment includes traditional products, as well as connected products, which we define as any device with the capability to be monitored or controlled from a remote location by an end-user or service provider. Our products are sold through a network of distributors (e.g. HVAC, Plumbing, Security, Electrical), original equipment manufacturers ("OEMs"), and service providers such as HVAC contractors, Security dealers and Plumbers including our ADI business. We also sell some products via retail and online channels.

*ADI Global Distribution*. We generate revenue through the distribution of low-voltage electronic and security products that are delivered through a comprehensive network of professional contractors, distributors and OEMs, as well as major retailers and online merchants. In addition to our own Security products, ADI distributes products from industry-leading manufacturers including Assa Abloy, Axis Communications, Honeywell and Nortek Security & Control, and ADI also carries a line of private label products. We sell these products to contractors that service non-residential and residential end-users.  13% of ADI's net revenue is supplied by our Products & Solutions Segment. Management estimates that in 2018 approximately two-thirds of ADI's net revenue were attributed to non-residential end markets and one-third to residential end markets.

30

**EXHIBIT EE**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

---

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): November 6, 2019**

---

# RESIDEO TECHNOLOGIES, INC.

**(Exact name of registrant as specified in its charter)**

---

| Delaware | 001-38635 | 82-5318796 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

| **901 E 6th Street, Austin, Texas** | **78702** |
|---|---|
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (763) 954-5204**

**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Trading Symbol: | Name of each exchange on which registered: |
|---|---|---|
| **Common Stock, par value $0.001 per share** | **REZI** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company   ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

resideo

**RESIDEO RELEASES THIRD-QUARTER 2019 RESULTS IN-LINE WITH OCT. 22 PRELIMINARY RESULTS**

**Third Quarter Highlights**

- *Net Revenue of $1.23 billion, up 2% year-over-year on a GAAP basis and 3% on a constant currency basis*

- *Adjusted EBITDA of $79 million, down $38 million year-over-year; adjusted EBITDA of $114 million excluding Honeywell reimbursement agreement cash payments*

- *GAAP Net Income of $8 million; adjusted Net Income of $23 million, or $58 million excluding Honeywell reimbursement agreement cash payments*

- *GAAP Basic EPS of $0.07; adjusted EPS of $0.19*

- *Reaffirming revised full-year guidance for revenue growth of 2% to 4% on a GAAP basis and adjusted EBITDA range of $330 million to $350 million*

- *Launched a comprehensive operational and financial review focused on product cost and gross margin improvement, and G&A simplification*

AUSTIN, Texas, Nov. 6, 2019 – Resideo Technologies, Inc. (**NYSE: REZI**), a leading global provider of home comfort and security solutions, today reported third-quarter financial results for the quarter ended Sept. 30, 2019. The company's revenue and adjusted EBITDA (non-GAAP) for the third quarter are consistent with the expected results announced on a preliminary basis in October.

"I am disappointed in our results for the third quarter. While ADI continued its strong performance, results in our Products & Solutions segment were adversely impacted by volume declines, product and channel mix, inventory write-downs, and high product rebates from a pre-spin contract," said Mike Nefkens, president and CEO of Resideo. "We remain confident in the fundamentals of our business. We are taking the following actions to improve business performance:

- working with our channel partners to improve the positioning of the T-Series line of non-connected thermostats;

- rebuilding value engineering and sourcing capabilities to drive increased gross margins; and

- conducting a comprehensive operational and financial review of the company to simplify operations, increase gross margins, reduce cost structure, and drive sales growth."

**Third-Quarter Performance**

**Net Revenue** for the third quarter was $1.23 billion, up 2% year-over-year on a GAAP basis and up 3% year-over-year on a constant currency basis (non-GAAP). Adjusted EBITDA (non-GAAP) was $79 million, or $114 million excluding the Honeywell reimbursement agreement cash payments (non-GAAP). Third-quarter Net Income was $8 million and adjusted Net Income (non-GAAP) was $23 million, or $58 million excluding the Honeywell reimbursement agreement cash payments. Basic and diluted earnings per share were $0.07 and $0.08, respectively, and adjusted basic and diluted earnings per share (non-GAAP) was $0.19.

1

**Table 1: Summary of Financial Results - Segment**
*($ millions)*

|  | 3Q 2019 | 3Q 2018 | % Change |
|---|---|---|---|
| Products & Solutions |  |  |  |
| Revenue [1] | 512 | 526 | -3% |
| *Constant Currency (Non-GAAP)* |  |  | -1% |
| Segment Adjusted EBITDA [2][3] | 66 | 107 | -38% |
| ADI Global Distribution |  |  |  |
| Revenue | 714 | 674 | 6% |
| *Constant Currency (Non-GAAP)* |  |  | 7% |
| Segment Adjusted EBITDA [2][3] | 48 | 43 | 12% |
| Total Company |  |  |  |
| Revenue | 1,226 | 1,200 | 2% |
| Constant Currency (Non-GAAP) |  |  | 3% |
| Adjusted EBITDA (Non-GAAP) [4] | 79 | 117 | -32% |

1) Represents Product & Solutions revenue, net of intersegment revenue of $83 million and $228 million for the three and nine months ended September 30, 2019 and $77 million and $236 million for the three and nine months ended September 30, 2018, respectively. ADI Global Distribution does not have any intersegment revenue.
2) Excludes $2 million and $9 million of estimated stand-alone costs for the three and nine months ended September 30, 2018 which is included in adjusted EBITDA (non-GAAP).
3) Table 7 includes a Reconciliation of Segment Adjusted EBITDA (non-GAAP) to Income (loss) before taxes.
4) Table 6 includes a Reconciliation of Net income to Adjusted EBITDA (non-GAAP).

