**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

IN RE RESIDEO TECHNOLOGIES, INC.
SECURITIES LITIGATION

Case No. 19-cv-02863 (WMW/KMM)

**CLASS ACTION**

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies, pursuant to Local Rule 7.1(f), that Plaintiffs' Opposition to Defendants' Motion Requesting Judicial Notice contains 2,978 words, as determined through the word-count function of Microsoft Word for Office 365 and was applied to include all text, including headings, footnotes, and quotations, and to exclude the items excluded from the word count limit set forth in Local Rule 7.1(f)(C). The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

DATED:  October 9, 2020

*/s/ Bryan L. Bleichner*
Karl L. Cambronne (MN #14321)
Bryan L. Bleichner (MN #0326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South,
Suite 1700
Minneapolis, MN 55401-2138
Telephone: (612) 339-7300
kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Plaintiffs' Liaison Counsel*

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, Texas 78701
Telephone: (512) 710-5960
aentwistle@entwistle-law.com

*Lead Counsel for The Gabelli Plaintiffs
and Co-Lead Counsel for the Class*

EC.00108829.1

*/s/ Ira A. Schochet*
Ira A. Schochet (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
ischochet@labaton.com

*Lead Counsel for the Naya Group
and Co-Lead Counsel for the Class*

*/s/ X. Jay Alvarez*
X. Jay Alvarez (*pro hac vice*)
Steven W. Pepich (*pro hac vice*)
**ROBBINS GELLER RUDMAN
& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
jaya@rgrdlaw.com
stevep@rgrdlaw.com

*Counsel for Additional Plaintiff Oklahoma
Firefighters Pension and Retirement System*

EC.00108829.1