## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 0:19-cv-02863 (WMW/KMM)<br><br>**CLASS ACTION** |

## DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION REQUESTING JUDICIAL NOTICE

I, Andrew J. Entwistle, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Entwistle & Cappucci LLP, counsel for Plaintiffs in the above-captioned action.

2. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion Requesting Judicial Notice. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as "EXHIBIT 1" is the March 8, 2019 Oppenheimer Report.

4. Attached hereto as "EXHIBIT 2" is the Investor Presentation from the December 12, 2018 Imperial Capital Conference.

5. Attached hereto as "EXHIBIT 3" is a transcript of the presentation given at the December 12, 2018 Imperial Capital Conference.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October 2020.

By:  */s/ Andrew J. Entwistle*
Andrew J. Entwistle