# EXHIBIT 2









# December 2018
## Investor Presentation



# Disclaimer

## Additional Information

*For additional information with respect to Resideo Technologies, Inc., please refer to the Form 10 Registration Statement, as it may be further amended, on file with the Securities and Exchange Commission ("Form 10"). The financial information included in this document may not necessarily reflect Resideo's financial position, results of operations, and cash flows in the future or what Resideo's financial position results of operations, and cash flows would have been had Resideo been an independent, publicly traded company during the periods presented. This communication shall not constitute an offer of any securities for sale, nor shall there be any offer, sale or distribution of securities in any jurisdiction in which such offer, sale or distribution would be unlawful prior to appropriate registration or qualification under the securities law of such jurisdiction. Information in this presentation is given as of the date hereof and we undertake no obligation to update any information.*

## Forward Looking Statements

*This presentation contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to those described in the Form 10 under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements." You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date of this presentation. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.*

## Non-GAAP Financial Measures

- *This presentation includes Adjusted EBITDA, Adjusted EBITDA including environmental indemnification payments, Adjusted EBITDA Margin, Segment Profit, Segment Profit Margin and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures provided herein are adjusted for certain items as presented in the Appendix and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the Appendix attached to this presentation for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA, Adjusted EBITDA including environmental indemnification payments, Adjusted EBITDA Margin, Segment Profit, and Segment Profit Margin are important indicators of operating performance which more closely measure our operating profit. A reconciliation of Adjusted EBITDA and Adjusted EBITDA Margin to the closest GAAP financial measure is not available without unreasonable efforts on a forward-looking basis due to the impact and timing on future operating results arising from items excluded from these measures, particularly standalone costs, environmental indemnification reimbursement expense, non-operating (income) expense, stock compensation expense and repositioning charges. For additional information with respect to our Unaudited Combined Financial Statements, see our Form 10 and our Quarterly Report on Form 10-Q for the quarter ended September 30, 2018 as filed with the Securities and Exchange Commission on November 13, 2018.*

The Honeywell logo is a trademark of Honeywell International Inc. used under license to Resideo Technologies, Inc. Other brands and logos contained herein are trademarks of their respective owners.

**resideo**
**Honeywell** Home

1

# Resideo: Business Overview

## Company Snapshot

- **Leading global provider of critical, residential comfort and security solutions**
  - Licensing agreement to use **Honeywell** Home brand for 40 years
  - **Primary channel to market is professional installation, ~95% of 2017 net sales**
  - Maintains network of 110,000+ professional contractors, 3,000+ distributors,1,200+ OEMs, major retailers and online merchants
  - Currently serving 4.7M connected customers
- **Leading global wholesale distributor of security and low voltage[1] products**
  - Customer base of 100,000+ contractors; operations across 17 countries
  - Serves as an important channel to market and provides insight into current trends
  - ~85% of ADI sales are third party products
- **~14,500 employees**



### Select Customers

| Home Depot | TRANE | Johnstone |
|---|---|---|
| ADT | USAA | AO Smith |

## Key Facts and Figures

### Products

| **150M** Home Installed Base | **100+** Year Heritage | **15M** Solutions Installed Annually |
|---|---|---|

| **Leader** ——— Security Systems | **Leader** ——— Thermostats |
|---|---|

### Distribution

| **350k+** Items Available For Sale | **100k+** Contractors | **200+** ADI Stocking Locations |
|---|---|---|

| **Leader** ——— Americas | **Leader** ——— EMEA | **Leader** ——— India |
|---|---|---|

## Segment Overview

### Net Sales[2]

Distribution 51%
Products 49%[1]

*2017 Total Net Sales: $4,519M*

### Segment Profit

Distribution 27%
Products 73%

*2017 Total Segment Profit: $484M*

### Geography Overview

Other 8%
Europe 24%
United States 68%

*2017 Total Net Sales: $4,519M*

### Channel Overview[3]

Factory Direct 6%
Retail / Etail / Utilities 5%
OEM 27%
Distributors 62%
**Professional Installation 95%**

