# EXHIBIT 3

**S&P Global**
Market Intelligence

# Resideo Technologies, Inc. NYSE:REZI Company Conference Presentation

## Wednesday, December 12, 2018 2:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .......................................................... 3

Presentation .......................................................... 4

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

### EXECUTIVES

**Joseph D. Ragan**
*Executive VP & CFO*

**Michael David Flink**
*Chief Marketing & Sales Officer
and Executive VP*

### ANALYSTS

**Saliq Jamil Khan**
*Imperial Capital, LLC, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Saliq Jamil Khan**
*Imperial Capital, LLC, Research Division*

We'll go ahead and get started. I assume we have a few stragglers coming in here as 9:00 continues. So good morning, guys.

My name is Saliq Khan, I'm with Imperial Capital on the Institutional Research side. I help cover the entire capital structure across equity, high-yield investment grade. Alongside Ed Mally, who's our Head of Research; and Jeff Kessler, our Managing Director within Security, I help them oversee the overall security, technical business services organization.

So with that being said, I'm very excited today to introduce to you guys Michael Flink and Joe Ragan of Resideo, which is a recent spinoff from Honeywell. Company's roughly $4.8 billion, growing between 4% to 6% year-over-year. And without further ado, I want to go ahead and hand it over to Joe.

**Joseph D. Ragan**
*Executive VP & CFO*

Good morning. Thank you. And thank you for joining us this morning. I'm going to do a brief overview of the company. We have been public since the end of October when we did a spinoff from Honeywell. So I'll give you an overview of the company and Michael will talk to you about -- more about the business.

As I said, we spun off the end of October, started trading regular way at that point. And the depth of the company is what I really want to review with you today.

Resideo has a installed footprint today of 150 million homes, which is the Honeywell brand, which is thermostats, air handling, security systems across the board. Our position in security system is #1. Our position in thermostats globally is #1 as well.

In our installed base, there's churn each year, but we actually add 15 million solutions each year. The brand -- the Honeywell brand has been present for over 100 years, primarily in thermostats, but of course, we have today 3,000 active products in the home, and every new home that's built actually has a Honeywell product in it.

So we have 2 divisions. One is the products division, which is the one that I started with. The second is the distribution business, where we have 200 locations. We are the #1 low-voltage security distribution business in the world. We have 100,000 contractors -- actually 100,000 contractors in distribution and 100,000 contractors that install our products in the products business.

And there is some overlap there, but we are the leader in that distribution business in the Americas, in EMEA and in India. If you look at the top right, you can see our businesses is divided almost evenly between the products business and the distribution business, but the profit -- the majority of the profit is earned in the products business, about 75%.

Geographically, the majority of our business, almost 70%, is in the United States. And from a channel overview perspective, the majority of our business is driven through the professional services channel. About 5% is consumer. We do that through Home Depot and other retail outlets and online as well. That business is important for us to learn. We are getting closer to the customer, but we really drive the business through the professional services channel. The learnings that we have in the distribution business at our 200 locations where we actually sell our products side-by-side with our competitors really helps us from a market intelligence perspective.

From an overview of our products, I mentioned earlier, we have 3,000 active products today. We are actually on the exterior of the home, in cameras and motion detectors and perimeter protection. We're on the wall, which is probably our most famous iconic brand, the thermostat that we all grew up with. We are behind the wall in the residential thermal solutions business. And the way we define this, anything that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

has a flame, and that is not really well known, but we've got a great position there with a great growth rate and very sticky business. Those agreements are 10 years in duration. And of course, we're -- in the cloud, we've got recurring revenue through AlarmNet 360.

From a financial perspective, you can see the historic growth rates. We have been growing the business to about $2.5 billion in products. You can see the EBITDA generation down to the right, $2.4 billion in revenue generating $400 million segment profit. And again, you can see the breakout is primarily the United States. Comfort and care is 2/3 of the business. So comfort and care is the thermostat business. The air handling, the RTS business, and security and safety is 34%. 37% of our products are connected products that are all in our installed base today. The margin profile in the products business is approximately 15% EBITDA margin, and the cash generation from both units is about an 89% conversion of the EBITDA into operating cash flow.

