**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 0:19-cv-02863 (WMW/KMM) **CLASS ACTION** |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Andrew J. Entwistle, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a partner in the law firm of Entwistle & Cappucci LLP, counsel for Plaintiffs in the above-captioned action.

2.    I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as "EXHIBIT A" is Plaintiffs' chart entitled "Alleged Misstatements."

4.    Attached hereto as "EXHIBIT B" is Plaintiffs' chart entitled "Summary of Plaintiffs' Response to Defendants' Chart of Purported Risk Disclosures."

5.    Attached hereto as "EXHIBIT C" is Plaintiffs' chart entitled "Facts Demonstrating Falsity and Scienter Based on Confidential Witness Accounts and Resideo's Internal Documents."

6.      Attached hereto as "EXHIBIT D" is Plaintiffs' chart entitled "Table of Key Terms," originally submitted as Appendix A to the Amended Complaint.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October 2020.

By:     */s/ Andrew J. Entwistle*
        Andrew J. Entwistle