# EXHIBIT D

## APPENDIX A

| Table of Key Terms | |
|---|---|
| ADI Global Distribution | One of Resideo's two operating segments, ADI is a wholesale distributor of both Resideo/Honeywell Home-branded and third-party security and fire protection products. |
| ADT | ADT, Inc., a provider of professionally installed security and premises monitoring automation systems with approximately 6.5 million recurring customers. ADT was one of Resideo's largest Original Equipment Manufacturer customers. |
| Connected Thermostat | A thermostat that can be controlled with a phone, tablet, smart speaker, or other internet-connected device via WiFi. |
| EMEA | The abbreviation for Europe, the Middle East and Africa |
| Flycatcher | Internal name for Resideo's T9 and T10 smart thermostat projects. |
| GRIP | The abbreviation for Resideo's "Global Residential Intrusion Platform," a physical control panel which integrates a variety of security systems and related sensors with self-contained wireless and encrypted panels. GRIP was developed in two versions – the first was for Resideo's large OEM ADT for use with their proprietary monitoring system, while the second version of GRIP was to be developed as a consumer version to be sold directly to consumers via retail outlets such as Best Buy. |

| Table of Key Terms | |
|---|---|
| Honeywell Home | Brand name under which Resideo's Comfort, Security and Residential Thermal Solutions products are marketed and sold pursuant to a trademark license agreement with Honeywell. Honeywell Home products include residential HVAC controls, software solutions (including the mobile applications Total Connect Comfort and Lyric), water sensors and control solutions, telehealth software and air quality controls (including humidifiers and air filers), boiler products and water heating solutions, in addition to security panels, sensors and related software products. |
| HVAC | The abbreviation for Heating, Ventilation and Air-Conditioning. |
| Non-connected Thermostat | A traditional thermostat not connected to the internet. |
| OEM | The abbreviation for Original Equipment Manufacturer. An OEM is a company that manufactures and develops equipment and products for sale by another company. |
| Products and Solutions | One of Resideo's two operating segments. Products and Solutions is divided into (i) Comfort; (ii) Residential Thermal Solutions; and (iii) Security. |
| Project STORM | Internal name for Resideo's application that would integrate the GRIP and other security products with Resideo's other Comfort products (*i.e.*, the T-Series connected thermostats). |
| RTS | The abbreviation for Residential Thermal Solutions, a subdivision of Resideo's Products and Solutions division that manufactures and sells boiler products, gas valves, air pressure switches, gas ignition and gas pressure regulation under the Honeywell Home brand. |
| T9/T10 Series | Two connected thermostat product lines introduced by Resideo following the Spin-Off. |

172

CASE 0:19-cv-02863-WMW-BRT Doc. 81-4 Filed 10/09/20 Page 74 of 82

| Table of Key Terms | |
|---|---|
| TCC | The abbreviation for Resideo's "Total Connect Comfort" application available on Android & iOS designed to control Resideo's older-model Wi-Fi thermostats and pro-installed thermostats. |
| T-Series | The name of Honeywell's portfolio of both connected and non-connected residential thermostats given to Resideo in the Spin-Off. |

173

## APPENDIX B

| Table of Confidential Witnesses | |
|---|---|
| CW1 | CW1 worked as an Environmental Controls and Combustion Representative for Honeywell from September 2015 before joining Resideo to work as a Distribution Representative from October 2018, until June 2019, reporting first to Rick Dash (title unknown) and then to Sales Leader Paul Adair. In connection with these positions, CW1 worked as a local territory representative covering several states for HVAC parts and accessories. As a Distribution Representative for Resideo's residential HVAC segment, CW1 personally dealt with upset customers during her entire time at Resideo, many of whom threatened to go to Resideo's competition due to supply chain issues. |
| CW2 | CW2 was a General Manager for Residential Combustion – Europe from 2015 (before the Spin-Off, for Honeywell, and after for Resideo) until 2019. CW2 reported on an interim basis to Defendant Nefkens for his final five and a half months at Resideo. |
| CW3 | CW3 was employed at Honeywell from June 2017, and left to work at Resideo in the Spin-Off in October 2018. He was laid off in March 2019. During his time at Resideo, CW3 had responsibility for a portfolio of software development for products for the Company's Residential Thermal Solutions, home comfort and security systems segments. CW3 participated in breakout sessions of the January 2019 meeting in Orlando, Florida following the Spin-Off where, among other things, competitive challenges to Resideo's T-Series thermostats, losses of major channel partners, declining security sales and the lack of a pathway forward to introduce new products were discussed. Prior to the Spin-Off, CW3 was a member of the team that ran projections regarding whether Resideo's servers dedicated to the T-Series thermostats could keep up with the increasing demand, and his team projected that the system crash would occur in September 2018 (it wound up occurring in November 2018). |

