**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 0:19-cv-02863 (WMW/KMM) |

**DECLARATION OF CHARLES D. CORDING IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**

I, Charles D. Cording, declare as follows:

1.    I am a member of the law firm Willkie Farr & Gallagher LLP, counsel for Defendants Michael G. Nefkens, Joseph D. Ragan III, Niccolo de Masi, and Resideo Technologies, Inc. ("Resideo," and collectively, the "Defendants") in the above-captioned matter.  I submit this declaration in support of the Defendants' Reply Memorandum of Law in Support of Motion to Dismiss Consolidated Amended Complaint.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    Defendants' Reply to Plaintiffs' Exhibit A [Dkt. No 81]

Exhibit 2:    Defendants' Reply to Plaintiffs' Exhibit B [Dkt. No. 81]

Exhibit 3:    Defendants' Reply to Plaintiffs' Exhibit C [Dkt. No. 81]

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9th Day of November, 2020.

*Charles D. Cording*
Charles D. Cording