# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 0:19-cv-02863 (WMW/KMM) |

## WORD COUNT COMPLIANCE CERTIFICATE

The undersigned hereby certifies, pursuant to Local Rule 7.1(f), that Defendants' Reply in Support of Motion Requesting Judicial Notice in Support of Motion to Dismiss Consolidated Amended Complaint contains 4,621 words, as determined through the word count feature of the Microsoft Word 2013 word processing software used to prepare the memorandum. The word processing program has been applied specifically to include all text, including headings, footnotes and quotations. The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(f).

DATED: November 9, 2020

 */s/ Jerry W. Blackwell*
Jerry W. Blackwell (MN #186867)
G. Tony Atwal (MN #331636)
**BLACKWELL BURKE P.A.**
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Telephone: (612) 343-3200
blackwell@blackwellburke.com
tatwal@blackwellburke.com

*Defendants' Liaison Counsel*

1

  /s/ Tariq Mundiya
Tariq Mundiya (*pro hac vice*)
Charles D. Cording (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
tmundiya@willkie.com
ccording@willkie.com

Nicholas Reddick (*pro hac vice submitted*)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1000
nreddick@willkie.com

*Counsel for Defendants Resideo Technologies, Inc., Michael Nefkens, Joseph Ragan III, and Niccolo de Masi*