# EXHIBIT E

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

EVENT DATE/TIME: OCTOBER 10, 2017 / 12:00PM GMT

**OVERVIEW:**

Co. provided an update on its comprehensive portfolio.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 10, 2017 / 12:00PM, HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

## CORPORATE PARTICIPANTS

**Darius Adamczyk** *Honeywell International Inc. - President, CEO & Director*

**Mark Macaluso** *Honeywell International Inc. - VP of IR*

**Thomas A. Szlosek** *Honeywell International Inc. - Senior VP & CFO*

## CONFERENCE CALL PARTICIPANTS

**Andrew Alec Kaplowitz** *Citigroup Inc, Research Division - MD and U.S. Industrial Sector Head*

**Charles Stephen Tusa** *JP Morgan Chase & Co, Research Division - MD*

**Howard Alan Rubel** *Jefferies LLC, Research Division - MD and Senior Equity Research Analyst of Aerospace and Defense Electronics*

**John George Inch** *Deutsche Bank AG, Research Division - MD of Multi-Industry Sector of US and Senior Analyst*

**Joseph Alfred Ritchie** *Goldman Sachs Group Inc., Research Division - VP and Lead Multi-Industry Analyst*

**Nigel Edward Coe** *Morgan Stanley, Research Division - MD*

**Peter J. Arment** *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

**Scott Davis**

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the Honeywell's Portfolio Review Call. (Operator Instructions) As a reminder, this conference call is being recorded. I would now like to introduce your host for today's conference, Mark Macaluso, Vice President of Investor Relations.

---

**Mark Macaluso** *- Honeywell International Inc. - VP of IR*

Thank you, Paul. Good morning and welcome, everyone, to Honeywell's conference call to discuss this morning's portfolio announcement. With me here today is President and CEO, Darius Adamczyk; and Senior Vice President and Chief Financial Officer, Tom Szlosek.

This call and webcast, including any non-GAAP reconciliations, are available on our website at www.honeywell.com/investor. Note that elements in this presentation contains forward-looking statements that are based on our best view of the world and of our businesses as we see them today. Those elements can change and we ask that you to interpret them in that light. We identified the principal risks and uncertainties that affect our performance in our annual report on Form 10-K and other SEC filings.

This morning, we'll share with you results of our comprehensive portfolio review we've been conducting since April of last year. We know you have lots of questions, and we'll leave plenty of time to answer them at the end of today's presentation.

So with that, let me turn the call over to President and CEO, Darius Adamczyk.

---

**Darius Adamczyk** *- Honeywell International Inc. - President, CEO & Director*

Thanks, Mark, and good morning, everyone. Before we get into the portfolio review, I wanted to briefly preview our consolidated third quarter results. We're not quite through the close yet, but we do know enough to confidently give you a high-level perspective on the results.

Overall, we expect organic sales growth in the third quarter to be above the high end of our guidance range. We delivered 5% organic growth for Q3 and segment margin expansion of about 120 basis points, leading to earnings per share of approximately $1.75, up 16% versus 2016, excluding

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 10, 2017 / 12:00PM, HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

divestitures and normalized for tax. Free cash flow is expected to be up about 18% year-to-date with conversion this quarter of approximately 90%. And we remain on track for the full year free cash flow guide.

We saw growth and margin expansion for all of our businesses in Q3. And we are excited by the continuous progress we are making. Based on our anticipated results for the third quarter, we are raising the low end of our full year earnings per share guidance by $0.05 to a new range of $7.05 to $7.10.

Tom and I will host our normal quarterly earnings call to discuss our Q3 results and fourth quarter guidance next Friday. You will have a chance to ask questions about our results. We would ask that the questions today focus on our other announcements as we will have time to address your earnings questions a week from Friday.

Let's move to Slide 3 to discuss the exciting portfolio changes we announced today. What we have announced today is a continuation of the portfolio optimization which we initiated last year and which has always been a part of the Honeywell Operating System. As you'll recall, last year we completed the sale of our Aerospace government services business, the spin of our Resins and Chemicals businesses, the alignment of our former Automation and Control Solutions business and our acquisition of Intelligrated.

We intend to spin off our Homes and ADI Global Distributions businesses, collected -- referred to as Homes, and our Transportation Systems business into 2 stand-alone public companies. The combined revenues of these 2 businesses is approximately $7.5 billion. We anticipate the spinoffs will be complete by the end of 2018. Today, we begin preparing each business for a successful spin, including defining the structure and the financials of the Homes business.

Beginning in Q4, we'll prepare Home and Building Technologies for a reorganization to form separate P&Ls for the Homes business as well as the remaining buildings business, which will include Honeywell Building Solutions, or HBS, and our Buildings Products business and Connected Buildings offerings. We are excited about the long-term value that these 3 transactions will generate for our shareowners.

With the spin of the newly formed Homes business, we're also making a leadership change in HBT. Effective immediately, Gary Michel will serve as President and CEO of that business. Gary will report to me and serve as a company officer. Gary joins us from Ingersoll-Rand, where he has held a number of senior leadership roles over his career, most recently as President, Residential HVAC and Supply. He transformed his business segment to deliver substantial improvements in market share, revenue, operating income, commercialization process and technology platforms. We are delighted to have him onboard. I would like to thank Terrence Hahn for his contributions in leading HBT. Terrence will take on a leadership role in helping prepare the Homes business for the spin and report directly to me.

