# EXHIBIT J

# OPPENHEIMER

EQUITY RESEARCH

## COMPANY UPDATE

October 31, 2018

SPECIAL SITUATIONS

**Stock Rating:**

## OUTPERFORM

| | |
|---|---:|
| 12-18 mo. Price Target | $35.00 |
| REZI - NYSE | $21.05 |

| | |
|---|---:|
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $32.55-$19.31 |
| Shares Outstanding | 123.0M |
| Float | NA |
| Market Capitalization | $2,589.2M |
| Avg. Daily Trading Volume | NA |
| Dividend/Div Yield | NA/NM |
| Book Value | NA |
| Fiscal Year Ends | Dec |
| 2018E ROE | NA |
| LT Debt | $1,225.0M |
| Preferred | NA |
| Common Equity | NA |
| Convertible Available | No |

*Regular-way trading began 10/29/18. Some pricing data unavailable.*

| EBITDA ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2017A | -- | -- | -- | -- | 414 | NM |
| 2018E | 111A | 119A | 115 | 125 | 470 | NM |
| *Prior (E)* | -- | -- | *128* | *112* | *--* | *NM* |
| 2019E | -- | -- | -- | -- | 504 | NM |

# Resideo Technologies, Inc.

## Buy on Dislocation

### SUMMARY

We would take advantage of the recent dislocation caused by the selling from the Honeywell shareholders (large-cap and index) who received shares in the spin-off. Since regular-way trading commenced on Monday, ~46.8M shares (~38.1% of the shares outstanding) have changed hands, and the stock is off a substantial ~18.5%. The stock now trades at a highly attractive 7.1x 2019E EBITDA and 12.7x 2019E EPS. It is now one of the cheapest in the group. Maintain Outperform and $35 price target.

### KEY POINTS

- The company is set to report on November 14th. Management appears confident in its $470M EBITDA guidance. We now believe 4Q18E will be stronger than expected (and 3Q18 will be impacted by spin-off related distractions) and adjust the spread accordingly. Our 2018E/2019E post-indemnification EBITDA of $470M/$504M remain unchanged.

- Please see our initiation dated October 24, 2018, for more additional information on Resideo.

### Stock Price Performance



**1 Year Price History for REZI**

### Company Description

Resideo is a leading provider of critical comfort and security solutions particularly within residential applications. The company has a presence in 150M+ homes globally. The company maintains a market-leading position in the traditional/non-connected products space which makes a significant portion of its net sales.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

**Ian Zaffino, CFA**
212-667-7413
ian.zaffino@opco.com

**Mark Zhang**
212-667-8119
mark.zhang@opco.com

Disseminated: October 31, 2018 23:30 EDT; Produced: October 31, 2018 18:42 EDT

**Resideo Technologies, Inc.**                                                                    **REZI (OUTPERFORM) - $35.00**

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

### BASE CASE ASSUMPTION

- REZI performs and achieves guidance estimates
- Management continues to deliver on key initiatives to grow the core business

### UPSIDE SCENARIO

- The company exceeds its estimated growth on its core business
- The company introduces incremental new product offerings and exceeds its expectation in tapping into alternative channels

## INVESTMENT THESIS

Resideo is a leading global provider of comfort and security devices and an operator of a leading wholesale distribution network. The company manufactures comfort & care products, e.g., boiler flame controls, hot water heater controls, temperature gauges, and security & safety products, e.g., professional-grade security panels, sensors, and cameras. The company is the dominant player in the professional installation channel and generates 95% of its sales through this channel.

### CATALYSTS

- Company guidance for 2020
- Progression on its growth initiatives

### DOWNSIDE SCENARIO

- Inability to grow its core business or expand beyond its core business
- Increased competition in the market
- Inability to tap into new alternative channels

## PRICE TARGET CALCULATION

Our $35 price target represents 11.0x ~2019E EBITDA for Products and 9.0x for Distribution—both target multiples are in line with peers. We believe REZI can reach our price target, as it beats what we believe to be conservative guidance, grows EBITDA twice as fast as revenues and rapidly de-levers. Earnings upside could come from solid growth in Products, a shift toward more connected devices and greater recurring revenues.

