# EXHIBIT K



## Resideo Technologies Inc.

January 16, 2019

# Investment Summary

| Tickers | REZI |
| --- | --- |
| Sector | Technology |
| Country | USA |
| Primary stock exchange | NYSE |
| Price ($) | 21.30 |
| Market Cap($ bn) | 2.6 |

**Fair value per share ($)**

| | |
| --- | --- |
| REZI | ~29 |
| View | Undervalued |

**REZI**
**Revenue ($ millions)**

| | |
| --- | --- |
| FY2018e | 4,835 |
| FY2019e | 5,029 |

**Adj. EBITDA ($ millions)**

| | |
| --- | --- |
| FY2018e | 474 |
| FY2019e | 498 |

Resideo Technologies Inc. (NYSE: REZI), a spin-off from Honeywell Corp is a great way for investors to get exposure to smart/connected homes and Internet of Things (IoT) theme. The spin-off from Honeywell was completed in October 2018. In our note dated October 16, 2018, we had a positive view on REZI and continue to remain bullish on its prospects. REZI delivered solid 3Q18 results and management also reiterated its 2019 targets of top-line growth of 4% with EBITDA margins of 13%. The company has made key customer wins and should continue to tap into alternative market channels, including utility providers. REZI is a global leader in connected home market which is experiencing global macro tailwinds. Especially the renovation and remodelling spending on homes remains strong as suggested by the management commentary during 3Q18 earnings. We see REZI's broad portfolio of end-to-end solutions across connected home space as a key advantage versus competitors most of whom offer niche solutions within the home space. High R&D spending (~$125 million in FY19) ensures strong product pipeline which should support revenue growth. In our view, REZI is undervalued at current levels.

### Spin-off Overview

On October 10, 2017, Honeywell International Plc (NYSE: HON), announced plans to spin-off its Homes and ADI global distribution business into a separate public company, Resideo Technologies Inc. Each HON shareholder received one share of Resideo for every 6 shares of HON held as of the record date, October 16, 2018. The spin-off was tax-free and completed on October 29, 2018.

### REZI Positioning

**Accelerating macro tailwinds to support growth:** REZI is a leader in connected home space, currently servicing over 4.7 million connected customers and transmitting over 40 million consumer notifications, including more than two million security panel signals, every day. We believe the global connected home market is in the early stages of broad consumer adoption, with Gartner projecting the installed base of connected things in the consumer segment to grow from ~4 billion in 2016 to more than 12 billion in 2020. Research by McKinsey & Co. shows that the smart home industry is expected to nearly double in value by 2022 and that the industry is benefiting from growth in residential construction/remodeling; increased emphasis on safety and energy efficiency; and advances in mobile connectivity, the cloud, and data analytics.

The company in its recent 3Q18 earnings commentary noted that the consumer spending in the home space (renovation/remodeling) remains strong. The low unemployment rate in the US should further drive consumer confidence and continue to fuel spending on renovation and remodeling of homes.

REZI with its broad portfolio of connected thermostats solutions and DIY solutions (self-installed and self-monitored security systems) is well positioned to capitalize on the end-user demand. According to IDC, connected thermostats solutions market is expected to grow at a CAGR of 17% over the next five years. While the DIY solutions market is forecasted to experience a growth of 20% till 2020.

Any recommendations contained in this report may not be suitable for all investors. Moreover, although the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. In addition, WhiteSand Research, LLC and employees of WhiteSand Research, LLC may hold positions or effect transactions contrary to recommendations mentioned herein. **This report may not be reproduced, copied, duplicated, or electronically forwarded without the expressed written permission of WhiteSand Research, LLC.**

Resideo Technologies Inc.                                                    January 16, 2019

**Exhibit 1: Favourable macro trends**



Source: Company data

**Global leader with broad product portfolio:** REZI is a global leader in connected home market with presence in more than 150 million homes globally. The addressable markets are large in size – Comfort & Care (~$10 billion), Security & Safety ($5 billion) and Distribution ($20 billion). The company boasts of #1 position in many categories including thermostats, security systems, indoor sensors, Americas distribution and EMEA distribution.  We see REZI's broad portfolio of end-to-end solutions across connected home space as a key advantage versus competitors most of whom offer niche solutions within the home space. REZI continues to focus on further expanding the portfolio via new product launches.  Over the past three years, the company has launched over 200 new products including thermostats, water leak detectors and awareness cameras. The R&D spending is expected to remain high in FY19 (forecasted at ~$125 million) reinforcing company's ability to launch new products. Moreover, increasing focus on high growth regions, in particular, China and India should support revenue growth.

