# EXHIBIT P

**REZI Historical Stock Price Chart During The Class Period[1]**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 10/29/2018 | 28 | 28.67 | 24.5 | 25.82 | 30427500 | 25.82 |
| 10/30/2018 | 24.8 | 25 | 20.51 | 21.06 | 8275000 | 21.06 |
| 10/31/2018 | 21.22 | 22.51 | 19.31 | 21.05 | 8148700 | 21.05 |
| 11/1/2018 | 20.88 | 23.73 | 20.42 | 22 | 10101600 | 22 |
| 11/2/2018 | 22 | 23.97 | 20.55 | 23.78 | 8104600 | 23.78 |
| 11/5/2018 | 23.53 | 25.01 | 23.38 | 24.71 | 5346000 | 24.71 |
| 11/6/2018 | 24.32 | 24.66 | 23.5 | 24.09 | 5245400 | 24.09 |
| 11/7/2018 | 24 | 24.17 | 22.51 | 23.7 | 3694600 | 23.7 |
| 11/8/2018 | 23.01 | 23.64 | 22.16 | 22.21 | 2420500 | 22.21 |
| 11/9/2018 | 21.73 | 22.08 | 21.46 | 21.97 | 2077300 | 21.97 |
| 11/12/2018 | 22.14 | 22.23 | 21.14 | 21.37 | 2158000 | 21.37 |
| 11/13/2018 | 21.16 | 22 | 20.99 | 21.26 | 2788500 | 21.26 |
| 11/14/2018 | 21.99 | 22.95 | 21.37 | 21.49 | 3753100 | 21.49 |
| 11/15/2018 | 21.08 | 22.61 | 21.01 | 22.03 | 2522500 | 22.03 |
| 11/16/2018 | 22 | 22 | 20.95 | 21.02 | 2759800 | 21.02 |
| 11/19/2018 | 21.04 | 21.04 | 19.43 | 19.43 | 2600100 | 19.43 |
| 11/20/2018 | 19.34 | 19.63 | 18.77 | 19.52 | 1411600 | 19.52 |
| 11/21/2018 | 19.5 | 20.24 | 19.26 | 19.68 | 1078300 | 19.68 |

[1] Resideo's stock price throughout the proposed class period is publicly available online at Yahoo Finance. *See* Resideo Technologies, Inc. (REZI), YAHOO FINANCE, https://finance.yahoo.com/quote/REZI/history?p=REZI (last visited July 7, 2020). Using Yahoo Finance, counsel for Defendants created this chart showing the price of Resideo stock between October 29, 2018, the first day Resideo stock was publicly traded, and November 7, 2019, the day after the close of plaintiff's proposed class period.

