# EXHIBIT S



# 2018 Q4 and FY Financial Results

Investor & Analyst Presentation

March 7, 2019

# Disclaimer

## Forward Looking Statements

This presentation contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to those described in the Information Statement on Form 10, as amended, on file with the Securities and Exchange Commission ("SEC") under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements," and our Form 10-Q for the quarter ended September 30, 2018 and our Form 10-K that will be filed for the year ended December 31, 2018 with the SEC. You are cautioned not to place undue reliance on these forward-looking statements, such as our guidance regarding 2019, 2022 and 2023, and our planned $50m in cost reductions, which speak only as of the date of this presentation. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

## Non-GAAP Financial Measures

This presentation includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Adjusted EBITDA including Honeywell reimbursement agreement payments, Adjusted EBITDA less CapEx, Pro Forma Adjusted EBITDA, Adjusted EBITDA Margin, Adjusted Net Income, Segment Profit, constant currency sales growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures provided herein are adjusted for certain items as presented in the Appendix and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the Appendix attached to this presentation for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA, Adjusted EBITDA including Honeywell reimbursement agreement payments, Adjusted EBITDA Margin, Adjusted Net Income, Segment Profit, and organic sales growth are important indicators of operating performance which more closely measure our operating profit. For reconciliations of these measures to the most directly comparable GAAP financial measures to the extent that they are available without unreasonable effort, please refer to the Appendix of the presentation.

A reconciliation of EBITDA, Adjusted EBITDA, Adjusted EBITDA less CapEx, Pro Forma Adjusted EBITDA, Adjusted EBITDA Margin and Adjusted Net Income to the closest GAAP financial measure is not available without unreasonable efforts on a forward-looking basis due to the impact and timing on future operating results arising from items excluded from these measures, particularly standalone costs, Honeywell reimbursement agreement expense, non-operating (income) expense, stock compensation expense and repositioning charges.

The Honeywell Home trademark is a trademark of Honeywell International Inc. used under license to Resideo Technologies, Inc. Other brands and logos contained herein are trademarks of their respective owners.







**Mike Nefkens**

**CEO**

# What We Will Cover Today









2018 Q4 and Full-Year Performance

Attractive, Growing End-Markets

2019 "Foundational Year" Key Initiatives

Vision 2023

resideo

# Solid Fourth Quarter 2018 Results



**Revenue ($B)**

$1.21 — Q4 2017
$1.27 — Q4 2018

Up 6% Constant currency

- Reported Revenue Up 5%
+ Products Up 5% (cc)[1]
+ Distribution Up 7% (cc)[1]



**PF Adj. EBITDA ($M)**

$131 — Q4 2017
$136 — Q4 2018

Up 4%

- 4% YoY Increase
+ Sales Volume
-  Portfolio Mix (ADI and Connected Product Growth)



**Net Debt ($M)**

$1,150 — Q4'18 Target
$936 — Q4'18 Actual

Ahead of Q4 Plan

- Q4 Operating Cash Generation of $87 million
- Debt of $1.201 billion, less cash of $265 million at year-end

(1):  Constant-currency basis is same as HON Organic Growth.
Note: Please see appendix for GAAP to non-GAAP reconciliations.

resideo

# Full Year 2018 At or Above High End of Range



### Revenue ($B)

$4.83

$4.52

Up 6%
constant currency

FY 2017    FY 2018

- Reported Revenue Up 7%
- + Products Up 5% (cc)[1]
- + Distribution Up 6% (cc)[1]



### PF Adj. EBITDA ($M)

$476

$414

Up 15%

FY 2017    FY 2018

- 15% YoY Increase
- + Sales Volume
- - Portfolio Mix (ADI and Connected Product Growth)



### Adj. Net Income ($M)[2]

$303

$245

Up 24%

FY 2017    FY 2018

- 24% YoY Increase
- + Impact from Tax Change
- - Portfolio Mix (ADI and Connected Product Growth)

(1): Constant-currency is same as HON organic growth.
(2): Adjusted Net Income including Honeywell reimbursement agreement payments.
Note: Please see appendix for GAAP to non-GAAP reconciliations.



# Business is Balanced – With Two Growing Segments

## PRODUCTS & SOLUTIONS

### Q4 / FY Performance ($M)

- Q4 External Revenue[1]: $581 (2017), $602 (2018)
- FY External Revenue[1]: $2,042 (2017), $2,169 (2018)
- Q4 Segment Profit: $114 (2017), $91 (2018)
- FY Segment Profit: $353 (2017), $381 (2018)

2017    2018

### Key Highlights

- Strong Q4 revenue growth of 4%, 5% cc[2]
- Solid FY performance, up 6%, 5% cc[2]
- Segment profit growth +8%
- Launched key products including next generation security platform and universal heat pump defrost controls

## GLOBAL DISTRIBUTION

### Q4 / FY Performance ($M)

- Q4 Revenue: $628 (2017), $664 (2018)
- FY Revenue: $2,477 (2017), $2,658 (2018)
- Q4 Segment Profit: $29 (2017), $35 (2018)
- FY Segment Profit: $131 (2017), $148 (2018)

2017    2018

### Key Highlights

- Continued strong revenue growth in Q4 of 6%, 7% cc[2] - segment margin growth +21%
- Solid FY performance, up 7%, 6% cc[2]
- Segment profit growth +13%
- Key partnerships with smart home suppliers
- Recognized by TRENDnet for exceptional sales performance

(1): External revenue is net segment revenue after the elimination of intersegment revenue. For additional information, see our appendix.
(2): Constant-currency is same as HON Organic Growth.
Note: Please see appendix for GAAP to non-GAAP reconciliations.



