# EXHIBIT T

**Imperial Capital®**

Capital Structure Focus

## EQUITY AND INDUSTRY RESEARCH

March 5, 2019

# Resideo Technologies, Inc. (REZI $25.26 Not Rated)

*4Q18 Preview—We Estimate 3% Revenue Growth Post Spin-Off from Honeywell; We Expect Updates on Revenue Growth and Cost Improvement Plans; We Seek Clarity on the Indemnification and Reimbursement Agreement. We Value the Shares at a Mid-Point of $25*

**Saliq Khan**
(212) 351-9453
saliq.khan@imperialcapital.com

**Edward P. Mally, CFA**
(212) 351-9768
emally@imperialcapital.com

**Jeff Kessler**
(212) 351-9701
jkessler@imperialcapital.com

**Key Data**

| | |
|---|---|
| Symbol: | REZI |
| Price (3/4/19): | $25.26 |
| Rating: | Not Rated |
| Price Target: | None |
| **Estimates:** | |
| 2018E EBITDA: | $465mn |
| 2019E EBITDA: | $487mn |
| 2018E EPS: | 2.33 |
| 2019E EPS: | 2.54 |
| 2018E EV/EBITDA: | 8.9x |
| 2019E EV/EBITDA: | 8.5x |
| **Consensus Estimates:** | |
| F18 EPS: | NM |
| F19 EPS: | NM |

**Company Description**
Resideo Technologies, Inc. (REZI) is headquartered out of Golden Valley, Minnesota. The company is a leading global provider of critical comfort and security solutions, primarily in residential environments. The company operates via two main businesses, Honeywell Home and ADI Global Distribution.

**Important Disclosures, Certifications and Other Information**
See the last page of this report for important disclosures, analyst certifications and other information concerning conflicts of interest that may exist between the subject of this report and Imperial Capital, LLC, Imperial Capital Asset Management, LLC and/or the author(s) of this report.

Additional information is available upon request.

### Figure 1. Resideo Technologies, Inc.—Key Company Data, Prices as of 3/4/19

| Key Data | | | FY: Dec | FY17 | FY17 PF | FY18 PF | | FY19 PF | | FY20 PF | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Price: | | $25.26 | EPS, adj. | Actual | Actual | Old | New | Old | New | Old | New |
| **Price Target:** | | **None** | Q1 | | | | 1.10 A | | 0.65 | | 0.70 |
| 52-Week Range: | | 18.77-32.55 | Q2 | | | | | | 0.64 | | 0.68 |
| **Market Cap ($mn):** | | **3,106** | Q3 | | | | 0.55 A | | 0.59 | | 0.64 |
| Shares Out. (mn) | | 122.97 | Q4 | | | | 0.68 | | 0.66 | | 0.70 |
| Avg. Daily Vol.: | | 1,049,159 | **Year** | | | | **2.33** | | **2.54** | | **2.73** |
| Beta: | | NA | P/E | | | | 10.8x | | 10.0x | | 9.3x |
| Total Debt ($mn): | | 1,225 | **EBITDA, adj. ($mn)** | **443** | **414** | | **465** | | **487** | | **520** |
| **Net Debt ($mn):** | | **1,041** | *(incl. environ pmt)* | | | | | | | | |
| | | | EV/EBITDA | 9.4x | 10.0x | | 8.9x | | 8.5x | | 8.0x |
| **EV ($mn):** | | **4,147** | **Revenue ($mn)** | | | | | | | | |
| | | | Q1 | 1,062 | 1,062 | | 1,165 A | | 1,212 | | 1,263 |
| Dividend | | 0.00 | Q2 | 1,096 | 1,096 | | 1,196 A | | 1,244 | | 1,297 |
| Dividend yield | | 0.00% | Q3 | 1,152 | 1,152 | | 1,200 A | | 1,251 | | 1,305 |
| | | | Q4 | 1,209 | 1,209 | | 1,245 A | | 1,299 | | 1,354 |
| | | | **Year** | **4,519** | **4,519** | | **4,806** | | **5,005** | | **5,219** |
| | | | EV/Revenue | 0.92x | 0.92x | | 0.86x | | 0.83x | | 0.79x |

Sources: Bloomberg, Thomson Eikon, Company Reports, and Imperial Capital, LLC.

### ▪ Financial Summary

Resideo Technologies (REZI), a recent spin-off from Honeywell International (HON), generated revenues of $4.8bn, adjusted EBITDA of $619mn, adjusted EBITDA (including environmental payments) of $479mn, and adjusted EPS of $1.70 during the latest twelve months (LTM) ended 9/30/18. The company has cash and cash equivalents of $184mn, and secured and unsecured debt of $1.225bn as of that date.

### ▪ Overview

**We believe the common equity of the newly-created Resideo Technologies is potentially attractive given the company's leading position in residential comfort and security product categories ($2.0bn FY17 revenue vs. $15bn addressable market), and its ADI Global Distribution business ($2.5bn FY17 revenue vs. $20bn addressable market).** We currently value REZI in the range of $21-29 per share (mid-point of $25), based on a trading range of 0.73x and 0.93x of our FY19 sales estimate, and between 7.5x and 9.5x our FY19 adjusted EBITDA estimate. This implies about 16% potential price appreciation to the high end of our valuation range.

**4Q18 earnings preview.** Before market open on 3/7/19, Resideo is expected to report 4Q18 and FY18 financial results followed by an earnings conference call at 8:30am ET. To join the conference call, participants should dial 1-800-289-0438 and provide the conference code 885-2234.

We estimate 4Q18 revenues of $1,245mn, up 3% year-over-year (yoy) from $1,209mn. We estimate external product revenue (45% of total revenues) of $560mn will be up 3% yoy from $544mn. External distribution revenue (55% of total revenues) of $685mn is also estimated to be up 3% yoy from $665mn. Our adjusted EPS estimate of $0.68 is up from $0.05 yoy; however, our adjusted EBITDA estimate (including environmental payments) of $125mn is expected to be down from $139mn yoy. The reported environmental expense and post-spin costs could further impact our projections. We expect REZI to address its post-spin cost structure, new product introductions, and further detail the complexities surrounding the Indemnification and Reimbursement Agreement with Honeywell.

