# EXHIBIT U

# OPPENHEIMER

EQUITY RESEARCH

# QUARTERLY UPDATE

March 7, 2019

SPECIAL SITUATIONS

**Stock Rating:**

## OUTPERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $30.00 |
| REZI - NYSE | $24.75 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $32.55-$18.77 |
| Shares Outstanding | 123.0M |
| Float | 123.0M |
| Market Capitalization | $3,043.4M |
| Avg. Daily Trading Volume | 1,252,848 |
| Dividend/Div Yield | NA/NM |
| Book Value | NA |
| Fiscal Year Ends | Dec |
| 2019E ROE | NA |
| LT Debt | $1,360.0M |
| Preferred | NA |
| Common Equity | NA |
| Convertible Available | No |

*Regular-way trading began 10/29/18. Some pricing data unavailable.*

| EBITDA ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2018A | 111 | 119 | 110 | 136 | 476 | NM |
| *Prior (E)* | -- | -- | -- | *132* | *472* | *NM* |
| 2019E | 82 | 86 | 118 | 134 | 420 | NM |
| *Prior (E)* | -- | -- | -- | -- | *504* | *NM* |
| 2020E | -- | -- | -- | -- | 517 | NM |

**Ian Zaffino, CFA**
212-667-7413
ian.zaffino@opco.com

**Mark Zhang**
212-667-8119
mark.zhang@opco.com

Disseminated: March 7, 2019 10:05 EST; Produced: March 7, 2019 10:05 EST

# Resideo Technologies, Inc.

## Beats Fourth Quarter, But 2019 Guidance Below Expectations

### SUMMARY

4Q18 revenues/EBITDA of $1,266M/$136M were better than our $1,249M/$132M estimates. However, the 2019 EBITDA guide of $410-430M was lower than our $504M forecast. The 4Q18 beat was helped by strength at ADI and solid Products growth. However, the company tempered its 2019 outlook with a bigger push into connected devices (security and Comfort and Care) as well as moderated outlook for housing and repair & remodel. As a result, we lower 2019E EBITDA to $420M, from $504M. Maintain Outperform and lower price target to $30 from $35.

### KEY POINTS

- 4Q18 revenues of $1,266M improved 5% YoY, up 6% CC, helped by continued strength within both Products and Distribution. PF adjusted EBITDA of $136M increased 4% YoY, owing to improved volumes, partially offset by unfavorable product mix from ADI and connected products. The company delivered 2018 adjusted EBITDA margins of 9.9%, in line with management expectations of 9.8%.

- Products revenues of $602M improved 4% YoY in 4Q18, up 5% cc, while FY revenues of $2,169M increased 6% YoY, up 5% cc. 4Q18 segment profit of $114M saw a ~20% YoY decline, owing to one-time spin-related costs. Distribution saw continued strong revenue growth in 4Q18 of 6% YoY, up 7% cc, to $664M. Distribution segment profit of $148M improved 13% YoY.

- FY2019 guidance calls for revenue growth of 2-5% YoY (~$4,924-5,068M) and PF adjusted EBITDA of $410-430M. EBITDA guidance assumes $25M of inflation/tariff costs, $30M of incremental investment, $20M of unfavorable mix and $30M from the housing market slowdown. The headwinds are partially offset by a $49M improvement from volumes. Management's assumption now calls for a 200K decline in housing.

- The portfolio will likely see unfavorable mix headwinds for FY2019 owing to its new ADT security platform roll out in 2019 along with new connected device introductions. However, this sets up the company up for long-term growth as management targets ~$714M of PF adjusted EBITDA by 2023, including a $106M contribution from ADI margin expansion and $188M from growth in Products vs. 2019.

- Overall, a good quarter with a mixed outlook. It appears the company intends to pivot aggressively into the connected device market, which brings more growth but also more competition and lower margins. Further, the company wisely tempered its outlook for housing starts as well as repair/remodel. Maintain Outperform, but lower price target to $30, from $35.

### Stock Price Performance

**1 Year Price History for REZI**

### Company Description

Resideo is a leading provider of critical comfort and security solutions particularly within residential applications. The company has a presence in 150M+ homes globally. The company maintains a market-leading position in the traditional/non-connected products space which makes a significant portion of its net sales.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

**Resideo Technologies, Inc.**                                                                **REZI (OUTPERFORM) - $30.00**

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

## INVESTMENT THESIS

Resideo is a leading global provider of comfort and security devices and an operator of a leading wholesale distribution network. The company manufactures comfort & care products, e.g., boiler flame controls, hot water heater controls, temperature gauges, and security & safety products, such as professional-grade security panels, sensors, and cameras. The company is the dominant player in the professional installation channel and generates 95% of its sales through this channel.

