# EXHIBIT Y

**S&P Global**
Market Intelligence

# Resideo Technologies, Inc. NYSE:REZI Company Conference Presentation

## Thursday, June 06, 2019 1:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Contents**

# Table of Contents

Call Participants ................................................................................. 3

Presentation ................................................................................. 4

Question and Answer ................................................................................. 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Joseph D. Ragan**
*Executive VP & CFO*

**Michael Mercieca**
*Investor Contact*

**ANALYSTS**

**Kai Shun Chan**
*Robert W. Baird & Co.*
*Incorporated, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**RESIDEO TECHNOLOGIES, INC. COMPANY CONFERENCE PRESENTATION | JUN 06, 2019**

# Presentation

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

[Audio Gap]

distribution business, which is a leading wholesale distributor and -- of security and home products.

With us here today is Joe Ragan, CFO; and Mike Mercieca, VP of IR. Joe and Mike will give a presentation, and then we'll have a couple of minutes for questions.

So with that, I think Mike is going to present.

**Joseph D. Ragan**
*Executive VP & CFO*

Yes. You go ahead, Mike.

**Michael Mercieca**
*Investor Contact*

Is the -- have they got the slide deck?

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

Yes. The slides. Yes.

**Joseph D. Ragan**
*Executive VP & CFO*

You got a little clicker there.

**Michael Mercieca**
*Investor Contact*

Okay, okay. Here. Okay. And this -- sorry. I...

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

Yes, that advances.

**Michael Mercieca**
*Investor Contact*

Got it. Right. Okay. Hey, everyone. How are we? We're good? Good, good. I haven't had a cup of coffee yet, so you're getting me caffeine-free. So I think that's probably better.

So we'll get through the overview there. Resideo. We divested from Honeywell, went public 29th October last year. Approximately $5 billion company, split between Products & Solutions and distribution, 55-45; segment product -- profit, about 75-25 products and distribution.

We've been around for -- with the Honeywell connection for over 100 years in Comfort. Everybody knows this for thermostats, but we're way, way more than that. And so it's exciting to be in Resideo at this time where we can actually puff out our chest and go into some new areas or be known for new areas.

Primary route to market is channel-based. Essentially, it's 100%. We say 95%, but the other 5% is in retail, so Home Depot, Lowe's. So if you ever walk around there and do your DIY, you'll see our Honeywell-Resideo thermostats and other products there, so that's why we do that.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I think a key note that I get excited about. My background is tech with Microsoft and Hewlett-Packard for about 30 years, but I love channels. One of the most exciting things about Resideo is relationships with OEMs, distributors. And we have about 110,000 and growing professional installers, which gives us a huge breadth to the consumer market, huge leverage, which is fantastic.

So just about everywhere. 150 million homes. We're in pretty much every home. Even if you don't see us on the wall, we're probably on your water heater or somewhere in there. 15 million installs added every year.

Now a lot of -- a lot of talk -- there's a lot of talk in the marketplace about the connected home and how you define that. Now we started that out, our mission to be the leader in the connected home. But that to me is the how: How are we going to do this? But the why is really the next level up. And our mission is to provide a safe, secure, efficient and healthy home. We're -- as I said, we're on the wall with thermostats. We're behind the wall with residential thermal systems, so your boilers, water heaters, humidifiers. Not sexy, but very, very profitable. On the exterior with security in cameras, security panels, et cetera. And all brought together with our mobile application.

Now one of the things that I want to also highlight is our ADI Global Distribution business. When we first go out, and we'll have one-on-ones today and hopefully some of you will talk about that. One of the first questions is, "Hey, what are you going to do with that ADI?" Because everyone thinks distribution, not sexy, not profitable.

But the ADI Global Distribution business is a great access to market. That's the one that services most of our 100,000-plus contractors, led by a great President, Rob Aarnes, generates $100 million cash flow but gives us also a reach into the marketplace where about 80% of the products are actually not Resideo products. So we sell [ AVI ]. We sell security, obviously. But this gives us a lot of feedback from the marketplace on not just on our product but also on our competitive products as well.

