# EXHIBIT Z











**Baird Global Consumer, Technology Services Conference**
**New York – June 6th, 2019**

Joe Ragan - CFO

# Disclaimer

## Forward Looking Statements

This presentation contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements," in our Annual Report on Form 10-K  for the year ended December 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as our guidance regarding 2019 and 2023 and our planned $50 million cost program, which speak only as of the date of this presentation. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

## Non-GAAP Financial Measures

This release includes EBITDA, Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items above and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables above in this release for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA, Adjusted Net Income, Adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted net income per share, and constant currency growth are important indicators of operating performance. For reconciliations of these measures to the most directly comparable GAAP financial measures to the extent that they are available without unreasonable effort, please refer to the tables above in this release. They should be read in connection with our financial statements presented in accordance with GAAP.

A reconciliation of Adjusted EBITDA, Adjusted EBITDA excluding Honeywell reimbursement agreement payments, Segment Adjusted EBITDA to the corresponding GAAP measures is not available on a forward-looking basis without unreasonable efforts due to the impact and timing on future operating results arising from items excluded from these measures, particularly environmental expense, Honeywell reimbursement gain, non-operating (income) expense and stock compensation expense.

The Honeywell Home trademark is a trademark of Honeywell International Inc. used under license to Resideo Technologies, Inc. Other brands and logos contained herein are trademarks of their respective owners.









**Business Overview**

# Resideo: Business Overview

## Company Snapshot

- **Leading global provider of critical, residential comfort and security solutions**
  - Licensing agreement to use **Honeywell** Home brand for 40 years
  - **Primary channel to market is professional installation, ~95% of 2018 net sales**
  - Maintains network of 110,000+ professional contractors, 3,000+ distributors,1,200+ OEMs, major retailers and online merchants
  - Currently serving **5.6M** connected customers
- **Leading global wholesale distributor of security and low voltage products**
  - Customer base of 110,000+ contractors; operations across 17 countries
  - Serves as an important channel to market and provides insight into current trends
  - ~85% of ADI sales are third party products
- **~13,000 employees**



| Select Customers | | |
|---|---|---|
| Home Depot | TRANE | Johnstone |
| ADT | USAA | AO Smith |

## Key Facts and Figures

### Products

| 150M | 100+ | 15M |
|---|---|---|
| Home Installed Base | Year Heritage | Solutions Installed Annually |

| Leader | Leader |
|---|---|
| Security Systems | Thermostats |

### Distribution

| 350k+ | 110k+ | 200+ |
|---|---|---|
| Items Available For Sale | Contractors | ADI Stocking Locations |

| Leader | Leader | Leader |
|---|---|---|
| Americas | EMEA | India |

## Segment Overview

### Net Sales

Products 45%  Distribution 55%
*2018 Total Net Sales: $4,827M*

### Segment Profit

Products 72%  Distribution 28%
*2018 Total Segment Profit: $529M*

### Geography Overview

Other 8%  Europe 24%  United States 68%
*2018 Total Net Sales: $4,827M*

## Global Leadership in Mission Critical Solutions and Security Distribution



# Resideo Solutions Overview: Our Mission is to Provide a Safe, Secure, Efficient & Healthy Home

**On the Exterior**

1 Exterior Camera, Outdoor Video, Motion Viewer, Perimeter Protection

**Behind the Wall**

2 Heating Controls, Furnace, Boiler and Hot Water Heater Controls

3 Humidification / Dehumidification Water Filtration and Treatment

4 Water Leak / Freeze Detection

**On the Wall**

5 Security Panel, Interior Camera, Indoor, Indoor Video, Motion Viewer, Sound Detection, Motion Detection, Smoke Detection, Glass break Detection, CO Detection

6 Thermostats, Life Care Telehealth

**In the Cloud**

7 Mobile

8 AlarmNet

**3,000 Active Products***

*Most Active SKUs

**ADI Global Distribution**

9 Video Surveillance, Intrusion, Access Control Fire and Life Safety, and Other Products, Including Wire, Networking and Audio Visual Systems

