# EXHIBIT GG

resideo

# 2019 Q3 Financial Results

**Investor & Analyst Presentation**
**Nov. 7, 2019**

# DISCLAIMER

**Forward-Looking Statements**
This release contains "forward-looking statements." All statements, other than statements of fact, that address activities, events or developments that we or our management intend, expect, project, believe or anticipate will or may occur in the future are forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risks, uncertainties, and other factors, which may cause the actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements. Such risks and uncertainties include, but are not limited to, those described under the headings "Risk Factors" and "Cautionary Statement Concerning Forward-Looking Statements" in our Annual Report on Form 10-K for the year ended Dec. 31, 2018 filed with the Securities and Exchange Commission ("SEC"). You are cautioned not to place undue reliance on these forward-looking statements, such as guidance regarding full-year 2019, our ability to realize cost reductions over the lifecycle of our products and realize related gross margin opportunity, the commencement, progress and results of the comprehensive operational and financial review, including our ability to improve operating margins, core business processes, direct product costs, and G&A, our cost optimization program and our ability to achieve $15 million of realized savings in 2019 and $50 million of run-rate savings by the end of 2020, our ability to enter into amendments to our credit facility, and the terms thereof, and our ability to work with our professional partners to better position the T-Series and the related expected significant sales improvement in 2020, each of which speak only as of the date of this release. Forward looking statements are not guarantees of future performance, and actual results, developments and business decisions may differ from those envisaged by our forward-looking statements.

**Non-GAAP Financial Measures**
This release includes EBITDA, adjusted EBITDA, adjusted EBITDA excluding Honeywell reimbursement agreement payments, adjusted Net Income, adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted earnings per share, constant currency growth, and other financial measures not compliant with generally accepted accounting principles in the United States (GAAP). The non-GAAP financial measures are adjusted for certain items and may not be directly comparable to similar measures used by other companies in our industry, as other companies may define such measures differently. Management believes that, when considered together with reported amounts, these measures are useful to investors and management in understanding our ongoing operations and in analysis of ongoing operating trends and provide useful additional information relating to our operations and financial condition. These metrics should be considered in addition to, and not as replacements for, the most comparable GAAP measure. Refer to the tables below in this deck for reconciliations of non-GAAP financial measures to the most directly comparable GAAP measures. We believe EBITDA, adjusted EBITDA excluding Honeywell reimbursement agreement payments, adjusted Net Income, adjusted Net Income excluding Honeywell reimbursement agreement payments, adjusted basic and diluted earnings per share, and constant currency growth are important indicators of operating performance. They should be read in connection with our financial statements presented in accordance with GAAP.

A reconciliation of adjusted EBITDA to the corresponding GAAP measure is not available on a forward-looking basis without unreasonable efforts due to the impact and timing on future operating results arising from items excluded from these measures, particularly environmental expense, Honeywell reimbursement agreement expense or gain, stock compensation expense, repositioning charges, and other non-operating expense (income).

© 2019 Resideo Technologies, Inc



# TODAY'S AGENDA



2019 Q3 Results



Resideo Segment Update



Financials and Full Year Guidance



Operational and Financial Program Review

© 2019 Resideo Technologies, Inc



# THIRD QUARTER 2019 RESULTS

| | Q3 2019 | Year-Over-Year Commentary |
|---|---|---|
| Revenue | $1.23B<br>+$26M / +2% | • GAAP up 2%, Constant Currency 3% increase<br>• ADI GAAP and Constant Currency growth<br>• Products & Solutions revenue down<br>  – Comfort and RTS down<br>  – Security up |
| Adjusted EBITDA | $79M<br>-$38M / -32% | • Adjusted EBITDA down<br>  – Continued ADI EBITDA growth<br>  – P&S down |
| Adjusted EPS | $0.19 per share<br>-$0.40 per share | • GAAP Basic EPS of $0.07<br>• Adjusted EPS consistent with Q2 |

