# EXHIBIT HH

**S&P Global**
Market Intelligence

# Resideo Technologies, Inc. NYSE:REZI Company Conference Presentation

**Wednesday, December 11, 2019 2:30 PM GMT**

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

CASE 0:19-cv-02863-WMW-BRT     Doc. 94-18     Filed 11/09/20     Page 3 of 11

# Table of Contents

Call Participants ......................................................................................... 3

Presentation ......................................................................................... 4

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Robert P. Ryder**
*Interim Chief Financial Officer*

**ANALYSTS**

**Jeffrey Ted Kessler**
*Imperial Capital, LLC, Research
Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**RESIDEO TECHNOLOGIES, INC. COMPANY CONFERENCE PRESENTATION | DEC 11, 2019**

# Presentation

**Jeffrey Ted Kessler**
*Imperial Capital, LLC, Research Division*

I'm pleased to start the next presentation here. Resideo, obviously, has a long history. I actually was covering the ADEMCO part when it was part of -- when a part of Pittway. There's -- obviously, this was not -- it was not the smoothest spin out from Honeywell. There's a lot of good background here. There's a lot of good assets. And I think we have a management that will explain where Resideo is going to go going forward. And with that, I'd like to bring up Bob Ryder, who is the CFO of the company and will be -- and is actually putting this plan together right now. So I think we are at a kind of at an inflection point at where the company is going to be going.

**Robert P. Ryder**
*Interim Chief Financial Officer*

Good morning, everybody. Thanks, Jeff. See -- okay. First, I'll just go with the disclaimer, the forward-looking statements. If you go to our red -- if you go to our website, you can read through all this exciting stuff on non-GAAP financial measures and disclaimers and things like that.

Look, first, a little bit about me. I'm new here, just started about a month ago. My first official act was to bring down full year guidance by like 35%, so welcome to the NFL moment. My history before this, I was the CFO of Constellation Brands, just beer, wine and spirits. Market cap grew from $4 billion to about $30 billion while I was there. We reduced leverage, implemented the first dividend and stock buyback program, restructured the wine business, consolidated facilities, centralized functions, focused on net pricing and gross profit margins, core brand strength. And we exited most of the international wine business and acquired the Modelo Beer brand. So a lot of action over 9 years, a lot of success, none of it was easy.

Before that, CFO at American Greetings, similar kind of story. Had to -- the market cap grew from about $1 billion to about $1.6 billion in 3 years. Again, reduced leverage, reinstituted the dividend after they got into a reasonable amount of trouble, retooled the go-to-market strategy for greeting cards, divested the noncore business and reduced SG&A.

Before that, I was at PepsiCo for 13 years, 7 jobs in 7 different countries over 13 years. The most recent jobs were controller of Frito-Lay North America, CFO for Frito-Lay Europe. And before that, a bunch of strategic planning, M&A and controller roles at various divisions and at PepsiCo level.

So unfortunately, for those of you with questions, I will be much more adept at asking questions about potato chips, greeting cards or wine and spirits at this point than I will about, unfortunately, Resideo's markets, but I will get there. Okay?

Resideo investor thesis post spin, look, Resideo open trading on the first day as an independent company, on October 29 at $28 a share, right? If you look at the ticker now, you know why Jeff was saying it was a little bit rocky, okay? The spin thesis was strong brand recognition, pro installed channel and home installed base, consistent ADI performance, which is our distribution arm, it's about half our sales, and leadership share in large and growing segments, all still true. Spincos often have teething pains due to legacy tie-ins, allocated pre-spin financials, management and customer turnover, TSA transition and shareholder churn.

Resideo had additional complexity, okay, due to the Honeywell determined spin obligations. I'm learning about how all this spin stuff works. It's interesting.

A big thing was a lack of preexisting standalone business. I think that drives a lot of complexity in the spin. Essentially, the whole Products & Solutions business was various businesses within divisions of Honeywell. And they kind of picked individual pieces up and kind of threw them together and called that

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Products & Solutions, which we'll talk about. And that kind of had some governance ramifications, I'd say. And obviously, we've had dramatic profitability shortfalls to the original spin financial estimates.

