# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |
|---|---|
| ) | **COURT MINUTES** |
| ) | BEFORE: Wilhelmina M. Wright, |
| ) | U.S. District Judge |
| ) |  |
| In re Resideo Technologies, Inc. ) | |
| Securities Litigation ) | Case No:  19-cv-2863 (WMW/KMM) |
| ) | Date:  December 1, 2020 |
| ) | Courthouse:  Saint Paul |
| ) | Courtroom:  Telephonic Hearing |
| ) | Deputy:  Mona Eckroad |
| ) | Court Reporter:  Lori Simpson |
| ) | Time in Court:  1:06 p.m. – 2:30 p.m. |
| ) | Total time:  1 Hour 24 Minutes |

**APPEARANCES:**

Plaintiffs:   Andrew Entwistle (appeared by teleconference)
Bryan L. Bleichner (appeared by teleconference)
Ira A. Schochet (appeared by teleconference)

Defendants:   Charles Dean Cording (appeared by teleconference)
Gurdip S. Atwal (appeared by teleconference)
Jerry W. Blackwell (appeared by teleconference)
Nicholas M. H. Reddick (appeared by teleconference)
Tariq Mundiya (appeared by teleconference)

Movant:   X. Jay Alvarez (appeared by teleconference)

**HEARING ON:**

Defendants' Motion to Dismiss Consolidated Amended Complaint [69].
Defendants' Motion Requesting Judicial Notice [74].

**PROCEEDINGS:**

The motions hearing was held via teleconference. The motions were argued and taken under advisement. Order to follow.

s/Mona Eckroad

Courtroom Deputy