## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 19-cv-2863 (WMW/KMM)<br><br>**PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)** |

Before the Court is the parties' Stipulation for Protective Order, which seeks to preserve the confidentiality of commercially sensitive and other confidential documents and information the Parties expect to exchange in discovery. (ECF No. 104, Exhibit 1 hereto, the "Confidentiality Stipulation").  For the reasons stated in the Confidentiality Stipulation, and for good cause shown, the Court grants the parties' request, and

**IT IS HEREBY ORDERED**:

1.    The Confidentiality Stipulation is incorporated herein and is adopted as an Order of the Court.

Date: May 18, 2021

*s/ Katherine Menendez*
Katherine Menendez
United States Magistrate Judge