**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION** | Case No. 19-cv-2863 (WMW/KMM)<br><br>**ORDER REGARDING PROTOCOLS FOR ELECTRONIC DOCUMENT DISCOVERY** |

Before the Court is the parties' Stipulation Regarding Protocols for Electronic Document Discovery, which sets forth the methods that the Parties intend to use to locate, collect and exchange electronically stored information in discovery.  (ECF No. 103, Exhibit 1 hereto, the "ESI Stipulation").  For the reasons stated in the ESI Stipulation, and for good cause shown, the Court grants the parties' request, and

**IT IS HEREBY ORDERED**:

1.     The ESI Stipulation is incorporated by reference herein.

2.     The Parties shall conduct electronic document discovery in accordance with the terms of the ESI Stipulation.

Date: May 18, 2021

*s/ Katherine Menendez*
Katherine Menendez
United States Magistrate Judge