# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

|  |  |  |
|---|---|---|
| | ) | COURT MINUTES - CIVIL |
| In re Resideo Technologies, Inc. | ) | BEFORE: KATE MENENDEZ |
| Securities Litigation | ) | U.S. Magistrate Judge |
| | ) | |
| | ) | Case No: 19-cv-2863-WMW-KMM |
| | ) | Date:        5/18/21 |
| | ) | Location: Telephonic |
| | ) | Time Commenced: 10:00 a.m. |
| | ) | Time Concluded:    10:54 a.m. |
| | ) | Total Time:        54 Minutes |

**APPEARANCES:**

<u>For Plaintiff:</u>    Andrew Entwistle, Brendan J. Brodeur, Sean M. Riegert, Ira A. Schochet, David Saldamando, Steven W. Pepich, X. Jay Alvarez, Brian L. Bleichner

<u>For Defendant:</u>    Jerry W. Blackwell, G. Tony Atwal, Charles D. Cording, Nicholas M.H. Reddick

**PROCEEDINGS:**

The Court held a telephonic pretrial conference. The Court will hold a status conference in September.

*s/KAT*

Judicial Assistant/Courtroom Deputy