UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 0:19-cv-02863-(WMW/KMM) |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Focused Growth and Income Fund f/k/a The Gabelli Focus Five Fund, The Gabelli Multimedia Trust Inc., The Gabelli Value 25 Fund Inc., GAMCO International SICAV, GAMCO Asset Management Inc., Naya 1740 Fund Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP and Nayawood LP, together with additional plaintiff Oklahoma Firefighters Pension and Retirement System, hereby move this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an Order:

(i) preliminarily approving the terms of the Settlement as set forth in the Stipulation and Agreement of Settlement, dated August 17, 2021 ("Stipulation");

(ii) provisionally certifying the Settlement Class for settlement purposes;

(iii) approving the form and matter of providing notice of the proposed Settlement to Class Members;

(iv) finding that the procedures established for distribution of the Notice and Claim Form and publication of the Summary Notice in the manner and form set forth in the Preliminary Approval Order constitute the best notice

       practicable under the circumstances, and comply with the notice requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, as amended, and all other applicable law and rules; and

(v)    setting out a schedule and procedures for: disseminating the Notice and Claim Form and publishing the Summary Notice; requesting exclusion from the Settlement Class; objecting to the Settlement, the proposed Plan of Allocation and/or Co-Lead Counsel's motion for attorneys' fees and payment of litigation expenses; and submitting papers in support of final approval of the Settlement; and scheduling a Settlement Hearing to consider final approval of the Settlement, the Plan of Allocation and Co-Lead Counsel's application for an award of attorneys' fees and litigation expenses.

In support of this motion, Lead Plaintiffs submit their Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and the Declaration of Andrew J. Entwistle and supporting Exhibits 1 through 4, including the Stipulation, attached as Exhibit 1, and the [Proposed] Order Granting Preliminary Approval of Class Action Settlement attached as Exhibit 2. Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

Dated: August 18, 2021                               Respectfully submitted,

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, Texas 78701
Telephone: (512) 710-5960
aentwistle@entwistle-law.com

*Lead Counsel for The Gabelli Plaintiffs and Co-Lead Counsel for the Class*

*/s/ Ira A. Schochet*
Ira A. Schochet (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
ischochet@labaton.com

*Lead Counsel for the Naya Group and Co-Lead Counsel for the Class*

*/s/ X. Jay Alvarez*
X. Jay Alvarez (*pro hac vice*)
Steven W. Pepich (*pro hac vice*)
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
jaya@rgrdlaw.com
stevep@rgrdlaw.com

*Counsel for Oklahoma Firefighters Pension and Retirement System*

*/s/ Bryan L. Bleichner*
Karl L. Cambronne (MN #14321)
Bryan L. Bleichner (MN #326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, Minnesota 55401
Telephone: (612) 339-7300
kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Plaintiffs' Liaison Counsel*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle