**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 0:19-cv-02863-(WMW/KMM) |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF <u>CLASS ACTION SETTLEMENT</u>**

I, Andrew J. Entwistle, declare as follows:

1.      I am Managing Partner at the law firm of Entwistle & Cappucci LLP ("Entwistle & Cappucci"). Entwistle & Cappucci and the law firm of Labaton Sucharow LLP serve as Co-Lead Counsel for the Court-appointed Lead Plaintiffs The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Focus Five Fund n/k/a The Gabelli Focused Growth and Income Fund, The Gabelli Multimedia Trust Inc., The Gabelli Value 25 Fund Inc., GAMCO International SICAV, GAMCO Asset Management Inc., Naya 1740 Fund Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP and Nayawood LP, together with additional plaintiff Oklahoma Firefighters Pension and Retirement System, in the above-captioned action.

2.      I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I submit this Declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulation andAgreement of Settlement dated August 17, 2021.

4.      Attached hereto as **Exhibit 2** is the [Proposed] Order Granting Preliminarily Approval of Class Action Settlement.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the report entitled *Securities Class Action Settlements – 2020 Review and Analysis*, published by Cornerstone Research.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the resume of JND Legal Administration.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.


Dated: August 18, 2021                                    */s/ Andrew J. Entwistle*
                                                           Andrew J. Entwistle

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Andrew J. Entwistle
Andrew J. Entwistle