# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 0:19-cv-02863 (WMW/BRT) |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FOR FINAL <u>CERTIFICATION OF THE SETTLEMENT CLASS</u>

PLEASE TAKE NOTICE that, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 135), Court-appointed Lead Plaintiffs The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Focused Growth and Income Fund f/k/a The Gabelli Focus Five Fund, The Gabelli Multimedia Trust Inc., The Gabelli Value 25 Fund Inc., GAMCO International SICAV, and GAMCO Asset Management Inc. (collectively the "Gabelli Group"), Naya 1740 Fund Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP, and Nayawood LP (collectively, the "Naya Group" and, with the Gabelli Group, "Lead Plaintiffs"), and Oklahoma Firefighters Pension and Retirement System (collectively with Lead Plaintiffs, "Plaintiffs") on behalf of themselves and the proposed Settlement Class, will move the Court, before the Honorable Wilhelmina M. Wright, on January 27, 2022 at 9:00 a.m., either in person at the United States District Court for the District of Minnesota, Courtroom 7A of the Warren E. Burger Federal Building and U.S.

Courthouse, 316 North Robert Street, Saint Paul, MN 55101, or by telephone or video

conference (in the discretion of the Court), or at such other location and time as set by the

Court, for entry of a Judgment approving the proposed Settlement as fair, reasonable, and

adequate and for entry of an Order approving the proposed Plan of Allocation as fair and

reasonable, and for final certification of the Settlement Class (defined in ECF 135 ¶ 1).

This motion is based on:

- Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and for Final Certification of the Settlement Class;

- Joint Declaration of Andrew J. Entwistle and Ira A. Schochet in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and for Final Certification of the Settlement Class; and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Awards Pursuant to 15 U.S.C. ¶78u-4(a)(4); and

- all other papers and proceedings in the Action.

A proposed Judgment and an Order granting the requested relief will be submitted with

Plaintiffs' reply papers after the January 6, 2022 deadline for objecting to the Settlement

and the Plan of Allocation, and requesting exclusion from the Settlement Class, has passed.

Dated: December 22, 2021                              Respectfully submitted,

/s/ Andrew J. Entwistle                              /s/ Ira A. Schochet
Andrew J. Entwistle (*pro hac vice*)                 Ira A. Schochet (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**                          **LABATON SUCHAROW LLP**
Frost Bank Tower                                     140 Broadway
401 Congress Avenue, Suite 1170                      New York, New York 10005
Austin, Texas 78701                                  Telephone: (212) 907-0700
Telephone: (512) 710-5960                            ischochet@labaton.com
aentwistle@entwistle-law.com

                                                     *Lead Counsel for the Naya Group and*
*Lead Counsel for The Gabelli Plaintiffs*            *Co-Lead Counsel for the Class*
*and Co-Lead Counsel for the Class*

*/s/ X. Jay Alvarez*

X. Jay Alvarez (*pro hac vice*)
Steven W. Pepich (*pro hac vice*)
**ROBBINS GELLER RUDMAN
& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
jaya@rgrdlaw.com
stevep@rgrdlaw.com

*Counsel for Oklahoma Firefighters
Pension and Retirement System*

*/s/ Bryan L. Bleichner*

Karl L. Cambronne (MN #14321)
Bryan L. Bleichner (MN #326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, Minnesota 55401
Telephone: (612) 339-7300
kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Plaintiffs' Liaison Counsel*