**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 0:19-cv-02863 (WMW/BRT) |

**CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND
AWARDS PURSUANT TO 15 U.S.C. § 78u-4(a)(4)**

PLEASE TAKE NOTICE that, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure and the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 135), Court-appointed Co-Lead Counsel Entwistle & Cappucci LLP ("Entwistle & Cappucci") and Labaton Sucharow LLP ("Labaton Sucharow") (collectively, "Co-Lead Counsel") will move the Court, before the Honorable Wilhelmina M. Wright, on January 27, 2022 at 9:00 a.m., either in person at the United States District Court for the District of Minnesota, Courtroom 7A of the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, MN 55101, or by telephone or video conference (in the discretion of the Court), or at such other location and time as set by the Court, for entry of an Order awarding from the Settlement Fund: (a) 25% of the Settlement Fund, *i.e.*, $13,750,000, plus any accrued interest, in attorneys' fees; (b) reimbursement of $349,575.75 in litigation expenses incurred, and (c) $22,500 in awards to Lead Plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(4). This motion is based on:

EC.00117863.3

- Memorandum of Law in Support of Co-Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Awards Pursuant to 15 U.S.C. § 78u-4(a)(4);

- Joint Declaration of Andrew J. Entwistle and Ira A. Schochet in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and for Final Certification of the Settlement Class; and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Awards Pursuant to 15 U.S.C. ¶78u-4(a)(4); and

- all other papers and proceedings in the Action.

A proposed Order granting the requested relief will be submitted with Co-Lead Counsel's reply papers after the January 6, 2022 deadline for objecting to the motion has passed.

Dated: December 22, 2021                         Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Entwistle* | */s/ Ira A. Schochet* |
| Andrew J. Entwistle (*pro hac vice*) | Ira A. Schochet (*pro hac vice*) |
| **ENTWISTLE & CAPPUCCI LLP** | **LABATON SUCHAROW LLP** |
| Frost Bank Tower | 140 Broadway |
| 401 Congress Avenue, Suite 1170 | New York, New York 10005 |
| Austin, Texas 78701 | Telephone: (212) 907-0700 |
| Telephone: (512) 710-5960 | ischochet@labaton.com |
| aentwistle@entwistle-law.com | |
| | *Lead Counsel for the Naya Group and* |
| *Lead Counsel for The Gabelli Plaintiffs* | *Co-Lead Counsel for the Class* |
| *and Co-Lead Counsel for the Class* | |
| | |
| */s/ X. Jay Alvarez* | */s/ Bryan L. Bleichner* |
| X. Jay Alvarez (*pro hac vice*) | Karl L. Cambronne (MN #14321) |
| Steven W. Pepich (*pro hac vice*) | Bryan L. Bleichner (MN #326689) |
| **ROBBINS GELLER RUDMAN** | **CHESTNUT CAMBRONNE PA** |
| **& DOWD LLP** | 100 Washington Avenue South |
| 655 West Broadway, Suite 1900 | Suite 1700 |
| San Diego, California 92101 | Minneapolis, Minnesota 55401 |
| Telephone: (619) 231-1058 | Telephone: (612) 339-7300 |
| jaya@rgrdlaw.com | |

stevep@rgrdlaw.com

*Counsel for Oklahoma Firefighters*
*Pension and Retirement System*

kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Plaintiffs' Liaison Counsel*

EC.00117863.3

3