# EXHIBIT 9

DocuSign Envelope ID: 2E4F8415-C07D-4B06-9505-AC165ACCB693

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 0:19-cv-02863-(WMW/KMM) |

**DECLARATION OF IAN WYLIE IN SUPPORT OF MOTIONS FOR (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, IAN WYLIE, declare as follows:

1.      I am the Partner and Chief Operating Officer of Naya Capital Management UK Limited, authorized representative of Naya 1740 Fund Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP and Nayawood LP (collectively, the "Naya Group"), which serves as one of the Court-appointed lead plaintiffs in this securities class action (the "Action"). I submit this declaration in support of the Motions for: (i) Final Approval of Class Action Settlement and Plan of Allocation; and (ii) Award of Attorneys' Fees and Reimbursement of Litigation Expenses.[1] I have personal knowledge of the matters set forth in this Declaration and, if called upon, I could and would testify competently thereto.

2.      The Naya Group is comprised of pooled investment funds managed by Naya Capital Management UK Limited Funds. The Naya Group manages assets valued at approximately $4 billion USD.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings set forth in the Stipulation and Agreement of Settlement, dated August 17, 2021 (the "Stipulation"). (ECF No. 127-1).

1

## I.    The Naya Group's Oversight of this Action

3.    I, on behalf of the Naya Group, am aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995. In January 2020, the Naya Group, together with the Gabelli Group, were appointed by the Court as Lead Plaintiffs in this Action.

4.    On behalf of the Naya Group, during the course of the Action, I have had regular communications with attorneys at Labaton Sucharow LLP ("Labaton Sucharow"), Court-appointed co-Lead Counsel for the proposed class. The Naya Group, through my active and continuous involvement, closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and settlement of the Action.

5.    In particular, throughout the course of the Action, I and other professionals at the Naya Group: (a) regularly communicated with Labaton Sucharow by email and telephone regarding the posture and progress of the Action, including the progress of discovery; (b) reviewed pleadings and briefs filed in the Action; and (c) provided documents and information to our counsel, as requested.  In addition, we consulted with counsel concerning the strategy for and the status of the settlement negotiations, in connection with the formal mediation and thereafter. The Naya Group evaluated and ultimately approved the proposed Settlement Amount, as well as the material terms provided for in the Settlement Agreement.

6.    In total, I estimate that I and my colleagues at the Naya Group devoted at least 40 hours to the prosecution of this Action.

## II.     The Naya Group Strongly Endorses the Settlement

7.      Based on its involvement throughout the prosecution and resolution of the claims, the Naya Group strongly endorses the proposed Settlement. The Naya Group believes the proposed Settlement provides an excellent recovery for the Settlement Class, particularly in light of the substantial risks of continuing to prosecute the claims in the Action weighed against the immediate guaranteed benefit of the proposed cash recovery.

## III.    The Naya Group Supports Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses

8.      The Naya Group believes that Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable given the work Lead Counsel performed on behalf of Lead Plaintiffs and the Settlement Class. The Naya Group takes seriously its duty, as a Lead Plaintiff, to ensure that attorneys' fees are fair given the result achieved, and to reasonably compensate counsel for the work involved and risks undertaken in litigating the Action. The Naya Group has evaluated Lead Counsel's fee request by considering the work performed, the substantial recovery obtained for the Settlement Class, and the risks of the Action.

9.      The Naya Group further believes that the Litigation Expenses, of no more than $500,000, being requested are reasonable under the circumstances of this case.

10.     Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at an efficient cost, the Naya Group fully approves and supports an award of attorneys' fees to Lead Counsel in the amount of 25% of the Settlement Amount, as well as reimbursement of Litigation Expenses.

3

DocuSign Envelope ID: 2E4F8415-C07D-4B06-9505-AC16FACCB693

## IV.    Conclusion

11.    In conclusion, the Naya Group was closely involved throughout the prosecution and settlement of the claims in this Action, strongly endorses the Settlement as fair, reasonable and adequate and believes that it represents a significant recovery for the Settlement Class. The Naya Group respectfully requests that the Court approve Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of Lead Plaintiffs Naya 1740 Fund Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP and Nayawood LP.

Executed this 12/18/2021 day of December 2021

By: Ian Wylie
40C67F6AB0DE48E...
IAN WYLIE

4