**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Civil Action No. 19-CV-02863-WMW-BRT
Consolidated with Civil Action Nos. 19-CV-02889, 19-CV-03133, and 20-CV-00094

**IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION**

---

**DECLARATION OF CHARLES D. CORDING**

---

I, Charles D. Cording, declare as follows:

1.      I am a member of the law firm of Willkie Farr & Gallagher LLP, counsel for Defendants Resideo Technologies Inc., Michael G. Nefkens, Joseph D. Ragan III, and Niccolo de Masi (the "Defendants"). Unless otherwise stated, the following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

2.      The Plaintiffs filed a Stipulation of Settlement with this Court on August 18, 2021. Less than 10 days after the filing of the Stipulation of Settlement, on August 24, 2021, I caused to be mailed via priority mail on behalf of all of the Defendants a notice of proposed class action settlement, pursuant to 28 U.S.C. § 1715 (the "CAFA Notice"). The CAFA Notice was mailed to the United States Attorney General, and the attorneys general of each of the 50 states, the District of Columbia, the United States Virgin Islands, Puerto Rico, American Samoa, Guam, and the Northern Mariana Islands.

3.      The CAFA Notice included a cover letter from myself and a CD-ROM enclosed with each cover letter. The cover letter provided notice of the settlement, and with the CD-ROM,

contained the information and documents required by 28 U.S.C. § 1715. Specifically, the letter and the CD-ROM provided: (1) the original and amended complaints and materials filed with those complaints; (2) a copy of the Stipulation of Settlement as filed with the court on August 18, 2021; (3) a notice of pendency and proposed settlement of class action and motion for attorneys' fees and expenses; (4) a proof of claim and release form; (5) a summary notice of pendency and proposed settlement of class action and motion for attorneys' fees and expenses; (6) a proposed order granting preliminary approval of the class action settlement; (7) a proposed judgment approving the class action settlement; and (8) notice of a confidential supplemental agreement. The cover letter also provided that, as of the date of the letter, the Court had scheduled a final hearing with respect to the proposed settlement for November 29, 2021 at 11:00 am (CT).

4.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      The cover letter distributed as part of the CAFA Notice on August 24, 2021.

Exhibit B:      A complete list of the attorneys general to whom the CAFA Notices were sent.

5.      At the time of executing this declaration on the date noted below, I am not aware of any responses, objections, or outstanding inquiries to the CAFA Notice by any of the persons to whom a CAFA notice was mailed.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of January, 2022 in Washington, D.C.

*/s/ Charles D. Cording*_____
Charles D. Cording