## Conference Call

Resideo will hold a conference call with investors on Nov. 7, 2019, at 8:30 a.m. EST. To join the conference call, please dial 888-599-8688 (domestic) or +1 323-994-2135 (international) approximately 10 minutes before it starts. Please mention to the operator that you are dialing in for Resideo's third quarter 2019 earnings call or provide the conference code 934775. A replay of the conference call will be available from 12:30 p.m. EST Nov. 7, until 12:30 p.m. EST Nov. 14, by dialing 888-203-1112 (domestic) or +1-719-457-0820 (international). The access code is 9530930.

A real-time audio webcast of the presentation will be accessible at https://investor.resideo.com, where related materials will be posted before the presentation, and a replay of the webcast will be available for 30 days following the presentation.

## About Resideo

Resideo is a leading global provider of critical comfort and security solutions primarily in residential environments and distributor of low-voltage electronic and security products. Building on a 130-year heritage, Resideo has a presence in more than 150 million homes, with 15 million systems installed in homes each year. We continue to serve more than 110,000 contractors through leading distributors, including our ADI Global Distribution business, which exports to more than 100 countries from more than 200 stocking locations around the world. Resideo is a $4.8 billion company with approximately 13,000 global employees. For more information about Resideo, please visit www.resideo.com.

## Contacts:

**Media:**
Trent Perrotto
(512) 726-3512
trent.perrotto@resideo.com

**Investors:**
Michael Mercieca
(512) 779-8646
michael.mercieca@resideo.com
investorrelations@resideo.com

**Table 8: RECONCILIATION OF CONSTANT CURRENCY REVENUE % CHANGE**

| | Three Months Ended September 30, 2019 | | Nine Months Ended September 30, 2019 | |
|---|---|---|---|---|
| | (Dollars in millions) | | | |
| Products & Solutions revenue (decline) growth | | | | |
| Net Products & Solutions revenue (decline) growth (GAAP) | $ | (14) | $ | 33 |
| % Change | | -3% | | 2% |
| Exclude: Foreign currency translation | | -2% | | -3% |
| Constant currency (decline) growth (Non-GAAP) | | -1% | | 5% |
| ADI Global Distribution revenue growth | | | | |
| Net ADI Global Distribution revenue growth (GAAP) | $ | 40 | $ | 90 |
| % Change | | 6% | | 5% |
| Exclude: Foreign currency translation | | -1% | | -1% |
| Constant currency growth (Non-GAAP) | | 7% | | 6% |
| Total revenue growth | | | | |
| Total revenue growth (GAAP) | $ | 26 | $ | 123 |
| % Change | | 2% | | 3% |
| Exclude: Foreign currency translation | | -1% | | -2% |
| Constant currency growth (Non-GAAP) | | 3% | | 5% |

**Forward-Looking Statements**

This release contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements" in our Annual Report on Form 10-K for the year ended Dec. 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as guidance regarding full-year 2019, our ability to realize cost reductions over the lifecycle of our products and realize related gross margin opportunity, the commencement, progress and results of the comprehensive operational and financial review, including our ability to improve operating margins, core business processes, direct product costs, and G&A, our cost optimization program and our ability to achieve $15 million of realized savings in 2019 and $50 million of run-rate savings by the end of 2020, and our ability to work with our professional partners to better position the T-Series and the related expected significant sales improvement in 2020, each of which speak only as of the date of this release. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

**Non-GAAP Financial Measures**

This release includes EBITDA, adjusted EBITDA, adjusted EBITDA excluding Honeywell reimbursement agreement payments, adjusted Net Income, adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted earnings per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items above and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables above in this release for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, adjusted EBITDA excluding Honeywell reimbursement agreement payments, adjusted Net Income, adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted earnings per share, and constant currency growth are important indicators of operating performance. They should be read in connection with our financial statements presented in accordance with GAAP.

A reconciliation of adjusted EBITDA to the corresponding GAAP measure is not available on a forward-looking basis without unreasonable efforts due to the impact and timing on future operating results arising from items excluded from these measures, particularly environmental expense, Honeywell reimbursement agreement expense or gain, stock compensation expense, repositioning charges, and other non-operating expense (income).

**EXHIBIT FF**

| | | |
|---|---|---|
| Company Name: Resideo | Market Cap: 1201.16158524 | Bloomberg Estimates - EPS |
| Company Ticker: REZI US | Current PX: 9.78 | Current Quarter: 0.44 |
| Date: 2019-11-07 | YTD Change($): -10.77 | Current Year: 1.51 |
| Event Description: Q3 2019 Earnings Call | YTD Change(%): -52.409 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1265.667 |
| | | Current Year: 4949.667 |

**FINAL**

# Q3 2019 Earnings Call

## Company Participants

- Michael Mercieca, Vice President-Investor Relations
- Mike Nefkens, President, Chief Executive Officer, and Board Member
- Robert Ryder, Chief Financial Officer

## Other Participants

- Ian Zaffino, Analyst
- John Lovallo, Analyst
- Jeff Kessler, Analyst
- Unidentified Participant

## Presentation

### Operator

Welcome everyone to the Resideo Technologies Third Quarter Earnings Conference Call. Today's call is being recorded. (Operator Instructions)

I would now like to introduce Mr. Michael Mercieca Vice President of Investor Relations. Mr. Mercieca you may now begin.