*2017 Product Net Sales[2]: $2,379M*

## Global Leadership in Mission Critical Solutions and Security Distribution

Source: Company Data, Management Estimates, IHS Markit
Note: Sales does not include eliminations or corporate assessments. Pie Charts represent 2017 information. [1] Products operating at or below 24 volts. [2] Pie chart shows split between total net sales of $4,856M. Products Net Sales includes intercompany sales of $337M in 2017. [3] Products Net Sales includes intercompany sales of $337M in 2017

Resideo Confidential - © 2018 Resideo Technologies, Inc.

resideo
**Honeywell** Home

# Resideo Solutions Overview: Our Mission Is To Connect The Home



**On the Exterior**

**1** Exterior Camera, Outdoor Video, Motion Viewer, Perimeter Protection

**Behind the Wall**

**2** Heating Controls, Furnace, Boiler and Hot Water Heater Controls

**3** Humidification / Dehumidification Water Filtration and Treatment

**4** Water Leak / Freeze Detection

**On the Wall**

**5** Security Panel, Interior Camera, Indoor, Indoor Video, Motion Viewer, Sound Detection, Motion Detection, Smoke Detection, Glass Break Detection, CO Detection

**6** Thermostats, Life Care Telehealth

**In the Cloud**

**7** Mobile Apps

**8** AlarmNet 360

**ADI Global Distribution**

**9** Video Surveillance, Intrusion, Access Control Fire and Life Safety, and Other Products, Including Wire, Networking and Audio Visual Systems

**3,000 Active Products***

*Most Active SKUs

## Broadest Presence Supported by Leading Distribution Business

Resideo Confidential - © 2018 Resideo Technologies, Inc.

# Products Segment: Overview

## Overview

*Leading global provider of critical comfort and security solutions primarily in residential environments; these solutions benefit from the trusted, well-established Honeywell Home brand*

**Comfort & Care**
- Provides home products, services, and technologies as well as professionally installed temperature and humidity control, air, water, and thermal solutions
- Utilizes 3rd party distributors to take products to market

**Security & Safety**
- Provides professionally installed and monitored intrusion and life safety detection and alarm systems, as well as self-installed and self-monitored awareness solutions
- Utilizes ADI to take products to market

### Sales by Geography[1]



- Other[4] 3%
- EMEA 29%
- Americas 68%

### Sales by Product Category[1]



- Security & Safety 34%
- Comfort & Care 66%

### Connected / Non Connected[1]

- Connected 37%
- Traditional Non-Connected 63%

## Historical Financials (US$ in Millions)

### Net Sales[2]



| 2015A | 2016A | 2017A | LTM Q3 2018 |
|-------|-------|-------|-------------|
| $ 2,338 | $ 2,471 | $ 2,379 | $ 2,463 |

### Segment Profit[3]



| 2015A | 2016A | 2017A | LTM Q3 2018 |
|-------|-------|-------|-------------|
| $ 367 | $ 426 | $ 353 | $ 404 |
| 16% | 17% | 15% | 16% |



■ *Segment Profit[2]*    ■— *Segment Profit Margin[2]*

Source: Company financials, Management guidance
[1] Pie Charts represent 2017 information. Net sales include intercompany sales of $337mm. [2] Net sales includes intercompany sales of $315M, $337M, $371M, $372M in LTM Q3 2018, 2017, 2016, and 2015, respectively. [3] Segment profit is combined income from continuing operations before taxes adjusted for pension expense, repositioning charges, other expense, and interest charges. Segment profit margin calculated as segment profit over total sales. [4] Other principally represents Australia, China, New Zealand and South Korea. See Appendix.

Resideo Confidential - © 2018 Resideo Technologies, Inc.