The distribution segment has been growing very strongly. Again, that's 200 stocking locations that we have today, growing at about a 6% compound annual growth rate. You can see both the growth rate in revenue and EBITDA generation doubling over the last 3 years. About 80% of our business in distribution is in the Americas, and 70% of that is the low-voltage security business, and we have other residential applications.

Most of the business in the distribution business is commercially driven, but it's really small and medium-size business. They're not very large. So our applications that we use for residential can be used for small and medium-size businesses, strip malls, those sort of things but, again, mostly commercial.

When we look at the company overall, obviously, we're the leader in home comfort, security, low-voltage distribution. We have an iconic brand. That brand is an agreement with Honeywell to have the Honeywell Home brand for 40 years. We do pay for that. It's about 1.5% of the Honeywell branded products go through. So those of you that are doing your financial modeling, it's about $30 million a year for us.

From a supply chain perspective, we have 18 factories globally. We have done a significant amount of work on the factory rationalization. 10 years ago, there were 50 factories and somehow Michael got from 50 to 18 and doubled the revenue, which is spectacular.

What that means is that the operating leverage is very strong. We have $55 million of CapEx that we're spending -- or $55 million on $5 billion of revenue. So it's got great leverage on the company and only $250 million of PP&E. So the company is incredibly efficient from a manufacturing supply chain perspective.

We believe that the moat around the business is the relationship with the professional services channel. Those 100,000 contractors in each business really represent the most powerful go-to-market strategy that really protects our brand and our company.

There are a lot of great products out there. The question is how do you go to market? And it's these relationships that we have with our contractors that are generational. People are used to using our products. They like our products. They're high margin for them and they're high margin for us. Most of our products were leaders, obviously, so we have more than 50% share in many of our product groups.

So the relationship that we have that we really are doubling down on is the relationship with the professional services channel. When you have somebody come to your home to install something and you think they're out there with the professional services install manual, they're actually looking at YouTube, and then they come in your house. That's the primary training vehicle out there, and we find that training that channel and making them the best in class is really the differentiator that will matter in the go-to-market strategy that we have. So again, very focused on that. With a 5% mix in consumer products, we're going to double down on that strategy.

Going forward, our strategy is to take the 3,000 active products that we have today and connecting what matters to you in the home. We have an app today that you can go online. You can download. It can control many different elements. But with those 3,000 products that are present today with the penetration of essentially 100% in new home sales, we believe we can actually take that together and drive a recurring revenue strategy that really matters for the consumer.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So it's not just thermostats. It's thermostat. It's comfort and control from smart venting in your home. It's leak detection. It's security. It's across the board. It's a comprehensive offering.

These -- all of these technologies [ you guess ] today, we have all of this. Now it's just a matter of bringing it together and putting as simply something that really matters.

I can tell you -- our CEO couldn't be with us today, but he lives on the West Coast. And what matters on the West Coast is earthquakes. In one of the use cases we work on today is if you have an earthquake, and I don't know if there's any West Coast people here, but your house doesn't fall down. The pipes break. You have water damage. You have gas leaks. Those are the issues. And if you could have on our app an actuator that just closes that main into your home, then you protected yourself, your home and your family. It's finding those elements and wrapping them into our offering which is our primary strategy.

So obviously, we have a really strong management team. Michael's been with the company for a long time. There are some of us that are new, but the vast majority of people at the company today were at Honeywell previously, 90-plus percent. So there's a strong operating culture. There's a strong performance culture. And there's great product knowledge that will really drive us into the future.