174

| Table of Confidential Witnesses | |
|---|---|
| CW4 | CW4 worked as an Internal Auditor for Honeywell and then at Resideo for a total of 21 years until his termination in June of 2019, covering the procedural audits of operational matters for the legacy ADI business.  CW4 reported to VP of Global Operations Alicia Copeland, who CW4 believes reported to Rob Aarnes, President of ADI Global Distribution.   CW4 attended a "skip-level" meeting held by Defendant Nefkens during the pendency of the Spin-Off wherein Nefkens explained the transition from Honeywell to Resideo and during which it 'appeared,' impliedly came to light, that the thermostat product line had not been performing well sales-wise. |
| CW5 | CW5 worked as an Inside Sales Representative for ADI selling security, fire and audio-visual systems to customers when the division was part of Honeywell from August of 2017 until the Spin-Off, and then continued to work at ADI from October 2018 until September 2019. |
| CW6 | CW6 was a Retail Channel Marketing Leader at Honeywell and then Resideo from October 2017 until January 2019 and reported to the Vice President of Marketing, Jennifer Bonuso. |
| CW7 | CW7 served as a Senior Inside Sales Representative at ADI from July 2010 to July 2014, and then as a Branch Manager at ADI from 2014 (while it was owned by Honeywell, and then after the Spin-Off when it became a part of Resideo) until October 2019.  CW7 reported to ADI Sales Manager Alan Higgins, who was responsible for a region that included Florida and Puerto Rico. |
| CW8 | CW8 worked for Resideo from November 2018 to June 2019 and reported directly to Resideo's Director of Software Engineering.  CW8 spent much of his time working on cloud products Quicksilver and Titan, which served as the cloud software behind Resideo's GRIP product, and attended daily meetings during which he and others voiced concerns with regard to the progression of the GRIP product. |

| Table of Confidential Witnesses | |
|---|---|
| CW9 | CW9 was a Channel Marketing Manager responsible for marketing new products to Resideo's new Honeywell Home products to professional installers and contractors, and held a similar position with Honeywell from December 2014 until the Spin-Off in October 2018. The products that CW9 was mostly responsible for marketing were home comfort and HVAC. CW9 recalled a meeting possibly in December 2018 or January 2019 in which issues surrounding Project STORM were discussed. Among the members of management who attended were Resideo's CIO, Defendant de Masi, who reported directly to Nefkens. |
| CW10 | CW10 worked at Honeywell from October 2006 to October 2018 as a Global Purchasing Card Manager and then for Resideo from October 2018 to June 2019 as a Global Program Manager, Project Sourcing. CW10 reported directly to Resideo's Sourcing Director Wayne Holland, who in turn reported directly to Greg Sachs, the Company's Chief Procurement Officer. At Honeywell, CW10 managed the global purchasing card program for Honeywell's $11 billion Automation and Control Solutions business worldwide. After joining Resideo in the Spin-Off, CW10 managed many of the processes Resideo used to work with vendors, and assisted in developing procedures and processes for disposing of obsolete and excess inventory. |
| CW11 | CW11 worked as an Inside Sales Representative for ADI from June 2018 (while it was owned by Honeywell, and then after the Spin-Off when it became a part of Resideo) until February 2019. CW11 previously served as a branch manager from July 2017 to June 2018 and as an inside sales representative from May 2016 to July 2017. While at ADI, CW11 was responsible for selling home security system products. CW11 reported to Inside Sales Representative Aaron Garcia. |
| CW12 | CW12 was employed by ADI, from November 2012 (while it was owned by Honeywell, and then after the Spin-Off when it became a part of Resideo) to August 2019 as an Inside Sales Representative. |

176

| Table of Confidential Witnesses | |
|---|---|
| CW13 | CW13 also worked at ADI as a Senior Inside Sales Representative from September 2015 (while it was owned by Honeywell, and then after the Spin-Off when it became a part of Resideo) until February of 2019, and sold lines of security products directly to dealers and informed his direct report, one of ADI's Regional Sales Managers, Jesse Wekheiser, that Resideo was going to start losing customers because of backorder issues. |
| CW14 | CW14, a former Resideo Insider Sales Representative from October 2018 until July 2019, was responsible for growing and promoting Resideo's full line of security products to customers within his territory. CW14 reported directly to Inside Sales Supervisor April Downs. CW14 attended weekly meetings at which inventory backorders came up fairly often, in addition to sales meetings twice a week where these inventory backorder issues were discussed. |
| CW15 | CW15 was employed by Resideo from October 2018 to late Spring 2019 as a leader in Vice-President of Engineering Services David Zakrewski's organization and had previously held that position at Honeywell from late Spring 2018 to October 2018.  CW15 stated that as leader in Zakrewski's organization, CW15 was a program manager whose responsibilities included working on the development of Resideo mobile applications (or "Apps").  While at Resideo, CW15 reported to a Senior Director who in turn reported to Vice-President of Engineering Services David Zakrewski, who in turn reported to CTO Tu, a direct report to Nefkens.  Near the very end of 2018, CW15 was assigned to be part of a team tasked with addressing problems encountered by the TCC App.  With respect to the TCC remediation project, CW15 reported his progress to CTO Tu.  Among other things, CW15 also attended a two-day meeting in April 2019 relating to Resideo's Project STORM.  Also at the meeting were Defendant de Masi, the CIO, whom CW15 referred to as Defendant Nefkens' "righthand man," CTO Tu, and Scott Harkins, Vice President /General Manager Connected Home, who reported to Defendant de Masi. |