Also effective immediately, we are realigning our Smart Energy business from HBT to Honeywell Process Solutions within Performance Materials and Technologies. Smart Energy is a leading provider of smart meters to utilities customers worldwide. Like HBS, it has deep expertise in metering, large project rollouts and software. Both will leverage the connectivity and data management competencies within the Honeywell Sentience platform to generate new offerings that help our utility and other customers operate more efficiently.

Both businesses are project-based with opportunities for attractive recurring revenue streams from an extensive installed base. The combination of these 2 businesses will allow each to expand its respective capabilities and serve a broader set of customers. Today's announcements represents the conclusion of an extremely comprehensive portfolio review led by myself and the Board of Directors. Portfolio optimization will remain central to Honeywell's Operating System.

Let's turn to Slide 4. We have no intention of abandoning the focus or processes that drive Honeywell's outperformance over the years. At the same time, to be successful in today's fluid industrial environment, we must be ready and able to adapt as a company. Honeywell will focus on fewer markets and verticals, and we are creating 4 distinct platforms poised for outstanding growth and performance. Our strong belief is that Honeywell plus the 2 spun companies, all more nimble and focused with optimized investment decisions, will collectively drive enhanced growth and value creation for our shareowners.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

 THOMSON REUTERS

OCTOBER 10, 2017 / 12:00PM, HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

Let's turn to Slide 5 to discuss our portfolio review process. When I took on the role as Chief Operating Officer in April 2016, I initiated a thorough, comprehensive and unbiased review of Honeywell's businesses. While portfolio optimization had always been a fundamental ongoing leadership activity, the leadership change was a good time to do a more complete rebaselining. My commitment was that there would be no sacred cows. My goal was to scrutinize and assess each business unit to derive a portfolio best capable of maximizing shareholder value over the long term. Today's announcements as well as the portfolio moves in 2016 is the culmination of this process.

It is also important to note that although today's conclusions are comprehensive, the portfolio review process will be recurring. The process was objective and fact-based, involving extensive analysis and input from industry experts and participants as well as from our shareowners. The foundation of the announcement was a set of criteria which each -- against which each business was measured. I've listed these criteria on the next page, so let's proceed to Slide 6.

Our objective is that each business in the Honeywell portfolio is a great position in a profitable growing industry. It is not enough to just have 1 of the 2, it must be both. On this slide, we have provided some of the criteria we look for when it comes to a business having a great position in a profitable growing industry. For example, a great position for Honeywell is most often the result of our differentiated technology. Honeywell has over 20,000 engineers developing and providing critical technology-oriented applications to high-spec, exacting customers to ensure that our products and services are delivered efficiently, accurately, reliably and safely.

Our avionics platforms, distributed control solutions, petrochemical conversion technologies and warehouse automation solutions are just a few examples. We also believe that management of the remaining businesses must have multiple levers that drive improvement, whether it's improving the customer experience, supply chain, working capital performance and productivity. This is often accomplished through the successful deployment of our operating system, HOS Gold, the numerous processes it encompasses, including functional transformation and our company-wide new product development process that drive top line growth and margin improvement.

Growing industries are often underpinned by positive, sustainable trends. Examples include: the continued proliferation of air travel in the global growing middle class; the explosion of e-commerce in numerous segments; safety regulations for workers; energy efficiency requirements for buildings, industrial facilities and aircraft; and growing demand for solutions which protect our environment. In our analysis, we use these criteria to closely examine the long-term growth prospects of all the industries in which we participate and our position in these industries. There is a summary of this analysis on Slide 7.

The portfolio which will remain at Honeywell is well positioned against our criteria. We participate in growing industries and our businesses are highly differentiated. Yet levers for continued improvement remain. All of the remaining businesses offer options for investment and growth, both organic and inorganic. I'm very excited about what we can do with a stronger, simplified portfolio.

I'm now on Slide 8. We often get the question of why our businesses belong together? Scale plays a part in terms of being able to leverage common systems, common processes, common suppliers, but is only a small part of the story. The nature of the customer base across our portfolio is decidedly similar, demanding technical buyers that require innovation, speed and quality. Typically, B2B or OEM customers, like an aerospace OEM, a global major in refiners or a cutting-edge logistics or e-commerce provider and a large installed base fertile with service opportunities. Considering all the airplanes, the oil and gas refiners, the petrochemical plants, the distribution centers and the buildings in the world; Honeywell's installed base is everywhere and represents extensive growth opportunities.

We have invested in unique enablers that allow us to provide outstanding service to these customers. Many of these enablers are listed on Slide 8. They include: more than 10,000 highly skilled shared technology resources distributed throughout the world to meet global demands, but even more importantly, to help our local commercial teams develop solutions which meet the local requirements. For example, this includes our presence in India, China, Central Europe and Mexico, just to name a few. The leverage of Sentience, our IIoT platform, which allows for all of our connected businesses to leverage a common IT stack, data lake and tools, yet allows our businesses to formulate end customer-centric software solutions. World-class operational levers like HOS Gold, which enables us to run our businesses the Honeywell way. Financial synergies, including tax, foreign exchange and free cash flow geography.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 10, 2017 / 12:00PM, HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

The next few pages cover each of our 4 businesses. Starting with Aerospace on Page 9, this is an exciting industry. We're experiencing a major investment in customer [planes], strong growth in flight hours, increasing defense budget and a surge of investments to make connectivity ubiquitous. Our position is terrific. We have the broadest portfolio of technology-differentiated offerings of any first tier supplier. And our win rates of new platforms have been outstanding. And we operate amongst the highest profit performers in the industry.