## KEY RISKS

Risks to our price target include general economic conditions, increased competition, shifts in regulatory frameworks, inability to grow the company beyond the core business and product performance. The company also has limited trading history and an active trading market for REZI may not be sustained in the future.



Ian A. Zaffino, CFA: 212-667-7413

## Exhibit 1: Income Statement

| Resideo Technologies, Inc.<br>($ millions, except per share data)<br>Fiscal Year End December 31 | 31-Dec-17 | 31-Mar-18 | 30-Jun-18 | 30-Sep-18 | 31-Dec-18 | 31-Dec-18 | 31-Dec-19 |
|---|---|---|---|---|---|---|---|
| | 2017 | 1Q18 | 2Q18 | 3Q18E | 4Q18E | 2018E | 2019E |
| Revenue | 4856 | 1244 | 1276 | 1273 | 1326 | 5119 | 5324 |
| Less: Intersegment Sales | 337 | 79 | 80 | 80 | 80 | 319 | 332 |
| Net Sales | 4519 | 1165 | 1196 | 1193 | 1246 | 4800 | 4992 |
| *Y-o-Y Growth* | *1.4%* | | | | | *6.2%* | *4.0%* |
| Cost of Goods Sold | 3203 | 817 | 848 | 844 | 867 | 3376 | 3498 |
| *As a % of sales* | *71%* | *70%* | *71%* | *71%* | *70%* | *70%* | *70%* |
| Gross Profit | 1316 | 348 | 348 | 349 | 379 | 1424 | 1494 |
| *Margin* | *29%* | *30%* | *29%* | *29%* | *30%* | *30%* | *30%* |
| SG&A and Others | 871 | 209 | 215 | 220 | 224 | 868 | 891 |
| *As a % of sales* | *19%* | *18%* | *18%* | *18%* | *18%* | *18%* | *18%* |
| Other Expense | 281 | 53 | 123 | 120 | 120 | 416 | 405 |
| Operating Income | 125 | 78 | 6 | 2 | 28 | 114 | 171 |
| *Margin* | *3%* | *7%* | *1%* | *0%* | *2%* | *2%* | *3%* |
| Interest Expense, net | 2 | 1 | -1 | -1 | -17 | -18 | -70 |
| Pre-tax income | 127 | 79 | 5 | 1 | 11 | 96 | 101 |
| Taxes | 553 | 54 | -28 | 0 | 3 | 30 | 27 |
| Net Income | -426 | 25 | 33 | 1 | 8 | 66 | 74 |
| Shares Outstanding | 123 | 123 | 123 | 123 | 123 | 123 | 123 |
| Adjusted Net Income | 321 | 106 | 101 | 67 | 74 | 347 | 345 |
| **Adjusted EPS** | **2.61** | **0.86** | **0.82** | **0.54** | **0.60** | **2.82** | **2.80** |
| Environmental Indemnification | 140 | 35 | 35 | 35 | 35 | 140 | 140 |
| Adj. Net Income Incl. Indemn. | 181 | 71 | 66 | 32 | 39 | 207 | 205 |
| **Adjusted EPS Incl. Indemn.** | **1.47** | **0.58** | **0.54** | **0.26** | **0.31** | **1.69** | **1.66** |
| | | | | | | | |
| **Adjusted EBITDA** | **554** | **146** | **154** | **150** | **160** | **610** | **644** |
| *Margin %* | *12%* | *13%* | *13%* | *13%* | *13%* | *13%* | *13%* |
| Environmental Indemnification | 140 | 35 | 35 | 35 | 35 | 140 | 140 |
| **Adj. EBITDA incl. Indemn.** | **414** | **111** | **119** | **115** | **125** | **470** | **504** |
| *Margin %* | *9%* | *10%* | *10%* | *10%* | *10%* | *10%* | *10%* |