### Financial Outlook

For fiscal 2018, we expect REZI to deliver revenues of ~$4.83, at the higher end of the management guidance range of $4.77 - $4.83 billion. New customer wins, higher renovation & remodeling spend and increasing number of connected devices are all driving sales growth for REZI. For 2019, we model sales growth of ~4% YOY to $5.0 billion, in line with the management guidance of ~4% growth. We forecast adjusted EBITDA (incl. indemnification payments) of $474 million for 2018, in line with the management guidance of $465-$475 million. This includes impact of Honeywell Indemnity Obligation payment of ~$140 million. For FY 2019, the company is guiding for adjusted EBITDA margin of ~10% after factoring in the indemnification payment of $140 million. For 2019, we model total EBITDA at ~$498 million (margin at ~10%).

### Valuation

We adjust our fair value estimate for REZI to $29/share (earlier $34.75 per share) to factor in the updated peer group multiple and the latest management commentary. We value REZI at 9.5x (earlier 10.8x) FY 2019 EBITDA of $498 million. We assume cash & cash equivalents of ~$184 million and debt of ~$1.36 billion. We assume ~123 million shares outstanding.

Any recommendations contained in this report may not be suitable for all investors. Moreover, although the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. In addition, WhiteSand Research, LLC and employees of WhiteSand Research, LLC may hold positions or effect transactions contrary to recommendations mentioned herein. **This report may not be reproduced, copied, duplicated, or electronically forwarded without the expressed written permission of WhiteSand Research, LLC.**

Resideo Technologies Inc.          January 16, 2019

**Exhibit 2: REZI Base-case fair value estimate**

| Valuation (in $ mn except per share) | REZI |
|---|---|
| **2019E adjusted EBITDA** | **498** |
| Multiple (x) | 9.5 |
| **EV** | **4,735** |
| Debt | 1,360 |
| Cash | 184 |
| **Implied equity** | **3,559** |
| Shares (mn) | 123.0 |
| **Fair value per share ($)** | **29.00** |
| CMP ($) | 21.30 |
| Upside (%) | 36% |

### Peer Comps

The peer group considered for valuing REZI is shown below.

**Exhibit 3: Peer comps**

| Peer group - REZI | | EV/EBITDA (x) | | P/E (x) | |
|---|---|---|---|---|---|
| Name | Market Cap ($ mn) | 2019 | 2020 | 2019 | 2020 |
| Alarm.com | 2,640 | 25.3 | 21.3 | 39.9 | 35.0 |
| Control4 Corp | 514 | 8.3 | 7.3 | 12.5 | 10.8 |
| United Technologies | 95,706 | 9.2 | 8.4 | 14.2 | 12.9 |
| Alphabet Inc. | 728,905 | 10.4 | 8.9 | 21.6 | 18.4 |
| Anixter International | 1,932 | 7.1 | 6.9 | 8.7 | 8.2 |
| Rexel | 3,377 | 6.9 | 6.5 | 8.2 | 6.9 |
| ScanSource Inc. | 927 | 8.0 | 7.5 | 10.0 | 9.3 |
| Johnson Controls | 29,912 | 12.1 | 11.5 | 16.9 | 13.2 |
| Watts Water Technologies | 2,390 | 10.2 | 9.8 | 17.0 | 16.2 |

Source: Capital IQ

### About Resideo Technologies Inc.

REZI is a leader in the home heating, ventilation and air conditioning (HVAC) controls and security markets, and a leading global distributor of security and fire protection products. The company has one of the broadest home security and safety and comfort portfolios in the industry, with 3,000 active and pending patents worldwide and sales in 40 countries.

Any recommendations contained in this report may not be suitable for all investors. Moreover, although the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. In addition, WhiteSand Research, LLC and employees of WhiteSand Research, LLC may hold positions or effect trans- actions contrary to recommendations mentioned herein. **This report may not be reproduced, copied, duplicated, or electronically forwarded without the expressed written permission of WhiteSand Research, LLC.**