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 11/23/2018 | 19.16 | 19.85 | 19.13 | 19.41 | 418600 | 19.41 |
| 11/26/2018 | 19.61 | 20.1 | 19.25 | 19.91 | 1461700 | 19.91 |
| 11/27/2018 | 19.3 | 19.99 | 19.16 | 19.35 | 4015400 | 19.35 |
| 11/28/2018 | 19.17 | 20.32 | 19.14 | 20.16 | 1291400 | 20.16 |
| 11/29/2018 | 20.02 | 20.91 | 19.9 | 20.75 | 1898300 | 20.75 |
| 11/30/2018 | 20.97 | 21.3 | 20.47 | 20.63 | 2733100 | 20.63 |
| 12/3/2018 | 20.73 | 21.17 | 20.51 | 20.95 | 1065300 | 20.95 |
| 12/4/2018 | 20.87 | 20.96 | 20.23 | 20.4 | 1573600 | 20.4 |
| 12/6/2018 | 20.45 | 20.64 | 19.8 | 20.6 | 1308300 | 20.6 |
| 12/7/2018 | 20.64 | 21.31 | 20.53 | 21.05 | 2965400 | 21.05 |
| 12/10/2018 | 21.1 | 21.7 | 20.66 | 21.57 | 1553000 | 21.57 |
| 12/11/2018 | 21.93 | 22.18 | 21.18 | 21.48 | 1375200 | 21.48 |
| 12/12/2018 | 21.43 | 22.07 | 21.22 | 21.44 | 1191800 | 21.44 |
| 12/13/2018 | 21.46 | 22.3 | 21.28 | 22.12 | 1675300 | 22.12 |
| 12/14/2018 | 21.99 | 22.79 | 21.49 | 22.53 | 1448000 | 22.53 |
| 12/17/2018 | 22.64 | 22.64 | 22.09 | 22.26 | 2514800 | 22.26 |
| 12/18/2018 | 22.23 | 22.92 | 22.06 | 22.81 | 1556900 | 22.81 |
| 12/19/2018 | 22.86 | 23.43 | 22.24 | 22.42 | 1890500 | 22.42 |
| 12/20/2018 | 22.15 | 22.31 | 20.92 | 21.49 | 1946000 | 21.49 |
| 12/21/2018 | 21.42 | 21.45 | 19.7 | 20.08 | 4382700 | 20.08 |
| 12/24/2018 | 19.78 | 20.13 | 19.44 | 19.45 | 539600 | 19.45 |
| 12/26/2018 | 19.56 | 20.27 | 19.27 | 20.26 | 1310900 | 20.26 |
| 12/27/2018 | 19.85 | 20.11 | 19.39 | 19.85 | 1532300 | 19.85 |

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 12/28/2018 | 19.84 | 20.43 | 19.53 | 20.07 | 1317800 | 20.07 |
| 12/31/2018 | 19.98 | 20.64 | 19.67 | 20.55 | 1053200 | 20.55 |
| 1/2/2019 | 20.27 | 20.73 | 20 | 20.64 | 962400 | 20.64 |
| 1/3/2019 | 20.53 | 20.6 | 19.53 | 19.58 | 1080800 | 19.58 |
| 1/4/2019 | 19.99 | 20.72 | 19.71 | 20.39 | 1864200 | 20.39 |
| 1/7/2019 | 20.26 | 20.53 | 19.92 | 20.12 | 1151100 | 20.12 |
| 1/8/2019 | 20.43 | 20.75 | 20.22 | 20.56 | 1139700 | 20.56 |
| 1/9/2019 | 20.54 | 21.48 | 20.33 | 21.36 | 882700 | 21.36 |
| 1/10/2019 | 21.3 | 21.88 | 21.02 | 21.52 | 869100 | 21.52 |
| 1/11/2019 | 21.13 | 21.85 | 21 | 21.82 | 641100 | 21.82 |
| 1/14/2019 | 21.5 | 21.81 | 20.88 | 20.96 | 1592100 | 20.96 |
| 1/15/2019 | 21.05 | 21.41 | 20.47 | 21.3 | 1020800 | 21.3 |
| 1/16/2019 | 21.2 | 21.8 | 21.2 | 21.6 | 1056700 | 21.6 |
| 1/17/2019 | 21.46 | 21.95 | 21.4 | 21.9 | 776100 | 21.9 |
| 1/18/2019 | 21.99 | 22.21 | 21.73 | 21.8 | 1188600 | 21.8 |
| 1/22/2019 | 21.56 | 21.74 | 20.88 | 21.1 | 762300 | 21.1 |
| 1/23/2019 | 21.1 | 21.18 | 20.4 | 20.52 | 791400 | 20.52 |
| 1/24/2019 | 20.37 | 21.01 | 20.33 | 20.39 | 616700 | 20.39 |
| 1/25/2019 | 20.63 | 21.31 | 20.55 | 20.85 | 716200 | 20.85 |
| 1/28/2019 | 20.7 | 20.84 | 20.31 | 20.79 | 422500 | 20.79 |
| 1/29/2019 | 20.72 | 20.79 | 20.33 | 20.45 | 646100 | 20.45 |
| 1/30/2019 | 20.5 | 21.08 | 20.07 | 20.89 | 682200 | 20.89 |
| 1/31/2019 | 20.72 | 21.97 | 20.59 | 21.93 | 1198100 | 21.93 |