# Attractive, Growing End-Markets

**2019-2023 CAGR, %**

Current Target Market: **+3%**
Residential IoT Market: **+15%**



- **Investment in and modernization of the home** supports Resideo long-term model

- Leverage **150M home install base** and **110+k Do-It-For-Me professional contractors**

Sources: IHS, Navigant, BSRIA | *Current Target Market Size includes both Products (2019: $16bn | 2023: $19bn+) and Distribution (2019: $21bn | 2023: $23bn+) business segments

**Resideo Poised to Continue to Win in Our End-Markets**

# Resideo Vision 2023



- ✓ **Whole Home Solutions**
- ✓ Leverage **Comfort** and **Security** into adjacencies of **IAQ** and **Water Leak Detection**
- ✓ **Double down** on Pro / Do-it-for-me channel
- ✓ **Connect** Consumers with Pros
- ✓ Innovative, **connected solutions**
- ✓ Increase growth in **recurring revenue**
- ✓ Hardware to **software solutions** company

**Connect Consumers With the Do-It-For-Me Channel to Provide a Safer, More Secure and Healthier Home**

# 2019 Foundational Investments to Accelerate Long-Term Growth and Margin Expansion









**Hire World-Class Talent**

**Launch New Products and Invest in Growth**

**Optimize Operating Model Post-Spin**

**Identify Small, Complementary Tuck-In Acquisitions**

- President of Products & Solutions; Chief Innovation Officer
- VP of Mobile Apps
- VP of Integrated Supply Chain

- Invest $90M gross growth capital
- Next generation security and comfort platform and software
- Investment in adjacencies - IAQ and water leak detection
- Launch easy-to-use contractor portal

- Right-size cost base and operating footprint post spin – starting in the Americas and plan to move the program outside the Americas by the end of 2019
- Additional $50M in cost redeployment for 2019; full benefit in 2020

- Products that can leverage distribution and complete connected portfolio
- Enhance software and data capabilities; additional recurring revenue models

## 2019 Investment to Achieve Resideo Long-Term Goals

# Vision 2023 Positions Resideo for Long-Term Value Creation

|  | 2019 | 2023 |
|---|---|---|
| Revenue Growth | 2% – 5% | 7% – 10% |
| Annual Recurring Revenue | ~$100 million + | >2X growth |
| Capital Allocation Focus | Growth / Deleverage | Balanced |
| Product Development | Organic + tuck-in acquisitions | Organic + tuck-in acquisitions |
| Pro Forma Adj. EBITDA | $410 - $430 million | $700 million + |

Note: 2019 guidance and 2023 targets are forward-looking goals and results may differ significantly. See accompanying disclosures regarding forward-looking language.

resideo

# Targeting Pro Forma Adj. EBITDA $700m+ via Vision 2023

**Making the necessary investments now to lean into ambitious growth goals**

2019 Foundational Year | Accelerated Growth to 2023

$ millions

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $476 | $49 | $25 | $30 | $20 | $30 | $420 | $106 | $188 / $714 |

2018 PF Adj EBITDA | Volume | Net Inflation | Key Initiative Incremental Investment | Product Mix | Market Moderation | 2019 PF Adj EBITDA | ADI Margin Expansion / Growth | Expected Products Growth | 2023 PF EBITDA

**Disciplined approach to Company growth strategy:**

- Leverage install base of 150 million homes and 110,000 pro channel contractors

- Next Gen product releases

- Play to existing strengths in markets and leverage wide competitive moat

- Small, complementary tuck-in acquisitions that fit within core strategy



# Update of 2019 Full Year Guidance to Reflect Key Initiatives

| | PRE-SPIN | UPDATED |
|---|---|---|
| **Revenue Growth** | 4%+ | **2-5% in 2019 / 7-10% in 2023** |
| **Adj. EBITDA Profile** | ~13% excl. HON Reimbursement Payments / ~10% incl. HON Reimbursement Payments | **~11% excl. Reimbursement Payments / ~8% incl. Reimbursement Payments** <br><br> **EBITDA Profile:  40% 1H'19 - 60% 2H'19** |
| **Capital Expenditures / Research & Development** | Capital Expenditures at ~1% of Revenue / Research and Development Expenses of ~$125M | Capital Expenditures at ~1%+ of Revenue / **Research and Development Expenses of ~$135M+** |
| **Tax Rate** | ~27% Marginal Tax Rate, ~31 – 32% Cash Tax Rate | ~27% Marginal Tax Rate, ~31 – 32% Cash Tax Rate |
| **Capital Return** | Planning to consider modest dividends subject to Board approval | **Prioritizing growth and deleveraging over capital return in 2019** |
| **Balance Sheet Priorities** | Funding Growth with Existing Liquidity; Targeting Long-Term Gross Leverage ~2x | Funding Growth with Existing Liquidity; Targeting Long-Term Gross Leverage ~2x |