**European distribution agreement.** On 2/28/19, Tech Data (TECD), a leading technology distributor with over 125,000 customers across 100+ companies, announced a pan-European distribution agreement with Resideo. As part of this transaction, Tech Data will carry the full suite of Resideo's Honeywell Home branded self-install smart security products (e.g., smart thermostats, security cameras). We believe this partnership should help Resideo's penetration into the European retail channel, which we estimate represents roughly 24% of the company's total revenues.

**Imperial Capital, LLC**
**Imperial Capital Asset Management, LLC**
**www.imperialcapital.com**

| | |
|---|---|
| Los Angeles (310) 246-3700/(800) 929-2299 | New York (212) 351-9700/(800) 371-7087 |
| Boston (617) 478-7600/(888) 478-9696 | Chicago (312) 674-4721/(800) 371-7087 |
| Houston (713) 892-5601/(800) 371-7087 | Palm Beach (561) 214-7901/(800) 371-7087 |
| Minneapolis (612) 692-6900/(888) 692-1660 | Stamford (203) 428-3300/(800) 371-7087 |



Equity and Industry Research
March 5, 2019
Resideo Technologies, Inc.

## Capitalization

**Figure 2. Resideo Technologies, Inc.—Capitalization as of 9/30/18, Prices as of 3/4/19**

| | | | Debt Face | | | Net Debt Face | | | Net Debt Market | | | | Price / YTM Analysis | | | Interest Exp. Analysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LTM Revenues ($mn) | 9/30/18 | 4,770.0 | | | | | | | | | | | | | | | |
| LTM Adj. EBITDA ($mn) | 9/30/18 | 619.0 | | | | | | | | | | | | | | | |
| LTM Adj. EBITDA % | 9/30/18 | 13% | | | | | | | | | | | | | | | |
| LTM Capex ($mn) | | 50.0 | | | | | | | | | | | | | | | |
| PF Interest ($mn) | | 61.2 | | | | | | | | | | | | | | | |
| LTM "Simple" FCF ($mn) | | 507.8 | | LTM EBITDA | EBITDA -Capex | Net Cum. | LTM EBITDA | EBITDA -Capex | | Net Cum. | LTM EBITDA | EBITDA -Capex | | | | | | |
| Settlement Date | | 10/18/18 | Cum. | 619.0 | 569.0 | Debt | 619.0 | 569.0 | Debt | Debt | 619.0 | 569.0 | | | | | Rate/ | Est. |
| | | Balance | Debt Face | Mult. | Mult. | Face | Mult. | Mult. | Mkt | Mkt | Mult. | Mult. | Price | YTM | Mat. | Coup. | Int. Exp. |
| Cash | | 184.0 | | | | | | | | | | | | | | | |
| **Secured Debt** | | | | | | | | | | | | | | | | | |
| $350mn Revolver | | - | | | | | | | - | | | | | na | 10/4/23 | na | na |
| $350mn 1L TLA | | 350.0 | | | | | | | 350.0 | | | | 100.00 | 4.45% | 10/4/23 | L+2.00% | 15.58 |
| $475mn 1L TLB | | 475.0 | | | | | | | 475.0 | | | | 100.00 | 4.45% | 10/4/25 | L+2.00% | 21.14 |
| **Total Secured Debt ($mn)** | | 825.0 | 825.0 | 1.3x | 1.4x | 641.0 | 1.0x | 1.1x | 825.0 | 641.0 | 1.0x | 1.1x | | | | Int. | 36.7 |
| **Unsecured Debt** | | | | | | | | | | | | | | | | | |
| 6.125% Sr. Unsecured Notes | | 400.0 | | | | | | | 409.1 | | | | 102.27 | 5.77% | 11/1/26 | 6.125% | 24.5 |
| **Total Debt ($mn)** | | 400.0 | 1,225.0 | 2.0x | 2.2x | 1,041.0 | 1.7x | 1.8x | 1,234.1 | 1,050.1 | 1.7x | 1.8x | | | | Total Int. | 61.2 |
| **Other Obligations** | | | | | | | | | | | | | | | | | |
| Indemnification liability | | 661.0 | | | | | | | 661.0 | | | | | | | | |
| Pension liabilities | | 81.0 | | | | | | | 81.0 | | | | | | | | |
| **Total Other Obligations ($mn)** | | 742.0 | 1,967.0 | 3.2x | 3.5x | 1,783.0 | 2.9x | 3.1x | 1,967.0 | 1,783.0 | 2.9x | 3.1x | | | | | |
| **Equity** | | | | | | | | | | | | | Price | Shs Out | | | |
| Market Capitalization | | 2,480.0 | | | | | | | | | | | $25.26 | 122.97mn | | | |
| **Total Equity Value ($mn)** | | 2,480.0 | 3,705.0 | 6.0x | 6.5x | 3,521.0 | 5.7x | 6.2x | | | | | | | | | |
| **Liquidity** | | | | | | | | | | | | | | | | | |
| Cash | | 184.0 | | | | | | | | | | | | | | | |
| Revolver Availability | | 350.0 | | | | | | | | | | | | | | | |
| **Total Liquidity ($mn)** | | 534.0 | | | | | | | | | | | | | | | |

Sources: Bloomberg, Thomson Eikon, Company Reports, and Imperial Capital, LLC.

## Rationale

**Separation from Honeywell.** On 10/29/18, Resideo Technologies, previously a wholly-owned subsidiary of Honeywell International (HON) began trading on the New York Stock Exchange under the symbol "REZI." The Honeywell Home and ADI Global Distribution businesses of Honeywell International were transferred to the newly created Resideo, whose shares were distributed to Honeywell shareholders (spin-off ratio of 6:1). Resideo began trading when-issued on 10/15/18, with a distribution date of 10/16/18, and regular way trading on 10/29/18. Following the spin-off on 10/29/18, 122,966,558 shares of REZI were distributed to Honeywell shareholders of record, as of 10/16/18. Immediately following the spin-off, the company's authorized capital stock consisted of 700,000,000 shares of common stock and 100,000,000 shares of preferred stock.

As Resideo's Product segment is focused on the consumer market and its ADI Global Distribution segment is focused on distribution, these businesses have different business models and objectives than the remainder of Honeywell International. Note that Honeywell has a commercial security business which is not being spun out.