### BASE CASE ASSUMPTION

- REZI performs and achieves guidance estimates
- Management continues to deliver on key initiatives to grow the core business

### CATALYSTS

- Company guidance for 2020
- Progression on its growth initiatives

### UPSIDE SCENARIO

- The company exceeds its estimated growth on its core business
- The company introduces incremental new product offerings and exceeds its expectation in tapping into alternative channels

### DOWNSIDE SCENARIO

- Inability to grow its core business or expand beyond its core business
- Increased competition in the market
- Inability to tap into new alternative channels

### PRICE TARGET CALCULATION

Our $30 price target represents 11.5x ~2019E EBITDA for Products and 10.0x for Distribution—both target multiples are in line with peers. We believe REZI can reach our price target, as it beats what we believe to be conservative guidance, grows EBITDA twice as fast as revenues and rapidly de-levers. Earnings upside could come from solid growth in Products, a shift toward more connected devices and greater recurring revenues.

### KEY RISKS

Risks to our price target include general economic conditions, increased competition, shifts in regulatory frameworks, inability to grow the company beyond the core business and product performance. The company also has limited trading history, and an active trading market for REZI may not be sustained in the future.

 

**Resideo Technologies, Inc.**

## Exhibit 1: Income Statement

| Resideo Technologies, Inc.<br>($ millions, except per share data)<br>Fiscal Year End December 31 | 31-Dec-18<br>2018 | 31-Mar-19<br>1Q19E | 30-Jun-19<br>2Q19E | 30-Sep-19<br>3Q19E | 31-Dec-19<br>4Q19E | 31-Dec-19<br>2019E | 31-Dec-20<br>2020E |
|---|---|---|---|---|---|---|---|
| Revenue | 5146 | 1271 | 1312 | 1328 | 1416 | 5327 | 5526 |
| Less: Intersegment Sales | 319 | 83 | 83 | 83 | 83 | 330 | 342 |
| Net Sales | 4827 | 1188 | 1230 | 1245 | 1333 | 4996 | 5184 |
| *Y-o-Y Growth* | *6.8%* | | | | | *3.5%* | *3.8%* |
| Cost of Goods Sold | 3461 | 841 | 871 | 873 | 919 | 3504 | 3615 |
| *As a % of sales* | *72%* | *71%* | *71%* | *70%* | *69%* | *70%* | *70%* |
| Gross Profit | 1366 | 347 | 358 | 373 | 414 | 1492 | 1569 |
| *Margin* | *28%* | *29%* | *29%* | *30%* | *31%* | *30%* | *30%* |
| SG&A and Others | 873 | 244 | 252 | 234 | 260 | 991 | 960 |
| Other Expense | 369 | 35 | 35 | 35 | 35 | 140 | 140 |
| Operating Income | 124 | 61 | 64 | 97 | 113 | 335 | 442 |
| *Margin* | *3%* | *5%* | *5%* | *8%* | *8%* | *7%* | *9%* |
| Interest Expense, net | -20 | -18 | -18 | -18 | -18 | -70 | -70 |
| Pre-tax income | 104 | 43 | 47 | 79 | 95 | 265 | 372 |
| Taxes | -301 | 12 | 13 | 21 | 26 | 71 | 101 |
| *Tax Rate* | *NM* | *27%* | *27%* | *27%* | *27%* | *27%* | *27%* |
| Net Income | 405 | 32 | 34 | 58 | 69 | 193 | 272 |
| Shares Outstanding | 123 | 123 | 123 | 123 | 123 | 123 | 123 |
| **Diluted Reported EPS** | **3.30** | **0.26** | **0.28** | **0.47** | **0.56** | **1.57** | **2.21** |
| | | | | | | | |
| Net Income GAAP | 405 | 32 | 34 | 58 | 69 | 193 | 272 |
| **Adjusted EPS** | **3.61** | **0.49** | **0.51** | **0.70** | **0.79** | **2.49** | **3.13** |
| Environmental Indemnification | 140 | 35 | 35 | 35 | 35 | 140 | 140 |
| Adj. Net Income Incl. Indemn. | 303 | 25 | 27 | 51 | 63 | 166 | 245 |
| **Adjusted EPS Incl. Indemn.** | **2.47** | **0.20** | **0.22** | **0.42** | **0.51** | **1.35** | **1.99** |
| | | | | | | | |
| **Adjusted EBITDA (pro forma)** | **616** | **117** | **121** | **153** | **169** | **560** | **657** |
| *Margin %* | *13%* | *10%* | *10%* | *12%* | *13%* | *11%* | *13%* |
| Environmental Indemnification | 140 | 35 | 35 | 35 | 35 | 140 | 140 |
| **Adj. EBITDA incl. Indemn. (pro forma)** | **476** | **82** | **86** | **118** | **134** | **420** | **517** |
| *Margin %* | *10%* | *7%* | *7%* | *9%* | *10%* | *8%* | *10%* |

Source: Oppenheimer & Co. Inc. Estimates, Company Reports



3

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



**Rating and Price Target History for: Resideo Technologies, Inc. (REZI) as of 03-06-2019**

10/24/18
I:O:$35

Created by: BlueMatrix

All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

OPPENHEIMER

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

| Distribution of Ratings/IB Services Firmwide | | | | |
|---|---|---|---|---|
| | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| OUTPERFORM [O] | 367 | 65.07 | 167 | 45.50 |
| PERFORM [P] | 196 | 34.75 | 64 | 32.65 |
| UNDERPERFORM [U] | 1 | 0.18 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

**Additional Information Available**

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

# Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web



sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2019.