As I said, go-to-market. We have great relationships with OEMs, preinstalls, distributors; and then the ADI distribution business which gives us the reach into the channel. The end user obviously is the home consumer, but aside from that, a lot of the security that we do is small business. So doctor's office, dental office, that kind of thing. So again, a good business for us.

Now this is the most important part, I think, of the -- of our way forward. And right now, we sit around $100 million recurring revenue number, and we're looking to at least double that in the next couple of years. And that's an important part of our strategy. Right now, we have -- if you look into doing business with Resideo, we've got 3 or 4 different portals to get into the company. Well, nobody wants that.

And the connected home that I mentioned earlier, if you speak to our CEO, Mike Nefkens, he brings out his phone and he'll tell you the story about how he had, like, 37 different applications on his phone. That's not a connected home. That's a phone connected to a lot of different products in your home. You're not connected. What it needs, it needs one portal to do that. And we've put in a lot of investment into hiring but also bringing on development talent to make sure we got that single app and single portal.

And the way we're to generate those revenues are 2 ways. One, we are going to generate them from the consumer but we're also going to generate them from those 110,000 contractors. My background, as I said, a lot of time with Microsoft, almost 20 years, and I was in channels. And we're developing a program with different levels of channels, so bronze, silver, gold, whatever, the nomenclature's still yet to be confirmed. But you're going to get different levels of service as one of those partners.

And primarily, you're going to get leads the higher up the value chain you go, and contractors will pay for that. They will pay for the marketing. They will pay for the joint marketing. They will pay for the sales training, et cetera. That's not revolutionary, that's evolutionary for us. It's not revolutionary for the marketplace. I mean this is a tried and tested method and that will generate a lot of revenue for us from the consumer and from the channel partners.

But a couple of other things. I mean we're known for Comfort. We're known for security. But again, we're expanding with adjacencies to that to have that whole-service connected home. If you've looked at our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

press releases, you'll know that we acquired a company called Buoy Labs. And Buoy Labs is a water leak detector company. We bought the product. We bought the team, great development team.

And that, we're working with companies like USAA to do preliminary projects where we will actually drive the consumer to -- through the insurance company to procure the leak detection and they'll get a deduction in their insurance, but they will also pay a regular recurring revenue.

So just to give you a sense of that. We actually had a goal of 5,000 units on the pilot program with USAA and we did 2,500 in the first week. In fact, it gave us a manufacturing challenge, but we're now streamlined manufacturing in San Diego. So now we're up in that and driving that stronger now. That's just USAA. And obviously we can extend that to other areas.

And another area is and a really important one, is indoor air quality. That's another growing area, talking about the safe, secure, health, efficient home. I was actually talking to a CEO a couple of weeks ago on the plane, and that's the one that got her actually really excited, "Because that's the one thing I can't see." So we live our lives and we don't realize if our air -- indoor air quality is as good or worse than outside. And we're developing solutions with partners to give the consumer that kind of data.

So all of that being brought together by a single portal app on your phone instead of these multiple apps. To get to us as a company, instead of 3 or 4 different portals online, we're developing the one portal. Looking to release that towards the end of this year with some new products, including our super-connected thermostat that's going to bring all of this together. And as I said, recurring revenue is a strong part of our ongoing strategy. And obviously -- and that's going to improve our EBITDA profile going forward.

So with that, I'm going to pass over to Joe.

**Joseph D. Ragan**
*Executive VP & CFO*

Great. Thanks, Mike. So we did -- I'm sure everyone saw -- announce our first quarter results last month. We did maintain our revenue growth. Mike had talked about the products business versus distribution. Distribution business growth is -- has been very consistent through the last couple of years. So we hit our revenue numbers. We also exceeded our adjusted EBITDA number for the year. Good cost management. We have a cost program in place to take out some of the costs post-spin. And we also exceeded our adjusted EPS number.

From a business unit perspective, you can see on -- I'll start on the bottom just to emphasize again as the ADI execution is extraordinary. It continues to grow both on top and bottom lines. The top chart actually shows the Products business where the revenue continues to grow, but we have margin compression.