**Broadest Presence Supported by Leading Distribution Business**



# Resideo: Go-To-Market Channels

**Products**

**Resideo Comfort & Care and Security & Safety Solutions**

**Professional Installation**

Retail / Etail / Utilities

OEM

Factory Direct

Distributors

Retail, Telcos, Utilities, Banks, Etail, Insurance

OEM

**Professional Contractors**

**Distribution**

**Suppliers**

Resideo

RemainCo Honeywell

Other Third Parties

ADI GLOBAL DISTRIBUTION

**Professional Installation**

Security Dealers

System Integrators

Other Professional

**Homeowners and Small/Medium Business**

**Multi-Channel Go-To-Market Strategy with Focus on Professional Installation (DIFM)**



# Software Ties It All Together – Resideo Ecosystem



**Consumer in-app services offered on recurring revenue model**



**Seamless control across connected product categories and control of 3rd party products**





**Software that unlocks new recurring revenue business models for contractors**



**Recurring revenue with developers and participation in key smart home ecosystems**

**Software that Creates Recurring Revenue and Long Term Customers**









# 2019 Q1 Financial Results

# First Quarter 2019 Results

| | Q1 2019 | Commentary |
|---|---|---|
| Revenue | $1.22B | • GAAP revenue up 4%, 7% Constant Currency growth<br>• Security Business is back to growth<br>• Distribution 4% growth, 6% Constant Currency growth with one less sales day |
| Adjusted EBITDA | $92M | • $6 Million higher EBITDA than expectations due to cost management<br>• Product mix headwinds continue with rollout of new platforms |
| Adjusted EPS | $0.29 per share | • GAAP EPS of $0.39<br>• Adjusted EPS exceeded expectations due to stronger revenue and EBITDA in Quarter |



# Business is Balanced – With Two Growing Segments: Products & Solutions and Global Distribution

## PRODUCTS & SOLUTIONS

### Q1 Performance ($M)

$523 — 2018 (External Revenue)
$551 — 2019 (External Revenue)
$117 — 2018 (Adj. EBITDA)
$81 — 2019 (Adj. EBITDA)

■ External Revenue[1]     ■ Adj. EBITDA[2]

### Key Highlights

- Strong growth in security driven by launch of next generation platform, with opportunity for margin improvement

- Award-winning launch at CES of new smart thermostat (T9/T10)

- Improvement in supply chain execution

- Margin compression due to mix headwinds

## GLOBAL DISTRIBUTION

### Q1 Performance ($M)

$642 — 2018 (Revenue)
$665 — 2019 (Revenue)
$41 — 2018 (Adj. EBITDA)
$46 — 2019 (Adj. EBITDA)

■ Revenue     ■ Adj. EBITDA[2]

### Key Highlights

- Solid growth in the Americas and EMEA, and within Security and Life Safety product categories

- Enhancements in digital customer experience with launch of key upgrade to website

(1): External revenue is net segment revenue after the elimination of intersegment revenue. For additional information, see our appendix.
(2): Excludes $3 million of estimated stand-alone costs for the three months ended March 31, 2018, which is included in adjusted EBITDA (Non-GAAP).
Note: Please see appendix for GAAP to non-GAAP reconciliations.



# Resideo Segment and Market Overview

| | | | Addressable Market ($B)[3] | Market Growth Estimate (%)[3] | Est. Resideo vs. Market[4] | Select Players |
|---|---|---|---|---|---|---|
| **Products & Solutions ($2.5B)[2]** | **Comfort** $1.7B[1] | Connected Thermostats | $1.5B | +10% | 🟩 | • Nest (Google), Ecobee, tado, Hive, Emerson, GLAS (Johnson Controls) |
| | | Traditional Temperature Control | $2.5B | Flat to down | 🟩 | • Emerson, Lennox, Carrier, Trane |
| | | IAQ and Potable Water | $3.7B | 4-5% | ⬜ | • Aprilaire, BTW, Danfoss, Watts Water Tech, Carrier, Foobot, Awair, Molekule |
| | | Residential Thermal Solutions (RTS) | $2.7B | 2-3% | 🟩 | • SIT, ebmpast, Emerson, UTC |
| | **Security** $0.8B[1] | Pro Security[5] | $2.9B | 2-4% | ⬜ | • Alarm.com, Vivint, Simplisafe, Tyco, 2GIG, UTC, Ring, Nest Secure (Google), Abode |
| | | DIY Awareness | $2.3B | +10% | 🟥 | • Ring (Amazon), Nest (Google), Arlo, Ooma |
| **ADI Distribution[6]** $2.7B[1] | | | $20.6B | 3-4% | 🟩 | • Anixter, ScanSource |