© 2019 Resideo Technologies, Inc



# SEGMENT PERFORMANCE



| Q3 Performance ($M) | Key Highlights |
|---|---|

**ADI GLOBAL DISTRIBUTION**

Revenue: 2018 $674 → 2019 $714 (6%)
Adj. EBITDA(2): 2018 $43 → 2019 $48 (12%)

- GAAP and constant currency growth across all regions
- Strong growth in North America
- Site expansion continuing in high growth regions
- Continued growth in Security, Life Safety, and Professional Audio/Video product lines
- EBITDA growth driven by higher volume and productivity

| Q3 Performance ($M) | Key Highlights |
|---|---|

**PRODUCTS & SOLUTIONS**

External Revenue(1): 2018 $526 → 2019 $512 (-3%)
Adj. EBITDA(2): 2018 $107 → 2019 $66 (-38%)

- Sales reduction driven by 6% declines in Comfort and RTS; partially offset by 8% growth in Security
- Comfort declines primarily due to lower sales volumes in non-connected thermostats
- Water business growth double digits in North America
- Connected customer growth from 4.7M in 2017 to 6.3M in 2019
- RTS slowdown across large OEM customers, which included impacts by recent regulatory changes
- Security revenue increase driven by increased sales of new products with key customers
- Segment adjusted EBITDA decline due primarily to negative product mix, key customer rebates, and impact from inventory write-downs

(1): External revenue is net segment revenue after the elimination of intersegment revenue. For additional information, see our appendix.
(2): Excludes $2 million of estimated stand-alone costs for the three months ended September 30, 2018, which is included in adjusted EBITDA.

© 2019 Resideo Technologies, Inc

resideo

# RESIDEO FULL YEAR 2019 — CHANGES FROM Q2 GUIDANCE





Note: See appendix for GAAP to Non GAAP reconciliation

© 2019 Resideo Technologies, Inc

resideo

# RESIDEO Q4 ESTIMATED RESULTS



**Assumptions**

- 4% GAAP revenue growth expected
- ADI top and bottom line growth
- Products and Solutions continued top line softness, and on-going mix and cost issues



**Assumptions**

- 9% reported revenue growth expected
- Continued growth expected across key product line categories
- Sales leverage and cost management delivering over 2x EBITDA growth



**Assumptions**

- -1% reported revenue decline expected;
  - Security growth continues
  - Comfort and RTS down; weaker thermostat sales and slower demand for gas combustion products
- EBITDA continues to be impacted by negative mix and impact from slow moving products partially offset by cost management actions

© 2019 Resideo Technologies, Inc

(1): External revenue is net segment revenue after the elimination of intersegment revenue.
(2): Excludes $5 million of estimated stand-alone costs for the three months ended December 31, 2018, which is included in adjusted EBITDA.



# CASH FLOW AND DEBT COVENANTS

**Cash Overview:**

- Finished Q3 with $132M of cash on balance sheet

- Year-to-date, cash used from operating activities was $70M
    - Primarily driven by working capital and payments to Honeywell

- $159M net working capital use of cash primarily due to:
    - Inventory build driven by normal seasonality, slower Q3 sales in P&S and inventory build at ADI to support strong future sales growth
    - $105M of spin-related cash contractual payments to Honeywell ($49M in excess of expense recorded in the GAAP P&L)

- Forecasting positive operating cash flow for Q4 and full year 2019

**Covenant Flexibility:**

- Given updated full year 2019 guidance and the commencement of our operational and financial review, we have initiated discussions with our bank groups regarding an amendment to the leverage covenant in our senior secured credit facility.  We expect the amendment to become effective in Q4 and to be on customary terms.