Performance has been disappointing, and the commensurate stock market reaction has occurred, right? Supply and demand works.

The path forward, the foundational assets of the business remain sound, and profitable growth is the goal. We have an operational and financial review intended to put Resideo back on the path to leverage its strengths and create shareholder value.

Just take a quick snapshot of the business. There, you have Resideo on the far left. It's about $5 billion of sales with the distribution business and the Products & Solutions, the sales make up there. The distribution business, ADI, just shy of $3 billion of sales, mostly in the U.S. and Canada. The segment has healthy growth, growing at about 6%. It's a distribution business, okay, adjusted EBITDA of just shy of $190 million and a 7% margin. The footnotes are here on where those numbers came from.

On Products & Solutions, just over $2 billion of sales roughly split between Security, Comfort, which is primarily thermostats, and RTS, which is probably -- is mostly around burners and water heaters. Segment growing sales at 1%, okay, not robust, but growing. And adjusted EBITDA of about $290 million with a 13% margin, okay? So slower growing, but higher margin than the distribution business, okay?

If we dig into the products a little bit more, the first Products & Solutions, as far as the addressable market, we have our -- what we call Comfort and RTS. Our sales are about $1.7 billion. The addressable market is $10.5 billion, so sizable market there, opportunities to gain share. You see the products listed there, and you see Resideo's positions on the far right. We are a leader or a main player in all our major categories.

Security, about a $5 billion category. We're just shy of $1 billion, so again, opportunity to gain share. But -- and select product categories are Pro Security, and there's a lot of DIY going on, which I'm sure you're aware of. Six million connected customers, probably the strongest brand in the category with Honeywell Home. And we have a lot of data collected from our users.

You look at ADI distribution, again, just shy of $3 billion of sales. We are the #1 global player here. We have relationships with 1,300 suppliers. We have 350,000 products okay? So large-scale, #1 player in this growing category.

You take a look at where we play in the home, it's pretty much everywhere throughout -- all our different products, right? Throughout the home, exterior, behind the wall, on the wall, in the cloud, and ADI also plays. And the guy there is key to our success. That's the pro, okay? And he's probably the biggest asset the company has, even though it's not on the balance sheet.

Okay, we'll go a little bit into Products & Solutions, then a little bit into ADI, right? These are just the products that we have on connected thermostats, temperature control, potable water, RTS, then the Pro Security, the security panel, the sensors and the DIY awareness. So that's all Products & Solutions, kind of a picture of the products that we make and sell.

And then ADI is mostly involved in pro AV, fire and video surveillance, which, again, is a large and fast-growing category.

We did a recent survey, probably not statistically significant, like an n of 100. But it came back with good news, okay? Resideo is the #1 brand used by the pros, okay? That was good news. And value for money for used brands, we were also #1, okay? So we were happy to see these results, which says that our -- again, one of our biggest assets, the pros is still alive and kicking and is still favorable towards Resideo. Since I've been here, which has only been about a month, I've gone to 2 conferences, one in Phoenix and one in Austin, with hundreds of pros. And it's a very enthusiastic audience and very, I guess, supportive of Resideo, so I took solace in that.

And as we'll get into, we haven't had recently the best record of new product introductions. So this channel, the pro channel has reasons to be a bit angry at us. And I'm not saying they aren't, but they

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

haven't forsaken us either, right? We've still got a very good position. And this shows you, it's actually a #1 position.

We talk about ADI a little bit. ADI is distribution market leader with consistent strong growth and high customer loyalty, right? #1 global distributor, you see a lot of impressive statistics there where they have very good foundation from which to grow. And they are growing, as you see by the middle chart there, with a CAGR of about 5% a year, okay? And if you look at this year's financials, which we'll get into a little, they're growing EBITDA faster than they're growing sales, which, of course, the new CFO loves to see.

And customers point to a differentiated service proposition, this was interesting, as we went around, and this came out of the survey, to which I referred a little bit earlier, right? We've got a lot of quotes from distributors. And really, we had a tough time picking the positive quotes. They were almost 90% positive on ADI, right, very positive quotes. And these are very representative, if not, conservative quotes as to how well run and what kind of good service that ADI provides, okay?