### Michael Mercieca, Vice President-Investor Relations

Good morning everyone. With me today is President and CEO of Resideo Mike Nefkens; and Chief Financial Officer Bob Ryder. You can find a copy of our third quarter earnings release and presentation materials on the Investor Relations page of resideo.com. Before we get started I'd like to remind you that this morning's presentation contains forward-looking statements. Statements other than historical facts made during this call may constitute forward-looking statements and are not guarantees of future performance or results and involve a number of risks and uncertainties. Actual results may differ materially from those in the forward-looking statements as a result of a number of factors including those described from time to time in Resideo's filings with the Securities and Exchange Commission. The company assumes no obligation to update any such forward-looking statements. Additionally during our call today we will refer to certain non-GAAP financial information. A reconciliation of our GAAP to non-GAAP results is included in the company's earnings press release and accompanying presentation both of which can be found on the Investor Relations section of our website. We identify the principal risks and uncertainties that affect our performance in our annual report on Form 10-K and other SEC filings.

With that I'd like to turn it over to our President and CEO Mike Nefkens.

### Mike Nefkens, President, Chief Executive Officer, and Board Member

Thanks Michael. And good morning everyone and thank you for joining us on today's call. I'd like to start by stating clearly that I'm disappointed in our third quarter results and revised guidance. Well our business delivered another strong quarter results in our products and solutions business did not meet our expectations. As will walk you through in



Company Name: Resideo
Company Ticker: REZI US
Date: 2019-11-07
Event Description: Q3 2019 Earnings Call

Market Cap: 1201.16158524
Current PX: 9.78
YTD Change($): -10.77
YTD Change(%): -52.409

Bloomberg Estimates - EPS
Current Quarter: 0.44
Current Year: 1.51
Bloomberg Estimates - Sales
Current Quarter: 1265.667
Current Year: 4949.667

detail on this call products and solutions results were adversely impacted by lower sales volumes and both our comfort and residential thermal solutions businesses gross margin pressure due to product to channel next, lower factory productivity and inventory write downs and high security rebates from a pre spin contract. We have identified the specific factors that impact that our third quarter performance and guidance we are taking aggressive actions to address those items. Furthermore we have launched a comprehensive operational and financial review to drive opportunities to simplify the company and rightsize our cost structure which will be overseen by our independent directors.

We will discuss this at the end of our call. So let's move to the agenda on slide three. First we'll update you on our overall results for the quarter then we'll discuss the results for our 2 business segments. Bob Ryder our CFO will go deeper into the financials and provide specifics on what has changed since Q2 and address our full year guidance. Lastly we'll provide an overview of what you can expect from our financial and operations review which is well underway. Turning to slide four. For the third quarter revenue came in at $1.23 billion up year-over-year 2% on a GAAP basis and 3% on a non-GAAP constant currency basis. We were pleased that our growth in ADI Global Distribution was on target. As mentioned earlier performance in our Products and Solutions business was below expectations driven primarily by Comfort and RTS. Adjusted EBITDA after the Honeywell reimbursement payment came in at $79 million and $114 million excluding the reimbursement payment. Adjusted EPS was $0.19 per share and GAAP EPS was $0.07 per share. Turning to slide five and our segment performance. Revenue growth was great in ADI while pressured in Products and Solutions. For ADI Global Distribution business the business was up 6% or 7% on a constant currency basis and segment adjusted EBITDA increased 12% year-over-year.

We continue to see solid growth in the Americas EMEA and Asia Pacific segments. North American growth was driven by high-value project wins strong growth in intrusion fire CCTV Pro AV and access categories. EMEA continues to grow despite FX headwinds. Our EMEA growth was driven by the U.K. France and Eastern Europe. One of our investments for 2019 was in ADI's digital transformation. We are creating a seamless experience online for professionals and in stocking locations globally and we're seeing this investment translate to growth as well. Overall a great quarter for ADI. Turning to our Products and Solutions business. P&S reported a decline in revenue down 3% or 1% on a constant currency basis attributable to a number of factors within Comfort and RTS. Segment adjusted EBITDA decreased due to a combination of lower revenues negative product and channel mix inventory write-downs and higher customer rebates. Our Security business continues to show solid growth and the rollout of our next-gen security platform continues to meet volume and quality expectations in the market. Our Water business has shown improvement and is showing real strength with double-digit growth in North America.

We expect this to continue with the launch of our Buoy Whole Home Water Controller in Q4. We've also seen solid growth in the number of connected customers which has grown from 4.7 million in 2017 to more than 6.3 million in 2019. RTS which is our combustion business experienced a slowdown in orders in the OEM channel. This slowdown was attributed to lower water -- lower hot water heater sales by our OEM customers as well as slowed orders impacted by an energy efficiency regulation that became effective this summer. I've received a few questions on this since the October 22 preliminary release so here's the detail. The regulation requires enhanced fan efficiency ratings for lower-end residential furnace stands in gas-fired furnaces. In advance of the effective date of the regulatory change OEMs built more lower-cost equipment which was sold to distribution and displaced higher-end equipment inventories during the change. We do not compete in the lower-cost category but expect that once the distribution channel has depleted stock of the grandfathered lower-end product we will recover our sales in combustion electronics including gas valves integrated furnace controls and air pressure switches.