# Distribution Segment: Overview

## Overview





*The leading wholesale distributor of security and low voltage products[1]. Operates through a distribution network of 200+ stocking locations worldwide, delivering to over 100,000 contractors providing solutions to residential and non-residential environments; product categories include:*

- **Video Surveillance**: internet protocol and high-definition analog cameras, recording and storage devices, video analytics software
- **Intrusion**: alarm systems, keypads, detection and sensing devices, alarm communication equipment
- **Access Control**: access control panels and software, readers, credentials, locking hardware, gate control, intercoms
- **Fire and Life Safety**: fire alarm control panels, fire detection and fire notification equipment, manual call points/stations
- **Other Products:** wire, networking and professional audio visual

### Sales by Geography[2]



Other 2%
EMEA 17%
Americas 81%

### Sales by Product Category[3]



Other 30%
Security 70%

## Historical Financials (US$ in Millions)

### Net Sales



| 2015A | 2016A | 2017A | LTM Q3 2018 |
|---|---|---|---|
| $ 2,188 | $ 2,355 | $ 2,477 | $ 2,622 |

### Segment Profit[4]



| 2015A | 2016A | 2017A | LTM Q3 2018 |
|---|---|---|---|
| $ 77 | $ 104 | $ 131 | $ 142 |
| 4% | 4% | 5% | 5% |

■ *Segment Profit[4]*    ■— *Segment Profit Margin[4]*

## Leading Low-Voltage Distributor With Extensive Selection of Products

Source: Company financials, Management guidance
Note: Pie Charts represent 2017 external sales. [1] Products operating at or below 24 volts. [2] Other principally represents India. [3] Other includes fire and life safety, wire, networking and professional audio visual systems. [4] Segment profit is combined income from continuing operations before taxes adjusted for pension expense, repositioning charges, other expense, and interest charges. Segment profit margin calculated as segment profit over total sales. See Appendix.

Resideo Confidential - © 2018 Resideo Technologies, Inc.

# Resideo Key Investment Highlights



**1** Leader in Home Comfort, Security, and Low Voltage Distribution Markets with the Broadest Portfolio of End-to-End Solutions

**2** Iconic Brand with Unparalleled Presence in the Home

**3** Mature, Integrated Supply Chain with Continued Application of Best-in-Class Honeywell Operating System

**4** Deep Channel Relationships and Diverse Customer Base

**5** Major Player in Connected Homes with Growing Suite of Software Services

**6** Proven Management Team with Transaction and Technology Experience

**7** Strong Operational and Financial Performance with Consistent Growth and Margin Performance

Resideo Confidential - © 2018 Resideo Technologies, Inc.

6

# Strong Track Record | (US$ in Millions)



Note: 2018E margins calculated based off the midpoint of the estimated ranges. See Appendix for Adjusted EBITDA reconciliation. [1] Adjusted EBITDA adjusted for standalone costs, environmental expense, non-operating (income) expense, stock compensation expense and repositioning charges. Adjusted EBITDA is not pro forma for the impact of the Trademark License Agreement. Blue Dotted box on chart represents indemnity payment of $140M. Solid bars represent Adjusted EBITDA including environmental indemnification payments and is adjusted for an indemnity payment of $140M. [2] PF Adjusted EBITDA represents Adjusted EBITDA adjusted for the impact of the Trademark License Agreement. 2018E Trademark License Agreement Impact assumes ~$30M. [3]PF Adjusted EBITDA including environmental indemnification payments is PF Adjusted EBITDA adjusted for an indemnity payment of $140M.

Resideo Confidential - © 2018 Resideo Technologies, Inc.

# Strong Capital Structure and Liquidity Position to Drive Growth
## (US$ in Millions)

## Pro Forma Capitalization

| Tranche | Amount | xLTM EBITDA | Maturity |
|---|---|---|---|
| Cash and Cash Equivalents[3] | $75 | | |
| $350M Revolver | - | 0.0x | 5 Years |
| Term Loan A | $350 | 0.7 | 5 Years |
| Term Loan B | $475 | 1.0 | 7 Years |
| **Total Secured Debt** | **$825** | **1.7x** | |
| **Net Secured Debt** | **$750** | **1.6x** | |
| Senior Unsecured Notes | $400 | 0.8x | 8 Years |
| **Total Debt** | **$1,225** | **2.6x** | |
| **Total Net Debt [4]** | **$1,150** | **2.4x** | |
| **PF LTM Q2 2018 Adj. EBITDA including environmental indemnification payments[2]** | **$474** | | |