For this year, we are targeting, as you heard earlier, about $4.8 billion in revenue. That will generate, after everything comes up [ that top right box hard ]. It's hard for me to explain, and I did the numbers, about $475 million in pro forma adjusted EBITDA. If you read our press release, it's about 20 pages long, it's been dynamic. It gives us a lot of different numbers that we use. The company is generating $475 million of EBITDA. That is after a transaction payment that we pay of about $140 million. There is what we call an environmental indemnification that will go on for 25 years. It's $140 million with respect to any 1 year related to 230 sites that were Honeywell sites.

This is really just part of the spin economics. And it could be less than $140 million a year, but we just take it out completely. So we'll always show the numbers with it out. For margin comparisons, I think, you want to see the pre-EBITDA number without the $140 million out. But you can see our -- the EBITDA generation is 10% after the environmental indemnification payment and 13% before.

I mentioned earlier the cash flow generation being very strong. 89% conversion from EBITDA to operating cash flow and the CapEx expense of $55 million. What this turns into from a overall modeling perspective, if you take our base business and the compound annual growth rate that you see there at 4%, and you take forward for 5 years and give us just a little bit of increase, and Mike will talk to you more about our new security platform that's really going to drive that even higher going forward. And you take this margin profile that we've got, it actually generates a significant amount of cash going forward. And I'll talk about that when we talk about the guidance for the year.

From a capitalization perspective, we went out and capitalized the balance sheet with $1.2 billion in debt. That's $400 million of high yield at 6.125% and the remainder of Term Loan A, Term Loan B that's 200 basis points of our LIBOR. So capitalization complete 2.6x total debt to EBITDA leverage, BB+ credit rating, very strong balance sheet. And during that process, we were about 10x oversubscribed. So a lot of interest in the investment community in participating.

From a capital allocation perspective, we're going to put in, number one, deleveraging will be to about 2x leverage in 24 months. That's our cash flow expectation. We are looking at acquisition. So that strategy of connecting the 3,000 products that we have, we're going to execute that by bringing in small tuck-in acquisitions that really matter. What are the acquisitions that'll really accelerate the connected strategy that we have. So not really transformational, not big, large strategy, so it's a smaller one. So within our capital structure, we have $200 million to $300 million of available fire -- dry powder to go out and do transactions.

From a full year perspective, I mentioned the 4% growth rate and the resultant EBITDA margins. CapEx will continue at about $55 million, about 1% of sales. In R&D, we spend about $125 million each year. Cash tax rate's a little bit high, 32%. The $140 million payment we make is most similar to a dividend. It does not have a tax benefit to it. So that's actually about 6%. Did you have that in your note? That's a 6%

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

penalty. So it's pretty big deal, but that's what drives up the tax rate. We're looking for all kinds of ways to optimize that.

And we're talking a lot about capital allocation, and we are looking at paying a dividend, and 20% payout ratio is what we have talked about. And I talked about the gross leverage target being at 2x.

So when you look at the company and you look at our strategy overall, we're going to drive the company at these growth rates. We think that what that will generate in a 5-year event horizon is a EBITDA generation of about $750 million. So $500 million to $750 million in our base business and on top of that when we start the connected strategy, those revenues are very, very valuable.

I do the evaluation at about 10x, but on the recurring revenue, the market is about 23x. So an incredible investment thesis from an equity valuation perspective, taking equity value 2 to 3x where we are.

So I will turn over to Mike now. I didn't mean to use all your time.

**Michael David Flink**
*Chief Marketing & Sales Officer and Executive VP*

Oh, no problem. So what we want to talk about for the next 9 or 10 minutes is our next-generation platform for intrusion. We're pretty excited about this platform because for the first time we believe in the industry, it's an Indian platform, and it's a global platform.

To give you an idea of this product line, we have all-in-one units both 5- and 7-inch units as well as a keypad 2 line x 16 character key unit. All come in backplates. So you can literally start with the 2-line display, pull it off the backplate, and put in a 7-inch touchscreen.