For example, I would point to our industry-leading Connected Aircraft offering with the highest speed global connectivity enabled by our Jet ConneX platform. The fit with Honeywell is outstanding. The key is the technology. Our global R&D organization, our Sentience platform and Honeywell's investments continue to enable participation in new and advanced technologies. These technologies in turn result in outstanding new products, platform wins and aftermarket growth. There isn't a business at Honeywell today which leverages our Honeywell Technology Solutions as well as the government relations and High Growth Regions organizations more than Aerospace. There are also important financial synergies from Aerospace, including its significant proportion of U.S.-based cash flows, which enables our capital allocation strategies. In assessing the growth prospects, market position and fit with Honeywell business, the Aerospace business offers an attractive growth platform, which fully leverages Honeywell capabilities.

Slide 10 is Building Technologies. This is another attractive industry. The future investment profile is strong, particularly in emerging regions due to increasing urbanization and connectivity. This industry fits our solutions for energy efficiency, security, safety and the overall Honeywell user experience. Our strong position is supported by our ubiquitous building management systems and brands, our well-developed indirect and direct channels and our extensive global installed base. We also have the industry-leading open software platform in Tridium and Niagara, which facilitates better energy management, enhanced security, operational excellence, lower cost and end-to-end efficiency across multiple platforms. This business fits very well with Honeywell. The Sentience platform will be a key enabler of connectivity growth, our High Growth Regions organization creates significant opportunities in buildings and our government relations and global financing organizations are also facilitating regular buildings growth opportunities.

Let's move to Slide 11. The many industries served by Performance Materials and Technologies include refining, petrochemical, pulp and paper, alternative energy and data centers. These industries offer attractive growth prospects spurred by population expansion and demographics, along with an ongoing focus on safety and productivity, environmentally friendly solutions and industrial cybersecurity. The products' regulation and supply chain are complex and highly engineered and our world-class technologies and capabilities enable us to excel. The installed base, particularly in Process Solutions and UOP, is vast and creates very significant pool for our services and Connected Plant offerings.

PMT is a great fit for Honeywell portfolio. It acts as a first mover when it comes to key infrastructure improvements in High Growth Regions, paving the way for other Honeywell businesses to follow. Also, the extensive installed base provides the opportunity to sell Honeywell products from other businesses, including from industrial safety and Building Technologies. Additionally, groundbreaking Connected Plant offerings would not be possible without the connectivity and data analytics provided by our Sentience platform.

I'm on Slide 12. Safety and Productivity Solutions has an outstanding growth outlook across all of its businesses. We participate in attractive industries with very strong long-term growth prospects, particularly relating to e-commerce, the Industrial Internet of Things and industrial safety and productivity. Our position continues to strengthen. We have added warehouse automation to our broad portfolio of productivity technologies, which also include mobile computers, scanners and voice-based workflow instruction solutions. The explosive growth in warehouse automation is creating another significant installed base for Honeywell, which portends well for future services and software business.

And in Safety Products, Honeywell's high-risk safety and gas detection technologies continue to support a very strong market position. Our Connected Worker solutions enable an unprecedented level of visibility in worker safety while integration of our Distributed Control Systems offerings in HPS provides even more highly differentiated solutions. SPS is another great fit with Honeywell. SPS benefits from cross-selling with other SBGs as well as from Honeywell's world-class government relations and High Growth Regions teams, which are catalyzing new growth opportunities throughout the world. The Honeywell Operating System and shared talent are critical to our ability to support the tremendous growth we've seen in the warehouse automation business. We are leveraging the project expertise in Honeywell Process Solutions to drive growth and productivity in Intelligrated.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 10, 2017 / 12:00PM, HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

I want to shift gears a bit and talk about the businesses that we intend to spin on Page 13 and 14. After conducting the comprehensive portfolio evaluation, there were 2 businesses that, although they are strong performers and leaders in their industries, do not fit with the Honeywell portfolio. We strongly believe that both of these businesses will benefit from independent decision-making regarding their investment and by separating from Honeywell. We have also established a strong execution precedent for spins with our performance of the AdvanSix spin, which was completed in 2016.

The Transportation Systems business has best-in-class supply-chain capabilities, deep customer relationships and a greater than 40% win rate and is poised to meet the challenges of a rapidly changing automobile industry. Its early play in automotive cybersecurity, battery management and software vehicle maintenance offerings bodes well for its future. Transportation Systems will benefit from being a stand-alone company. It is the only Honeywell business that primarily serves the automotive segment, and as an independent company, will be better positioned to properly channel and fund investments to capitalize on long-term industry trends.

The Homes business is a leading product provider of global home heating, ventilation and air-conditioning controls and home security system, and is the leading low-voltage homes and buildings distributor via the ADI business. This includes our connected home portfolio as well as our well-established installer network. We are extremely proud of our 100-plus-year history of innovation that we have in the home controls market. As a stand-alone company, Homes will benefit from improved focus on serving the customer segment and optimizing distribution, which are not Honeywell's core competencies. In addition, the Homes business will be better able to compete as a stand-alone company, where it can make its own strategic decisions and make the necessary investments to succeed in a rapidly evolving market.

Each of the companies we are spinning will be responsible for their appropriate share of our legacy liabilities, namely asbestos and environmental. The exact amount of the legacy liabilities payment for each spinco will be determined later. We anticipate that an amount equal to the Bendix asbestos liability will be carried by Transportation Systems as this liability originally arose from our automotive businesses. The Homes business will fund an amount equal to a meaningful portion of our legacy environmental liability. We're being very careful to ensure that we will not overly burden the spincos' balance sheets or diminish their growth and investment prospects in any way. More to come on this as we prepare for the spinoffs. Once the spins are complete at the end of 2018, we anticipate that both Homes and Transportation Systems will have high-yield credit ratings. We intend to provide more detail on the spincos in the first half of 2018 as we complete our analysis.