Source: Oppenheimer & Co. Inc. Estimates, Company Reports



## Exhibit 2: Comp Sheet

| ($ million except per share) Company Name | Ticker | Market Price | Diluted Shares | Market Cap | Enterprise Value | EBITDA 2018E | 2019E | EV/EBITDA 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|
| **Controls** | | | | | | | | | |
| Johnson Controls International plc | JCI | $31.97 | 931 | 29,754 | 42,684 | 4,906 | 5,216 | 8.7x | 8.2x |
| Woodward, Inc. | WWD | $73.64 | 64 | 4,689 | 5,930 | 369 | 518 | 16.1x | 11.4x |
| Emerson Electric Co. | EMR | $67.88 | 633 | 42,961 | 45,585 | 3,662 | 4,146 | 12.4x | 11.0x |
| Ingersoll-Rand Plc | IR | $95.94 | 250 | 23,937 | 27,062 | 2,381 | 2,576 | 11.4x | 10.5x |
| Lennox International Inc. | LII | $210.89 | 41 | 8,583 | 9,663 | 579 | 694 | 16.7x | 13.9x |
| Acuity Brands, Inc. | AYI | $125.64 | 40 | 5,038 | 5,266 | 577 | 587 | 9.1x | 9.0x |
| Allegion PLC | ALLE | $85.73 | 96 | 8,213 | 9,469 | 634 | 691 | 14.9x | 13.7x |
| NAPCO Security Technologies, Inc. | NSSC | $14.07 | 19 | 264 | 259 | 13 | 18 | 19.3x | 14.7x |
| ASSA ABLOY AB Class B | ASSA.B-SE | $19.37 | 1,110 | 21,501 | 24,767 | 1,571 | 1,793 | 15.8x | 13.8x |
| **Average** | | | | | | | | **13.8x** | **11.8x** |
| **Distributor** | | | | | | | | | |
| Watsco, Inc. | WSO | $148.18 | 34 | 5,097 | 5,420 | 403 | 430 | 13.5x | 12.6x |
| HD Supply Holdings, Inc. | HDS | $37.57 | 184 | 6,906 | 8,776 | 864 | 927 | 10.2x | 9.5x |
| Anixter International Inc. | AXE | $65.69 | 34 | 2,240 | 3,434 | 398 | 443 | 8.6x | 7.8x |
| W.W. Grainger, Inc. | GWW | $283.97 | 57 | 16,131 | 18,269 | 1,602 | 1,760 | 11.4x | 10.4x |
| Wesco International, Inc. | WCC | $50.18 | 48 | 2,386 | 3,602 | 423 | 460 | 8.5x | 7.8x |
| Genuine Parts Company | GPC | $97.92 | 147 | 14,439 | 16,993 | 1,444 | 1,549 | 11.8x | 11.0x |
| **Average** | | | | | | | | **10.7x** | **9.8x** |
| Resideo Technologies, Inc. | REZI | $21.05 | 123 | 2,589 | 3,594 | 470 | 504 | 7.6x | 7.1x |
| Resideo Technologies, Inc. | REZI | **$35.00** | 123 | 4,305 | 5,310 | 470 | 504 | 11.3x | 10.5x |

Source: Oppenheimer & Co. Inc. Estimates, Company Reports

 

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by Oppenheimer & Co. Inc:

**Stock Prices as of October 31, 2018**

Acuity Brands, Inc. (AYI - NYSE, $125.64, OUTPERFORM)
Emerson Electric Co. (EMR - NYSE, $67.88, PERFORM)
W.W. Grainger, Inc. (GWW - NYSE, $283.97, OUTPERFORM)
Johnson Controls, Inc. (JCI - NYSE, $31.97, OUTPERFORM)
WESCO International, Inc. (WCC - NYSE, $50.18, PERFORM)
Woodward, Inc. (WWD - NASDAQ, $73.64, PERFORM)



Rating and Price Target History for: Resideo Technologies, Inc. (REZI) as of 10-30-2018

10/24/18 I:O:$35

Created by BlueMatrix



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

**Distribution of Ratings/IB Services Firmwide**

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| OUTPERFORM [O] | 374 | 66.55 | 171 | 45.72 |
| PERFORM [P] | 186 | 33.10 | 65 | 34.95 |
| UNDERPERFORM [U] | 2 | 0.36 | 1 | 50.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

# Company Specific Disclosures

Oppenheimer & Co. Inc. makes a market in the securities of ALLE.

Oppenheimer & Co. Inc. expects to receive or intends to seek compensation for investment banking services in the next 3 months from AYI.

**Additional Information Available**

**Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

OPPENHEIMER

# Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2018.