3

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 2/1/2019 | 21.87 | 22.8 | 21.52 | 22.79 | 1915800 | 22.79 |
| 2/4/2019 | 22.7 | 23.67 | 22.7 | 23.65 | 1763400 | 23.65 |
| 2/5/2019 | 23.7 | 23.99 | 23.45 | 23.75 | 1326100 | 23.75 |
| 2/6/2019 | 23.93 | 24.45 | 23.63 | 23.89 | 1099400 | 23.89 |
| 2/7/2019 | 23.58 | 24.25 | 23.58 | 24.2 | 1197600 | 24.2 |
| 2/8/2019 | 24.05 | 24.4 | 24.01 | 24.27 | 997100 | 24.27 |
| 2/11/2019 | 24.46 | 24.77 | 24 | 24.7 | 968200 | 24.7 |
| 2/12/2019 | 24.85 | 25.04 | 24.75 | 24.94 | 1003100 | 24.94 |
| 2/13/2019 | 25.04 | 25.23 | 24.85 | 25.17 | 1335100 | 25.17 |
| 2/14/2019 | 24.96 | 25.18 | 24.83 | 24.9 | 1505600 | 24.9 |
| 2/15/2019 | 24.72 | 25.52 | 24.72 | 25.41 | 1182400 | 25.41 |
| 2/19/2019 | 25.25 | 25.84 | 25.18 | 25.68 | 904500 | 25.68 |
| 2/20/2019 | 25.57 | 25.74 | 25.34 | 25.55 | 1177300 | 25.55 |
| 2/21/2019 | 25.5 | 25.85 | 25.09 | 25.33 | 887100 | 25.33 |
| 2/22/2019 | 25.3 | 25.86 | 25.06 | 25.86 | 842300 | 25.86 |
| 2/25/2019 | 25.97 | 26.27 | 25.57 | 25.76 | 1043200 | 25.76 |
| 2/26/2019 | 25.54 | 26.38 | 25.4 | 26.15 | 1349600 | 26.15 |
| 2/27/2019 | 26.01 | 26.4 | 25.98 | 26.21 | 652700 | 26.21 |
| 2/28/2019 | 26.2 | 26.26 | 25.65 | 25.7 | 465500 | 25.7 |
| 3/1/2019 | 25.97 | 26.22 | 25.24 | 25.27 | 2058500 | 25.27 |
| 3/4/2019 | 25.4 | 25.74 | 25.04 | 25.26 | 1041400 | 25.26 |
| 3/5/2019 | 25.16 | 25.36 | 24.9 | 24.92 | 831900 | 24.92 |
| 3/6/2019 | 24.9 | 25.12 | 24.66 | 24.75 | 1068600 | 24.75 |