13

# Resideo: Positioned to Drive Growth and Margin Expansion as a Standalone Company









**Leadership** in rapidly growing, attractive end-markets

Creating **safer, more secure and healthier homes**

Vision 2023 to drive **long-term shareholder value**

Strong **financial position** with healthy balance sheet

**Well-Positioned to Gain Market Share and Drive Profitable Growth**

resideo

# Appendix

**15**

# Honeywell Reimbursement Agreement Overview and Impact

Agreement for 25 years with maximum cash payment capped at $140M in respect of any year
(exclusive of any late payment fees up to 5% per annum) plus any deferred amounts

Financial relationship with Honeywell; not a contingent liability for Resideo

Honeywell retains liability and is responsible for management and remediation

Cash payments subordinated to all material indebtedness and subject to compliance with financial covenants

Expenses recognized under the agreement not tax deductible by Resideo



# SUMMARY OF FINANCIAL RESULTS

| | 4Q 2017 | 4Q 2018 | Change | FY 2017 | FY 2018 | Change |
|---|---|---|---|---|---|---|
| Net Revenue | 1,209 | 1,266 | 5% | 4,519 | 4,827 | 7% |
| *Constant Currency* | | | 6% | | | 6% |
| Net Income (loss) | (449) | 16 | 104% | (394) | 405 | 203% |
| Adjusted Net Income | 98 | 38 | -61% | 245 | 303 | 24% |
| EBITDA | 38 | 69 | 82% | 230 | 183 | -20% |
| Adjusted EBITDA (including Honeywell reimbursement agreement payments) | 139 | 138 | -1% | 443 | 499 | 13% |
| Adjusted EBITDA (excluding Honeywell reimbursement agreement payments) | 174 | 173 | -1% | 583 | 639 | 10% |
| Adjusted EBITDA including Honeywell reimbursement agreement payments less Capex | 126 | 120 | -5% | 392 | 418 | 7% |
| Pro Forma Adjusted EBITDA (including Honeywell reimbursement agreement payments) | 131 | 136 | 4% | 414 | 476 | 15% |
| | | | | | | |
| Net Debt | - | 936 | - | - | 936 | - |



# SUMMARY OF FINANCIAL RESULTS – SEGMENT

|  | 4Q 2017 | 4Q 2018 | % Change | FY 2017 | FY 2018 | % Change |
|---|---|---|---|---|---|---|
| **Products and Solutions** | | | | | | |
| Revenue [1] | 581 | 602 | 4% | 2,042 | 2,169 | 6% |
| *Constant Currency* | | | 5% | | | 5% |
| Segment Profit | 114 | 91 | -20% | 353 | 381 | 8% |
| **Global Distribution** | | | | | | |
| Revenue | 628 | 664 | 6% | 2,477 | 2,658 | 7% |
| *Constant Currency* | | | 7% | | | 6% |
| Segment Profit | 29 | 35 | 21% | 131 | 148 | 13% |

1) Represents Product and Solution's revenue, net of intersegment revenue of $79 million, $69 million, $337 million, and $305 million for the periods ended 4Q 2017, 4Q 2018, YTD 2017, and YTD 2018, respectively. Global Distribution does not have any intersegment revenue.



# CONSOLIDATED AND COMBINED STATEMENT OF OPERATIONS (UNAUDITED)

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (Dollars in millions except per share data) | | | |
| Net revenue | $ 1,266 | $ 1,209 | $ 4,827 | $ 4,519 |
| Cost of goods sold | 936 | 848 | 3,461 | 3,203 |
| Gross Profit | 330 | 361 | 1,366 | 1,316 |
| Selling, general and administrative expenses | 225 | 224 | 873 | 871 |
| Other expense, net | 49 | 115 | 369 | 279 |
| Interest expense | 18 | - | 20 | - |
| | 292 | 339 | 1,262 | 1,150 |
| | | | | |
| Income before taxes | 38 | 22 | 104 | 166 |
| Tax expense (benefit) | 22 | 471 | (301) | 560 |
| Net income (loss) | $ 16 | $ (449) | $ 405 | $ (394) |
| | | | | |
| **Weighted Average Number of Common Shares** | | | | |
| Basic (in thousands) | 122,499 | 122,499 | 122,499 | 122,499 |
| Diluted (in thousands) | 122,999 | 122,499 | 122,624 | 122,499 |
| **Per Share Amounts** | | | | |
| Basic net income (loss) per share | $ 0.13 | $ (3.67) | $ 3.31 | $ (3.22) |
| Diluted net income (loss) per share | $ 0.13 | $ (3.67) | $ 3.30 | $ (3.22) |