As such, we believe this spin-off was an attractive option for Honeywell and its shareholders and should help reduce the internal competition (between legacy Honeywell, and the Homes and ADI distribution businesses) for corporate funds. Among other things, we believe this spin-off allows for **1)** sharpened management focus on Resideo's revenue growth; **2)** improved capital structure to pursue strategic actions; and **3)** a distinct investment profile that should allow investors to directly invest in Resideo's future.

**Leading and growing market share.** We have become very familiar with the Resideo (previously Honeywell Home and ADI) business over the last several years and have spent considerable time with several of the company's executives. We view this business as having a significant presence in the broad premises control and security markets, with notable customers, including ADT Inc., Home Depot, and USAA. Based on recent market research reports by IHS, Navigant Consulting, and BSRIA as well as Honeywell's estimates, the Comfort & Care total available market (TAM) is estimated at $10bn, Security & Safety at $5bn, and Distribution at $20bn (as of October 2018). Below, we break down Resideo's market position by segment:

- **Comfort & Care generated $1.6bn (or 16% of TAM) during FY17.** Resideo is a leader within thermostats and a major provider of humidity systems and connected thermostats.

- **Security & Safety generated $0.8bn (or 16% of TAM) during FY17.** The company provides security systems and indoor sensors, with a key focus in remote services.

- **ADI Global Distribution generated $2.5bn (or 12.5% of TAM) during FY17.** Resideo is a leading distributor in the Americas (market share in the low 20s) and EMEA (market share in the low teens in Europe), and holds a strong position in India.

We note that the combined Product revenue includes intercompany sales of $337mn.

**Capital structure.** On a pro forma basis, REZI has $1.225bn in secured and unsecured debt (1.7x net leverage), and $1.967bn in total debt after accounting for indemnification liability and pension liabilities (2.9x net leverage). The company has $184mn in cash and cash equivalents. We calculate the company's total liquidity at $534mn.

**Significant potential growth opportunities.** Our conversations with management have centered around the company's focus on driving growth across five key areas, four of which are related to the company's Product division. Within products and solutions, Resideo is focused on **1)** building innovation solution to address the end user's critical needs; **2)** leveraging technology to connect devices and drive additional services; **3)** investing in the professional channels; and **4)** expanding into new channels (e.g., utilities, property managers) and high growth geographies with OEM partnerships. Within the distribution business, management is supporting its professional channel to help drive improved customer service and grow into new categories.

**Spin-off related agreements.** In connection with the spin-off, Resideo entered into certain agreements with Honeywell that were not effective prior to the spin-off. One such agreement is the Indemnification and Reimbursement Agreement, pursuant to which Resideo, and its subsidiaries, has an obligation to make cash payments to Honeywell in amounts equal to 90% of payments related to certain environmental claims. Key items in the Indemnification and Reimbursement Agreement include:

- 25-year agreement (ending 12/31/43) with cash payments to Honeywell: up to 90% of cash payments made by Honeywell less 90% of Honeywell's net insurance receipts and less 90% of certain other specified amounts received by Honeywell

  - Maximum cash payments made by Honeywell related to indemnified environmental liabilities during a given year will not exceed $156mn, as such the $140mn cap on payments ($156mn x 90% = $140mn) to be made by Resideo to Honeywell would not be exceeded

- Cash payments subordinated to all material indebtedness

- Expenses under the agreement are not tax deductible by Resideo, and will be recorded as an operating cash outflow

- Honeywell retains liability and is responsible for management and remediation

- As of 9/30/18, Resideo has estimated environmental liabilities of $661mn, calculated as 90% of the recorded environmental liabilities of $735mn

  - Previously recorded liabilities calculated as 100% of the historical amounts reported: $640mn (2Q18); $537mn (FY17); $453mn (FY16); $474mn (FY15)

## Valuation

**In our mid-case valuation scenario, we value REZI in a range of $21-29 per share (mid-point of $25). In Figures 3 and 4, we provide a valuation range from where REZI is currently trading.** REZI is currently trading at $25.26, about 0.83x our FY19 sales estimate and 8.5x our FY19 adjusted EBITDA estimate. A full-turn EBITDA valuation increase could send the shares to $29. Note that a select group of comparable companies (see Figure 5) are trading between 0.38x and 7.04x 2019E sales.



**Figure 3. Resideo Technologies, Inc.—EV/FY19E Sales Multiples and Stock Price Valuation**

| SALES ($000) | EV/FY19E Sales | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.63x | 0.68x | 0.73x | 0.78x | 0.83x | 0.88x | 0.93x | 0.98x | 1.03x |
| $4,291 | $13 | $15 | $17 | $19 | $20 | $22 | $24 | $26 | $27 |
| $4,517 | $15 | $16 | $18 | $20 | $22 | $24 | $26 | $27 | $29 |
| $4,755 | $16 | $18 | $20 | $22 | $24 | $26 | $27 | $29 | $31 |
| $5,005 | $17 | $19 | $21 | $23 | **$25** | $27 | $29 | $31 | $33 |
| $5,256 | $18 | $21 | $23 | $25 | $27 | $29 | $31 | $33 | $35 |
| $5,518 | $20 | $22 | $24 | $26 | $29 | $31 | $33 | $35 | $38 |
| $5,794 | $21 | $24 | $26 | $28 | $31 | $33 | $35 | $38 | $40 |

Sources: Imperial Capital, LLC.

**Figure 4. Resideo Technologies, Inc.—EV/FY19E Adj. EBITDA Multiples and Stock Price Valuation**

| Adj. EBITDA ($000) | EV/FY19E Adj. EBITDA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 6.5x | 7.0x | 7.5x | 8.0x | 8.5x | 9.0x | 9.5x | 10.0x | 10.5x |
| $418 | $14 | $15 | $17 | $19 | $20 | $22 | $24 | $26 | $27 |
| $440 | $15 | $17 | $18 | $20 | $22 | $24 | $26 | $27 | $29 |
| $463 | $16 | $18 | $20 | $22 | $24 | $25 | $27 | $29 | $31 |
| $487 | $17 | $19 | $21 | $23 | **$25** | $27 | $29 | $31 | $33 |
| $512 | $19 | $21 | $23 | $25 | $27 | $29 | $31 | $33 | $35 |
| $537 | $20 | $22 | $24 | $27 | $29 | $31 | $33 | $35 | $37 |
| $564 | $21 | $24 | $26 | $28 | $31 | $33 | $35 | $37 | $40 |

Note: Resideo's adjusted EBITDA includes environmental payments.
Sources: Imperial Capital, LLC.