We talked about the strong growth in Security. We won a large contract with ADT. And as we roll that out, we don't have the leverage yet on that particular product. That's our GRIP, Global Residential Intrusion Platform, that we rolled out and started to deliver this year. As we go through the year, we'll get margin expansion as we get additional volume and scale there.

But you can see margin compression in that business as well as some of the cost issues that we got post-spin that we announced. We have a $50 million takeout program that we'll have the $50 million out on a run-rate basis by the end of the year. So that will come in and drop to EBITDA for next year, 100%.

As we look at the segments that we operate in, we have got a lot of traction in connected thermostats. You can see both the addressable market and the growth rates in the market. The green means that we are actually exceeding the market growth rate. So we have made a move in connected thermostats. We were behind. We were #3 behind Ecobee and Nest. Now we're #2. So we are getting some momentum there.

We rolled out a new connected thermostat, T9, T10, at CES, and that's gotten great adoption. That's clearly the best product in the market today which is driving some of that share growth that we have.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On the traditional temperature control, that is the nonconnected thermostats, the market overall is flat to down. We continue to take share there. We do have a compelling position in the nonconnected space, much greater than 50%. And the IAQ, potable water, there is growth there. We're just really starting to take that space and drive. And you'll see more of our focus. I'll show you in a moment strategically where we're headed.

And RTS, the residential thermal solutions, Mike mentioned, that's behind the wall, that's water heaters, boilers, et cetera. That's a great business for us. The comps year-over-year were tough. We had a great first half in 2018, so the comps don't look as good as we would like. But that's really just a temporary issue.

On Security, I mentioned taking the ADT business. Those margins will improve. And in DIY, we actually are working on a new offering there as well. There's a lot of discussion about DIY and whether that actually impacts our Pro Security offering. We believe that it actually expands the addressable market. It actually gets more people into security. It's not really a direct competitor to the traditional monitored security space. If you're -- if you get a DIY product and it has 3 sensors, 3 areas, it's very different from an offering that might have 20 or 30 zones which is a normal for a Security offering. And again, the ADT -- ADI business continues to perform very well.

From an execution, this year, you've seen the acquisitions that we've done. Our acquisitions are -- as we said, we're calling them acqui-hires. So acquisitions, we're really just hiring the talent. Mike mentioned one in the water area. We will continue to do that, to fill out our product offering. We've got some great talent now in the products business to really drive the acquisition strategy.

I did mention the cost base optimization, and we've now announced that we'll get $10 million out of that $50 million later in the year, that will likely be Q4. But on track for a full $50 million benefit for 2020.

And the next-generation security platform is going great as far as the adoption. I'm sure everyone's seen the ADT commercials. That is our platform that they're highlighting there, and it is a great product.

The T9, T10 functionality is actually the best in the market. It's really about sensors and range. So our range is 3 to 4x what our competitors are. And both Buoy Labs and Whisker Labs are those acqui-hires where we're bringing in the talent in both monitoring your home electricity usage and the water flow control. We had water leak detectors in the homes that we already had an offering for, but Buoy Labs actually allows the cutoff of the water remotely. So you get a leak detection, you can actually just push a button and turn it off at the main so that you avoid any kind of water damage.

This is the bridge that we have -- that we presented earlier with just one small change -- or at least footnote on the bottom. You can see that the net inflation number, and I'll focus on this because I've gone over this several times, but the net inflation number includes: the normal increase in staff costs is about half of that, and the other half was Chinese tariffs, specifically some conservatism built around List 4 that really hasn't come into play yet.

Of course, we've spent the last 3 or 4 days on the Mexican tariff issue, which is really impossible to quantify at the moment. At the 5% rate, we think that it's likely to be immaterial. But if it's 25% and it goes both ways, I think that's material for everybody in the room. I think referring to if the Mexicans put on just a matching tariff. There's a lot of back-and-forth on that, so we're going to wait and see what happens there and then talk about the potential impact.

But we just guide to the high end of our $410 million to $430 million range. As you can see here, bringing in the $10 million of improvement of cost reduction primarily is the benefit for the year.