Legend: 🟩 Above Market | 🟥 Below Market | ⬜ At Parity

1. 2018 revenue as reported in our Annual Report on Form 10-K for the year ended December 31, 2018 filed with the Securities and Exchange Commission; 2. Includes intersegment revenue of $305M as reported in 10K; 3. Addressable market and growth rates for 2019 in the markets and geographies that we compete in; 4. Estimated Relative performance (sales $) over the past year; 5. Pro Security is professionally monitored security including those systems that are self-installed by consumers, e.g. Simplisafe; 6. ADI Distribution includes physical security equipment sold through distribution (video surveillance, access control, intruder alarms, video door phones, fire detection); Sources: IHS, Navigant, BSRIA, Management estimates

## *Growing Presence in Attractive Markets*



# Programs on Track to Accelerate Growth Profile of Business

While Improving Mix and Quality of Earnings



**Whole Home Solutions**

**Double Down** on Pro / Do-it-for-me channel

## Progress to date on Investment and Cost Programs



- President of Products & Solutions
- VP Mobile Apps
- VP ISC



- Cost base optimization underway, $10M impact in 2019
- On track for $50M in 2020



- Next generation security platform
- T9/T10 Room-by-Room thermostats



- Buoy Labs acquired in Q1
- Expand in Water Safety and grow Recurring Revenue
- Whisker Labs

*Connect Consumers With Pro Channel to Provide a Safe & Efficient, Secure and Healthy Home*

resideo

# Updated 2019 Walk Based on Q1 Performance (As of May 9, 2019)

## Forecasting FY Adjusted EBITDA at the Top of Guidance Through Cost Control Actions

*$ millions*

Chart values:

- 2018 Adj EBITDA: $476
- Volume: $49
- Net Inflation: $25
- Key Initiative Incremental Investment: $30
- Product Mix: $30 — *Assumption change from previous quarter: -$10m*
- Market Moderation: $20 — *Assumption change from previous quarter: +$10m*
- Cost Reduction: $10 — *Assumption change from previous quarter: +$10m*
- 2019 Adj EBITDA: $430

Updates to Product Mix Assumptions:

- Growing new security platform and connected thermostats faster than expected
- Post spin inventory clean up

## *Continued Disciplined Approach to our Growth Strategy*

*NOTE: The Mexican Tariff Impact may be offset by some conservatism in our original guidance regarding Chinese Tariffs. In addition, we will look to pass a portion of any tariff through, in increased price.*



# Adjusted Results Best Represent Underlying Earnings of Business – GAAP Results are Volatile Due to HON Reimbursement Agreement

|  | Three Months Ended 31-Mar | |
|---|---|---|
|  | **2019** | **2018** |
|  | **(Dollars in Millions except per share data)** | |
| Net revenue | $ 1,216 | $ 1,165 |
| Cost of goods sold | 903 | 822 |
| Gross profit | 313 | 343 |
| Selling, general and administrative expenses | 228 | 212 |
| Other (income) expense, net | (16) | 52 |
| Interest expense | 17 | - |
|  | 229 | 264 |
| Income before taxes | 84 | 79 |
| Tax expense | 36 | 34 |
| **Net Income** | $ 48 | $ 45 |
| Adjustments to Net Income [1] | 23 | 61 |
| **Adj. Net Income excluding HON reimbursement agreement (non-GAAP)** | 71 | 106 |
| Assumed cash payments related to HON reimbursment agreement (non-GAAP) | (35) | (35) |
| **Adjusted Net Income (non-GAAP)** | $ 36 | $ 71 |
| **Earnings Per Share** | | |
| Basic net income per share (GAAP) / adjusted (non-GAAP) | $0.39 /$0.29 | $0.58 / $0.37 |
| Diluted net income per share (GAAP) / adjusted (non-GAAP) | $0.39 /$0.29 | $0.58 / $0.37 |