© 2019 Resideo Technologies, Inc



# OPERATIONAL AND FINANCIAL REVIEW

- Retained industry-recognized experts to review all aspects of our business model to better ensure we are positioned for profitable growth and that we are competitively advantaged



- Consultants working closely with management and reporting directly to independent members of the Board of Directors

- Overall project is structured to create a more agile and accountable organization with the appropriate cost structure and commercial focus to create shareholder value



- Project focus: product and geography simplification, manufacturing and purchasing savings, G&A reduction, and sales force accountability and enablement

- Will discuss status of actions, savings, costs and anticipated timelines in February 2020 Q4 results release

© 2019 Resideo Technologies, Inc

resideo

# IN CLOSING

- We are confident in the fundamentals of our business.
- ADI is running well and performing.
- Issues in Products and Solutions are actively being addressed and are fixable.
- Our Financial and Operational Review is designed to:
    - o **Drive** gross margin improvement
    - o **Right-Size** G&A costs
    - o **Connect** our products in a unified way with Pros and homeowners

© 2019 Resideo Technologies, Inc







# APPENDIX

# CONSOLIDATED AND COMBINED INTERIM STATEMENT OF OPERATIONS (UNAUDITED)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| | (Dollars in millions except per share data) | | | |
| Net revenue | $ 1,226 | $ 1,200 | $ 3,684 | $ 3,561 |
| Cost of goods sold | 937 | 853 | 2,786 | 2,525 |
| Gross profit | 289 | 347 | 898 | 1,036 |
| Selling, general and administrative expenses | 230 | 219 | 712 | 648 |
| Operating Profit | 59 | 128 | 186 | 388 |
| Other expense, net | 35 | 144 | 54 | 320 |
| Interest expense | 16 | 2 | 51 | 2 |
| Income (loss) before taxes | 8 | (18) | 81 | 66 |
| Tax expense (benefit) | - | (329) | 36 | (323) |
| Net income | $ 8 | $ 311 | $ 45 | $ 389 |
| | | | | |
| **Weighted Average Number of Common Shares Outstanding (in thousands)** | | | | |
| Basic | 122,770 | 122,967 | 122,681 | 122,967 |
| Diluted | 123,244 | 122,967 | 123,404 | 122,967 |
| **Earnings Per Share** | | | | |
| Basic | $ 0.07 | $ 2.53 | $ 0.37 | $ 3.16 |
| Diluted | $ 0.06 | $ 2.53 | $ 0.36 | $ 3.16 |

© 2019 Resideo Technologies, Inc



# CONSOLIDATED INTERIM BALANCE SHEET (UNAUDITED)

| | September 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| | **(Dollars in millions, shares in thousands)** | | | |
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 132 | $ | 265 |
| Accounts receivable | | 845 | | 821 |
| Inventories | | 729 | | 628 |
| Other current assets | | 134 | | 95 |
| Total current assets | | 1,840 | | 1,809 |
| Property, plant and equipment – net | | 306 | | 300 |
| Goodwill | | 2,632 | | 2,634 |
| Other intangible assets – net | | 125 | | 133 |
| Other assets | | 230 | | 96 |
| Total assets | $ | 5,133 | $ | 4,972 |
| **LIABILITIES** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 932 | $ | 964 |
| Short-term portion of debt | | 88 | | 22 |
| Accrued liabilities | | 531 | | 503 |
| Total current liabilities | | 1,551 | | 1,489 |
| Long-term debt | | 1,165 | | 1,179 |
| Obligations payable to Honeywell | | 580 | | 629 |
| Other liabilities | | 264 | | 142 |
| **EQUITY** | | | | |
| Common stock, $0.001 par value, 700,000 shares authorized, 123,382 and 122,967 shares issued and 122,786 and 122,499 shares outstanding as of September 30, 2019 and December 31, 2018, respectively | | - | | - |
| Additional paid-in capital | | 1,751 | | 1,720 |
| Treasury stock, at cost | | (3) | | - |
| Retained earnings | | 47 | | 2 |
| Accumulated other comprehensive loss | | (222) | | (189) |
| Total equity | | 1,573 | | 1,533 |
| Total liabilities and equity | $ | 5,133 | $ | 4,972 |