So if we look at a Resideo strategic summary. We have 100-plus-year old brand, that will be the Honeywell brand and now becoming the Honeywell Home brand, with strong recognition among consumers and pros; extensive base of products with strong market position in large and growing categories; $5 billion of annual sales. Our recent guidance is $330 million to $350 million of adjusted EBITDA for 2019, we feel that there's room to grow that. That EBITDA is less than what was originally anticipated when the IPO occurred, and that leads to next point. We've had very disappointing 2019 financial results. And we're undergoing a comprehensive, strategic and operational review to improve business processes and our financial algorithm. And we're going to go into more on each of these points.

Okay. Let's take a look at just kind of more nitty-gritty financial kind of stuff, okay? And each of these points, we will also delve into a little bit more during the presentation. All right. Again, the 2019 has been very disappointing, right? I want everyone to know, we know that. We're taking that seriously, okay? We're not ignoring that. Sales continue to grow, but they're expected to be below original guidance, right? We're going to talk about that. We brought our sales guidance down. We brought our EBITDA guidance down a lot more.

ADI continues to perform at a high level with strong sales growth and margin expansion. Adjusted EBITDA is well short of guidance due to lower sales; poor sales mix; disappointing product launches, and that basically caused lower sales and some inventory write-offs, which we're going to talk about; inconsistent sales execution; and high inventory write-offs in Products & Solutions.

Resideo has successfully renegotiated its bank covenants, and we'll talk about that a little bit more. That's a good thing, not a bad thing.

Operational review is underway to put Resideo back on a path to leverage its strengths and create shareholder value. We did just announce a CEO transition plan, formation of a new Board committee and the addition of a new independent director.

Look, spins can be difficult by their nature. I'm new to the spin world, but I wrote this, so I believe it. And the Honeywell mandatory spin obligations really exacerbate the situation, right? Normal spin complexities, look, there's a lot of management turnover, we've had that. There's a lot of TSAs, we have hundreds of TSAs right? And there's a lot of separation distractions. And there's commercial and operational execution issues. We've experienced all those. We've had new product introduction, execution issues, lack of customer acceptance testing. And we are too slow to identify poor performing new product launches, okay? Now all these new product introductions, obviously, this takes a while to get these things going. They all happened pre-spin, but we're on the end of trying to get them out into the marketplace and get the consumers to accept them -- the customers to accept them.

Then a little bit on the Honeywell determined spin obligations. It's a 25-year obligation for a maximum of $140 million to help Honeywell fund its environmental liabilities. It's structured by Honeywell to be nontax deductible by Resideo. However, Resideo's liability is capped. So the $140 million is a max, and it may be less than that, depending on what happens with Honeywell's environmental issues.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

There's also significant arrangements around leases, product supply, trademark license agreement and various tax matters, okay? So there's just -- there's a lot of interlocking things between us and Honeywell.

If we take a look -- and these are slides that I went over in our Q3 call, so I'll go through these relatively quickly. This is consolidated numbers for third quarter. And you see, look, revenue did grow 2%, okay? And actually, constant currency, it grew 3%, okay? Adjusted EBITDA came in at $79 million, right, way below the allocated financials from the prior year and quite a bit below what our guidance was, okay?

And again, ADI was none of these problems. ADI, as we'll see, is growing quite well and pretty much right where they said they would be.

And EPS came in at $0.19 per share on an adjusted basis. That's consolidated.

If we dig down into the 2 segments, okay, and you can see the numbers here on ADI, quite powerful, with sales growing 3% and EBITDA growing at twice that rate, okay? Strong growth in North America. They're primarily a North American business. Site expansion continue in high-growth regions, continued growth in Security, life safety and professional audio and video, okay? And EBITDA growth. So they've been able to grow the revenue line without growing the SG&A line all that much, which gives you your P&L leverage, okay?

Products & Solutions. 3% lower sales than the third quarter of the previous years driven by 6% declines in Comfort and in RTS, primarily offset by 8% growth in Security, okay, and some pretty poor sales mix for the quarter. So you'll see that although sales only went down 3%, EBITDA went down 38% versus the previous year's allocated financials.