While we knew that the measure was being adopted in July of 2019 we had no visibility into the inventory levels of either the OEMs nor the distribution channel to enable us to accurately estimate these changes. We're working with our distribution and OEM partners to gain visibility to sell-through data which this business has not had access to in the past. In comfort, we experience lower sales volumes and non connected thermostats, as a poor priest in transition from the prior generation of non connected thermostats in 2017. To the new TV series line impacted the adoption of mid level t series thermostats. These cut over effects became more pronounced in the third quarter after the two year transition to the new platform was complete. We are actively working with our channel partners to better position to to series and we expect improvement in 2020. We expect third quarter headwinds across the business to continue into the peak winter demand period, which we outlined in our guidance revision in October. Clearly we have a lot of work to do

Company Name: Resideo | Market Cap: 1201.16158524 | Bloomberg Estimates - EPS
Company Ticker: REZI US | Current PX: 9.78 | Current Quarter: 0.44
Date: 2019-11-07 | YTD Change($): -10.77 | Current Year: 1.51
Event Description: Q3 2019 Earnings Call | YTD Change(%): -52.409 | Bloomberg Estimates - Sales
| | Current Quarter: 1265.667
| | Current Year: 4949.667

in our Products and Solutions business. I mentioned in my opening remarks that we have identified the specific factors that impacted our 2019 EBITDA decline in Products and Solutions and are taking aggressive actions. Let me summarize those here. The first factor was gross margin compression.

Most of our value engineering stopped prior to our spin-off from Honeywell. In a company like ours product costs like components raw materials and packaging will need to be optimized every year to keep gross margin strong. Value engineering teams do that. Before we spun off from Honeywell these teams were largely depleted and we are seeing the effects of that in our gross margins building back this capability as a top priority and we expect to see the benefits starting in 2020. The second factor is sourcing. We lost some sourcing leverage in direct and indirect materials following the spin-off. We've been working with our suppliers for several months now to rectify that. The third factor is a margin drop associated with the competitive renewal of a contract from a large OEM security customer. This contract was secured in 2017 and first deliveries began a year later with volume ramp-up in 2019. Contractual customer rebates associated with this contract drove further margin decline this year. The fourth factor is the previously mentioned T-Series thermostat transition. This was a transition that began in 2017 from a high-margin product offering to more modern but lower-margin series. The plan called for increased volumes to make up for the margin drop. This did not materialize which was a clear planning and execution misstep.

As mentioned we are working with our channel partners to improve the position of the T-Series line and expect improvement in 2020. Finally post-spin inventory write-downs and slow-moving products impacted our EBITDA as well. Examples here are the leaner kind of thermostat the retail home security tower and other parts and other parts and raws that have been in the system for some time. We have teams focused on driving actions in all these areas. Now pulling the lens back our focus is top line stability and growth gross margin improvement G&A reduction in a single interface between our pros and products. We have made several leadership changes to improve execution and I'm confident the items we're driving in the financial and operations review will lock in the right plan to get this business back on track. I'd now like to introduce Bob Ryder our CFO to discuss financials and expand more on the financial and operations review. Bob has been on the ground now for a few weeks and his operational focus and support is already making an impact.

Bob over to you.

## Robert Ryder, Chief Financial Officer

Thanks Mike and good morning everyone. It's great to be joining Mike's team at Resideo and I look forward to meeting many of you in the near future. We certainly have a lot of opportunities for improvement and I'm excited by the challenge. The fundamentals of the business and categories in which we compete remains strong. And the management team and the full Resideo employee base together with outside experts are laser focused on dramatically improving our business and creating significant shareholder value. I spent the last couple of weeks here and the energy around driving better performance is palpable. As our first slide let's take a look at the pieces that drove the reduction in full year sales and EBITDA guidance that was communicated on October 22. First let's congratulate ADI on some great year-over-year performance through Q3. The guidance anticipates ADI to continue their strong revenue growth and to continue leveraging their fixed costs to drive EBITDA growth at over 2x revenue growth. We did not really change our expectations for the ADI segment from our previous guidance. In Products and Solutions we called down both revenue and profit estimates.

On the revenue side Resideo communicated downward adjustments to the Comfort RTS and Security businesses as revenues in Q3 came in lower than anticipated and Q4 is expected to continue these trends. As Q3 came to a close the sales of our higher-margin thermostats and the RTS trade channel sales were much less than anticipated. In addition we had a specific customer that delayed Q4 security product shipment driving a security revenue estimate reduction. On the EBITDA side we also reduced our guidance due to Q3 results and Q4 estimates. The sales reductions to our previous guidance drove approximately $48 million of expected profit shortfall. That is about a 44% adjusted EBITDA margin flow-through on the sales shortfalls as these shortfalls occurred in our most profitable products and channels. The $12 million negative channel mix and security contract item refers to the unfavorable pre-spin Security contract

**EXHIBIT GG**

resideo

# 2019 Q3 Financial Results

**Investor & Analyst Presentation**
**Nov. 7, 2019**

# DISCLAIMER

**Forward-Looking Statements**

This release contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements" in our Annual Report on Form 10-K for the year ended Dec. 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as guidance regarding full-year 2019, our ability to realize cost reductions over the lifecycle of our products and realize related gross margin opportunity, the commencement, progress and results of the comprehensive operational and financial review, including our ability to improve operating margins, core business processes, direct product costs, and G&A, our cost optimization program and our ability to achieve $15 million of realized savings in 2019 and $50 million of run-rate savings by the end of 2020, our ability to enter into amendments to our credit facility, and the terms thereof, and our ability to work with our professional partners to better position the T-Series and the related expected significant sales improvement in 2020, each of which speak only as of the date of this release. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

**Non-GAAP Financial Measures**

This release includes EBITDA, adjusted EBITDA, adjusted EBITDA excluding Honeywell reimbursement agreement payments, adjusted Net Income, adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted earnings per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables below in this deck for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, adjusted EBITDA excluding Honeywell reimbursement agreement payments, adjusted Net Income, adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted earnings per share, and constant currency growth are important indicators of operating performance. They should be read in connection with our financial statements presented in accordance with GAAP.