## Capital Allocation Priorities

**A**  **Organic Growth**
- ✓ 4%+ organic growth by investing in connected solutions, R&D and commercial excellence[1]

**B**  **Deleveraging**
- ✓ Long-term target Debt / PF Adjusted EBITDA[2] ~2.0 x
- ✓ Near-term focus to deliver through strong free cash flow

**C**  **Return on Capital**
- ✓ Expect to declare modest dividend in 2019, subject to Board approval

**D**  **Acquisitions**
- ✓ Select disciplined tuck-in acquisitions to access new technologies, new intellectual property, new product categories and new geographies

[1] 2015 – 2017 organic growth [2] PF Adjusted EBITDA including environmental indemnification payments is PF Adjusted EBITDA adjusted for an indemnity payment of $140M. PF Adjusted EBITDA represents EBITDA adjusted for the impact of the Trademark License Agreement, environmental expense, standalone costs, non-operating (income) expense, stock compensation expense and repositioning charges. [3] Honeywell and the Company have agreed that, upon completion of the Spin-Off and the related retirement of certain intercompany liabilities between Honeywell and the Company on or shortly after the Share Distribution Date, the Company will have an aggregate amount of cash-on-hand equal to approximately $75 million to $100 million. [4] Assumes $75M cash and cash equivalents. See Appendix.

Resideo Confidential - © 2018 Resideo Technologies, Inc.

8

# 2019 Full Year Financial Metrics

| | |
|---|---|
| **Organic Growth** | **4%+** |
| **Adjusted EBITDA Margin** | **~13%** *excl. environmental indemnification payments*[1] **/** <br> **~10%** *incl. environmental indemnification payments*[2] |
| **Capital Expenditures / Research & Development** | **Capital Expenditures at ~1% of sales / Research and Development Expenses of ~$125M** |
| **Tax Rate** | **~27% Marginal Tax Rate, 31-32% Cash Tax Rate** |
| **Capital Return** | **Expect to declare modest dividends (~20% payout ratio) subject to Board approval** |
| **Balance Sheet Priorities** | **Funding growth with existing liquidity; Targeting long-term gross leverage ~2x** |

Note: Achieving these stated financial goals involves risk and uncertainties; many factors could affect actual financial results and could cause actual results to differ materially from these stated financial goals. See "Risk Factors," Forward Looking Statements" and "Cautionary Statement Regarding Forward-Looking Statements" in our Form 10. [1] Adjusted EBITDA represents EBITDA adjusted for the impact of the environmental expense, standalone costs, non-operating (income) expense, stock compensation expense and repositioning charges. [2] Adjusted EBITDA including environmental indemnification payments is Adjusted EBITDA adjusted for an indemnity payment of $140M. See Appendix.

Resideo Confidential - © 2018 Resideo Technologies, Inc.

**resideo**
**Honeywell** Home

# Next Generation Residential Intrusion Platform



Resideo Confidential - © 2018 Resideo Technologies, Inc.