We've got also a traditional hybrid unit, which is wired and wireless, both wired and wireless keypads, and all of these things connect with our new AlarmNet 360 services product. And the thing we've designed this unit for is not only user acceptance -- in user acceptance, but to prevent truck rolls for the installer community. The launch of this product so far has been the most well-received product we've ever launched in the company's history.

It's modular by design. This unit is designed so that it is auto configurable upgrades by end users. So if the end user starts with a nonWiFi, nonhome automation product, the dealer, the installer can actually ship them a plug-in cartridge, and it will auto configure the WiFi module when the user plugs it in.

It's also auto configurable in cartridge radio upgrades for cellular modules. So instead of rolling the truck to put in a new radio, the end user can just plug out what looks like a smaller type cartridge, plug in the new one. It auto configures and saves the dealer a truck roll, and we can continue to upgrade future technologies with this cartridge process.

It also allows us to upgrade to future technologies as things like Thread become available in home connectivity, we'll be able to simply offer a plug-in module for that. It's also battery upgrades when user install the batteries. So the idea of this unit is to keep trucks from rolling from the dealer community but allow them through our AlarmNet 360 service to manage the end user business.

We've got a variety of options for controlling the unit both traditional keypads on the wall to the upper right, a 7-inch tablet that can be used throughout the home, which also would give the home owner home automation capabilities outside the home through an app, and regardless of whether it's on the wall, in the house or outside the home, whether it's an app or an HTML page on the web, all the user interfaces are exactly the same for the end user, whichever way they choose to interact with the unit.

One of the things that we're most excited about and we think is a game changer in the industry is this new product we call Motion Viewer. Some of you are familiar with the RSI product line that we acquired a number of years ago. There was a commercial application for wireless video and battery-powered alarm systems for things like construction zones.

We've taken the past couple of years and turned this into a consumer product. It's called the Motion Viewer. It is totally wireless. Depending on the model, it's 2- to 5-year battery life. It would replace a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

motion sensor or PIR in the home. It's got a fairly small incremental cost to a traditional wireless motion sensor.

The thing we've done a lot of work on is, if you talk to installers who are doing video verification or video in the home, the thing that's the sore subject is the fact that most cameras today are WiFi cameras. And when the user's WiFi network goes down, Mac IDs are lost, routers are rebooted. It causes a lot of pain for the installer community, and that's been one of the gating factors in getting the installer community really behind cameras in the home. This unit has proprietary protocol straight to the alarm panel, and the alarm panel obviously has cellular communication to the central station. So you can lose your power, you can lose your Internet, and you can still have video in the home through these products.

Obviously, the biggest use case is video verification. This -- the video imaging and the compression ratios of the video are designed to be viewed on a smartphone. This technology is a proven technology. We're very excited about it. The dealers that we're talking to are very excited about it because it would change the face of motion sensors in the home, to turn a motion sensor into a video viewer product. We also have indoor and outdoor versions. The range of these is really strong. So up to an acre, a lot could be covered.

We also have UL approval for all these products. So we'll have a UL-approved all-in-one unit for small business capabilities as well as the hybrid panel for small business. This whole system is designed to reduce service costs for the dealer. One of the things that we've done is we've created an environment again with our AlarmNet 360 application for dealers to do over the air upgrades firmware for the panel but also firmware for the sensors. We have 2-way encrypted sensors. So if you start off with a non-pet-immune PIR and the homeowner gets a pet, you can actually have the download for the pet immunity updating the sensor through the panel. And that's it for me. We're out of time.

**Saliq Jamil Khan**
*Imperial Capital, LLC, Research Division*

Well, thank you, guys. [indiscernible] for Q&A, but feel free to reach out to these guys or reach out to me after the event. We'll be happy to help you stay connected as well. Thank you, guys.

**Joseph D. Ragan**
*Executive VP & CFO*

Thank you.

**Michael David Flink**
*Chief Marketing & Sales Officer and Executive VP*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.