Let's turn to Slide 15. The announced transactions will create 2 new companies, each poised to thrive from having a more focused portfolio. For Honeywell going forward, the spins facilitate a reduction in the end markets which we serve and a more focused portfolio aligned to Honeywell's strengths. From a balance sheet perspective, we expect the spinoffs will result in an approximate $3 billion dividend, which we'll largely apportion to deleveraging to maintain our Moody's A2 credit rating, share repurchases and potentially M&A, should the proper opportunities arise. In aggregate, we will also maintain our current dividend payment. Going forward, we will target annual organic growth between 3% and 5%, an improved segment margin profile that will improve 30 to 50 basis points per year and 100% free cash flow conversion. We are also targeting to eliminate more than 50% of the stranded costs by the end of the next year and close to 100% within 3 years to minimize any dilutive impact on Honeywell.

Let's turn to Slide 16. The before and after analysis reveals a few things. First, a smaller portfolio will go from revenues of approximately $40 billion to $33 billion. But since day 1 on the job, I've told my team that I'm much more interested in having a thriving growth portfolio and shareowner value maximization rather than necessarily maximum revenues. Once we put to work some of the freed-up capital, I'm confident that the portfolio will resize in the segments and create even better profitable growth prospects.

It might confuse some that the relative size of Aero to the portfolio is not changing despite the reduction in the aggregate size of the portfolio. This is because Transportation Systems is reported in the Aerospace segment and its spin reduces the size of both Aerospace and the entire portfolio.

Last, you can see that we've reduced the number of vertical end markets served by 25%, going from 8 to 6. So in summary, we have a smaller, simpler portfolio with strong positions in 6 growing industries, good presence and room for growth in High Growth Regions and an attractive mix of businesses that leverage across Honeywell's synergies.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

I'm now on Slide 17. This page should look familiar. It's the long-term growth framework provided in March. The portfolio actions we announced will fortify our ability to meet these long-term targets, and we are sticking with them. Additionally, as evidenced by our 3% to 5% targeted growth, we are even more bullish on our growth prospects while continuing to deliver margin expansion and superior cash conversion.

Let's turn to Slide 18. Earlier, I mentioned the $3 billion initial rough-sizing of the aggregate dividends from the spins. When coupled with the 2018 free cash flow we are targeting, we'll have about $7 billion of cash to deploy in the U.S. in 2018 and $17 billion globally. This is without tax reform, as any new potential tax environment is not incorporated as part of our portfolio analysis. Tax reform will be accretive to the overall outcome and offer greater flexibility for Honeywell. If tax reform occurs in its presently drafted form, the $17 billion could be deployed entirely in the U.S. and be apportioned amongst dividend, M&A, share repurchases and debt repayment. As we move forward with the spin process, we'll provide you with more details about our capital deployment plans.

Let's turn to Slide 19 to wrap up. The spins of our Homes and Transportation Systems businesses will leave a more focused, growth-oriented and synergistic Honeywell, focused on winning in 6 key end markets and capable of delivering sustained, reliable financial results for shareowners. Each of our businesses has clear opportunities to increase scale. Honeywell continues to have a strong balance sheet with reduced environmental and asbestos funding obligations and better prospects for growth, profitability and cash conversion. Today's action will provide Honeywell with an even greater balance sheet capacity for accretive M&A, a growing dividend and share repurchases.

At the same time, I'm confident that independence is the right thing for the Homes and Transportation Systems businesses. Their ability to make independent investment decisions will better position them for growth and value creations for decades to come. Like with our AdvanSix spinoff last year, the businesses we are exiting will have bright futures outside of Honeywell. Today marks the beginning of another new chapter for Honeywell, and I'm excited about the future of our company. Great positions in growing industries will remain a hallmark of all Honeywell's businesses.

With that, I know you have lots of questions. So let's get to them. Mark?

---

**Mark Macaluso** - *Honeywell International Inc. - VP of IR*

Thanks, Darius. We'll be happy to address your questions. (Operator Instructions) And with that, operator, if you could open the line for Q&A?

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Our first question is coming from Steve Tusa of JPMorgan.

---

**Charles Stephen Tusa** - *JP Morgan Chase & Co, Research Division - MD*

So just remind us, is there anyone public that you guys compete with on the ADI side? I mean, I know there's Watsco out there that does buildings-related distribution types of products. But is there anyone more specific on the public side that you guys compete directly there on ADI?

---

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Steve, no, as you know, ADI is a very unique provider of low voltage services focused primarily on buildings and home. And its global presence, its expertise makes it truly a unique global distributor of very compelling products both from Honeywell as well as a number of our competitors. And it has an extraordinarily successful track record. And it will continue to be that way and it will be fostered even more with independence from Honeywell.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Charles Stephen Tusa** - *JP Morgan Chase & Co, Research Division - MD*

Okay. And I guess, just doing the math on kind of the buybacks and the stepped-up capital deployment up for 2018, obviously you guys haven't done a ton here in 2017, so a significant amount of capacity there. Is the goal to kind of essentially limit -- I'm not going to use the term dilution because we're getting -- the investors are getting these spins. Is the goal to essentially kind of try and make this a neutral event? Or maybe you can just give us some color around, as you deploy that capital, what do you think the ultimate kind of stand-alone Honeywell EPS looks like mathematically versus kind of where we are today if these things spin? Just kind of run us through that math. Or you can just say the high-level goal is to mitigate any dilution, for a lack of a better term, from the spins.