4

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 3/7/2019 | 21 | 21.14 | 17.6 | 18.96 | 10930700 | 18.96 |
| 3/8/2019 | 18.94 | 19.8 | 18.29 | 19.78 | 3018500 | 19.78 |
| 3/11/2019 | 19.69 | 20.73 | 19.69 | 20.36 | 2579000 | 20.36 |
| 3/12/2019 | 20.56 | 20.74 | 20.22 | 20.32 | 2072300 | 20.32 |
| 3/13/2019 | 20.33 | 20.67 | 20.26 | 20.5 | 1616700 | 20.5 |
| 3/14/2019 | 20.41 | 20.66 | 19.63 | 19.7 | 1748200 | 19.7 |
| 3/15/2019 | 19.92 | 20.39 | 19.92 | 20.01 | 1359900 | 20.01 |
| 3/18/2019 | 19.93 | 20.62 | 19.93 | 20.46 | 972100 | 20.46 |
| 3/19/2019 | 20.7 | 20.7 | 20.15 | 20.6 | 1254000 | 20.6 |
| 3/20/2019 | 20.62 | 20.68 | 19.94 | 19.97 | 846300 | 19.97 |
| 3/21/2019 | 19.87 | 20.58 | 19.85 | 20.38 | 691700 | 20.38 |
| 3/22/2019 | 20.2 | 20.37 | 19.67 | 19.77 | 840000 | 19.77 |
| 3/25/2019 | 19.69 | 19.75 | 19.35 | 19.56 | 586500 | 19.56 |
| 3/26/2019 | 19.67 | 19.79 | 19.19 | 19.5 | 949900 | 19.5 |
| 3/27/2019 | 19.47 | 19.69 | 18.83 | 18.96 | 975200 | 18.96 |
| 3/28/2019 | 19.01 | 19.35 | 18.88 | 19.05 | 1183700 | 19.05 |
| 3/29/2019 | 19.28 | 19.35 | 18.79 | 19.29 | 1930400 | 19.29 |
| 4/1/2019 | 19.41 | 20.33 | 19.37 | 20.04 | 932100 | 20.04 |
| 4/2/2019 | 20.06 | 20.06 | 19.46 | 19.48 | 592000 | 19.48 |
| 4/3/2019 | 19.59 | 20.01 | 19.52 | 19.94 | 1698900 | 19.94 |
| 4/4/2019 | 19.95 | 20.05 | 19.1 | 19.2 | 573800 | 19.2 |
| 4/5/2019 | 19.22 | 19.99 | 19.22 | 19.99 | 1094200 | 19.99 |
| 4/8/2019 | 19.89 | 20.19 | 19.85 | 20.05 | 1326900 | 20.05 |

5

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 4/9/2019 | 19.94 | 20.02 | 19.68 | 19.77 | 749300 | 19.77 |
| 4/10/2019 | 19.8 | 19.95 | 19.7 | 19.89 | 857600 | 19.89 |
| 4/11/2019 | 19.86 | 19.99 | 19.73 | 19.96 | 481400 | 19.96 |
| 4/12/2019 | 20 | 20.4 | 19.95 | 20.25 | 1535100 | 20.25 |
| 4/15/2019 | 20.25 | 20.43 | 20.05 | 20.27 | 1440700 | 20.27 |
| 4/16/2019 | 20.35 | 20.51 | 20.28 | 20.36 | 765500 | 20.36 |
| 4/17/2019 | 20.52 | 20.75 | 20.52 | 20.71 | 2098100 | 20.71 |
| 4/18/2019 | 20.67 | 20.78 | 20.54 | 20.66 | 610600 | 20.66 |
| 4/22/2019 | 20.5 | 20.93 | 20.5 | 20.91 | 470000 | 20.91 |
| 4/23/2019 | 20.98 | 21.58 | 20.84 | 21.58 | 811100 | 21.58 |
| 4/24/2019 | 21.44 | 21.89 | 21.35 | 21.67 | 925600 | 21.67 |
| 4/25/2019 | 21.48 | 21.83 | 21.28 | 21.74 | 850200 | 21.74 |
| 4/26/2019 | 21.73 | 22.43 | 21.6 | 22.34 | 749500 | 22.34 |
| 4/29/2019 | 22.32 | 22.97 | 22.17 | 22.8 | 1045800 | 22.8 |
| 4/30/2019 | 22.75 | 22.88 | 22.54 | 22.7 | 867000 | 22.7 |
| 5/1/2019 | 22.87 | 23.39 | 22.82 | 22.92 | 785900 | 22.92 |
| 5/2/2019 | 22.93 | 23.19 | 22.21 | 22.67 | 1264800 | 22.67 |
| 5/3/2019 | 22.81 | 23.37 | 22.81 | 23.32 | 970300 | 23.32 |
| 5/6/2019 | 22.55 | 23.26 | 22.5 | 23.13 | 939900 | 23.13 |
| 5/7/2019 | 22.83 | 23.1 | 22.71 | 22.9 | 1352100 | 22.9 |
| 5/8/2019 | 22.88 | 23.04 | 22.62 | 22.86 | 1259000 | 22.86 |
| 5/9/2019 | 23.02 | 23.02 | 21.4 | 22.67 | 2004900 | 22.67 |
| 5/10/2019 | 22.56 | 23.99 | 22.56 | 23.86 | 707600 | 23.86 |