resideo

# CONSOLIDATED AND COMBINED BALANCE SHEET (UNAUDITED)

| | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| | (Dollars in millions) | | | |
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 265 | $ | 56 |
| Due from related parties, current | | - | | 23 |
| Accounts receivables – net | | 821 | | 779 |
| Inventories | | 628 | | 465 |
| Other current assets | | 95 | | 69 |
| Total current assets | | 1,809 | | 1,392 |
| Property, plant and equipment – net | | 300 | | 265 |
| Goodwill | | 2,634 | | 2,648 |
| Other intangible assets - net | | 133 | | 140 |
| Deferred income taxes | | 84 | | 5 |
| Other assets | | 12 | | 23 |
| Total assets | $ | 4,972 | $ | 4,473 |
| **LIABILITIES** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 964 | $ | 678 |
| Due to related parties, current | | - | | 60 |
| Current maturities of long-term debt | | 22 | | - |
| Accrued liabilities | | 503 | | 409 |
| Total current liabilities | | 1,489 | | 1,147 |
| Long-term debt | | 1,179 | | - |
| Deferred income taxes | | 25 | | 377 |
| Pension obligations | | 88 | | - |
| Obligations payable to Honeywell | | 629 | | - |
| Other liabilities | | 29 | | 346 |
| **EQUITY** | | | | |
| Common stock, $0.001 par value, 700,000,000 shares authorized, 122,498,794 and 122,966,558 shares issued and outstanding, respectively | | - | | - |
| Additional paid-in capital | | 1,720 | | - |
| Retained earnings | | 2 | | - |
| Invested equity | | - | | 2,703 |
| Accumulated other comprehensive (loss) | | (189) | | (100) |
| Total equity | | 1,533 | | 2,603 |
| Total liabilities and equity | $ | 4,972 | $ | 4,473 |



# CONSOLIDATED AND COMBINED STATEMENT OF CASH FLOWS (UNAUDITED)

| | Twelve Months Ended December 31, | |
| --- | --- | --- |
| | **2018** | **2017** |
| | (Dollars in millions) | |
| **Cash flows from operating activities:** | | |
| Net income (loss) | $ 405 | $ (394) |
| | | |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation | 45 | 57 |
| Amortization | 21 | 10 |
| Repositioning charges | 5 | 23 |
| Net payments for repositioning charges | (9) | (17) |
| Stock compensation expense | 20 | 16 |
| Pension expense | 11 | 16 |
| Deferred income taxes | (323) | 297 |
| Other | 11 | 3 |
| Changes in assets and liabilities: | | |
| Accounts, notes and other receivables | (62) | (31) |
| Inventories | (172) | (17) |
| Other current assets | (27) | (17) |
| Other assets | (4) | - |
| Accounts payable | 231 | 11 |
| Accrued liabilities | 65 | (5) |
| Pension obligations | 5 | - |
| Obligations payable to Honeywell | 24 | - |
| Other Liabilities | 216 | 85 |
| Net cash provided by operating activities | 462 | 37 |
| | | |
| **Cash flows from investing activities:** | | |
| Expenditures for property, plant and equipment | (64) | (49) |
| Expenditures for software | (17) | (2) |
| Payments related to amounts due from related parties | - | (13) |
| Proceeds received related to amounts due from related parties | 7 | 13 |
| Net cash used for investing activities | (74) | (51) |
| | | |
| **Cash flows from financing activities:** | | |
| Proceeds from long-term debt | 1,225 | - |
| Payment of debt issuance costs | (24) | - |
| Payment of revolving credit facility fees | (5) | - |
| Distribution to Honeywell in connection with Spin-Off | (1,415) | - |
| Net increase invested equity | 39 | 19 |
| Non-operating obligations from Honeywell, net | 26 | - |
| Proceeds received related to amounts due to related parties | - | 1 |
| Payments related to amounts due to related parties | - | (4) |
| Net cashflow (used by) from cash pooling | (13) | 5 |
| Net cash (used for) provided by financing activities | (167) | 21 |
| | | |
| Effect of foreign exchange rate changes on cash and cash equivalents | (12) | 2 |
| Net increase in cash and cash equivalents | 209 | 9 |
| Cash and cash equivalents at beginning of period | 56 | 47 |
| Cash and cash equivalents at end of period | $ 265 | $ 56 |
| Supplemental Cash Flow Information: | | |
| Income taxes paid (net of refunds) | 28 | 261 |
| Capital expenditures in accounts payable | 23 | 14 |



# RECONCILIATION OF NET INCOME TO ADJUSTED NET INCOME (UNAUDITED)

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | **2018** | **2017** | **2018** | **2017** |
| | (Dollars in millions) | | | |
| **Net income (loss) (GAAP)** | $ 16 | $ (449) | $ 405 | $ (394) |
| Environmental expense [1] | 18 | 117 | 340 | 282 |
| Honeywell reimbursement agreement expense [2] | 49 | - | 49 | - |
| Estimated stand-alone costs [3] | 5 | 11 | 9 | 24 |
| Stock compensation expense [4] | 5 | 4 | 20 | 16 |
| Repositioning charges | - | 2 | 5 | 23 |
| Non-Operating expense [5] | 3 | - | 4 | 1 |
| Other [6] | 23 | - | 23 | - |
| Income tax adjustments [7] | (46) | 448 | (412) | 433 |
| **Adjusted Net Income (Non-GAAP)** | 73 | 133 | 443 | 385 |
| Assumed cash payments related to Honeywell Reimbursement Agreement [8] | 35 | 35 | 140 | 140 |
| **Adjusted Net Income including Honeywell reimbursement agreement payments (Non-GAAP)** | $ 38 | $ 98 | $ 303 | $ 245 |