**Figure 5. Resideo Technologies, Inc.—Analysis of Select Comparable Companies, Prices as of 3/4/19**

| Company Name | Ticker | Price | Market Value ($mn) | Enterprise Value ($mn) | EV/Sales | EV/Sales+1 |
|---|---|---|---|---|---|---|
| Resideo Technologies, Inc. | REZI | $25.26 | 3,106 | 4,147 | 0.83x | 0.79x |
| Alarm.com Holdings Inc | ALRM | $57.08 | 2,858 | 2,779 | 7.04x | 6.20x |
| Anixter International Inc | AXE | $58.90 | 1,987 | 3,158 | 0.38x | 0.36x |
| Bosch Ltd | BOSH.NS | 18,749.75 | 8,079 | 7,680 | 4.58x | 3.73x |
| Emerson Electric Co | EMR | $68.06 | 42,040 | 46,793 | 2.64x | 2.41x |
| Honeywell International Inc | HON | $154.50 | 113,533 | 119,022 | 2.85x | 3.20x |
| United Technologies Corp | UTX | $125.74 | 108,382 | 150,040 | 2.26x | 1.93x |
| **Mean** | | | **46,147** | **54,912** | **3.29x** | **2.97x** |

| Company Name | Ticker | Financial Metric ($mn) | | | Enterprise Value/ | |
|---|---|---|---|---|---|---|
| | | LTM Revenue | NTM Revenue | LTM EBITDA | LTM EBITDA | NTM EBITDA |
| Resideo Technologies, Inc. | REZI | 4,770 | 4,952 | 479 | 8.7x | 8.5x |
| Alarm.com Holdings Inc | ALRM | 420 | 456 | 34 | 74.7x | 26.5x |
| Anixter International Inc | AXE | 8,400 | 8,824 | 392 | 8.1x | 7.0x |
| Bosch Ltd | BOSH.NS | 1,805 | 2,003 | 329 | 25.4x | 20.3x |
| Emerson Electric Co | EMR | 17,739 | 19,484 | 3,612 | 12.6x | 11.0x |
| Honeywell International Inc | HON | 41,802 | 37,290 | 9,016 | 13.7x | 13.4x |
| United Technologies Corp | UTX | 66,501 | 78,062 | 11,180 | 13.4x | 10.8x |
| **Mean** | | **22,778** | **24,353** | **4,094** | **24.6x** | **14.8x** |

Note: Resideo's adjusted EBITDA includes environmental payments.
Sources: Thomson Eikon and Imperial Capital, LLC.