Just wanted to just briefly hit the Honeywell reimbursement agreement. I think everyone is well aware now, we pay $140 million a year to Honeywell. That's really just part of the spin economics that we have. I'm certainly talking to them about what the alternatives might be, whether we could capitalize that or not. But I just wanted to point out, we actually had in the first quarter some -- a real benefit. Part of the agreement, we can sell sites that will bring in a gain. You can see that there was a net impact here of $45 million of nonoperating net income that came in.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And what I'm just really trying to focus you on is we do take out the $140 million. To the extent that it's less than $140 million or more than $140 million, it's really $140 million. That's our expectation for -- it's a 25-year agreement. So it's really been modeled in. I can tell you the rating agencies, one of them just took $140 million out of EBITDA, the other rating agency just capitalized it at $1.3 billion at a 10% discount rate.

So I just wanted to highlight there will be a volatility in the income statement. They can actually have us recognize more than $140 million of expense in a given year and we will adjust that out. That's just the nature of the GAAP accounting and the agreement. But we won't ever pay more than $140 million. I think that's fairly well understood at this point.

From a working capital leverage perspective, I think with the inverted yield curve, a lot of people are pretty focused on companies' leverage at the moment. Very, very manageable. I think we have a good capital structure, 2 to about 2.5x leverage that moves up and down through the year. This was as of Q1. The Q2 expectations are slightly lower than Q1 as we execute our investment strategy in the business. We're investing about $30 million net of R&D to execute the new strategy of the business, and most of that comes in Q2 and Q3. So we'll have a little less contribution to the EBITDA line, and of course, there will be a little more investment overall on net debt. So that will move between 2 and 2.5x.

I think we're very well positioned with significant additional firepower. We certainly have leverage to go out -- or additional leverage to go out to borrow more if we need to. We aren't looking at doing large acquisitions at the moment. So the acquisitions we've done, $5 million to $10 million in size, those are those acqui-hire acquisition. Although we have the ability to do something larger, that's not really what we're focused on.

So from a guidance perspective, we did update the guidance. The biggest takeaway here is because of all the movements on the expense line for the environmental reimbursement agreement that we do, we've actually disclosed a cash tax number of $75 million for the year. As we reduced guidance earlier in the year, we actually reduced the cash tax number that would be paid for the year, but the rate has moved around because the environmental reimbursement doesn't change. So obviously, that will move the tax rate up and down. So I just -- I thought it would simplify if we just actually disclosed the number.

And the other thing of great interest is we are investing in the business and we will delever the business. That means from a capital allocation perspective that as of this year, dividends and share buybacks aren't prioritized ahead. They're more second-order. We'll certainly look at that as the cash flow comes through. We have a 90% conversion rate of EBITDA and operating cash flow. So very strong cash flow. At the moment, we're going to delever the business and invest in the business for the future.

So as we go forward, we hit our Q1 numbers. We, I think, have given pretty straightforward guidance on Q2 and the rest of the year. It's about 40% EBITDA earnings in the first half, 60% in the second half. Certainly, all of our investment programs in our strategy are on track. The cost programs are being implemented. And the health of the balance sheet is very strong with lots of optionality that we've built in. So with that, I think that's all I had.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

All right, that's great. If there are any questions, feel free to raise your hand or e-mail at session2@rwbaird.com. I think there's a question back there.

**Unknown Analyst**

Is the $1.3 billion liabilities, you're referring to [indiscernible]?

**Joseph D. Ragan**
*Executive VP & CFO*

Yes. That's a great question. So let me just give you 30 seconds to make it really clear. This is really just an economic relationship. None of the liability is transferred from Honeywell to Resideo. It's really just a mechanism for us to pay $140 million a year. It is soil remediation. It is sites where we are simply doing retaining walls and more light construction work. And we pay 90% of the cost to these 230 sites. As they are fully remediated, they come off.

It is possible that the number is less than $140 million. We have not guided to that, we've just said use $140 million. But we didn't -- the liability didn't transfer to us. It is from the chemical division, not -- it's not our legacy liability at all. It was really just a mechanism to take more like a dividend out from the stem and to enhance the return from the spin for Honeywell. So there is -- it's capped at $140 million, it may go lower, and it's really site remediation work.