- Activity related to the Honeywell reimbursement agreement is reflected in the Other (Income) Expense line

- The sale of a Honeywell property under the reimbursement agreement resulted in a significant gain in Q1

- The net impact of this entry was $45 million of non-operating net income

- We have adjusted this item out of results for Q1

1) Adjustments to Net Income are comprised of Environmental expense, Honeywell reimbursement agreement expense (income), Estimated stand-alone costs, Stock compensation expense, Repositioning charges, Other and Income tax adjustments; for full reconciliation of net income (unaudited) to adjusted net income (Non-GAAP) see table in appendix

13



# Working Capital & Leverage

| Working Capital | Reported | | |
| --- | --- | --- | --- |
| | Q3 2018 | Q4 2018 | Q1 2019 |
| **As Reported** | | | |
| Cash | 184 | 265 | 212 |
| Due from Related Parties | 26 | - | - |
| Accounts receivable | 783 | 821 | 838 |
| Inventory | 603 | 628 | 701 |
| Other Current Assets | 72 | 95 | 111 |
| **Current Assets** | **1,668** | **1,809** | **1,862** |
| Accounts Payable | 850 | 964 | 1,013 |
| Due to Related Parties | 162 | - | - |
| Current Maturities | - | 22 | 22 |
| Accrued Liabilities | 388 | 503 | 524 |
| **Current Liabilities** | **1,400** | **1,489** | **1,559** |
| **Net Working Capital** | **268** | **320** | **303** |
| **Change in Net Working Capital** | | **52** | **(17)** |

| Leverage | Pro Forma | Reported | |
| --- | --- | --- | --- |
| | Q3 2018 | Q4 2018 | Q1 2019 |
| Debt | 1,225 | 1,201 | 1,196 |
| Cash | 75 | 265 | 212 |
| Net Debt | 1,150 | 936 | 984 |
| TTM PF Adj EBITDA, inc. HON reimbursement | 500 | 476 | 449 |
| **Leverage (Net Debt / PF Adj EBITDA)** | **2.3** | **2.0** | **2.2** |

- Cash usage driven by CAPEX, non-operating payments to Honeywell and mandatory debt repayment
- Working capital source of $17 million
- Leverage increased 0.2 turns on lower cash, lower TTM EBITDA

Note: Please see appendix for GAAP to non-GAAP reconciliations.

*Sufficient Liquidity on Balance Sheet Supported by $350M Revolver*



# Resideo Reiterates 2019 Full Year Guidance (As of May 9, 2019)

| | MARCH 2019 | MAY 2019 |
|---|---|---|
| **Organic Growth** | 2-5% in 2019 / 7 – 10% in 2023 | 2-5% in 2019 / 7 – 10% in 2023 |
| **Adjusted EBITDA Range and Margin** | $410M – $430M EBITDA Range<br><br>~11% excl. HON reimbursement agreement payments / ~8% incl. HON reimbursement agreement payments<br><br>EBITDA Profile: 40% 1H '19 – 60% 2H '19 | **$410M – $430M EBITDA Range**<br>*Top End of the Range*<br>~11% excl. HON reimbursement agreement payments / ~8% incl. HON reimbursement agreement payments<br><br>EBITDA Profile: 40% 1H '19 – 60% 2H '19 |
| **Capital Expenditures / Research & Development** | Capital Expenditures at ~1% of Revenue / Research and Development Expenses of ~$135M | Capital Expenditures at ~1% of Revenue / Research and Development Expenses of ~$135M |
| **Tax Rate / $** | ~31 – 32% Cash Tax Rate | **$75 million** |
| **Capital Return** | Prioritizing growth and deleveraging over capital return in 2019 | Prioritizing growth and deleveraging over capital return in 2019 |
| **Balance Sheet Priorities** | Funding Growth with Existing Liquidity; Targeting Long-Term Gross Leverage ~2x | Funding Growth with Existing Liquidity; Targeting Long-Term Gross Leverage ~2x |