 © 2019 Resideo Technologies, Inc



# CONSOLIDATED AND COMBINED INTERIM STATEMENT OF CASH FLOWS (UNAUDITED)

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2019 | 2018 |
| | (Dollars in millions) | |
| **Cash flows (used for) provided by operating activities:** | | |
| Net income | $ 45 | $ 389 |
| Adjustments to reconcile net income to net cash (used for) provided by operating activities: | | |
| Depreciation and amortization | 55 | 49 |
| Repositioning charges, net of payments | 12 | (4) |
| Stock compensation expense | 22 | 15 |
| Deferred income taxes | (3) | (275) |
| Other noncash expense | 13 | 17 |
| Changes in assets and liabilities: | | |
| Accounts, notes and other receivables | (27) | (11) |
| Inventories | (109) | (142) |
| Other current assets | (13) | (4) |
| Other assets | (6) | (6) |
| Accounts payable | (23) | 151 |
| Accrued liabilities | (6) | (15) |
| Obligations payable to Honeywell | (49) | - |
| Other liabilities | 19 | 211 |
| Net cash (used for) provided by operating activities | (70) | 375 |
| **Cash flows used for investing activities:** | | |
| Expenditures for property, plant, equipment and software | (66) | (63) |
| Cash paid for acquisitions, net of cash acquired | (17) | - |
| Proceeds received related to amounts due from related parties | - | 7 |
| Net cash used for investing activities | (83) | (56) |
| **Cash flows provided by (used for) financing activities:** | | |
| Net proceeds from revolving credit facility | 60 | - |
| Repayment of long-term debt | (11) | - |
| Non-operating obligations paid to Honeywell, net | (24) | - |
| Payments related to amounts due to related parties, net | - | (1) |
| Tax payments related to stock vestings | (3) | - |
| Net (decrease) in invested equity | - | (300) |
| Cashflow provided by cash pooling | - | 115 |
| Net cash provided by (used for) financing activities | 22 | (186) |
| Effect of foreign exchange rate changes on cash and cash equivalents | (2) | (5) |
| Net (decrease) increase in cash and cash equivalents | (133) | 128 |
| Cash and cash equivalents at beginning of period | 265 | 56 |
| Cash and cash equivalents at end of period | $ 132 | $ 184 |

© 2019 Resideo Technologies, Inc

resideo

# RECONCILIATION OF NET INCOME (UNAUDITED) TO ADJUSTED NET INCOME (NON–GAAP)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| | (Dollars in millions except per share data) | | | |
| Net income (GAAP) | $ 8 | $ 311 | $ 45 | $ 389 |
| Environmental expense [1] | - | 146 | - | 322 |
| Honeywell reimbursement agreement expense [2] | 35 | - | 57 | - |
| Estimated stand-alone costs [3] | - | - | - | 4 |
| Stock compensation expense [4] | 8 | 6 | 22 | 15 |
| Repositioning charges | 9 | - | 34 | 5 |
| Other [5] | 19 | - | 65 | 1 |
| Income tax adjustments [6] | (21) | (355) | (31) | (415) |
| Adjusted Net Income excluding Honeywell reimbursement agreement payments (Non-GAAP) | 58 | 108 | 192 | 321 |
| Assumed cash payments related to Honeywell Reimbursement Agreement [7] | (35) | (35) | (105) | (105) |
| Adjusted Net Income (Non-GAAP) | $ 23 | $ 73 | $ 87 | $ 216 |
| **Adjusted Earnings Per Share (Non-GAAP)** | | | | |
| Basic adjusted net income per share (Non-GAAP) | $ 0.19 | $ 0.59 | $ 0.71 | $ 1.76 |
| Diluted adjusted net income per share (Non-GAAP) | $ 0.19 | $ 0.59 | $ 0.71 | $ 1.76 |

(1) Represents historical environmental expenses as reported under 100% carryover basis.