Comfort declines primarily driven by lower sales volumes in nonconnected thermostats. Water business growth was at double digit, so some good news there. Our connected customer growth grew robustly, so some good news there on engaging with our customers. And we had an RTS slowdown driven by recent regulatory changes and a general slowdown across OEM manufacturers, original equipment manufacturing customers.

Security revenue increase is driven by a new product launch with a key customer that had some margin ramifications. And segment adjusted EBITDA declined primarily due to the negative product mix and a key customer rebate, okay, and, of course, the reduced sales.

We also gave a reconciliation. As I said, day 1 on the job for me, I had to bring guidance down a reasonable amount, and this is kind of the guidance walk. So this is previous guidance to current guidance, and this guidance remains, okay, and essentially brought sales down around $100 million, $5.1 billion to $5.0 billion, okay? And these are just the components of that: Comfort revenue; RTS; and Security revenue. So each of those business units brought sales down. But you'll see, we brought EBITDA down from $420 million to $340 million, right? So that's a pretty high percentage of EBIT reduction as a percentage of revenue reduction, okay? And that EBITDA walk adjustment is, okay, $48 million from the revenue reduction. And what happened was the sales that did not happen were our higher-margin sales, okay? So that gets to the poor mix shift as opposed to what we expected to happen and now what we expect it to happen. So this is an estimate over an estimate, right? There's no actuals in here.

Key customer rebate and RTS channel mix was also negative for us, which was a $12 million reduction in EBITDA guidance. And we're going to talk a little bit more about this, right? We had some slow-moving product and other things going on. So a lot of this are inventory issues, which we're going to talk about, but some of this is also a zillion other things happening, right? So not a good EBITDA walk there.

Okay, if we look at what we expect to happen, this is Q4, and this is 2019 expectations over 2018 actuals, all right? And what we expect, we expect revenue to continue to grow, right, 4%. That's pretty good revenue growth. However, we expect EBITDA to come down close to 40%, okay? And it really -- that's on a consolidated basis, right? And you look at the individual contributors to that.

If you look at ADI, again, more good news, okay? ADI is growing sales 9%, right? Really good number, even accelerating growth over the good Q3 number. And EBITDA is growing at 20%. So we've been

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

outpacing the third quarter 2:1 ratio, okay? So margin expansion at ADI and really growth across all key product lines in all geographies, so pretty happy with that.

Products & Solutions, although the sales reduction is less than it was in Q3, it's still going down about 1%, and that's reported. We didn't really take a guess at where currencies are going, right? So flattish to down 1%. However, EBITDA going down 46%, right?

Security growth continues. Comfort and RTS continue to slow down, weaker thermostat sales and slower demand for gas combustion products. That's the RTS piece.

EBITDA continues to be impacted by the same things: negative mix; impact from slow-moving products partially offset by cost reductions that management is taking. And we're going to talk about going into 2020, we're going to be taking much more dramatic cost reduction efforts, which kind of makes sense if you consider how spins happen.

Let's talk a little bit more about inventories, okay? So in the previous 3 years, '16 through '18, we probably -- well, we did -- we average between $5 million and $10 million of inventory write-offs, okay? This year is obviously much higher than that, okay? And through the third quarter, we had $22 million of inventory write-offs. And we expect in the fourth quarter to have $18 million to $23 million of inventory write-offs, okay, for a total of $40 million to $45 million, right? That's a big number for a company with our size and our kind of EBITDA, right? Inventory write-off accelerate in 2019, obviously, compared to historical rates. Products & Solutions was the most substantial, specifically in Comfort, mostly thermostats, and Security.

The operational and financial review, we'll address revamping new product introduction process and governance, and we're going to talk about this. The portfolio is being adjusted to meet consumer needs, right? So there are a lot of these -- most of this was driven by new product introductions. These were all developed probably a couple of years ago and launched kind of this year, not completely launched, right, but weren't really accepted by customers, weren't really competitive, probably some issues around previous products that were discontinued and new products that were put in. The customers actually like the old products better than new products. That's never a good thing. Maybe, they weren't so price competitive, which is also never a good thing, which is leading to these kind of numbers. And obviously, this stuff, there's 0 sales associated with it, and $40 million to $45 million of cost that doesn't help your margins, right, which is why we kind of are where we are.