A reconciliation of adjusted EBITDA to the corresponding GAAP measure is not available on a forward-looking basis without unreasonable efforts due to the impact and timing on future operating results arising from items excluded from these measures, particularly environmental expense, Honeywell reimbursement agreement expense or gain, stock compensation expense, repositioning charges, and other non-operating expense (income).

© 2019 Resideo Technologies, Inc



# RESIDEO FULL YEAR 2019 — CHANGES FROM Q2 GUIDANCE





Note: See appendix for GAAP to Non GAAP reconciliation

© 2019 Resideo Technologies, Inc

resideo

**EXHIBIT HH**

**S&P Global**
Market Intelligence

# Resideo Technologies, Inc. NYSE:REZI Company Conference Presentation

**Wednesday, December 11, 2019 2:30 PM GMT**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**RESIDEO TECHNOLOGIES, INC. COMPANY CONFERENCE PRESENTATION | DEC 11, 2019**

# Presentation

**Jeffrey Ted Kessler**
*Imperial Capital, LLC, Research Division*

I'm pleased to start the next presentation here. Resideo, obviously, has a long history. I actually was covering the ADEMCO part when it was part of -- when a part of Pittway. There's -- obviously, this was not -- it was not the smoothest spin out from Honeywell. There's a lot of good background here. There's a lot of good assets. And I think we have a management that will explain where Resideo is going to go going forward. And with that, I'd like to bring up Bob Ryder, who is the CFO of the company and will be -- and is actually putting this plan together right now. So I think we are at a kind of at an inflection point at where the company is going to be going.

**Robert P. Ryder**
*Interim Chief Financial Officer*

Good morning, everybody. Thanks, Jeff. See -- okay. First, I'll just go with the disclaimer, the forward-looking statements. If you go to our red -- if you go to our website, you can read through all this exciting stuff on non-GAAP financial measures and disclaimers and things like that.

Look, first, a little bit about me. I'm new here, just started about a month ago. My first official act was to bring down full year guidance by like 35%, so welcome to the NFL moment. My history before this, I was the CFO of Constellation Brands, just beer, wine and spirits. Market cap grew from $4 billion to about $30 billion while I was there. We reduced leverage, implemented the first dividend and stock buyback program, restructured the wine business, consolidated facilities, centralized functions, focused on net pricing and gross profit margins, core brand strength. And we exited most of the international wine business and acquired the Modelo Beer brand. So a lot of action over 9 years, a lot of success, none of it was easy.

Before that, CFO at American Greetings, similar kind of story. Had to -- the market cap grew from about $1 billion to about $1.6 billion in 3 years. Again, reduced leverage, reinstituted the dividend after they got into a reasonable amount of trouble, retooled the go-to-market strategy for greeting cards, divested the noncore business and reduced SG&A.

Before that, I was at PepsiCo for 13 years, 7 jobs in 7 different countries over 13 years. The most recent jobs were controller of Frito-Lay North America, CFO for Frito-Lay Europe. And before that, a bunch of strategic planning, M&A and controller roles at various divisions and at PepsiCo level.

So unfortunately, for those of you with questions, I will be much more adept at asking questions about potato chips, greeting cards or wine and spirits at this point than I will about, unfortunately, Resideo's markets, but I will get there. Okay?

Resideo investor thesis post spin, look, Resideo open trading on the first day as an independent company, on October 29 at $28 a share, right? If you look at the ticker now, you know why Jeff was saying it was a little bit rocky, okay? The spin thesis was strong brand recognition, pro installed channel and home installed base, consistent ADI performance, which is our distribution arm, it's about half our sales, and leadership share in large and growing segments, all still true. Spincos often have teething pains due to legacy tie-ins, allocated pre-spin financials, management and customer turnover, TSA transition and shareholder churn.

Resideo had additional complexity, okay, due to the Honeywell determined spin obligations. I'm learning about how all this spin stuff works. It's interesting.

A big thing was a lack of preexisting standalone business. I think that drives a lot of complexity in the spin. Essentially, the whole Products & Solutions business was various businesses within divisions of Honeywell. And they kind of picked individual pieces up and kind of threw them together and called that

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**4**

**RESIDEO TECHNOLOGIES, INC. COMPANY CONFERENCE PRESENTATION |  DEC 11, 2019**

Products & Solutions, which we'll talk about. And that kind of had some governance ramifications, I'd say. And obviously, we've had dramatic profitability shortfalls to the original spin financial estimates.

Performance has been disappointing, and the commensurate stock market reaction has occurred, right? Supply and demand works.

The path forward, the foundational assets of the business remain sound, and profitable growth is the goal. We have an operational and financial review intended to put Resideo back on the path to leverage its strengths and create shareholder value.

Just take a quick snapshot of the business. There, you have Resideo on the far left. It's about $5 billion of sales with the distribution business and the Products & Solutions, the sales make up there. The distribution business, ADI, just shy of $3 billion of sales, mostly in the U.S. and Canada. The segment has healthy growth, growing at about 6%. It's a distribution business, okay, adjusted EBITDA of just shy of $190 million and a 7% margin. The footnotes are here on where those numbers came from.

On Products & Solutions, just over $2 billion of sales roughly split between Security, Comfort, which is primarily thermostats, and RTS, which is probably -- is mostly around burners and water heaters. Segment growing sales at 1%, okay, not robust, but growing. And adjusted EBITDA of about $290 million with a 13% margin, okay? So slower growing, but higher margin than the distribution business, okay?