Honeywell Internal

# End to End Platform

**AIO (5" & 7") and 2x16 - Common backplate**

**Camera and Alexa built in AIO**

**Traditional Hybrid Panel in a box**

**Two Way Encrypted Sensors**

**Wired and Wireless Keypads & Touchscreens**

**End User Installable Expansion Modules**

**Faster Mobile Apps**

**Common Installer Training & Support**



**Learn One, Know Them All**

Resideo Confidential - © 2018 Resideo Technologies, Inc.
Honeywell Internal

# Modular By Design

**Configurable –**
**Add features to base unit only when needed**

**Expandable –**
**A variety of expansion modules available**

**Adapt to New Technologies –**
**As new technologies become available, easy to add**



Resideo Confidential - © 2018 Resideo Technologies, Inc.
Honeywell Internal

# Winning the Home

**On the Wall**

**On the Table**

**Anywhere in the Home**

**Outside the Home**

**Regardless of the touchpoint, common user interface**



Resideo Confidential - © 2018 Resideo Technologies, Inc.
Honeywell Internal

# Enhanced Protection

**Battery Powered, No Wire Motion Viewers**

**Game Changing PIR Camera Technology**

**2 to 5 year battery life**

**Non Wifi, Direct to Panel**

**Video Alarm Verification**

No Power, No Internet, No Problem

**Indoor and Outdoor Versions**





**No Power.  No Internet.  No Problem.**

Resideo Confidential - © 2018 Resideo Technologies, Inc.
Honeywell Internal

# Beyond the Home

**UL Commercial Burg – Both Hybrid & AIO**

**Increased Number of Zones**

**4 Partitions**

**Standard 24-Hour Battery**

**Video Alarm Verification**



**32 million small businesses in US**

Resideo Confidential - © 2018 Resideo Technologies, Inc.
Honeywell Internal

# Designed to Reduce Service Costs

**Reduce Errors – Know Before You Go**

**Remote Diagnostics & Setting Adjustments**

**OTA Firmware Updates – Panel & Sensors.
Can Enable New Features**

**End User Replaceable Modules, Radios and Batteries**

**Cartridge Modules to Panel Bus Enables Opportunity to
Include New Technologies**



**Fewer Truck Rolls**

**Focus on New Installs**

**Give Your Customers' Their Time Back**

Resideo Confidential - © 2018 Resideo Technologies, Inc.
Honeywell Internal

# Appendix
## Reconciliations

Resideo Confidential - © 2018 Resideo Technologies, Inc.



# Net Loss to EBITDA Reconciliation | (US$ in Millions)

| Reconciliation | | | | | | |
|---|---|---|---|---|---|---|
| | 2015A | 2016A | 2017A | 9 mo 2017 | 9 mo 2018 | LTM Q3 2018 |
| Net Sales | $4,154 | $4,455 | $4,519 | $3,310 | $3,561 | $4,770 |
| **Net Income (Loss) – GAAP** | **$147** | **$177** | **$(394)** | **$55** | **$389** | **$(60)** |
| Net Interest Income | (1) | (3) | (3) | (2) | (1) | (2) |
| Tax Expense | 110 | 133 | 560 | 89 | (323) | 148 |
| Depreciation | 54 | 57 | 57 | 42 | 40 | 55 |
| Amortization | 4 | 7 | 10 | 8 | 9 | 11 |
| **EBITDA (Non-GAAP)** | **$314** | **$371** | **$230** | **$192** | **$114** | **$152** |
| Environmental Expense | 173 | 190 | 282 | 165 | 322 | 439 |
| Estimated Stand-Alone Costs | (16) | 6 | 31 | 18 | 9 | 22 |
| Stock Compensation Expense | 10 | 13 | 16 | 12 | 15 | 19 |
| Non-Operating (Income) Expense | (6) | 0 | 1 | 1 | 1 | 1 |
| Repositioning Charges | 10 | 19 | 23 | 21 | 5 | 7 |
| **Adjusted EBITDA (Non-GAAP)** | **$485** | **$599** | **$583** | **$409** | **$466** | **$640** |
| *Adjusted EBITDA (Non-GAAP) Margin* | *12 %* | *13 %* | *13 %* | *12%* | *13%* | *13%* |
| Assumed Cash Payments related to Indemnification and Reimbursement Agreement Obligations[1] | (140) | (140) | (140) | (105) | (105) | (140) |
| **Adjusted EBITDA including environmental indemnification payments (Non-GAAP)** | **$345** | **$459** | **$443** | **$304** | **$361** | **$500** |
| *Adjusted EBITDA including environmental indemnification payments (Non-GAAP) Margin* | *8 %* | *10 %* | *10 %* | *9%* | *10%* | *10 %* |
| *Net Income (Loss) GAAP Margin* | *4 %* | *4 %* | *(9)%* | *2%* | *11%* | *(1)%* |
| Capital Expenditures | (68) | (60) | (49) | (38) | (63) | (74) |
| **Adjusted EBITDA including environmental indemnification payments (Non-GAAP) less Capital Expenditures** | **$277** | **$399** | **$394** | **$266** | **$298** | **$426** |
| *% Conversion* | *80%* | *87%* | *89%* | *88%* | *83%* | *85%* |