**Thomas A. Szlosek** - *Honeywell International Inc. - Senior VP & CFO*

Yes, Steve, this is Tom. First of all, we want to make sure we're setting up the spincos with a capital structure that will enable their independence and successful growth. And so that will be very important to us as we gauge the debt structure, the dividend and so forth. So that's one of our primary concerns. As you look at Honeywell going forward, we laid out the capital allocation objectives. We certainly will want to maintain the debt rating. It's very important to us. It has served us well and will continue to serve us well. And yes, as we look at the rest of the deployment opportunities, certainly an objective of ours is to maintain both the aggregate dividend as well as the EPS. Now there will be, naturally, some dilution from things like stranded costs. We've narrowed down the pool of stranded costs. And as Darius said, we'll be working to eliminate those over time such that their dilutive impact is completely minimized.

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

And I think just, Steve, maybe just a simple framework. So if you think about this in terms of the dividend, sort of priority one is, obviously we want to maintain our credit rating. Priority two is, we're going to maintain an aggregate of that dividend that we're paying. And then, we'll either do buybacks, or should there be attractive M&A, we're going to deploy cash in that way. The point is, we have to get through this body of work. And by the way, I just want to emphasize, there's a lot more work yet to do because we physically have to create these Homes and buildings P&Ls within HBT. That's why we don't have all this detail all laid out because those P&Ls in essence and the organizations will get created in Q4. And we're going to run the business under HBT, under those 2 P&Ls. HBT will contain those 2 P&Ls starting in Q1 next year. So look, we've got some work yet to do, but we're going to be forthcoming with the details as they become available.

**Charles Stephen Tusa** - *JP Morgan Chase & Co, Research Division - MD*

Okay, great. What a difference a year makes at this point in time. So congrats on stepping forward here and making some pretty good, deliberate, smart decisions.

**Operator**

Our next question comes from Nigel Coe of Morgan Stanley.

**Nigel Edward Coe** - *Morgan Stanley, Research Division - MD*

I think, we [ruled] out our estimates for the margin profiles for these spincos. But any color you can provide at this stage would be helpful. And then, on the legacy liabilities, is the intent to maybe just pro rate those to the TS or maybe a bit more? I mean, any sense, that would be great as well.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 10, 2017 / 12:00PM, HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

**Thomas A. Szlosek** - *Honeywell International Inc. - Senior VP & CFO*

Yes, I mean, in terms of the margin profiles of the businesses, I mean, we're working through, as Darius said, creating that Homes portfolio. But I think you can think of that as a mid-teens or higher-margin business. I think, the same thing can be said for TS. We'll be working on the allocation of legacy liabilities that will influence the ultimate amount of the margins, and that will come in time. And we're not being overly specific on the amount of the legacy liability allocations. But as you know in general terms, we have some environmental liabilities and asbestos liabilities. A portion of the asbestos liabilities are automotive-related. And those are the ones that we intend to allocate to the Transportation Systems business. The way it's going to work is through an annual kind of assessment to each of the spincos. And in terms of the amount and the exact timing and cadence of payments and so forth, we're working through that. As you can imagine, with tax considerations and capital allocation considerations, we want to make sure we've got that precisely nailed down before we share specific detail.

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

And Nigel, did you also want some color on the 2 spins? Was that the first part of your question?

**Nigel Edward Coe** - *Morgan Stanley, Research Division - MD*

Yes, the margin portfolios. I mean, I think Tom mentioned mid-teens for both spins. So I think that addresses that question. And then, just a follow-on, on Aerospace, obviously the genesis or the catalyst for this -- for the review was the proposal for Aerospace to be separated. I think one of the drivers for that was, it's a consolidated industry, and therefore standalone Honeywell Aerospace could better participate in consolidation. Did you obviously consider that possibility? But do you agree that A&D is going continue to consolidate? And do you anticipate Honeywell being a more aggressive consolidator going forward?

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Yes, I don't really want to speculate on what's going to happen to that industry. But you can imagine, we assessed an Aerospace scenario as well as a lot of other scenarios, and we really put a lot of work. Clearly, this is a process that we -- that I personally take very seriously. And as I pointed out in my voice track, it's one that really I started right after I started in my COO role. As a matter of fact, I did this process 3 different times. I did it actually before I secured the job as COO. We started it in 2016 after I was announced and really accelerated it this year to come with these conclusions. Because I think it's really important for me as CEO to kind of have a very unbiased fresh view as to the portfolio. And what we came out with, obviously well aligned with our board, is what we believe will be the most value constructive actions, which will help us maximize value for our shareowners.

**Operator**

Our next question is coming from Joe Ritchie of Goldman Sachs.