6

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 5/13/2019 | 23.33 | 23.33 | 22.32 | 22.5 | 528100 | 22.5 |
| 5/14/2019 | 22.64 | 22.75 | 22.44 | 22.5 | 503000 | 22.5 |
| 5/15/2019 | 22.27 | 22.68 | 22.18 | 22.61 | 371600 | 22.61 |
| 5/16/2019 | 22.75 | 23.26 | 22.65 | 22.97 | 392200 | 22.97 |
| 5/17/2019 | 22.68 | 22.83 | 21.97 | 22.02 | 784500 | 22.02 |
| 5/20/2019 | 21.79 | 22.15 | 21.57 | 22 | 1173200 | 22 |
| 5/21/2019 | 22.07 | 22.23 | 21.72 | 21.76 | 744500 | 21.76 |
| 5/22/2019 | 21.81 | 21.88 | 21.62 | 21.76 | 562900 | 21.76 |
| 5/23/2019 | 20.99 | 21.4 | 20.1 | 20.3 | 1051200 | 20.3 |
| 5/24/2019 | 20.42 | 21.04 | 20.3 | 20.6 | 666400 | 20.6 |
| 5/28/2019 | 21.09 | 21.09 | 20.54 | 20.57 | 695300 | 20.57 |
| 5/29/2019 | 20.2 | 20.32 | 19.71 | 19.96 | 756000 | 19.96 |
| 5/30/2019 | 19.9 | 20.28 | 19.85 | 20 | 705700 | 20 |
| 5/31/2019 | 19.6 | 19.69 | 19.26 | 19.68 | 896800 | 19.68 |
| 6/3/2019 | 19.73 | 19.8 | 19.25 | 19.4 | 940600 | 19.4 |
| 6/4/2019 | 19.55 | 19.99 | 19.28 | 19.72 | 559500 | 19.72 |
| 6/5/2019 | 20.05 | 20.27 | 19.01 | 19.29 | 1522400 | 19.29 |
| 6/6/2019 | 19.49 | 20.29 | 19.47 | 20.2 | 1201000 | 20.2 |
| 6/7/2019 | 20.26 | 20.8 | 20.26 | 20.34 | 817000 | 20.34 |
| 6/10/2019 | 20.38 | 20.9 | 20.35 | 20.86 | 832800 | 20.86 |
| 6/11/2019 | 21.14 | 21.34 | 20.77 | 21.04 | 851000 | 21.04 |
| 6/12/2019 | 20.93 | 20.95 | 20.44 | 20.78 | 828700 | 20.78 |
| 6/13/2019 | 20.98 | 21.14 | 20.67 | 20.95 | 440700 | 20.95 |