(1) Represents historical environmental expenses as reported under 100% carryover basis.
(2) Represents expenses related to the Honeywell Reimbursement Agreement.
(3)Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and
(4) Stock compensation expense adjustment includes only non-cash expenses.
(5) Non-operating (income) expense adjustment excludes net interest (income).
(6) Represents cost directly related to the Spin-Off.
(7) Represents the tax effect of pre-tax items excluded from Adjusted Net Income and the removal of discrete tax items, including the income tax impacts of the Tax Act. The tax effect of pre-tax items excluded from Adjusted Net Income is computed using the statutory rate related to the jurisdiction that was impacted by the adjustment after taking into account the impact of permanent differences and valuation allowances.

(8) We are responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).



# RECONCILIATION OF NET INCOME TO ADJUSTED EBITDA

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (Dollars in millions) | | | |
| **Net income (loss) (GAAP)** | $ 16 | $ (449) | $ 405 | $ (394) |
| Net interest (income) expense | 14 | (1) | 13 | (3) |
| Tax expense (benefit) | 22 | 471 | (301) | 560 |
| Depreciation | 5 | 15 | 45 | 57 |
| Amortization | 12 | 2 | 21 | 10 |
| **EBITDA (Non-GAAP)** | **69** | **38** | **183** | **230** |
| Enviromental expense [1] | 18 | 117 | 340 | 282 |
| Honeywell reimbursement agreement expense [2] | 49 | - | 49 | - |
| Estimated stand-alone costs [3] | 6 | 13 | 15 | 31 |
| Stock compensation expense [4] | 5 | 4 | 20 | 16 |
| Non-Operating (income) expense [5] | 3 | - | 4 | 1 |
| Repositioning charges | - | 2 | 5 | 23 |
| Other [6] | 23 | - | 23 | - |
| **Adjusted EBITDA (Non-GAAP)** | **173** | **174** | **639** | **583** |
| Assumed cash payments related to Honeywell Reimbursement Agreement [7] | 35 | 35 | 140 | 140 |
| **Adjusted EBITDA including Honeywell reimbursement agreement payments (Non-** | $ 138 | $ 139 | $ 499 | $ 443 |

(1) Represents historical environmental expenses as reported under 100% carryover basis.
(2) Represents expenses related to the Honeywell Reimbursement Agreement.
(3) Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs, which excludes corporate depreciation charges.

(4) Stock compensation expense adjustment includes only non-cash expenses.
(5) Non-operating (income) expense adjustment excludes net interest (income).
(6) Represents cost directly related to the Spin-Off.
(7)Pursuant to the Honeywell Reimbursement Agreement, we are responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).



# RECONCILIATION OF SEGMENT PROFIT TO COMBINED INCOME FROM CONTINUING OPERATIONS BEFORE TAXES

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | **2018** | **2017** | **2018** | **2017** |
| | (Dollars in millions) | | | |
| Products and Solutions segment profit | 91 | 114 | 381 | 353 |
| Global Distribution segment profit | 35 | 29 | 148 | 131 |
| **Total segment profit** | **$ 126** | **$ 143** | **$ 529** | **$ 484** |
| Pension expense | (3) | (4) | (13) | (16) |
| Repositioning | - | (2) | (5) | (23) |
| Other expense, net | (47) | (115) | (369) | (279) |
| Interest expense | (20) | - | (20) | - |
| Environmental expense | (18) | - | (18) | - |
| **Income before taxes** | **$ 38** | **$ 22** | **$ 104** | **$ 166** |

resideo

# RECONCILIATION OF CONSTANT CURRENCY REVENUE % CHANGE

|  | December 31, 2018 | | | |
|---|---|---|---|---|
|  | Three Months Ended | | Twelve Months Ended | |
|  | (Dollars in millions) | | | |
| Products and Solutions revenue growth |  |  |  |  |
| Net Products and Solutions revenue growth (GAAP) | $ | 21 | $ | 127 |
| % Change |  | 4% |  | 6% |
| Exclude: Foreign currency translation |  | -1% |  | 1% |
| Constant currency growth (Non-GAAP) |  | 5% |  | 5% |
|  |  |  |  |  |
| Global Distribution revenue growth |  |  |  |  |
| Net Global Distribution revenue growth (GAAP) | $ | 36 | $ | 181 |
| % Change |  | 6% |  | 7% |
| Exclude: Foreign currency translation |  | -1% |  | 1% |
| Constant currency growth (Non-GAAP) |  | 7% |  | 6% |
| Total revenue growth |  |  |  |  |
| Total revenue growth (GAAP) | $ | 57 | $ | 308 |
| % Change |  | 5% |  | 7% |
| Exclude: Foreign currency translation |  | -1% |  | 1% |
| Constant currency growth (Non-GAAP) |  | 6% |  | 6% |