**Figure 6. Resideo Technologies, Inc.—Income Statement (in Millions Except Per Share Figures), FY17–FY20E**

| FY: December | 1Q17 | 2Q17 | 1H17 | 3Q17 | 4Q17 | 2H17 | 1Q18 | 2Q18 | 1H18 | 1H18 PF | 3Q18 PF | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | FY17 | FY17 PF | YTD PF | FY18 PF | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | 1,062 | 1,096 | 2,158 | 1,152 | 1,209 | 2,361 | 1,165 | 1,196 | 2,361 | 2,361 | 1,200 | 1,245 | 1,212 | 1,244 | 1,251 | 1,299 | 1,263 | 1,297 | 1,305 | 1,354 | 4,519 | 4,519 | 3,561 | 4,806 | 5,005 | 5,219 |
| Cost of goods sold | 751 | 788 | 1,539 | 816 | 848 | 1,664 | 822 | 850 | 1,672 | 1,672 | 853 | 882 | 850 | 884 | 890 | 920 | 885 | 920 | 926 | 958 | 3,203 | 3,203 | 2,525 | 3,407 | 3,543 | 3,689 |
| Gross Profit | 311 | 308 | 619 | 336 | 361 | 697 | 343 | 346 | 689 | 689 | 347 | 363 | 362 | 360 | 362 | 379 | 379 | 377 | 379 | 396 | 1,316 | 1,316 | 1,036 | 1,399 | 1,462 | 1,530 |
| Operating Expenses: | | | | | | | | | | | | | | | | | | | | | | | 0 | | | |
| Sales, general & administrative expenses | 215 | 218 | 433 | 214 | 224 | 438 | 212 | 217 | 429 | 443 | 226 | 231 | 224 | 226 | 236 | 241 | 233 | 234 | 244 | 250 | 871 | 900 | 669 | 900 | 927 | 961 |
| Other expense | 49 | 51 | 100 | 65 | 116 | 181 | 53 | 123 | 176 | 158 | 132 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 281 | 253 | 290 | 325 | 140 | 140 |
| Operating Income | 47 | 39 | 86 | 57 | 21 | 78 | 78 | 6 | 84 | 88 | (11) | 97 | 102 | 99 | 91 | 103 | 111 | 107 | 99 | 111 | 164 | 163 | 77 | 174 | 395 | 428 |
| Interest (income) and other charges, net | 0 | 0 | 0 | (1) | (1) | (2) | (1) | 1 | 0 | 36 | 14 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | (2) | 68 | 50 | 65 | 61 | 61 |
| Income before taxes | 47 | 39 | 86 | 58 | 22 | 80 | 79 | 5 | 84 | 52 | (25) | 82 | 87 | 84 | 76 | 87 | 95 | 92 | 84 | 96 | 166 | 95 | 27 | 109 | 334 | 367 |
| Tax expense (benefit) | 31 | 23 | 54 | 35 | 471 | 506 | 34 | (28) | 6 | (6) | (76) | 24 | 26 | 25 | 23 | 26 | 29 | 28 | 25 | 29 | 560 | 520 | (82) | (58) | 100 | 110 |
| Net Income | 16 | 16 | 32 | 23 | (449) | (426) | 45 | 33 | 78 | 58 | 51 | 57 | 61 | 59 | 53 | 61 | 67 | 65 | 59 | 67 | (394) | (425) | 109 | 166 | 234 | 257 |
| Environmental expense | 49 | 51 | 100 | 65 | 25 | 90 | 53 | 123 | 176 | 158 | 132 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 282 | 254 | 290 | 325 | 140 | 140 |
| Estimated stand-alone cost | 3 | 1 | 4 | 9 | 11 | 20 | 2 | 2 | 4 | 4 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 24 | 24 | 6 | 8 | 8 | 8 |
| Stock compensation expense | 4 | 4 | 8 | 4 | 4 | 8 | 4 | 5 | 9 | 9 | 6 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 16 | 16 | 15 | 20 | 20 | 20 |
| Repositioning charges | 1 | 18 | 19 | 2 | 2 | 4 | 5 | 0 | 5 | 5 | 0 | 5 | | | | | | | | | 23 | 23 | 5 | 10 | 0 | 0 |
| Non-operating (income) expense | 1 | 1 | 2 | (1) | 0 | (1) | (1) | 2 | 1 | (1) | (1) | | | | | | | | | | 1 | (3) | (2) | (2) | 0 | 0 |
| Income tax adjustment (benefit) | (3) | (7) | (10) | (5) | 448 | 443 | (2) | (24) | (26) | (26) | (87) | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 433 | 433 | (113) | (99) | 50 | 50 |
| Net Income, adj. | 71 | 84 | 155 | 97 | 41 | 138 | 106 | 141 | 247 | 207 | 103 | 118 | 115 | 113 | 108 | 116 | 121 | 119 | 113 | 122 | 385 | 322 | 310 | 428 | 452 | 475 |
| Indemni. & reimbur. obligations | 35 | 35 | 70 | 35 | 35 | 70 | 35 | 35 | 70 | 70 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 140 | 140 | 105 | 140 | 140 | 140 |
| Net Income, adj. (incl. environ pmt) | 36 | 49 | 85 | 62 | 6 | 68 | 71 | 106 | 177 | 137 | 68 | 83 | 80 | 78 | 73 | 81 | 86 | 84 | 78 | 87 | 245 | 182 | 205 | 288 | 312 | 335 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diluted EPS, adj. (incl. environ pmt) | | | | 0.50 | 0.05 | | | | | 1.10 | 0.55 | 0.68 | 0.65 | 0.64 | 0.59 | 0.66 | 0.70 | 0.68 | 0.64 | 0.70 | | | 2.54 | 1.65 | 2.33 | 2.54 | 2.73 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shares Outstanding Diluted | | | | 123.0 | 123.0 | | | | | 124.7 | 123.0 | 123.0 | 123.0 | 123.0 | 123.0 | 123.0 | 123.0 | 123.0 | 123.0 | 123.0 | | 127.0 | 123.0 | 123.0 | 123.0 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EBITDA (non-GAAP) | 62 | 55 | 117 | 75 | 38 | 113 | 96 | 20 | 116 | 122 | 6 | 113 | 118 | 115 | 107 | 119 | 127 | 123 | 115 | 127 | 230 | 233 | 128 | 241 | 459 | 492 |
| Environmental expense | 49 | 51 | 100 | 65 | 117 | 182 | 53 | 123 | 176 | 158 | 132 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 282 | 254 | 290 | 325 | 140 | 140 |
| Estimated stand-alone costs | 4 | 3 | 7 | 11 | 13 | 24 | 3 | 4 | 7 | 7 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 31 | 31 | 9 | 11 | 8 | 8 |
| Stock compensation expense | 4 | 4 | 8 | 4 | 4 | 8 | 4 | 5 | 9 | 9 | 6 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 16 | 16 | 15 | 20 | 20 | 20 |
| Non-Operating (income) expense | 1 | 1 | 2 | (1) | 0 | (1) | (1) | 2 | 1 | (1) | (1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | (3) | (2) | (2) | 0 | 0 |
| Repositioning charges | 1 | 18 | 19 | 2 | 2 | 4 | 5 | 0 | 5 | 5 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 23 | 5 | 10 | 0 | 0 |
| EBITDA, adj. | 121 | 132 | 253 | 156 | 174 | 330 | 160 | 154 | 314 | 300 | 145 | 160 | 160 | 157 | 149 | 161 | 169 | 165 | 157 | 169 | 583 | 554 | 445 | 605 | 627 | 660 |
| Indemni. & reimbur. obligations | 35 | 35 | 70 | 35 | 35 | 70 | 35 | 35 | 70 | 70 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 140 | 140 | 105 | 140 | 140 | 140 |
| EBITDA, adj. (incl. environ pmt) | 86 | 97 | 183 | 121 | 139 | 260 | 125 | 119 | 244 | 230 | 110 | 125 | 125 | 122 | 114 | 126 | 134 | 130 | 122 | 134 | 443 | 414 | 340 | 465 | 487 | 520 |

| Margin Analysis | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Profit | 29.3% | 28.1% | 28.7% | 29.2% | 29.9% | 29.5% | 29.4% | 28.9% | 29.2% | 29.2% | 28.9% | 29.2% | 29.9% | 28.9% | 28.9% | 29.2% | 30.0% | 29.0% | 29.0% | 29.3% | 29.1% | 29.1% | 29.1% | 29.1% | 29.2% | 29.3% |
| Sales General & administrative | 20.2% | 19.9% | 20.1% | 18.6% | 18.5% | 18.6% | 18.2% | 18.1% | 18.2% | 18.8% | 18.8% | 18.6% | 18.5% | 18.1% | 18.8% | 18.6% | 18.4% | 18.0% | 18.7% | 18.5% | 19.3% | 19.9% | 18.8% | 18.7% | 18.5% | 18.4% |
| Operating Income | 4.4% | 3.6% | 4.0% | 4.9% | 1.7% | 3.3% | 6.7% | 0.5% | 3.6% | 3.7% | -0.9% | 7.8% | 8.4% | 8.0% | 7.3% | 7.9% | 8.8% | 8.3% | 7.6% | 8.2% | 3.6% | 3.6% | 2.2% | 3.6% | 7.9% | 8.2% |
| Net Income, adj. | 6.7% | 7.7% | 7.2% | 8.4% | 3.4% | 5.8% | 9.1% | 11.8% | 10.5% | 8.8% | 8.6% | 9.5% | 9.5% | 9.1% | 8.6% | 8.9% | 9.6% | 9.2% | 8.7% | 9.0% | 8.5% | 7.1% | 8.7% | 8.9% | 9.0% | 9.1% |
| EBITDA, adj. | 11.4% | 12.0% | 11.7% | 13.5% | 14.4% | 14.0% | 13.7% | 12.9% | 13.3% | 12.7% | 12.1% | 12.8% | 13.2% | 12.6% | 11.9% | 12.4% | 13.4% | 12.8% | 12.0% | 12.5% | 12.9% | 12.3% | 12.5% | 12.6% | 12.5% | 12.7% |
| EBITDA, adj. (incl. environ pmt) | 8.1% | 8.9% | 8.5% | 10.5% | 11.5% | 11.0% | 10.7% | 9.9% | 10.3% | 9.7% | 9.2% | 10.0% | 10.3% | 9.8% | 9.1% | 9.7% | 10.6% | 10.1% | 9.4% | 9.9% | 9.8% | 9.2% | 9.5% | 9.7% | 9.7% | 10.0% |
| Effective Tax Rate | 66.0% | 59.0% | 62.8% | 60.3% | 2140.9% | 632.5% | 43.0% | -560.0% | 7.1% | -11.5% | 304.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 337.3% | 547.4% | -303.7% | -53.0% | 30.0% | 30.0% |