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

There's one back there. Yes?

**Unknown Analyst**

Can you just talk about the optionality of it potentially going either lower [ or there being coordinating work if you ever sell years from now ]? Just curious of your views there.

**Joseph D. Ragan**
*Executive VP & CFO*

You bet. So we're looking at all options. Unfortunately, I'm not talking to you right now about the super connected thermostat, the 3,000 products that we have in the home, the $5 billion run rate business. I'm talking to you about more of a spin dynamic. So it is certainly one of my objectives this year to either figure out a way to settle the agreement with Honeywell or to do what you suggest. There are options to actually sell in some sort of derivative transaction and then we can stop talking about it.

The problem is that the Security in Honeywell, they are brilliant. They actually got Security at the subsidiary level, which makes it tough to replace it. But I've got 2 or 3 different strategies to do that so that we can just talk about the quality of our business and not the dynamics or the economics around those.

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

All right. There's a question over there.

**Unknown Analyst**

I want to ask more about the environment [indiscernible]. How much demand is in your [indiscernible]?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Joseph D. Ragan**
*Executive VP & CFO*

Yes. We think the majority of it is break/fix is how we would say as opposed to new construction. New construction is 20%. R&R is 80%. But as far as having real knowledge about whether it's replace or break/fix, we really don't have visibility into that. So because we sell to the $110,000 -- 110,000 contractors, they don't actually tell us whether it's going to break/fix or replace.

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

There's a question right...

**Unknown Analyst**

If I just break down the expense for this year, how do you look about that [ for that period ]? [indiscernible]

**Joseph D. Ragan**
*Executive VP & CFO*

Yes. Thanks. That's a great question. Part of it is $50 million of cost that we didn't really have baked in. Until we did our first financial statements, we didn't know. So that's $500 million to $450 million, sounds pretty close. Market moderation for not really knowing -- when we first did that, 80% of the companies that had reported it downgraded. So we've put in some conservatism, and that's $30 million. You take those 2 pieces out and we're right back to funding that $30 million incremental out of increased profitability from growth. So I think we have the ability to come right back next year with just those 2 pieces. And I don't know about the market moderation. I don't know about the tariffs. Difficult to tell. But just that $50 million gets us to $480 million, almost back to where we were.

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

There was a question from the iPad about -- product-oriented question. "Basically, is your software ecosystem only allowing Resideo products? Or are you able to market like alarm.com by being open platform?"

**Michael Mercieca**
*Investor Contact*

Yes. That's a great question. And in my haste to get on to the finances, which I know a lot of you are interested, I didn't -- tried to skip over that. But the way that I like to explain, again, we sell what we know. With my experience at Microsoft, I like to think of Resideo as the Microsoft for the home, that we'll have this platform with super-connected thermostats, security. We'll get into your home either way because the functionality is going to be shared. And that's going to be -- then we will share our API, our application product programming interfaces to third parties to actually bolt in. And we'll build that ecosystem out. So absolutely, we want to make it attractive to anybody who adds value to safe, secure, efficient, healthy, come work with Resideo and develop your products around that platform. Hope that answers the question. If not, I'll -- feel free to...

**Joseph D. Ragan**
*Executive VP & CFO*

But Josh, you were going to ask us. We only have 8 seconds left, you were going to ask us...

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

Yes. I'm going to squeeze in a growth question. So you're guiding to 2% to 5% growth this year. I think the longer-term target is 7% to 10%. So how do you think about bridging this year's growth versus what you see in the out years, basically?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Joseph D. Ragan**
*Executive VP & CFO*

Yes. I think we have been a traditional GDP grower. We -- what we are driving now is significant market share gains from our competitors with more innovation. So we haven't been quite as innovative as we would like to have been. So that's where we're going to get it. We're going to take share.

**Kai Shun Chan**
*Robert W. Baird & Co. Incorporated, Research Division*

All right. Great. Please join me in thanking Resideo. Breakout session will be in the Astor Suite B. Next up in this room is Healthcare Services Group. Check Point Software is in Grand A, 8x8 is in Empire A, Modine is in Empire B and Vera Bradley is in Vanderbilt.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.