# Resideo: Positioned to Drive Growth



Solid start to the year



Cost and investment
programs on track



Strong financial position
with healthy balance sheet

*Well-Positioned to Gain Market Share and Drive Profitable Growth*



# Appendix



# Reconciliation Of Net Income (Unaudited) To Adjusted Net Income (Non-GAAP)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (Dollars in millions except per share data) | |
| **Net income (GAAP)** | $ 48 | $ 45 |
| Environmental expense [1] | - | 53 |
| Honeywell reimbursement agreement gain [2] | (14) | - |
| Estimated stand-alone costs [3] | - | 2 |
| Stock compensation expense [4] | 7 | 4 |
| Repositioning charges | - | 5 |
| Other [5] | 18 | - |
| Income tax adjustments [6] | 12 | (3) |
| **Adjusted Net Income excluding Honeywell reimbursement agreement payments (Non-GAAP)** | **71** | **106** |
| Assumed cash payments related to Honeywell Reimbursement Agreement [7] | (35) | (35) |
| **Adjusted Net Income (Non-GAAP)** | $ 36 | $ 71 |
| **Adjusted Earnings Per Share (non-GAAP)** | | |
| Basic adjusted net income per share (non-GAAP) | $ 0.29 | $ 0.58 |
| Diluted adjusted net income per share (non-GAAP) | $ 0.29 | $ 0.58 |

(1)    Represents historical environmental expenses as reported under 100% carryover basis.
(2)    Represents gain recorded net of expenses, related to the Honeywell Reimbursement Agreement.
(3)    Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs.
(4)    Stock compensation expense adjustment includes only non-cash expenses.
(5)    Represents $19 million in cost directly related to the Spin-Off and ($1) million in non-operating (income) expense adjustment which excludes net interest (income) for the three months ended March 31, 2019.
(6)    Represents the tax effect of pre-tax items excluded from Adjusted Net Income and the removal of discrete tax items, including the income tax impacts of the Tax Act. The tax effect of pre-tax items excluded from Adjusted Net Income is computed using the statutory rate related to the jurisdiction that was impacted by the adjustment after taking into account the impact of permanent differences and valuation allowances.
(7)    Pursuant to the Honeywell Reimbursement Agreement, we are responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).

18

resideo

# Reconciliation Of Net Income (Unaudited) To Adjusted EBITDA (Non-GAAP)

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2019 | | 2018 | |
| | (Dollars in millions) | | | |
| **Net income (GAAP)** | $ | 48 | $ | 45 |
| Net interest expense | | 16 | | - |
| Tax expense | | 36 | | 34 |
| Depreciation and amortization | | 16 | | 17 |
| **EBITDA (Non-GAAP)** | | **116** | | **96** |
| Enviromental expense [1] | | - | | 53 |
| Honeywell reimbursement agreement gain [2] | | (14) | | - |
| Estimated stand-alone costs [3] | | - | | 3 |
| Stock compensation expense [4] | | 7 | | 4 |
| Repositioning charges | | - | | 5 |
| Other [5] | | 18 | | - |
| **Adjusted EBITDA excluding Honeywell reimbursement agreement payments (Non-GAAP)** | | **127** | | **161** |
| Assumed cash payments related to Honeywell Reimbursement Agreement [6] | | (35) | | (35) |
| **Adjusted EBITDA (Non-GAAP)** | $ | **92** | $ | **126** |

(1)  Represents historical environmental expenses as reported under 100% carryover basis.
(2)  Represents gain recorded, net of expenses related to the Honeywell Reimbursement Agreement.
(3)  Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs, which excludes corporate depreciation charges
(4)  Stock compensation expense adjustment includes only non-cash expenses.
(5)  Represents $19 million in cost directly related to the Spin-Off and ($1) million in non-operating (income) expense adjustment which excludes net interest (income) for the three months ended March 31, 2019.
(6)  Pursuant to the Honeywell Reimbursement Agreement, we are responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).

resideo

# Additional Points Regarding Fluid Tariff Environment

- Proposed tariffs primarily impact Products & Services segment

- Approximately 60% of our manufacturing is out of Mexico

- Global production footprint provide some ability to shift production
  - Currently, management would consider moving production only if tariffs exceed 10%

- May 9, 2019 guidance included conservative expectation of impact of China tariffs; does not include Mexico tariffs
  - Conservativism of impact of China tariffs may offset impact of Mexico tariffs
  - Will look to pass through a portion of tariff in increased pricing