(2) Represents recorded expenses related to the Honeywell Reimbursement Agreement.

(3) Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs.

(4) Stock compensation expense adjustment includes only non-cash expenses.

(5) Represents $19 million and $53 million in cost directly related to the Spin-Off, $0 million and $13 million related to developments on legal claims that arose prior to Spin-Off,  and $0 million and ($1) million in non-operating (income) expense adjustment which excludes net interest (income) for the three and nine months ended September 30, 2019. For the three and nine months ended September 30, 2018, Other represents other non-operating (income) expense. The nine months ended September 30, 2019 includes an adjustment for $6 million of costs directly related to the Spin-Off.  Costs from prior quarters of 2019 were identified during the third quarter as Spin-Off costs and are now included in our nine months ended adjustments.

(6) Represents the tax effect of pre-tax items excluded from Adjusted Net Income and the removal of discrete tax items, including the income tax impacts of the Tax Act. The tax effect of pre-tax items excluded from Adjusted Net Income is computed by adjusting the annualized effective tax rate to exclude the pre-tax non-GAAP adjustments noted above. The Income Tax Adjustment for the three and nine months ended September 30, 2018 has been revised to use this methodology, rather than statutory tax rates. This change in methodology increased the Income Tax Adjustment benefit and decreased Adjusted Net Income by $15 million and $49 million for the three and nine months ended September 30, 2018, respectively.

(7) We are responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).

© 2019 Resideo Technologies, Inc



# RECONCILIATION OF NET INCOME (UNAUDITED) TO ADJUSTED EBITDA (NON–GAAP)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| | (Dollars in millions) | | | |
| **Net income (GAAP)** | $ 8 | $ 311 | $ 45 | $ 389 |
| Net interest expense (income) | 16 | - | 49 | (1) |
| Tax expense (benefit) | - | (329) | 36 | (323) |
| Depreciation and amortization | 19 | 16 | 55 | 49 |
| **EBITDA (Non-GAAP)** | 43 | (2) | 185 | 114 |
| Environmental expense [1] | - | 146 | - | 322 |
| Honeywell reimbursement agreement expense [2] | 35 | - | 57 | - |
| Estimated stand-alone costs [3] | - | 2 | - | 9 |
| Stock compensation expense [4] | 8 | 6 | 22 | 15 |
| Repositioning charges | 9 | - | 34 | 5 |
| Other [5] | 19 | - | 65 | 1 |
| **Adjusted EBITDA excluding Honeywell reimbursement agreement payments (Non-GAAP)** | 114 | 152 | 363 | 466 |
| Assumed cash payments related to Honeywell Reimbursement Agreement [6] | (35) | (35) | (105) | (105) |
| **Adjusted EBITDA (Non-GAAP)** | $ 79 | $ 117 | $ 258 | $ 361 |

(1) Represents historical environmental expenses as reported under 100% carryover basis.

(2) Represents recorded expenses related to the Honeywell Reimbursement Agreement.

(3) Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs, which excludes corporate depreciation charges.

(4) Stock compensation expense adjustment includes only non-cash expenses.

(5) Represents $19 million and $53 million in cost directly related to the Spin-Off, $0 million and $13 million related to developments on legal claims that arose prior to Spin-Off, and $0 million and ($1) million in non-operating (income) expense adjustment which excludes net interest (income) for the three and nine months ended September 30, 2019. For the three and nine months ended September 30, 2018, Other represents other non-operating (income) expense. The nine months ended September 30, 2019 includes an adjustment for $6 million of costs directly related to the Spin-Off. Costs from prior quarters of 2019 were identified during the third quarter as Spin-Off costs and are now included in our nine months ended adjustments.

(6) Pursuant to the Honeywell Reimbursement Agreement, we are responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).