Cash and covenant flexibility. From a cash overview, we finished Q3 with $132 million of cash on the balance sheet, right? Most of that is in overseas locations. Year-to-date, cash used from operating activities was about $70 million primarily driven by working capital and these payments to Honeywell. $159 million net working capital use. This is all on a year-to-date basis. This is in the Q3 year-to-date financials, primarily due to inventory build, but normal seasonality, slower Q3 sales in Products & Solutions, right? We had the inventory. And unfortunately, nobody wanted to buy it, which is why we had these inventory write-offs, okay? And an inventory at ADI to support strong future growth, that's good news, right? I don't mind a use of net working capital when it's to support strong growth in profitable products.

We're forecasting positive operating cash flow for Q4. That excludes capital spending, okay, if you -- the cash flow statement and for full year 2019.

We -- as I said earlier, we just did our debt covenant amendment. And the way to simplify this is the gray bars is what the amendments were before -- or what the covenants were before the amendment. The blue bars basically were the add. So we basically added 150 basis points to our previous EBITDA leverage ratios. And you see they stepped down on an annual basis, exactly the way they did under the old covenant. We did this, and we're going to talk about this, right, because during the financial and operational review, most likely, we'll be taking a reasonable amount of financial statement charges to resize the business. We didn't want to be inhibited. As we're looking at good ideas, high IRR ideas, we don't want to be inhibited because that charge might make us trip a short-term EBITDA covenant ratio, right? So that's why we redid these.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We recently announced several personnel and governance changes. The CEO transition was announced, Mike Nefkens remaining in place until his replacement starts. The strategic and operational committee was formed to oversee the operational and financial review. Andy Teich will chair the new Board committee and provide oversight. And Brian Kushner has just been named as a new independent director.

If we talk a little bit about the operational and financial review, we've retained industry-recognized experts to review all aspects of the business model, okay? The consultants are working very closely. And believe me, I'm with them every day. Consultants are working very closely with management and reporting directly to the independent committee of the Board of Directors. Our Board is very engaged in this process. The overall project is structured to create a more agile and accountable organization with the appropriate cost structure and commercial focus to create shareholder value, okay? We will discuss the status of actions, savings, cost and anticipated timelines in our February Q4 analyst call.

We'll just go one more layer on the operational and financial review. We are looking at the top line. We want to orient top line efforts towards optimal revenue efforts towards core customers. There's going to be pricing actions around certain SKUs where price elasticity exists. Better sales force accountability, better sales force execution, trying to help the sales force what products should we sell, where should we focus our attention. There's a lot of work around that on the top line. Also review strategic value drivers along the portfolio, channels and markets. We probably have too many SKUs. We might be in too many places. Maybe our manufacturing facilities aren't in the right places with the right freight lanes. Maybe capacity utilization isn't where we would want to be. There's a reasonable amount of stuff there that we can improve upon.

And on the gross margin, optimize COGS through manufacturing and end-to-end supply chain efforts, right? That's why I said it's basically a footprint and SKU study. And we think there's reasonable amounts of opportunities to make that better.

SG&A, streamline overhead, simplifying towards a new operating model, right? We're going to make some pretty sizable reductions in SG&A to rightsize the business for what we think the new sales will be -- when we eliminate some of the SKUs and maybe look at some of the geographies and make sure we have the right SG&A because all this stuff came over from Honeywell and was probably structured for a much bigger, much more complex business, which we no longer have.

There's a lot of governance with clear escalation path. As I said, the Board is quite involved in this. We have best-in-class tools, and the organization is very engaged across multiple layers. This is a major initiative within Resideo.

In closing, we're confident in the fundamentals of the business. ADI is running and performing at a very high level. Issues in Products & Solutions are fixable, and they are being actively addressed. Resideo has a strong product platform, a strong brand name and maintains loyalty from the pro install channel. Our financial and operational review is designed to simplify the business, drive gross profit improvement and rightsize G&A costs. And pretty good. Didn't even practice it. Right on time.
So no time for questions, I'm probably seeing some of you in one-on-ones throughout the day. Thanks everyone for your time.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.