If we dig into the products a little bit more, the first Products & Solutions, as far as the addressable market, we have our -- what we call Comfort and RTS. Our sales are about $1.7 billion. The addressable market is $10.5 billion, so sizable market there, opportunities to gain share. You see the products listed there, and you see Resideo's positions on the far right. We are a leader or a main player in all our major categories.

Security, about a $5 billion category. We're just shy of $1 billion, so again, opportunity to gain share. But -- and select product categories are Pro Security, and there's a lot of DIY going on, which I'm sure you're aware of. Six million connected customers, probably the strongest brand in the category with Honeywell Home. And we have a lot of data collected from our users.

You look at ADI distribution, again, just shy of $3 billion of sales. We are the #1 global player here. We have relationships with 1,300 suppliers. We have 350,000 products okay? So large-scale, #1 player in this growing category.

You take a look at where we play in the home, it's pretty much everywhere throughout -- all our different products, right? Throughout the home, exterior, behind the wall, on the wall, in the cloud, and ADI also plays. And the guy there is key to our success. That's the pro, okay? And he's probably the biggest asset the company has, even though it's not on the balance sheet.

Okay, we'll go a little bit into Products & Solutions, then a little bit into ADI, right? These are just the products that we have on connected thermostats, temperature control, potable water, RTS, then the Pro Security, the security panel, the sensors and the DIY awareness. So that's all Products & Solutions, kind of a picture of the products that we make and sell.

And then ADI is mostly involved in pro AV, fire and video surveillance, which, again, is a large and fast-growing category.

We did a recent survey, probably not statistically significant, like an n of 100. But it came back with good news, okay? Resideo is the #1 brand used by the pros, okay? That was good news. And value for money for used brands, we were also #1, okay? So we were happy to see these results, which says that our -- again, one of our biggest assets, the pros is still alive and kicking and is still favorable towards Resideo. Since I've been here, which has only been about a month, I've gone to 2 conferences, one in Phoenix and one in Austin, with hundreds of pros. And it's a very enthusiastic audience and very, I guess, supportive of Resideo, so I took solace in that.

And as we'll get into, we haven't had recently the best record of new product introductions. So this channel, the pro channel has reasons to be a bit angry at us. And I'm not saying they aren't, but they

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

haven't forsaken us either, right? We've still got a very good position. And this shows you, it's actually a #1 position.

We talk about ADI a little bit. ADI is distribution market leader with consistent strong growth and high customer loyalty, right? #1 global distributor, you see a lot of impressive statistics there where they have very good foundation from which to grow. And they are growing, as you see by the middle chart there, with a CAGR of about 5% a year, okay? And if you look at this year's financials, which we'll get into a little, they're growing EBITDA faster than they're growing sales, which, of course, the new CFO loves to see.

And customers point to a differentiated service proposition, this was interesting, as we went around, and this came out of the survey, to which I referred a little bit earlier, right? We've got a lot of quotes from distributors. And really, we had a tough time picking the positive quotes. They were almost 90% positive on ADI, right, very positive quotes. And these are very representative, if not, conservative quotes as to how well run and what kind of good service that ADI provides, okay?

So if we look at a Resideo strategic summary. We have 100-plus-year old brand, that will be the Honeywell brand and now becoming the Honeywell Home brand, with strong recognition among consumers and pros; extensive base of products with strong market position in large and growing categories; $5 billion of annual sales. Our recent guidance is $330 million to $350 million of adjusted EBITDA for 2019, we feel that there's room to grow that. That EBITDA is less than what was originally anticipated when the IPO occurred, and that leads to next point. We've had very disappointing 2019 financial results. And we're undergoing a comprehensive, strategic and operational review to improve business processes and our financial algorithm. And we're going to go into more on each of these points.

Okay. Let's take a look at just kind of more nitty-gritty financial kind of stuff, okay? And each of these points, we will also delve into a little bit more during the presentation. All right. Again, the 2019 has been very disappointing, right? I want everyone to know, we know that. We're taking that seriously, okay? We're not ignoring that. Sales continue to grow, but they're expected to be below original guidance, right? We're going to talk about that. We brought our sales guidance down. We brought our EBITDA guidance down a lot more.

ADI continues to perform at a high level with strong sales growth and margin expansion. Adjusted EBITDA is well short of guidance due to lower sales; poor sales mix; disappointing product launches, and that basically caused lower sales and some inventory write-offs, which we're going to talk about; inconsistent sales execution; and high inventory write-offs in Products & Solutions.

Resideo has successfully renegotiated its bank covenants, and we'll talk about that a little bit more. That's a good thing, not a bad thing.

Operational review is underway to put Resideo back on a path to leverage its strengths and create shareholder value. We did just announce a CEO transition plan, formation of a new Board committee and the addition of a new independent director.

Look, spins can be difficult by their nature. I'm new to the spin world, but I wrote this, so I believe it. And the Honeywell mandatory spin obligations really exacerbate the situation, right? Normal spin complexities, look, there's a lot of management turnover, we've had that. There's a lot of TSAs, we have hundreds of TSAs right? And there's a lot of separation distractions. And there's commercial and operational execution issues. We've experienced all those. We've had new product introduction, execution issues, lack of customer acceptance testing. And we are too slow to identify poor performing new product launches, okay? Now all these new product introductions, obviously, this takes a while to get these things going. They all happened pre-spin, but we're on the end of trying to get them out into the marketplace and get the consumers to accept them -- the customers to accept them.