## Commentary

1. Represents historical environmental expenses as reported under 100% carryover basis

2. Represents the difference between Resideo's estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs. The preliminary estimates is ~$265M on an annual basis, which replaces the historical allocations on a carve-out basis of presentation

3. Stock compensation expense adjustment includes only non-cash expenses

4. Non-operating income / expense adjustment excludes net interest income / expenses

5. On a going forward basis, pursuant to the Indemnification and Reimbursement Agreement Resideo expects to indemnify Honeywell in amounts equal to 90% of payments. Such payments will be subject to a cap of $140M in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum)

Note: Margins calculated as % of net sales. [1] Assumed cash paid for the environmental obligations subject to the cap of $140M in respect of a year in accordance with the terms of the Indemnification and Reimbursement Agreement. Independent of the Indemnification and Reimbursement Agreement, Resideo will have ongoing liability for certain environmental claims which are part of SpinCo's going forward business. For 2017 these payments totaled ~$1.1M.

Resideo Confidential - © 2018 Resideo Technologies, Inc.

# Pro-Forma Net Loss to Pro-Forma EBITDA Reconciliation | (US$ in Millions)

## Reconciliation

| | PF 9 mo 2017 | PF 9 mo 2018 |
|---|---|---|
| Net Sales | $3,310 | $3,561 |
| **(1) Net Income – GAAP** | **$30** | **$109** |
| (2) Net Interest Expense | 48 | 48 |
| (3) Tax Expense | 62 | (78) |
| Depreciation | 42 | 40 |
| Amortization | 8 | 9 |
| **PF EBITDA (Non-GAAP)** | **$190** | **$128** |
| (4) Environmental Expense | 149 | 290 |
| Estimated Stand-Alone Costs | 18 | 9 |
| Stock Compensation Expense | 12 | 15 |
| (5) Non-Operating (Income) Expense | (2) | (2) |
| Repositioning Charges | 21 | 5 |
| **(6) PF Adjusted EBITDA (Non-GAAP)** | **$388** | **$445** |
| *Adjusted EBITDA (Non-GAAP) Margin* | *12 %* | *12 %* |
| Assumed Cash Payments related to Indemnification and Reimbursement Agreement Obligations[1] | (105) | (105) |
| **PF Adjusted EBITDA including environmental indemnification payments (Non-GAAP)** | **$283** | **$340** |
| *Adjusted EBITDA including environmental indemnification payments (Non-GAAP) Margin* | *9 %* | *10 %* |
| *Net Income (Loss) GAAP Margin* | *1%* | *3%* |

## Commentary

1. Reflects the impact of the Trademark License Agreement with Honeywell, indebtedness from pro-forma capital structure (principal amount of $1,225M), settlement of cash pooling and short-term notes receivables and payables, and impact of certain pension assets and liabilities, impact of Indemnification and Reimbursement Agreement to include 90% of Honeywell's expenses

2. Reflects add back of net interest expense including adjustments related to indebtedness in an aggregate principal amount of $1,225M

3. Reflects add back of tax expense including adjustments from pro-forma indebtedness (principal amount of $1,225M), Trademark License Agreement, settlement of cash pooling and short-term notes receivables and payables, and impact of certain pension assets and liabilities

4. Reflects add back of environmental expenses including the impact of the Indemnification and Reimbursement Agreement with Honeywell pursuant to which Resideo will have an obligation to make cash payments to Honeywell in amounts equal to 90% of Honeywell's certain environmental-related liabilities, net of recoveries, in each case related to legacy elements of the Honeywell homes business, including the legal costs of defending and resolving such liabilities

5. Reflects the impact of Resideo's assumption of certain pension assets and liabilities for employees who are eligible for benefits under defined benefit pension plans that are currently sponsored by Honeywell

6. Includes impact of Trademark License Agreement with Honeywell in respect of certain Products segment sales

Source: Management Estimates Note: Assumes transaction close at 31-Dec-2018. Margin calculated as % of net sales. [1] Assumed cash paid for the environmental obligations subject to the cap of $140M in respect of a year in accordance with the terms of the Indemnification and Reimbursement Agreement. Independent of the Indemnification and Reimbursement Agreement, Resideo will have ongoing liability for certain environmental claims which are part of SpinCo's going forward business. For 2017 these payments totaled ~$1.1M.