**Joseph Alfred Ritchie** - *Goldman Sachs Group Inc., Research Division - VP and Lead Multi-Industry Analyst*

Yes, so my first question, maybe focusing on the transaction for a second, just ADI. I think, it pulls in like roughly, call it, $600 million of Honeywell products today. I'm just wondering, like is there any disruption that you expect to see from spinning that business out and whether you can put potentially like long-term agreements in place to ensure that you still have an opportunity to sell through that channel? And then secondly, like can you maybe talk a little bit about your thought process about including ADI but not including BSD as part of the spin announcement?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Yes, so let me kind of answer both those questions. In terms of any disruption, we're very excited to have ADI continue to distribute the Honeywell Homes and Buildings Products portfolio. This is a very compelling leading brand in that space. It would not be in ADI's best interest to stop distributing Honeywell, both on the home side and the building side. So we don't anticipate any issues with that. And I think it's really in the best interest of our shareowners to have that continue to happen. In terms of constructional structures, I think it's too early to talk about that. But just from a logic perspective, I don't foresee any major issue. In terms of our kind of HBS business, it's really a perfect fit with what we're keeping. Because if you think about, we have kind of a three-pronged approach to the building space: HPS, which have much more of a direct presence, a big services arm; our Connected Buildings play; and obviously numerous Building Products solutions. So if you put that all together, it really positions us very, very well to address the building space and have a compelling value proposition both through a direct -- kind of a direct way but also through our well-established channel partners in which we plan to have our Connected Buildings offering as well. So we think that all of those pieces really fit together into a cohesive, comprehensive strategy.

**Joseph Alfred Ritchie** - *Goldman Sachs Group Inc., Research Division - VP and Lead Multi-Industry Analyst*

Got it. Okay, that makes sense, Darius. Maybe my one follow-up here on M&A and the $15 billion of deployment. Clearly, you guys have talked about the attractiveness of the warehouse automation space. There are some assets there for sale on the catalyst side of the business. Maybe if you could potentially just rank-order priority on M&A. And then also specifically, look, there's clearly a lot of change going on within the company. How much capacity do you guys have right now to do M&A in the near to medium term?

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Well, look, maybe let me answer your last question first, which is we have plenty of capacity. Because if you think about this, this change does not impact our PMT business, does not impact our SPS business and does not impact the legacy Aerospace business at all. And although yes, there will have to -- we will have to do a little bit of work in terms of reorganizing and preparing in Q4 for a Q1 reorganization, I don't think that this is going to be overwhelming at all. So the punchline for me is, we're going to be very active in the M&A arena. In terms of prioritization, I think now, given these 2 spins and given sort of the optimized capital structure, I'm very excited about investing in any of the 4 platforms. And I think this was part of our key decision-making is, how likely we're going to make M&A in TS or Homes that frankly that wasn't rising to the top of my investment profile. And whenever that happens, you have to ask is, "Do these businesses belong in the Honeywell portfolio?" And I think that was fundamentally maybe the key decision point to say these businesses will benefit from independence. And it's kind of how we came to that conclusion.

**Operator**

Our next question is coming from Scott Davis of Melius Research.

**Scott Davis**

But anyway, I've got a couple of questions for you guys. And first, one of the things we've seen in spins like this is that a year is a long time and the businesses that are being spun out typically underperform pretty materially in that spin time period. I mean, has there been any thought to kind of how you compensate or motivate the guys to -- the new business heads, et cetera, to keep the wheels on for the next year before the spins?

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

First of all, I think -- we're Honeywell. And I think performance is sort of a natural act and one that we take very, very seriously. So we expect these businesses to perform in the interim. And yes, we're going to be thinking about structures and make sure that our leaders are properly incented. But given our performance culture and what these businesses have done historically, I don't anticipate that being a major issue. I'll also tell you that we're planning to get this done by the end of 2018, both of these spins. But we also want to get them done as quickly as we can. So obviously,

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



we're giving ourselves roughly 5 quarters to get it done. But perhaps we might be able to get some of these done even sooner. But we'll see how it goes. It's really early days. We kind of view today is day 1. And as you can imagine, we have a very small circle of people in the know. So do a lot of the work and to do a lot of the detailed work, it really just begins today. And today is really the onset of that work. We're going to have a lot more clarity both during our outlook call in December, our investor meeting in February, and we're going to be sharing all those details with you.

---

**Scott Davis**

Fair enough. And just as a follow-up, is there anything that precludes you guys from going down a dual path here of sale or spin? I assume you can take reverse inquiries and still take the -- still have the tax status intact. Is that something that you guys are considering?

---

**Thomas A. Szlosek** - *Honeywell International Inc. - Senior VP & CFO*

Yes. Scott, it's Tom. Obviously, if a better opportunity came along, we'd seriously consider it. But I mean, the fact is that we've carefully analyzed all aspects of the perimeter of these businesses, including their tax structures and their footprint. And we think, the best value for our shareowners is these spin transactions.

---

**Operator**

Our next question comes from Andrew Kaplowitz of Citi.

---

**Andrew Alec Kaplowitz** - *Citigroup Inc, Research Division - MD and U.S. Industrial Sector Head*

Darius, at EPG, you've mentioned the potential for 3 to 5 end markets when you did this analysis. And ultimately, you're ending up at 6, which is not too different, so maybe it's a bit nitpicky. But were you surprised ultimately that you aren't spinning more businesses off as you did this analysis?

---

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

No. I mean, as I shared, what I really wanted to accomplish, Andrew, as I shared at EPG, is I wanted to have a more focused scenario. And it depends upon how you count it, you could say with 5 or 6. But that was a very clear objective. And there wasn't a magical number that said, "Okay, I have to get down to 5 or 7 or whatever it is." These are the things that the 2 spins that we announced today, we think, are the most sensible things for us to do to maximize shareowners' value. And that was the overwhelming driver. And as a result, I think we've got a simpler, more focused portfolio. And now we've got 2 exciting new businesses that we believe can grow at an accelerated rate, make better investment decisions and continue to thrive because they're both terrific businesses.