7

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|------|------|------|-----|-------|--------|------------|
| 6/14/2019 | 20.73 | 20.85 | 20.4 | 20.53 | 679600 | 20.53 |
| 6/17/2019 | 20.52 | 20.75 | 20.51 | 20.58 | 383800 | 20.58 |
| 6/18/2019 | 20.72 | 21.5 | 20.57 | 21.2 | 656400 | 21.2 |
| 6/19/2019 | 21.18 | 21.41 | 20.58 | 21.1 | 909000 | 21.1 |
| 6/20/2019 | 21.49 | 21.49 | 20.83 | 21.22 | 1252500 | 21.22 |
| 6/21/2019 | 20.73 | 21.14 | 20.73 | 21.01 | 3185100 | 21.01 |
| 6/24/2019 | 21.21 | 21.29 | 20.64 | 20.76 | 602300 | 20.76 |
| 6/25/2019 | 20.63 | 20.69 | 20.3 | 20.58 | 728600 | 20.58 |
| 6/26/2019 | 20.69 | 20.96 | 20.61 | 20.75 | 572300 | 20.75 |
| 6/27/2019 | 20.7 | 21.13 | 20.7 | 21.1 | 710500 | 21.1 |
| 6/28/2019 | 21.26 | 22.17 | 21.23 | 21.92 | 3819600 | 21.92 |
| 7/1/2019 | 22.24 | 22.27 | 21.39 | 21.76 | 994600 | 21.76 |
| 7/2/2019 | 21.66 | 21.97 | 21.42 | 21.85 | 667700 | 21.85 |
| 7/3/2019 | 21.97 | 22.08 | 21.74 | 21.9 | 961700 | 21.9 |
| 7/5/2019 | 21.77 | 21.95 | 21.33 | 21.95 | 622500 | 21.95 |
| 7/8/2019 | 21.92 | 21.92 | 21.6 | 21.78 | 789900 | 21.78 |
| 7/9/2019 | 21.75 | 21.96 | 21.67 | 21.96 | 645100 | 21.96 |
| 7/10/2019 | 21.99 | 22.16 | 21.9 | 21.97 | 487100 | 21.97 |
| 7/11/2019 | 21.99 | 22.06 | 21.29 | 21.48 | 629900 | 21.48 |
| 7/12/2019 | 21.5 | 21.58 | 21.42 | 21.5 | 862300 | 21.5 |
| 7/15/2019 | 21.58 | 21.58 | 20.27 | 20.38 | 720800 | 20.38 |
| 7/16/2019 | 20.39 | 20.51 | 19.9 | 20.1 | 1804800 | 20.1 |
| 7/17/2019 | 20.08 | 20.12 | 19.6 | 19.69 | 1374600 | 19.69 |

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|------|------|------|-----|-------|--------|-----------|
| 7/18/2019 | 19.66 | 19.66 | 18.75 | 18.92 | 1158200 | 18.92 |
| 7/19/2019 | 19 | 19.51 | 18.78 | 19.22 | 1443400 | 19.22 |
| 7/22/2019 | 19.14 | 19.28 | 18.88 | 18.93 | 1025000 | 18.93 |
| 7/23/2019 | 19.04 | 19.38 | 18.89 | 19.22 | 957400 | 19.22 |
| 7/24/2019 | 19.1 | 20.05 | 19.09 | 19.87 | 799700 | 19.87 |
| 7/25/2019 | 19.77 | 20.03 | 19 | 19.07 | 830700 | 19.07 |
| 7/26/2019 | 19.16 | 19.49 | 19.1 | 19.32 | 619300 | 19.32 |
| 7/29/2019 | 19.23 | 19.35 | 18.81 | 18.91 | 1159300 | 18.91 |
| 7/30/2019 | 18.81 | 19.1 | 18.57 | 19.1 | 1009500 | 19.1 |
| 7/31/2019 | 19.11 | 19.45 | 18.69 | 18.86 | 1122900 | 18.86 |
| 8/1/2019 | 18.75 | 19.03 | 18.1 | 18.29 | 1594100 | 18.29 |
| 8/2/2019 | 18.1 | 18.17 | 17.74 | 18.06 | 1446900 | 18.06 |
| 8/5/2019 | 17.74 | 17.83 | 17.02 | 17.1 | 2061000 | 17.1 |
| 8/6/2019 | 17.28 | 17.43 | 17.04 | 17.32 | 1502400 | 17.32 |
| 8/7/2019 | 16.98 | 17.13 | 16.51 | 17.1 | 2059900 | 17.1 |
| 8/8/2019 | 17.5 | 18.06 | 16.78 | 17.08 | 3698200 | 17.08 |
| 8/9/2019 | 17 | 17.02 | 16.32 | 16.45 | 1775500 | 16.45 |
| 8/12/2019 | 16.29 | 16.29 | 15.55 | 15.59 | 1621000 | 15.59 |
| 8/13/2019 | 15.76 | 15.95 | 15.31 | 15.31 | 2000600 | 15.31 |
| 8/14/2019 | 15.14 | 15.15 | 14.21 | 14.64 | 1818700 | 14.64 |
| 8/15/2019 | 14.74 | 14.74 | 13.93 | 14.01 | 1507100 | 14.01 |
| 8/16/2019 | 14.12 | 14.92 | 14.12 | 14.67 | 1122300 | 14.67 |
| 8/19/2019 | 14.97 | 15 | 14.36 | 14.62 | 822800 | 14.62 |