resideo

# ADJUSTED EBITDA INCLUDING REIMBURSEMENT PAYMENTS LESS CAPEX

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (Dollars in millions except per share data) | | | |
| Cash flows from (used in) operating activities (GAAP) | $ 87 | $ (143) | $ 462 | $ 37 |
| Tax expense (benefit) | 22 | 471 | (301) | 560 |
| Net interest (income) expense | 14 | (1) | 13 | (3) |
| Deferred income tax | 48 | (297) | 323 | (297) |
| Change in operating assets and liabilities | (92) | 13 | (276) | (26) |
| Other non-cash expense [1] | (10) | (5) | (38) | (41) |
| EBITDA (Non-GAAP) | 69 | 38 | 183 | 230 |
| Enviromental expense [2] | 18 | 117 | 340 | 282 |
| Honeywell reimbursement agreement expense [3] | 49 | - | 49 | - |
| Estimated stand-alone costs [4] | 6 | 13 | 15 | 31 |
| Stock compensation expense [5] | 5 | 4 | 20 | 16 |
| Non-Operating expense [6] | 3 | - | 4 | 1 |
| Repositioning charges | - | 2 | 5 | 23 |
| Other [7] | 23 | - | 23 | - |
| Adjusted EBITDA (Non-GAAP) | 173 | 174 | 639 | 583 |
| Assumed cash payments related to Honeywell Reimbursement Agreement [8] | 35 | 35 | 140 | 140 |
| Adjusted EBITDA including Honeywell reimbursement agreement payments (Non-GAAP) | 138 | 139 | 499 | 443 |
| Less Capex | 18 | 13 | 81 | 51 |
| Adjusted EBITDA including Honeywell reimbursement agreement payments less Capex (Non-GAAP) | $ 120 | $ 126 | $ 418 | $ 392 |

(1) Includes non-cash stock compensation, pension, bad debt and repositioning expenses.

(2) Represents historical environmental expenses as reported under 100% carryover basis.

(3) Represents expenses related to the Honeywell Reimbursement Agreement

(4) Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs, which excludes corporate depreciation charges.

(5) Stock compensation expense adjustment includes only non-cash expenses.

(6) Non-operating (income) expense adjustment excludes net interest (income).

(7) Represents cost directly related to the Spin-Off.

(8) Pursuant to the Honeywell Reimbursement Agreement, we are be responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).



# RECONCILIATION OF PRO FORMA NET INCOME TO PRO FORMA ADJUSTED EBITDA (UNAUDITED)

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | **2018** | **2017** | **2018** | **2017** |
| | (Dollars in millions except per share data) | | | |
| **Net income (loss) (Pro Forma)** | $ 11 | $ (192) | $ 120 | $ (163) |
| Net interest expense | 20 | 18 | 68 | 66 |
| Tax expense (benefit) | 19 | 201 | (59) | 263 |
| Depreciation | 5 | 15 | 45 | 57 |
| Amortization | 12 | 2 | 21 | 10 |
| **EBITDA (Non-GAAP Pro Forma)** | **67** | **44** | **195** | **233** |
| Environmental expense [1] | 18 | 105 | 308 | 254 |
| Honeywell reimbursement agreement expense [2] | 49 | - | 49 | - |
| Estimated stand-alone costs [3] | 6 | 13 | 15 | 31 |
| Stock compensation expense [4] | 5 | 4 | 20 | 16 |
| Non-Operating (income) expense [5] | 3 | (1) | 1 | (3) |
| Repositioning charges | - | 2 | 5 | 23 |
| Other [6] | 23 | - | 23 | - |
| **Adjusted EBITDA (Non-GAAP Pro Forma)** | **171** | **166** | **616** | **554** |
| Assumed cash payments related to Honeywell Reimbursement Agreement [7] | 35 | 35 | 140 | 140 |
| **Adjusted EBITDA including Honeywell reimbursement agreement payments (Non-GAAP Pro Forma)** | $ 136 | $ 131 | $ 476 | $ 414 |

(1) Represents environmental expenses under the Honeywell Reimbursement Agreement on a 90% basis and environmental expense for our owned sites

(2) Represents expenses related to the Honeywell Reimbursement Agreement

(3) Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs, which excludes corporate depreciation charges.

(4) Stock compensation expense adjustment includes only non-cash expenses.

(5) Non-operating (income) expense adjustment excludes net interest (income).

(6) Represents cost directly related to the Spin-Off.

(7) Pursuant to the Honeywell Reimbursement Agreement, are responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).



# UNAUDITED PRO FORMA COMBINED STATEMENT OF OPERATIONS FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2018

| | Historical As Reported | Pro Forma Adjustments(1) | Notes | As Adjusted |
|---|---|---|---|---|
| Net revenue | $ 4,827 | $ - | | $ 4,827 |
| Cost of goods sold | 3,461 | - | | 3,461 |
| Gross Profit | 1,366 | - | | 1,366 |
| Selling, general and administrative expenses | 873 | 23 | a | 896 |
| Other expense, net | 369 | (35) | b, c | 334 |
| Interest expense | 20 | 55 | d, e | 75 |
| Income before taxes | 104 | (43) | | 61 |
| Tax (benefit) | (301) | 242 | f | (59) |
| Net income | $ 405 | $ (285) | | $ 120 |

(1) The change in our cost structure related to our company becoming an independent, publicly traded company is not reflected above.