| Y/Y % Change | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | | | | | | | 9.7% | 9.1% | 9.4% | | 4.2% | 3.0% | 4.0% | 4.0% | 4.3% | 4.3% | 4.3% | 4.3% | 4.3% | 4.3% | 1.4% | | | 6.4% | 4.1% | 4.3% |
| Sales General & administrative | | | | | | | -1.4% | -0.5% | -0.9% | | 5.6% | 3.27% | 5.89% | 6.45% | 8.61% | -43.77% | -47.45% | 3.55% | 5.68% | 11.45% | | | | | 3.0% | 3.7% |
| Operating Income | | | | | | | 66.0% | -84.6% | -2.3% | | -119.3% | 361.3% | 31.1% | 27.1% | 1419.7% | 22.0% | 25.8% | -1077.2% | 2.4% | 8.6% | | | | 6.7% | 127.3% | 8.4% |
| Net Income, adj. | | | | | | | 49.3% | 67.9% | 59.4% | | 6.2% | 188.30% | 8.96% | 6.89% | -23.61% | -53.18% | -41.37% | 15.66% | -4.13% | 5.34% | -0.8% | | | 33.0% | 5.6% | 5.2% |
| EBITDA, adj. | | | | | | | 32.2% | 16.7% | 24.1% | | -7.1% | -8.12% | 0.18% | -1.78% | -3.13% | -48.88% | -43.77% | 14.13% | -1.68% | 5.50% | -2.7% | | | 9.2% | 3.7% | 5.3% |
| EBITDA, adj. (incl. environ pmt) | | | | | | | 45.3% | 22.7% | 33.3% | | -9.1% | -10.16% | 0.24% | -2.27% | -4.05% | -48.56% | -41.87% | 18.63% | -2.15% | 7.03% | -3.5% | | | 12.3% | 4.8% | 6.8% |

Sources: Company Reports and Imperial Capital, LLC.

 **Imperial Capital**

Equity and Industry Research
March 5, 2019
Resideo Technologies, Inc.

## Figure 7. Resideo Technologies, Inc.—Segment Revenue (in Millions Except Per Share Figures), FY17–FY20E

| Segments | 1Q17 | 2Q17 | 1H17 | 3Q17 | 4Q17 | 2H17 | 1Q18 | 2Q18 | 1H18 | 1H18 PF | 3Q18 PF | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | | FY17 | FY17 PF | YTD PF | FY18 PF | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Sales:** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **External Product Sales** | 478 | 493 | 971 | 519 | 544 | 1,062 | 524 | 538 | 1,062 | 1,062 | 526 | 560 | 545 | 560 | 547 | 583 | 567 | 582 | 569 | 606 | | 2,042 | 1,588 | 2,149 | 2,235 | 2,324 |
| Total Product sales | 562 | 577 | 1,055 | 603 | 628 | 1,147 | 609 | 622 | 1,147 | 1,147 | 603 | 645 | 629 | 644 | 631 | 667 | 651 | 666 | 653 | 690 | | 2,379 | 1,750 | 2,479 | 2,572 | 2,661 |
| Less: Intersegment sales | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 77 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | | 337 | 161 | 330 | 337 | 337 |
| **External Distribution Sales** | 584 | 603 | 1,187 | 633 | 665 | 1,299 | 641 | 658 | 1,299 | 1,299 | 674 | 685 | 666 | 684 | 704 | 716 | 696 | 715 | 736 | 748 | | 2,477 | 1,973 | 2,657 | 2,771 | 2,895 |
| **Total Sales** | 1,062 | 1,096 | 2,158 | 1,152 | 1,209 | 2,361 | 1,165 | 1,196 | 2,361 | 2,361 | 1,200 | 1,245 | 1,212 | 1,244 | 1,251 | 1,299 | 1,263 | 1,297 | 1,305 | 1,354 | | 4,519 | 3,561 | 4,806 | 5,005 | 5,219 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Sales %** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| External product sales % | 45.0% | 45.0% | 45.0% | 45.1% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 43.8% | 45.0% | 45.0% | 45.0% | 43.7% | 44.9% | 44.9% | 44.9% | 43.6% | 44.8% | | 45% | 45% | 45% | 45% | 45% |
| External distribution sales % | 55.0% | 55.0% | 55.0% | 54.9% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 56.2% | 55.0% | 55.0% | 55.0% | 56.3% | 55.1% | 55.1% | 55.1% | 56.4% | 55.2% | | 55% | 55% | 55% | 55% | 55% |
| **Total** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | | 100% | 100% | 100% | 100% | 100% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Resideo Segment Profit** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Products | 83 | 86 | 168 | 90 | 94 | 184 | 91 | 93 | 184 | 184 | 92 | 98 | 96 | 98 | 96 | 103 | 100 | 103 | 101 | 107 | | 353 | 276 | 374 | 393 | 411 |
| Distribution | 34 | 35 | 63 | 38 | 38 | 69 | 37 | 37 | 69 | 69 | 39 | 37 | 37 | 38 | 37 | 39 | 39 | 40 | 39 | 41 | | 131 | 108 | 150 | 151 | 159 |
| **Total** | 117 | 120 | 232 | 128 | 132 | 253 | 127 | 131 | 253 | 253 | 131 | 136 | 132 | 136 | 133 | 142 | 139 | 143 | 140 | 149 | | 484 | 384 | 525 | 544 | 570 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Segment Profit Margin** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Products % | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.3% | 17.5% | 17.5% | 17.5% | 17.6% | 17.6% | 17.6% | 17.6% | 17.7% | 17.7% | 17.7% | | 17.3% | 17.4% | 17.4% | 17.6% | 17.7% |
| Distribution % | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% | 5.8% | 5.8% | 5.8% | 5.9% | 5.9% | 5.9% | 5.9% | 6.0% | 6.0% | 6.0% | | 5.3% | 5.5% | 5.7% | 5.5% | 5.5% |
| **Total** | 11.0% | 11.0% | 10.7% | 11.1% | 10.9% | 10.7% | 10.9% | 10.9% | 10.7% | 10.7% | 10.9% | 10.9% | 10.9% | 10.9% | 10.7% | 10.9% | 11.0% | 11.0% | 10.7% | 11.0% | | 10.7% | 10.8% | 10.9% | 10.9% | 10.9% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Resideo Segment Profit %** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Products % | 70.3% | 70.3% | 70.3% | 70.3% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | 70.2% | | 73% | 72% | 71% | 72% | 72% |
| Distribution % | 29.7% | 29.7% | 29.7% | 29.7% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | 29.8% | | 27% | 28% | 29% | 28% | 28% |
| **Total** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | | 100% | 100% | 100% | 100% | 100% |