 © 2019 Resideo Technologies, Inc



# RECONCILIATION OF SEGMENT ADJUSTED EBITDA TO CONSOLIDATED INCOME FROM CONTINUING OPERATIONS BEFORE TAXES

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2019 | | 2018 | | 2019 | | 2018 | |
| | (Dollars in millions) | | | | | | | |
| Products & Solutions Segment Adjusted EBITDA | $ | 66 | $ | 107 | $ | 222 | $ | 333 |
| ADI Global Distribution Segment Adjusted EBITDA | | 48 | | 43 | | 141 | | 124 |
| **Segment Adjusted EBITDA** [1] | | **114** | | **150** | | **363** | | **457** |
| Environmental expense [2] | | - | | (146) | | - | | (322) |
| Honeywell reimbursement agreement expense [3] | | (35) | | - | | (57) | | - |
| Net interest (expense) income | | (16) | | - | | (49) | | 1 |
| Depreciation and amortization | | (19) | | (16) | | (55) | | (49) |
| Stock compensation expense [4] | | (8) | | (6) | | (22) | | (15) |
| Repositioning charges | | (9) | | - | | (34) | | (5) |
| Other [5] | | (19) | | - | | (65) | | (1) |
| **Income (loss) before taxes** | $ | **8** | $ | **(18)** | $ | **81** | $ | **66** |

(1) Excludes $2 million and $9 million of estimated stand-alone costs for the three and nine months ended September 30, 2018, which is included in adjusted EBITDA (Non-GAAP).

(2) Represents historical environmental expenses as reported under 100% carryover basis.

(3) Represents recorded expenses related to the Honeywell Reimbursement Agreement.

(4) Stock compensation expense adjustment includes only non-cash expenses.

(5) Represents $19 million and $53 million in cost directly related to the Spin-Off, $0 million and $13 million related to developments on legal claims that arose prior to Spin-Off,  and $0 million and ($1) million in non-operating (income) expense adjustment which excludes net interest (income) for the three and nine months ended September 30, 2019. For the three and nine months ended September 30, 2018, Other represents other non-operating (income) expense.  The nine months ended September 30, 2019 includes an adjustment for $6 million of costs directly related to the Spin-Off.  Costs from prior quarters of 2019 were identified during the third quarter as Spin-Off costs and are now included in our nine months ended adjustments.

© 2019 Resideo Technologies, Inc



# RECONCILIATION OF CONSTANT CURRENCY REVENUE % CHANGE

| | Three Months Ended September 30, 2019 | | Nine Months Ended September 30, 2019 | |
|---|---|---|---|---|
| | (Dollars in millions) | | | |
| **Products & Solutions revenue (decline) growth** | | | | |
| Net Products & Solutions revenue (decline) growth (GAAP) | $ | (14) | $ | 33 |
| % Change | | -3% | | 2% |
| Exclude: Foreign currency translation | | -2% | | -3% |
| Constant currency (decline) growth (Non-GAAP) | | -1% | | 5% |
| | | | | |
| **ADI Global Distribution revenue growth** | | | | |
| Net ADI Global Distribution revenue growth (GAAP) | $ | 40 | $ | 90 |
| % Change | | 6% | | 5% |
| Exclude: Foreign currency translation | | -1% | | -1% |
| Constant currency growth (Non-GAAP) | | 7% | | 6% |
| | | | | |
| **Total revenue growth** | | | | |
| Total revenue growth (GAAP) | $ | 26 | $ | 123 |
| % Change | | 2% | | 3% |
| Exclude: Foreign currency translation | | -1% | | -2% |
| Constant currency growth (Non-GAAP) | | 3% | | 5% |