Then a little bit on the Honeywell determined spin obligations. It's a 25-year obligation for a maximum of $140 million to help Honeywell fund its environmental liabilities. It's structured by Honeywell to be nontax deductible by Resideo. However, Resideo's liability is capped. So the $140 million is a max, and it may be less than that, depending on what happens with Honeywell's environmental issues.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

outpacing the third quarter 2:1 ratio, okay? So margin expansion at ADI and really growth across all key product lines in all geographies, so pretty happy with that.

Products & Solutions, although the sales reduction is less than it was in Q3, it's still going down about 1%, and that's reported. We didn't really take a guess at where currencies are going, right? So flattish to down 1%. However, EBITDA going down 46%, right?

Security growth continues. Comfort and RTS continue to slow down, weaker thermostat sales and slower demand for gas combustion products. That's the RTS piece.

EBITDA continues to be impacted by the same things: negative mix; impact from slow-moving products partially offset by cost reductions that management is taking. And we're going to talk about going into 2020, we're going to be taking much more dramatic cost reduction efforts, which kind of makes sense if you consider how spins happen.

Let's talk a little bit more about inventories, okay? So in the previous 3 years, '16 through '18, we probably -- well, we did -- we average between $5 million and $10 million of inventory write-offs, okay? This year is obviously much higher than that, okay? And through the third quarter, we had $22 million of inventory write-offs. And we expect in the fourth quarter to have $18 million to $23 million of inventory write-offs, okay, for a total of $40 million to $45 million, right? That's a big number for a company with our size and our kind of EBITDA, right? Inventory write-off accelerate in 2019, obviously, compared to historical rates. Products & Solutions was the most substantial, specifically in Comfort, mostly thermostats, and Security.

The operational and financial review, we'll address revamping new product introduction process and governance, and we're going to talk about this. The portfolio is being adjusted to meet consumer needs, right? So there are a lot of these -- most of this was driven by new product introductions. These were all developed probably a couple of years ago and launched kind of this year, not completely launched, right, but weren't really accepted by customers, weren't really competitive, probably some issues around previous products that were discontinued and new products that were put in. The customers actually like the old products better than new products. That's never a good thing. Maybe, they weren't so price competitive, which is also never a good thing, which is leading to these kind of numbers. And obviously, this stuff, there's 0 sales associated with it, and $40 million to $45 million of cost that doesn't help your margins, right, which is why we kind of are where we are.

Cash and covenant flexibility. From a cash overview, we finished Q3 with $132 million of cash on the balance sheet, right? Most of that is in overseas locations. Year-to-date, cash used from operating activities was about $70 million primarily driven by working capital and these payments to Honeywell. $159 million net working capital use. This is all on a year-to-date basis. This is in the Q3 year-to-date financials, primarily due to inventory build, but normal seasonality, slower Q3 sales in Products & Solutions, right? We had the inventory. And unfortunately, nobody wanted to buy it, which is why we had these inventory write-offs, okay? And an inventory at ADI to support strong future growth, that's good news, right? I don't mind a use of net working capital when it's to support strong growth in profitable products.

We're forecasting positive operating cash flow for Q4. That excludes capital spending, okay, if you -- the cash flow statement and for full year 2019.

We -- as I said earlier, we just did our debt covenant amendment. And the way to simplify this is the gray bars is what the amendments were before -- or what the covenants were before the amendment. The blue bars basically were the add. So we basically added 150 basis points to our previous EBITDA leverage ratios. And you see they stepped down on an annual basis, exactly the way they did under the old covenant. We did this, and we're going to talk about this, right, because during the financial and operational review, most likely, we'll be taking a reasonable amount of financial statement charges to resize the business. We didn't want to be inhibited. As we're looking at good ideas, high IRR ideas, we don't want to be inhibited because that charge might make us trip a short-term EBITDA covenant ratio, right? So that's why we redid these.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**RESIDEO TECHNOLOGIES, INC. COMPANY CONFERENCE PRESENTATION | DEC 11, 2019**

We recently announced several personnel and governance changes. The CEO transition was announced, Mike Nefkens remaining in place until his replacement starts. The strategic and operational committee was formed to oversee the operational and financial review. Andy Teich will chair the new Board committee and provide oversight. And Brian Kushner has just been named as a new independent director.

If we talk a little bit about the operational and financial review, we've retained industry-recognized experts to review all aspects of the business model, okay? The consultants are working very closely. And believe me, I'm with them every day. Consultants are working very closely with management and reporting directly to the independent committee of the Board of Directors. Our Board is very engaged in this process. The overall project is structured to create a more agile and accountable organization with the appropriate cost structure and commercial focus to create shareholder value, okay? We will discuss the status of actions, savings, cost and anticipated timelines in our February Q4 analyst call.

We'll just go one more layer on the operational and financial review. We are looking at the top line. We want to orient top line efforts towards optimal revenue efforts towards core customers. There's going to be pricing actions around certain SKUs where price elasticity exists. Better sales force accountability, better sales force execution, trying to help the sales force what products should we sell, where should we focus our attention. There's a lot of work around that on the top line. Also review strategic value drivers along the portfolio, channels and markets. We probably have too many SKUs. We might be in too many places. Maybe our manufacturing facilities aren't in the right places with the right freight lanes. Maybe capacity utilization isn't where we would want to be. There's a reasonable amount of stuff there that we can improve upon.

And on the gross margin, optimize COGS through manufacturing and end-to-end supply chain efforts, right? That's why I said it's basically a footprint and SKU study. And we think there's reasonable amounts of opportunities to make that better.

SG&A, streamline overhead, simplifying towards a new operating model, right? We're going to make some pretty sizable reductions in SG&A to rightsize the business for what we think the new sales will be -- when we eliminate some of the SKUs and maybe look at some of the geographies and make sure we have the right SG&A because all this stuff came over from Honeywell and was probably structured for a much bigger, much more complex business, which we no longer have.