Resideo Confidential - © 2018 Resideo Technologies, Inc.

# Segment Profit Reconciliation | (US$ in Millions)

| Products Segment Profit Calculation | 2015A | 2016A | 2017A | 9mo 2017 | 9 mo 2018 | LTM Q3 2018 |
|---|---|---|---|---|---|---|
| Total Sales | $2,338 | $2,471 | $2,379 | $1,719 | $1,803 | $ 2,463 |
| Less Intersegment Sales | (372) | (371) | (337) | (258) | (236) | (315) |
| External Sales | $1,966 | $2,100 | $2,042 | $1,461 | $1,567 | $ 2,148 |
| Cost of Products and Services Sold | (1,109) | (1,145) | (1,149) | (823) | (880) | (1,206) |
| Selling General and Administrative and Other Expenses | (490) | (529) | (540) | (399) | (397) | (538) |
| Segment Profit | $367 | $426 | $353 | $239 | $290 | $ 404 |
| Segment Profit Margin | 16% | 17% | 15% | 14 % | 16 % | 16 % |

| Distribution Segment Profit Calculation | 2015A | 2016A | 2017A | 9 mo 2017 | 9 mo 2018 | LTM Q3 2018 |
|---|---|---|---|---|---|---|
| Total Sales | $2,188 | $2,355 | $2,477 | $1,849 | $1,994 | $ 2,622 |
| Less Intersegment Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| External Sales | $2,188 | $2,355 | $2,477 | $1,849 | $1,994 | $ 2,622 |
| Cost of Products and Services Sold | (1,806) | (1,939) | (2,032) | (1,513) | (1,637) | (2,156) |
| Selling General and Administrative and Other Expenses | (305) | (312) | (314) | (234) | (244) | (324) |
| Segment Profit | $77 | $104 | $131 | $102 | $113 | $ 142 |
| Segment Profit Margin | 4% | 4% | 5% | 6 % | 6 % | 5 % |

| Total | 2015A | 2016A | 2017A | 9 mo 2017 | 9 mo 2018 | LTM Q3 2018 |
|---|---|---|---|---|---|---|
| Total Sales | $4,526 | $4,826 | $4,856 | $ 3,568 | $ 3,797 | $ 5,085 |
| Less Intersegment Sales | ($372) | ($371) | ($337) | $(258) | $(236) | $(315) |
| External Sales | $4,154 | $4,455 | $4,519 | $ 3,310 | $ 3,561 | $ 4,770 |
| Segment Profit | $444 | $530 | $484 | $ 341 | $ 403 | $ 546 |
| Segment Profit Margin | 9.81% | 10.98% | 9.97% | 9.6 % | 10.6 % | 10.7 % |

| Segment Profit to Income Before Taxes Reconciliation | 2015A | 2016A | 2017A | 9 mo 2017 | 9 mo 2018 | LTM Q3 2018 |
|---|---|---|---|---|---|---|
| Products Segment Profit | $367 | $426 | $353 | $ 239 | $ 290 | $ 404 |
| Distribution Segment Profit | $77 | $104 | $131 | 102 | 113 | 142 |
| Total Segment Profit | $444 | $530 | $484 | $ 341 | $ 403 | $ 546 |
| Pension Expense | (15) | (16) | (16) | (12) | (10) | (14) |
| Repositioning Charges | (10) | (19) | (23) | (21) | (5) | (7) |
| Other Expense | (170) | (188) | (281) | (165) | (322) | (438) |
| Interest and Other Charges, net | 8 | 3 | 2 | 1 | 0 | 1 |
| Income Before Taxes | $257 | $310 | $166 | $ 144 | $ 66 | $ 88 |
| Income Before Taxes Margin | 6.19% | 6.96% | 3.67% | 4.0 % | 1.7 % | 3.6 % |

Note: Segment profit margin calculated as % of total sales.

Resideo Confidential - © 2018 Resideo Technologies, Inc.