---

**Andrew Alec Kaplowitz** - *Citigroup Inc, Research Division - MD and U.S. Industrial Sector Head*

Got it. And Darius, obviously a good knowledge of the SPS business. I mean, you have -- when you did your analysis, you had a fair amount of market exposure there to maybe a little bit more competitive end markets, maybe a little more susceptibility to disruption than the other remaining businesses. We know you mentioned that you believe the SPS businesses are strong growth businesses going forward. But why ultimately did all of SPS make the cut?

---

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

I love the SPS businesses. I mean, they are -- there's a terrific portfolio of businesses in SPS. And industrial safety, very well aligned with worker safety, ongoing regulation, which protects the industrial worker. I don't think that, that's going to change. It's going to strengthen. Particularly in HGR, we're really well positioned. Our SIoT business, if you think about continued growth of IoT and IIoT, well, this is the sensor business. So there's

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



-- we're seeing a great turnaround in that business this year. Really excited about owning it for the future because it's really well aligned with this mega trend and where a lot of the -- us as well as our competitors are investing, which is IIoT. And this is the key solution provider. If you look at Intelligrated, I mean, I think that one kind of -- its success speaks up for itself, I mean, with strong double-digit growth that I see for the future. It's technology-differentiated. It's ultimately going to have a much bigger services component. Our bookings are going to be up substantially this year. Just a terrific growth platform. And productivity products. Granted, maybe that's not our strong best-performing business this year. But I'm very excited about these new growth platforms they're launching both in Q4 and Q1 next year. It will continue to grow. It has attractive growth dynamics and will be a terrific platform for the future. And then lastly, workflow solutions, another double-digit growing business, primarily software. It has a very, very bright future. So as I really look at across SPS, I like every one of those businesses and they have terrific prospects for growth.

**Operator**

Our next question is coming from Peter Arment of Baird.

**Peter J. Arment** - *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

Just as a quick clarification on the timing of the spinoffs. Darius, on the Transportation Systems, is there any reason why that spin can't happen sooner? Just because, I get with ADI, of standing up all the P&L, et cetera. Is there anything to read into that just in terms of the timing?

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

I think, Peter, we just want to make sure we do this properly. It will require some time. But like I said, today is really officially day 1. So there's a lot we don't know. We're not into the details. As you can imagine, to do this analysis, it's a very, very small group of people that were involved. As we get more time into it, I'd certainly love to get it done sooner. So the desire is there and that's what we're going to shoot for. But I don't want to overpromise and underdeliver. And as the details become evident, we're going to share the timing with you.

**Operator**

Our next question is coming from John Inch of Deutsche Bank.

**John George Inch** - *Deutsche Bank AG, Research Division - MD of Multi-Industry Sector of US and Senior Analyst*

Can we start with Aero? Obviously, this was the activists' focus, right? They thought you could unlock a lot of value if you spun Aero. Most of us didn't think you were going to spin it. But clearly, it's a business that's sort of been in the focus, right, for better or worse. Could you talk maybe, Darius and Tom, about what strategic actions you may now want to take to elicit perhaps faster future growth or more competitive benefit out of Aero? And I kind of mean apart from cyclical trend dynamics, right? Because obviously, these businesses follow flight hours and so forth. That's -- I'm thinking -- I'm talking sort of beyond that. Are there any initiatives specifically that you're looking to kind of flesh out here?

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Yes, I mean, I think the single most important initiative is the growth that's not tied to necessarily platforms. So where Tim and his team have spent a lot of time and effort is to both developing the strategy and the tactics for Connected Aircraft. That business is growing double-digit this year, and really our whole RMU strategy and also terrific growth on that side of the business. And really, where we've focused and Tim has done a really nice job here is developing a commercial savvy for the business. And you'll see that business is accelerating. We see that in the P&L. And we have a lot of growth platforms coming that we've won on. But I would say, the focus on that business has been very much on commercial excellence. And as you remember, commercial excellence is the newest segment of our HOS Gold operating system. And I think no business has embraced it better than Aerospace. And the reason I know that is because I see the results. And it's coming through in the growth rates. It's coming through in

12

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

OCTOBER 10, 2017 / 12:00PM, HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

their services. It's coming through in the Connected Aircraft. So I'm thrilled by what we have in Aerospace. It's a great player and it's going to continue to win the marketplace.

**John George Inch** - *Deutsche Bank AG, Research Division - MD of Multi-Industry Sector of US and Senior Analyst*

Darius, should we expect any kind of organizational changes? And I don't necessarily mean people, but maybe as part of like a market orientation or what you've been describing. I realize you had streamed the business in the past. You within the prior leadership had streamlined the business in the past. Is there some, in response to market, perhaps you break some of that out a little bit, create separate SBUs or something? Or do you like it kind of as it stands?

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Well, I think, John, I think you probably recognize that we reorganized the business January 2, 2017. And we reorganized it very much -- the number one reason we reorganized it is to kind of segregate a little bit more of the P&Ls, give it -- it could have it become faster-moving, faster decision-making, much more commercially excellent orientation, enable it to grow faster. And to be honest, I'm thrilled with the results. It's accomplished exactly what I hoped it would. So I feel like we've made a pretty big organizational change in that business at the beginning of this year, which so far, I see paying off. And we're seeing the benefits of it. And we saw it again in Q3.

**John George Inch** - *Deutsche Bank AG, Research Division - MD of Multi-Industry Sector of US and Senior Analyst*

No, that answers my questions. The review following the change basically confirmed that you guys are happy with the changes that you made in Aero? I think that's what you just said.

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Correct.