9

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 8/20/2019 | 14.5 | 14.63 | 14.23 | 14.32 | 726200 | 14.32 |
| 8/21/2019 | 14.48 | 14.48 | 13.81 | 13.89 | 927200 | 13.89 |
| 8/22/2019 | 14 | 14.62 | 14 | 14.21 | 1990900 | 14.21 |
| 8/23/2019 | 14.11 | 14.15 | 13.65 | 13.71 | 1067600 | 13.71 |
| 8/26/2019 | 13.82 | 13.83 | 13.48 | 13.55 | 794000 | 13.55 |
| 8/27/2019 | 13.63 | 13.8 | 13.08 | 13.09 | 1078400 | 13.09 |
| 8/28/2019 | 13 | 13.57 | 13 | 13.42 | 716100 | 13.42 |
| 8/29/2019 | 13.53 | 13.75 | 13.44 | 13.51 | 617300 | 13.51 |
| 8/30/2019 | 13.6 | 13.81 | 13.51 | 13.78 | 865100 | 13.78 |
| 9/3/2019 | 13.56 | 13.68 | 12.99 | 13.11 | 1564200 | 13.11 |
| 9/4/2019 | 13.32 | 13.55 | 13.1 | 13.38 | 876700 | 13.38 |
| 9/5/2019 | 13.63 | 14.31 | 13.52 | 14.24 | 1022300 | 14.24 |
| 9/6/2019 | 14.21 | 14.46 | 14.15 | 14.33 | 986500 | 14.33 |
| 9/9/2019 | 14.35 | 15 | 14.33 | 14.74 | 847300 | 14.74 |
| 9/10/2019 | 14.69 | 15.52 | 14.54 | 15.49 | 1114600 | 15.49 |
| 9/11/2019 | 15.47 | 15.92 | 15.05 | 15.89 | 1146400 | 15.89 |
| 9/12/2019 | 15.88 | 16 | 15.5 | 15.71 | 924000 | 15.71 |
| 9/13/2019 | 15.89 | 15.97 | 15.64 | 15.72 | 958900 | 15.72 |
| 9/16/2019 | 15.69 | 15.95 | 15.55 | 15.69 | 654100 | 15.69 |
| 9/17/2019 | 15.44 | 15.74 | 15.27 | 15.46 | 780700 | 15.46 |
| 9/18/2019 | 15.38 | 15.38 | 14.71 | 14.89 | 892300 | 14.89 |
| 9/19/2019 | 14.97 | 14.97 | 14.45 | 14.5 | 908500 | 14.5 |
| 9/20/2019 | 14.48 | 14.82 | 14.43 | 14.58 | 1226100 | 14.58 |