(a) Reflects the impact of the Trademark License Agreement with Honeywell in respect of certain Products and Solutions segment revenue.

(b) Reflects the impact of the Honeywell Reimbursement Agreement pursuant to which we will have an obligation to make cash payments to Honeywell in amounts equal to 90% of Honeywell's certain environmental-related liabilities, net of recoveries, in each case related to legacy elements of the Business, including the legal costs of defending and resolving such liabilities. The amount payable by the Company in respect of such liabilities arising in any given calendar year will be subject to a cap of $140 million (exclusive of any late payment fees up to 5% per annum).

Accordingly, Other expense, net will decrease $32 million for twelve months ended December 31, 2018, which is the difference between historical expense as reported under 100% carryover basis for such environmental expenses and the indemnified expense pursuant to the Indemnification and Reimbursement Agreement. The adjustment assumes that cash payments made by Honeywell related to indemnified environmental liabilities during a given year will not exceed $156 million in which case the cap on payments ($156 million x 90% = $140 million) to be made by Resideo to Honeywell

(c) Reflects the impact of the settlement of cash pooling and short-term notes receivables and payables.

(d) Adjustments reflect interest expense and commitment fees related to indebtedness in an aggregate principal amount of $1,225 million in connection with the consummation of the Spin-Off and that was used primarily to repay an obligation incurred as part of the separation from Honeywell.  The adjustment reflects that the indebtedness comprise loan facilities in an aggregate principal amount of $825 million and senior unsecured notes in an aggregate principal amount of $400  million and a revolving credit facility in an aggregate undrawn amount of $350 million. Total interest expense will increase by $52 million for the twelve months ended December 31, 2018.

(e) Reflects an estimate of interest costs and expected return on plan assets for the defined benefit pension plans.

(f) For twelve months ended December 31, 2018, income tax expense increased by $242 million. This includes adjustments to the provisional tax amounts related to the deemed repatriation transition tax and taxes on undistributed earnings of an increase of $262 million. The remaining decrease of $20 million is the result of the income tax effects on adjustments included in pro forma notes a), c), d), and e).



# UNAUDITED PRO FORMA COMBINED STATEMENT OF OPERATIONS FOR THE QUARTER ENDED DECEMBER 31, 2018

| | Historical As Reported | Pro Forma Adjustments(1) | Notes | As Adjusted |
|---|---|---|---|---|
| Net revenue | $ 1,266 | $ - | | $ 1,266 |
| Cost of goods sold | 936 | - | | 936 |
| Gross Profit | 330 | - | | 330 |
| Selling, general and administrative expenses | 225 | 2 | a | 227 |
| Other expense, net | 49 | - | | 49 |
| Interest expense | 18 | 6 | b | 24 |
| Income before taxes | 38 | (8) | | 30 |
| Tax expense | 22 | (3) | c | 19 |
| Net income | $ 16 | $ (5) | | $ 11 |

(1) The change in our cost structure related to our company becoming an independent, publicly traded company is not reflected above.

(a) Reflects the impact of the Trademark License Agreement with Honeywell in respect of certain Products and Solutions segment revenue.

(b) Adjustments reflect interest expense and commitment fees related to indebtedness in an aggregate principal amount of $1,225 million in connection with the consummation of the Spin-Off and that was used primarily to repay an obligation incurred as part of the separation from Honeywell. The adjustment reflects that the indebtedness comprise loan facilities in an aggregate principal amount of $825 million and senior unsecured notes in an aggregate principal amount of $400 million and a revolving credit facility in an aggregate undrawn amount of $350 million. Total interest expense will increase by $6 million for the three months ended December 31, 2018.

(c) For three months ended December 31, 2018, income tax expense decreased by $3 million as a result of the income tax effects on adjustments included in pro forma notes a) and b).



# UNAUDITED PRO FORMA COMBINED STATEMENT OF OPERATIONS FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2017

**29**

| | Historical As Reported | | Pro Forma Adjustments(1) | | Notes | As Adjusted | |
|---|---|---|---|---|---|---|---|
| Net revenue | $ | 4,519 | $ | - | | $ | 4,519 |
| Cost of goods sold | | 3,203 | | - | | | 3,203 |
| Gross Profit | | 1,316 | | - | | | 1,316 |
| Selling, general and administrative expenses | | 871 | | 29 | a | | 900 |
| Other expense, net | | 279 | | (32) | b, c | | 247 |
| Interest expense | | - | | 69 | d | | 69 |
| Income before taxes | | 166 | | (66) | | | 100 |
| Tax expense | | 560 | | (297) | e | | 263 |
| Net loss | $ | (394) | $ | 231 | | $ | (163) |

(1) The change in our cost structure related to our company becoming an independent, publicly traded company is not reflected above.