| Segments (continued) | 1Q17 | 2Q17 | 1H17 | 3Q17 | 4Q17 | 2H17 | 1Q18 | 2Q18 | 1H18 | 1H18 PF | 3Q18 PF | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | | FY17 | FY17 PF | YTD PF | FY18 PF | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Product Sales by Category (excl. Intersegment)** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Comfort & Care | | | | | | | | | | | 407 | 434 | 422 | 433 | 423 | 451 | 439 | 450 | 440 | 469 | | 1,572 | | | 1,655 | 1,729 | 1,798 |
| Security & Safety | | | | | | | | | | | 119 | 127 | 123 | 127 | 124 | 132 | 128 | 132 | 129 | 137 | | 470 | | | 494 | 506 | 526 |
| **External Product Sales** | | | | | | | | | | | 526 | 560 | 545 | 560 | 547 | 583 | 567 | 582 | 569 | 606 | | 2,042 | | | 2,149 | 2,235 | 2,324 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Product Sales by Category (excl. Intersegment) %** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Comfort & Care | | | | | | | | | | | 77% | 77% | 77% | 77% | 77% | 77% | 77% | 77% | 77% | 77% | | 77% | | | 77% | 77% | 77% |
| Security & Safety | | | | | | | | | | | 23% | 23% | 23% | 23% | 23% | 23% | 23% | 23% | 23% | 23% | | 23% | | | 23% | 23% | 23% |
| **External Product Sales** | | | | | | | | | | | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | | 100% | | | 100% | 100% | 100% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Y/Y % Change: Prod sales by Category (excl. Intersegment)** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Comfort & Care | | | | | | | | | | | | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | | -2.8% | | | 5.2% | 4.5% | 4.0% |
| Security & Safety | | | | | | | | | | | | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | | -2.8% | | | 5.2% | 2.3% | 4.0% |
| **External Product Sales** | | | | | | | | | | | | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | | -2.8% | | | 5.2% | 4.0% | 4.0% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Distribution Segment Revenue by Category** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Security | | | | | | | | | | | 472 | 479 | 466 | 479 | 493 | 501 | 487 | 500 | 515 | 524 | | | | | | 1,939 | 2,027 |
| Other | | | | | | | | | | | 202 | 205 | 200 | 205 | 211 | 215 | 209 | 214 | 221 | 224 | | | | | | 831 | 869 |
| **Total** | | | | | | | | | | | 674 | 685 | 666 | 684 | 704 | 716 | 696 | 715 | 736 | 748 | | | | | | 2,771 | 2,895 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Distribution Segment Revenue by Category %** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Security | | | | | | | | | | | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | | | | | | 70% | 70% |
| Other | | | | | | | | | | | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | 30% | | | | | | 30% | 30% |
| **Total** | | | | | | | | | | | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | | | | | | 100% | 100% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Y/Y % Distribution Segment Revenue by Category** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Security | | | | | | | | | | | | | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | | | | | | | 4.5% |
| Other | | | | | | | | | | | | | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | | | | | | | 4.5% |
| **Total** | | | | | | | | | | | | | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | | | | | | | 4.5% |

Sources: Company Reports and Imperial Capital, LLC.

Equity and Industry Research
March 5, 2019
Resideo Technologies, Inc.

## Risk Factors

- Resideo Technologies recently became an independent, publicly traded company and the company's combined financial statements may not fully reflect the results it can achieve as an independent entity.

- The company has an indemnification and reimbursement agreement with Honeywell International, which could adversely impact its profit margin and cash flow visibility.

- Resideo competes in a highly competitive and fragmented connected home market, and in some instances its competitors may be better equipped to address the fast changes requirements of its end-users.

- The company relies heavily on its relationships with professional contractors and installers. As more and more do-it-yourself (DIY) and self-installed devices make their way to the marketplace, Resideo may not be positioned to quickly address the market changes.

## Price Chart and Ratings History

**Not Rated**

**Companies under primary coverage: Saliq Khan:** Arlo Technologies (ARLO), ARC Group Worldwide (ARCW), Axon Enterprise (AAXN), Control4 Corp (CTRL), ExOne Company (XONE), Okta, Inc. (OKTA), OneSpan (OSPN), Resideo Technologies (REZI), ShotSpotter (SSTI), Universal Electronics (UEIC), Voxeljet AG (VJET).

**Companies under co-coverage:** ABM Industries (ABM), ADT Inc. (ADT), Alarm.com (ALRM), Allegion plc (ALLE), Ascent Capital Group (ASCMA), AXIS Communications (AXIS.SS), The Brink's Company (BCO), Digimarc Corp. (DMRC), FLIR Systems (FLIR), G4S plc (GFS-LN), Identiv Inc. (INVE), NICE Systems (NICE), Verint Systems (VRNT), Zebra Technologies (ZBRA), Diebold Nixdorf (HY: DBD), APX Group Holdings/Vivint, Inc. (HY: APXSEC), Monitronics International (HY: MONINT).

Equity and Industry Research
March 5, 2019
Resideo Technologies, Inc.