© 2019 Resideo Technologies, Inc



# RECONCILIATION OF NET INCOME (UNAUDITED) TO ADJUSTED EBITDA (NON-GAAP) Q4 2018

|  | Q4 2018 |
|---|---:|
|  | (Dollars in millions) |
| **Net income (GAAP)** | $ 16 |
| Net interest expense (income) | 14 |
| Tax expense | 22 |
| Depreciation and amortization | 17 |
| **EBITDA (Non-GAAP)** | **69** |
| Environmental expense [1] | 18 |
| Honeywell reimbursement agreement expense [2] | 49 |
| Estimated stand-alone costs [3] | 6 |
| Stock compensation expense [4] | 5 |
| Repositioning charges | - |
| Other [5] | 26 |
| **Adjusted EBITDA excluding Honeywell reimbursement agreement payments (Non-GAAP)** | **173** |
| Assumed cash payments related to Honeywell reimbursement agreement [6] | (35) |
| **Adjusted EBITDA (Non-GAAP)** | **$ 138** |

(1) Represents historical environmental expenses as reported under 100% carryover

(2) Represents recorded expenses related to the Honeywell reimbursement

(3) Represents the difference between our estimate of Selling, general and administrative costs as a stand-alone company and historical allocated costs, which

(4) Stock compensation expense adjustment includes only non-cash expenses.

(5) Represents $23 million in cost directly related to the Spin-Off, and $3 million in non-operating (income) expense adjustment which excludes net interest (income) for the three months ended December 31, 2018.

(6) Pursuant to the Honeywell reimbursement agreement, we are responsible to indemnify Honeywell in amounts equal to 90% of payments, which include amounts billed, with respect to certain environmental claims, remediation and, to the extent arising after the Spin-Off, hazardous exposure or toxic tort claims, in each case including consequential damages in respect of specified properties contaminated through historical business operations, including the legal and other costs of defending and resolving such liabilities, less 90% of Honeywell's net insurance receipts relating to such liabilities, and less 90% of the net proceeds received by Honeywell in connection with (i) affirmative claims relating to such liabilities, (ii) contributions by other parties relating to such liabilities and (iii) certain property sales; such payments will be subject to a cap of $140 million in respect of liabilities arising in any given year (exclusive of any late payment fees up to 5% per annum).

© 2019 Resideo Technologies, Inc



# RECONCILIATION OF SEGMENT ADJUSTED EBITDA TO CONSOLIDATED INCOME FROM CONTINUING OPERATIONS BEFORE TAXES  Q4 2018

|  | Q4 2018 |
|---|---|
|  | (Dollars in millions) |
| Products & Solutions Segment Adjusted EBITDA | $ 127 |
| ADI Global Distribution Segment Adjusted EBITDA | 40 |
| **Segment Adjusted EBITDA** [1] | **167** |
| Environmental expense [2] | (18) |
| Honeywell reimbursement agreement expense [3] | (49) |
| Net interest (expense) income | (14) |
| Depreciation and amortization | (17) |
| Stock compensation expense [4] | (5) |
| Repositioning charges | - |
| Other [5] | (26) |
| **Income before taxes** | **$ 38** |

(1) Excludes $6 million of estimated stand-alone costs for the three months ended December 31, 2018, which is included in adjusted EBITDA (Non-GAAP).

(2) Represents historical environmental expenses as reported under 100% carryover basis.

(3) Represents recorded expenses related to the Honeywell reimbursement agreement.

(4) Stock compensation expense adjustment includes only non-cash expenses.

(5) Represents $23 million in cost directly related to the Spin-Off, and $3 million in non-operating (income) expense adjustment which excludes net interest (income) for the three months ended December 31, 2018.

© 2019 Resideo Technologies, Inc



# RECONCILIATION OF NET WORKING CAPITAL USE OF CASH

| | Nine Months Ended September 30, 2019 (Dollars in millions) |
|---|---|
| **Components of Consolidated and Combined Statement of Cash Flows:** | |
| Accounts, notes and other receivables | $ (27) |
| Inventories | (109) |
| Accounts payable | (23) |
| Net working capital use of cash | $ (159) |

© 2019 Resideo Technologies, Inc