There's a lot of governance with clear escalation path. As I said, the Board is quite involved in this. We have best-in-class tools, and the organization is very engaged across multiple layers. This is a major initiative within Resideo.

In closing, we're confident in the fundamentals of the business. ADI is running and performing at a very high level. Issues in Products & Solutions are fixable, and they are being actively addressed. Resideo has a strong product platform, a strong brand name and maintains loyalty from the pro install channel. Our financial and operational review is designed to simplify the business, drive gross profit improvement and rightsize G&A costs. And pretty good. Didn't even practice it. Right on time.
So no time for questions, I'm probably seeing some of you in one-on-ones throughout the day. Thanks everyone for your time.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**EXHIBIT II**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 14A
**(Rule 14a-101)**

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No.          )**

Filed by the Registrant  ☒         Filed by a Party other than the Registrant  ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material Pursuant to §240.14a-12

# Resideo Technologies, Inc.
**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒   No fee required.

☐   Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    1)   Title of each class of securities to which transaction applies:

    2)   Aggregate number of securities to which transaction applies:

    3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    4)   Proposed maximum aggregate value of transaction:

    5)   Total fee paid:

☐   Fee previously paid with preliminary materials.

☐   Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

1)    Amount Previously Paid:

2)    Form, Schedule or Registration Statement No.

3)    Filing Party:

4)    Date Filed:

Table of Contents



# NOTICE OF
# 2019 ANNUAL MEETING
## OF SHAREHOLDERS
## AND PROXY STATEMENT

Table of Contents



"Resideo is built on the promise of making homes safer, more secure, more comfortable, healthier and more efficient. This is our foundational year as an independent public company, and with our heritage of innovation, strong partnerships and a vision for the future, I think we're off to a great start."

Michael Nefkens,
President, Chief Executive Officer and Director



April 25, 2019

# Dear Resideo Shareholders:

We are pleased to invite you to attend the 2019 Annual Meeting of Shareholders of Resideo Technologies, Inc. ("Resideo" or the "Company") – our first as an independent company – to be held via live virtual meeting on Wednesday, June 12, 2019, at 1:00 p.m. EDT. Resideo spun off from Honeywell on October 29, 2018, and is a leading global provider of residential security and comfort solutions, and low-voltage electronic and security distribution. We have a strong foundation in the home comfort, security and residential thermal solutions industries – nearly 130 years of history, innovation, and operational excellence, an installed base of 150 million homes and a prestigious network of 110,000 professional contractors.

We are executing on a clear vision in the growing smart home market, with a focus on providing whole-home connected solutions with recurring revenue streams. We finished 2018 with a 7% increase in net revenue for the year, an improved cash position and key new hires to complete our executive leadership team. We kicked off this year by announcing our strategic vision to expand our core capabilities and partnerships. We are planning $90 million in new growth investments this year that will capitalize on our strong installed base, deepen ties to our contractor network and equip professional installers to serve consumers as smart home experts. In addition, we are planning exciting new product introductions, including the next generation security and comfort platforms, with recurring services that integrate all dimensions of home wellness. We are actively seeking to identify and execute on tuck-in acquisitions and investments, such as our recently announced acquisition of Buoy Labs.

We believe strong governance, an executive compensation program that recruits the best talent and directly ties pay to our performance, and our proactive commitment to our people, environment and community provide a solid foundation for our success. The 2019 Proxy Statement describes this framework in more detail and aligns with our vision to drive long-term value creation for our shareholders.

You can participate in the annual meeting and vote your shares electronically during the live virtual meeting by visiting www.virtualshareholdermeeting.com/REZI2019 and entering the 16-digit control number provided in your proxy materials. Additional details about the meeting, including the formal agenda, are contained in the accompanying Notice of 2019 Annual Meeting of Shareholders and Proxy Statement. For more information on accessing our virtual annual meeting and voting, please see the section entitled "Questions and Answers about the Annual Meeting and Voting" in the accompanying Proxy Statement. The meeting will include remarks from management and a period during which you will be able to submit questions. You may also submit questions in advance of the virtual meeting by visiting www.proxyvote.com.

At the virtual annual meeting, shareholders will vote on the matters set forth in the accompanying Notice of 2019 Annual Meeting of Shareholders and Proxy Statement. We have chosen to provide online access to our proxy materials under the U.S. Securities and Exchange Commission's "notice and access" rules. We believe providing our proxy materials online makes it easier for our shareholders to access information regarding our annual meeting, while reducing our environmental impact. For these reasons, we are mailing many of our shareholders a Notice of Internet Availability rather than a paper copy of the Proxy Statement and our 2018 Annual Report on Form 10-K. The notice contains instructions on how to access those documents online and how to receive a paper copy of those materials.

Your vote is important to us and we hope that you choose to join us and exercise your vote. In advance of the meeting on June 12, please cast your vote online, by telephone, or by mail. Instructions on how to vote are found in the section entitled "Proxy Statement Summary – How to Cast Your Vote" and in the section entitled "Questions and Answers about the Annual Meeting and Voting" in the accompanying Proxy Statement.

At Resideo, we are committed to continued improvements in company performance and transparency for and accountability to our shareholders. Thank you for your investment and confidence in Resideo, and we are excited to begin our journey together. We look forward to hearing from you at the annual meeting.

Sincerely,

**MICHAEL NEFKENS**
PRESIDENT, CHIEF EXECUTIVE OFFICER AND DIRECTOR

1985 Douglas Drive N., Golden Valley, MN 55422

resideo

2019 PROXY STATEMENT