**John George Inch** - *Deutsche Bank AG, Research Division - MD of Multi-Industry Sector of US and Senior Analyst*

So yes, so just lastly, PMT, I think Joe Ritchie asked the question. But look, as the -- obviously, the catalyst industry is kind of in flux right now. Are catalysts or other elements -- obviously, you're in love with UOP. Are there other catalysts or other elements of, say, advanced materials? Would you be looking potentially to add to those businesses or just in terms of thinking of the strategy? Or do you feel like you've got really sufficient scale to accomplish what you're trying to -- how you're trying to grow the company going forward?

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Yes. I mean, certainly we have sufficient scale. I don't think we're lacking for anything. But on the other hand, I do like the PMT business. It is a terrific management team across the board in every one of those businesses, has a great track record of delivery. And I would absolutely look for accretive M&A to give them a bigger platform for growth. I don't think, strategically, it's missing something, which would inhibit or minimize its growth prospects. But nevertheless, we'd love to look at a number of segments, whether it's UOP, HBS or even advanced materials. We have possibilities for M&A there. And we're certainly continuing to be looking and be aggressive in pursuing something in that segment as well as the others.

**John George Inch** - *Deutsche Bank AG, Research Division - MD of Multi-Industry Sector of US and Senior Analyst*

Would you say -- this is my last question. Of all of the remaining segments, is there a tilt or bias on your part toward where you'd like to see more M&A activity, so either Aero or SPS? I mean, it's sort of assuming it's not Aero, right? But say, SPS or PMT or any color you would add.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

No, I think, John, I'm very excited about M&A in all 4 of our businesses. And I think that this -- these 2 spins provide that level of clarity, give me a lot of different levers to invest our M&A dollars. And I can tell you, I'm very excited about all the 4 growth platforms that we have in the company.

**Operator**

Our next question is coming from Howard Rubel of Jefferies.

**Howard Alan Rubel** - *Jefferies LLC, Research Division - MD and Senior Equity Research Analyst of Aerospace and Defense Electronics*

Tom, I hate to do this, but you did in the appendix -- can you hear me all right? Tom, in the appendix, I hate to go there, but for 0.5 second, you did provide some interesting color in terms of the quarter. You addressed some incremental restructuring. And so rather than a scramble when we see the numbers in about 10 days, could you just provide a little bit of color of what you've done and how you've thought about some of the incremental restructuring?

**Thomas A. Szlosek** - *Honeywell International Inc. - Senior VP & CFO*

Yes, sure. I mean, as we kind of -- it's pretty much in line with what we signaled at the start of the quarter. We had anticipated some favorability in our tax rates. And that's a result of 2 things, one, just ongoing good tax planning with the objective of repatriating as much cash as we can in a low-cost way. That's not easy to do these days as you know. And we're obviously hopeful for a change in that with legislation. But two, the exercises of options has created, because of the new accounting, a P&L benefit there. So to kind of normalize that, we've looked at additional opportunities for restructuring. And we have a robust pipeline of restructuring activities and opportunities. Each business has their wish list that they're working on all the time. Some are generated by just M&A integration, some of the opportunities are generated by better technology that helps us to do things differently. But in any case, we prioritize the ones based on the returns that they will generate. Obviously, the quickness of the returns as well as the uncertainty of the returns and the risk minimization around that. So we did that again once again this quarter. And because of that lower tax rate, we have opportunities in each of the businesses around restructuring. And the paybacks are as good as they've ever been. And they will give us some nice momentum more so for 2018 than the fourth quarter. We'll have a little bit for the rest of the year. But this will be a continuing part of our process, to look for these opportunities.

**Howard Alan Rubel** - *Jefferies LLC, Research Division - MD and Senior Equity Research Analyst of Aerospace and Defense Electronics*

And then Darius, just a follow-up. I mean, the speed in which you've conducted this review is pretty impressive. And while I don't wish it on you again anytime soon, how do you think about incorporating what you've learned from this to stimulate the operating units to either come forward with other ideas that are -- that won't make the cut going forward so that you can redirect investment accordingly?

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Yes, thanks, Howard. I mean, I think that, that's something that obviously the business unit presidents certainly have their own points of views and ideas. But I also -- and I, by the way, I take those into account. But I also need to have an independent point of view because sometimes business leaders can have a little bit of emotion tied to certain businesses, particularly when it comes to divestitures. And although this announcement today is comprehensive, it is going to be recurring because conclusions that I may make today may be different than conclusions I'll make 2 years from now or conversely the conclusions may have been different 10 years ago. So I think it's very important to be objective, fact-based, numbers-driven and unemotional about some of these decisions. Obviously, input from others in the corporation will be important. But a certain level of objectivity is also important. So you can count on us having this be a natural part of how we run Honeywell going forward.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 10, 2017 / 12:00PM, HON - Honeywell International Inc Comprehensive Portfolio Review Conference Call

**Operator**

That concludes today's question-and-answer session. At this time, I'd like to turn conference back over to Mr. Darius Adamczyk for any additional or closing remarks.

**Darius Adamczyk** - *Honeywell International Inc. - President, CEO & Director*

Thank you. I'm excited about the future of Honeywell and the future of 2 spin companies that we announced today, Homes and Transportation Systems. You'll hear more from us as we finalize the details. And I anticipate that we'll do a deeper dive during our annual investor conference, which will take place in February. Until then, we remain focused on delivering the consistent results you've come to expect from Honeywell. We'll speak with you next Friday to review our third quarter results in detail. Thank you.

**Operator**

Thank you. This does conclude today's teleconference. Please disconnect your lines at this time, and have a wonderful day.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2017, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