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 9/23/2019 | 14.35 | 14.55 | 14.11 | 14.27 | 539000 | 14.27 |
| 9/24/2019 | 14.24 | 14.4 | 13.42 | 13.46 | 1193200 | 13.46 |
| 9/25/2019 | 13.45 | 14.19 | 13.45 | 14.06 | 901700 | 14.06 |
| 9/26/2019 | 14 | 14.16 | 13.88 | 13.92 | 577400 | 13.92 |
| 9/27/2019 | 13.96 | 14.34 | 13.84 | 13.91 | 424700 | 13.91 |
| 9/30/2019 | 13.94 | 14.36 | 13.92 | 14.35 | 703200 | 14.35 |
| 10/1/2019 | 14.42 | 14.55 | 13.47 | 13.57 | 673900 | 13.57 |
| 10/2/2019 | 13.45 | 13.7 | 13.24 | 13.62 | 735100 | 13.62 |
| 10/3/2019 | 13.47 | 13.62 | 13.09 | 13.45 | 958500 | 13.45 |
| 10/4/2019 | 13.43 | 13.61 | 13.06 | 13.56 | 1226000 | 13.56 |
| 10/7/2019 | 13.55 | 14.26 | 13.51 | 14.1 | 2025600 | 14.1 |
| 10/8/2019 | 13.9 | 14.18 | 13.86 | 14.02 | 1045200 | 14.02 |
| 10/9/2019 | 14.19 | 14.19 | 13.56 | 13.82 | 1185500 | 13.82 |
| 10/10/2019 | 13.91 | 14.33 | 13.88 | 14.1 | 509200 | 14.1 |
| 10/11/2019 | 14.36 | 14.77 | 14.2 | 14.34 | 562300 | 14.34 |
| 10/14/2019 | 14.17 | 14.37 | 13.99 | 14.35 | 458600 | 14.35 |
| 10/15/2019 | 14.42 | 14.85 | 14.36 | 14.62 | 837600 | 14.62 |
| 10/16/2019 | 14.64 | 14.93 | 14.57 | 14.76 | 869100 | 14.76 |
| 10/17/2019 | 14.83 | 15.02 | 14.74 | 14.99 | 962500 | 14.99 |
| 10/18/2019 | 14.91 | 14.94 | 14.68 | 14.71 | 470100 | 14.71 |
| 10/21/2019 | 14.9 | 15.19 | 14.78 | 15.13 | 762100 | 15.13 |
| 10/22/2019 | 15.12 | 15.39 | 15.01 | 15.23 | 512600 | 15.23 |
| 10/23/2019 | 9.04 | 9.64 | 8.6 | 9.5 | 16420600 | 9.5 |

11

**REZI Historical Stock Price Chart During The Class Period**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| 10/24/2019 | 9.5 | 9.52 | 9.15 | 9.27 | 4110200 | 9.27 |
| 10/25/2019 | 9.27 | 9.52 | 9.2 | 9.36 | 2335200 | 9.36 |
| 10/28/2019 | 9.44 | 9.55 | 9.21 | 9.31 | 1831600 | 9.31 |
| 10/29/2019 | 9.31 | 9.36 | 9.06 | 9.25 | 2068200 | 9.25 |
| 10/30/2019 | 9.23 | 9.32 | 9.2 | 9.26 | 2399400 | 9.26 |
| 10/31/2019 | 9.23 | 9.56 | 9.11 | 9.53 | 2837500 | 9.53 |
| 11/1/2019 | 9.62 | 9.89 | 9.32 | 9.87 | 2401300 | 9.87 |
| 11/4/2019 | 9.97 | 10.27 | 9.81 | 10.25 | 3208600 | 10.25 |
| 11/5/2019 | 10.33 | 10.65 | 10.26 | 10.49 | 2776000 | 10.49 |
| 11/6/2019 | 10.42 | 10.44 | 9.82 | 10.02 | 2647900 | 10.02 |
| 11/7/2019 | 10.07 | 10.14 | 9.51 | 9.78 | 5619900 | 9.78 |