(a) Reflects the impact of the Trademark License Agreement with Honeywell in respect of certain Products and Solutions segment revenue.

(b) Reflects the impact of the Honeywell Reimbursement Agreement pursuant to which we have an obligation to make cash payments to Honeywell in amounts equal to 90% of Honeywell's certain environmental-related liabilities, net of recoveries, in each case related to legacy elements of the Business, including the legal costs of defending and resolving such liabilities. The amount payable by the Company in respect of such liabilities arising in any given calendar year will be subject to a cap of $140 million (exclusive of any late payment fees up to 5% per annum).

Accordingly, Other expense, net will decrease $28 million for twelve months ended December 31, 2017, which is the difference between historical expense as reported under 100% carryover basis for such environmental expenses and the indemnified expense pursuant to the Indemnification and Reimbursement Agreement. The adjustment assumes that cash payments made by Honeywell related to indemnified environmental liabilities during a given year will not exceed $156 million in which case the cap on payments ($156 million x 90% = $140 million) to be made by Resideo to Honeywell would not be exceeded.

(c) Reflects an estimate of interest costs and expected return on plan assets for the defined benefit pension plans.

(d) Adjustments reflect interest expense and commitment fees related to indebtedness in an aggregate principal amount of $1,225 million in connection with the consummation of the Spin-Off and that was used primarily to repay an obligation incurred as part of the separation from Honeywell. The adjustment reflects that the indebtedness comprise loan facilities in an aggregate principal amount of $825 million and senior unsecured notes in an aggregate principal amount of $400 million and a revolving credit facility in an aggregate undrawn amount of $350 million.

(e) For twelve months ended December 31, 2017, income tax expense decreased by $297 million. This includes adjustments to the provisional tax amounts related to the deemed repatriation transition tax and taxes on undistributed earnings of a decrease of $262 million. The remaining decrease of $35 million is the result of the income tax effects on adjustments included in pro forma notes a), c), and d).



# UNAUDITED PRO FORMA COMBINED STATEMENT OF OPERATIONS FOR THE QUARTER ENDED DECEMBER 31, 2017

| | Historical As Reported | Pro Forma Adjustments[1] | Notes | As Adjusted |
|---|---|---|---|---|
| Net revenue | $ 1,209 | $ - | | $ 1,209 |
| Cost of goods sold | 848 | - | | 848 |
| Gross Profit | 361 | - | | 361 |
| Selling, general and administrative expenses | 224 | 8 | a | 232 |
| Other expense, net | 115 | (13) | b, c | 102 |
| Interest expense | - | 18 | d | 18 |
| Income before taxes | 22 | (13) | | 9 |
| Tax expense (benefit) | 471 | (270) | e | 201 |
| Net loss | $ (449) | $ 257 | | $ (192) |

(1) The change in our cost structure related to our company becoming an independent, publicly traded company is not reflected above.

(a) Reflects the impact of the Trademark License Agreement with Honeywell in respect of certain Products and Solutions segment revenue.

(b) Reflects the impact of the Honeywell Reimbursement Agreement pursuant to which we have an obligation to make cash payments to Honeywell in amounts equal to 90% of Honeywell's certain environmental-related liabilities, net of recoveries, in each case related to legacy elements of the Business, including the legal costs of defending and resolving such liabilities. The amount payable by the Company in respect of such liabilities arising in any given calendar year will be subject to a cap of $140 million (exclusive of any late payment fees up to 5% per annum).

Accordingly, Other expense, net will decrease $12 million for three months ended December 31, 2017, which is the difference between historical expense as reported under 100% carryover basis for such environmental expenses and the indemnified expense pursuant to the Indemnification and Reimbursement Agreement. The adjustment assumes that cash payments made by Honeywell related to indemnified environmental liabilities during a given year will not exceed $156 million in which case the cap on payments ($156 million x 90% = $140 million) to be made by Resideo to Honeywell would not be exceeded.

(c) Reflects an estimate of interest costs and expected return on plan assets for the defined benefit pension plans.

(d) Adjustments reflect interest expense and commitment fees related to indebtedness in an aggregate principal amount of $1,225 million in connection with the consummation of the Spin-Off and that was used primarily to repay an obligation incurred as part of the separation from Honeywell. The adjustment reflects that the indebtedness comprise loan facilities in an aggregate principal amount of $825 million and senior unsecured notes in an aggregate principal amount of $400 million and a revolving credit facility in an aggregate undrawn amount of $350 million.

(e) For three months ended December 31, 2017, income tax expense decreased by $270 million. This includes adjustments to the provisional tax amounts related to the deemed repatriation transition tax and taxes on undistributed earnings of a decrease of $262 million. The remaining decrease of $8 million is the result of the income tax effects on adjustments included in pro forma notes a), c), and d).



# NET DEBT FOR THE QUARTER ENDED DECEMBER 31, 2018

|  | December 31, 2018 |
| --- | --- |
|  | (Dollars in millions) |
| Current maturities of long-term debt | $ 22 |
| Long-term debt | 1,179 |
| Total Debt | 1,201 |
| Less: Cash and cash equivalents | 265 |
| Net Debt | $ 936 |