# Important Disclosures, Certifications and Other Information

## Ratings Distribution and Definitions

### Equity Ratings Definitions (as of 7/1/09)

| | | |
|---|---|---|
| Outperform | 65.29% | **Outperform**: TRR expected to exceed basket by at least 10% |
| In-Line | 29.75% | **In-Line**: TRR expected to be in-line with basket |
| Underperform | 4.96% | **Underperform**: TRR expected to underperform basket by at least 10% |

This Equity Ratings Distribution reflects the percentage distribution for rated equity securities for the twelve month period 1/1/18 through 12/31/18. Rating definitions are expressed as the total rate of return (TRR) relative to the expected performance of a basket of like securities over a 12-month period. Within the twelve month period ended 12/31/18, IC has provided investment banking services to 12.66% of companies with equity rated an Outperform, 0.00% of companies with equity rated an Underperform, and 11.11% of companies with equity rated an In-Line. As of 12/31/18.

### Fixed Income Ratings Definitions and Equity Ratings Definitions (prior to 7/1/09)

**Buy**: TRR expected to exceed basket by at least 10%
**Hold**: TRR expected to be in-line with basket
**Sell**: TRR expected to underperform basket by at least 10%

Rating definitions are expressed as the total rate of return (TRR) relative to the expected performance of a basket of like securities over a 12-month period. Please refer to our publication dated 7/1/09 for details associated with the transition of our Equity Ratings to the current definitions.

*For a discussion of the valuation methods used to determine our price target, please see pages 1, 3 and 4. See page 7 for the risks that may impede achievement of such price target, and page 7 for our ratings history and price chart.*

*Analyst Certification: Each research analyst whose name appears in bold on the front page certifies that: (1) the views expressed in this report reflect the analyst's personal views about the subject securities or issuers; and (2) none of the analyst's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed herein. The analyst(s) responsible for the preparation of this report receive(s) compensation primarily based upon individual performance (e.g., productivity and quality of work) and the overall financial performance of Imperial Capital, LLC, including overall revenues from investment banking activities.*

| COMPANY | DISCLOSURE |
|---|---|
| **Resideo Technologies, Inc.** | **None** |

[1] *As of the date hereof, the analyst or other Imperial Capital, LLC (IC) or Imperial Capital Asset Management, LLC (ICAM) employee who assisted in the drafting of this report (or a member of his/her household) has a financial interest in the securities of this entity.*

[2] *IC makes a market in the debt securities of this entity.*

[3] *IC makes a market in the equity securities of this entity.*

[4] *As of 1/31/19, IC or its affiliates beneficially own 1% or more of any class of common equity securities of this entity.*

[5] *IC has managed or co-managed a public offering or Rule 144A offering of securities for this entity during the past 12 months.*

[6] *IC has received compensation for investment banking services from this entity during the past 12 months.*

[7] *IC expects to receive or intends to seek compensation for investment banking services from this entity within the next three months.*

[8] *IC or its affiliates has received compensation for products or services other than investment banking services from this entity during the past 12 months.*

[9] *IC had a [investment banking services] [non-investment banking securities-related services] [non-securities services] client relationship with this entity during the past 12 months.*

[10] *As of the date hereof, the analyst or other IC or ICAM employee who assisted in the drafting of this report (or a member of his/her household) serves as an officer, director or advisory board member of this entity.*

[11] *IC had (and/or currently has) a financial advisory relationship with certain creditors or equity holders with respect to the entity during the past 12 months.*

*Compendium Disclosure: Securities of issuers in this report, in addition to the subject issuer, may be rated by IC or its affiliate. Please see disclosures, price charts, and ratings histories for those issuers in our previously-published research reports, available by contacting your account executive at 1-800-929-2299, or on IC's Web site at www.imperialcapital.com.*

*Disclosure items appropriate to each entity, if any, are indicated.

The table above discloses IC's or its affiliate's ownership, if any, of securities mentioned herein. While this report is in circulation, IC or its affiliates may, from time to time, make purchases or sales for their own accounts of securities of any entity. The table above also discloses, as of the date hereof, whether or not IC makes a market in any of the securities mentioned herein. IC's market making may constitute, in the case of equity securities and certain debt securities, standing ready to make purchases or sales of securities on a regular or continuous basis or quoting markets in debt securities. Notwithstanding IC's market making activities as of the date hereof, while this report is in circulation IC may begin or discontinue such market making activity for any entity.

This report was jointly prepared pursuant to an intercompany agreement with IC's affiliate, Imperial Capital Asset Management, LLC (ICAM), a SEC registered investment advisor. The analyst who prepared this report is an associated person of ICAM. From time to time, ICAM may accept payments from customers for generic investment advice contained in this report. None of the analyst's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed herein. This report is for information purposes only. Under no circumstances is it to be used or considered as an offer to sell, or a solicitation of an offer to buy any security. While the information contained in this report has been obtained from sources believed to be reliable, we do not represent or guarantee that the report is accurate or complete, and it should not be relied upon as such. Any references or citations to, or excerpts from, third-party information or data sources (including, but not limited to, Bloomberg, Capital IQ and IBISWorld) do not and are not intended to provide financial or investment advice and are not to be relied upon by anyone as providing financial or investment advice. Based on public information available to us, prices and opinions expressed in this report reflect judgments as of the date hereof and are subject to change without notice. The securities covered by or mentioned in this report involve substantial risk and should generally be purchased only by investors able to accept such risk. **This research report and the securities mentioned herein, some of which may not be registered under the Securities Act of 1933, are intended only for Qualified Institutional Buyers (QIBs), as defined under Rule 144A.** Any opinions expressed assume that this type of investment is suitable for the investor. This report may be the last or only report covering the issuer(s), industries sectors and/or securities discussed. Decisions to cease coverage are based on a variety of factors. IC and ICAM's research coverage is opportunistic in nature and analysts generally are not assigned continuing-coverage responsibilities for any issuer, industry, sector or security. As a result, coverage of such issues is frequently characterized by either isolated reports or long periods between reports. IC's and ICAM's views of a security, issuer, industry or sector may change without the issuance of a new report. If you would like to know whether IC's and ICAM's views have changed, please call us at (310) 246-3700.

Imperial Capital, LLC is a member of FINRA (www.finra.org) and SIPC (www.sipc.org)

© Copyright 2019 Imperial Capital, LLC and Imperial Capital Asset Management, LLC