# EXHIBIT A

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 23, 2021

**VIA PRIORITY MAIL**
**RETURN RECEIPT REQUESTED**

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

State Attorneys General Listed on Appendix A

Re:    CAFA Notice of Proposed Class Action Settlement
       In re Resideo Technologies, Inc. Securities Litigation, 19-CV-02863-WMW-KMM

Dear Sir or Madam:

This notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 in connection with, and on behalf of Defendants in the below-referenced class action ("the Action"). Lead Plaintiffs have filed for Preliminary Approval of a settlement in the Action and requested that the Court, among other things, preliminarily certify a settlement class, approve the form of notice to class members, and schedule a final settlement hearing for November 29, 2021.

|  |  |
|---|---|
| **Case Name**: | In re Resideo Technologies, Inc. Securities Litigation |
| **Case Number:** | 19-CV-02863-WMW-KMM |
| **Jurisdiction:** | United States District Court for the District of Minnesota |
| **Settlement filed:** | August 18, 2021 |

Pursuant to 28 U.S.C § 1715(b), the enclosed CD-ROM contains the following documents filed in this Action:

1. Complaint(s) and materials filed with the complaints
   a. Original Complaint in 19-CV-02863-WMW-KMM (filed November 8, 2019)
      i. Plaintiff's Certification (filed November 8, 2019)
   b. Original Complaint in 19-CV-02889 (filed November 12, 2019)
      i. Plaintiff's Certification (filed November 12, 2019)
   c. Original Complaint in 19-CV-03133 (filed December 20, 2019)
      i. Plaintiff's Certification (filed December 20, 2019)

    d.  Original Complaint in 20-CV-00094 (filed January 7, 2020)
        i.  Plaintiff's Certification (filed January 7, 2020)
    e.  Consolidated Amended Complaint in 19-CV-02863-WMW-KMM (filed April 10, 2020)
        i.  Plaintiffs' Certifications (each filed April 10, 2020)

2. Stipulation of Settlement (filed August 18, 2021), with the following exhibits (all proposed):
   a. Order Granting Preliminary Approval of Class Action Settlement
   b. Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses
   c. Proof of Claim and Release Form
   d. Summary Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses
   e. Judgment Approving Class Action Settlement

3. Confidential Supplemental Agreement

The Settlement Class includes beneficial shareholders of Resideo Technologies, Inc. whose stock may be held by third parties. Accordingly, it is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C § 1715(b)(7). We believe that the Settlement Class is sufficiently numerous as to potentially include Class Members in all 50 U.S. States and the District of Columbia. There may also be Class Members residing in U.S. territories and associated states.

If you have any questions regarding this notice, the proposed settlement, or other details of this case, please contact defense counsel at:

        Willkie Farr & Gallagher LLP
        Attn: Tariq Mundiya, Esq.
        Charles Cording, Esq.
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111
        Email: tmundiya@willkie.com
              ccording@willkie.com

*Counsel for Defendants Resideo Technologies Inc., Michael G. Nefkens, Joseph D. Ragan III, and Niccolo de Masi.*

2

Regards,

*/s/ Charles D. Cording*
Charles D. Cording

Enclosures

## Appendix A

- Steven Marshall, Attorney General
  501 Washington Avenue, P.O. Box 300152
  Montgomery, AL 36130-0152

- Treg Taylor, Attorney General
  1031 W. 4th Avenue, Suite 200
  Anchorage, AK 99501-1994

- Mark Brnovich, Attorney General
  2005 N. Central Avenue
  Phoenix, AZ 85004

- Leslie Rutledge, Attorney General
  323 Center St., Suite 200
  Little Rock, AR 72201-2610

- CAFA Coordinator
  Office of the Attorney General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102

- Phil Weiser, Attorney General
  Colorado Department of Law
  Ralph L. Carr Colorado Judicial Center
  1300 Broadway, 10th Floor
  Denver, CO 80203

- William Tong, Attorney General
  165 Capitol Avenue
  Hartford, CT 06106

- Kathy Jennings, Attorney General
  Delaware Department of Justice
  820 N. French St.
  Wilmington, DE 19801

- Karl A Racine, Attorney General
  400 6th St. NW
  Washington, DC 20001

4

- Ashley Moody, Attorney General
  Office of the Attorney General
  State of Florida
  The Capitol PL-01
  Tallahassee, FL 32399-1050

- Chris Carr, Attorney General
  40 Capitol Square, SW
  Atlanta, GA 30334-1300

- Clare E Connors, Attorney General
  Department of the Attorney General
  424 Queen St.
  Honolulu, HI 96813

- Lawrence Wasden, Attorney General
  700 W. Jefferson St., Suite 210 P.O. Box 83720
  Boise, ID 83720-1000

- Kwame Raoul, Attorney General
  James R. Thompson Ctr.
  100 W. Randolph St.
  Chicago, IL 60601

- Todd Rokita, Attorney General
  Indiana Government Center South – 5th Floor
  302 W. Washington St.
  Indianapolis, IN 46204

- Tom Miller, Attorney General
  Hoover State Office Bldg.
  1305 E. Walnut
  Des Moines, IA 50319

- Derek Schmidt, Attorney General
  120 SW 10th Ave., 2nd Floor
  Topeka, KS 66612

- Daniel Cameron, Attorney General
  700 Capitol Avenue, Suite 118
  Frankfort, KY 40601

5

- Jeff Landry, Attorney General
  State of Louisiana Department of Justice
  P.O. Box 94005
  Baton Rouge, LA 70804-9005

- Aaron Frey, Attorney General
  State House Station 6
  Augusta, ME 04333

- Brian Frosh, Attorney General
  200 St. Paul Place
  Baltimore, MD 21202-2202

- Maura Healey, Attorney General
  1 Ashburton Place, 20th Floor
  Boston, MA 02108-1698

- Dana Nessel, Attorney General
  525 W. Ottawa St., P.O. Box 30212
  Lansing, MI 48909-0212

- Keith Ellison, Attorney General
  445 Minnesota St., Suite 1400
  Saint Paul, MN 55101-2131

- Lynn Fitch, Attorney General
  P.O. Box 220
  Jackson, MS 39205

- Eric Schmitt, Attorney General
  Missouri Attorney General's Office
  Supreme Court Building
  207 W. High St, P.O. Box 899
  Jefferson City, MO 65102

- Austin Knudsen, Attorney General
  215 N. Sanders
  Helena, MT 59620-1401

- Doug Peterson
  2115 State Capitol, P.O. Box 98920
  Lincoln, NE 68509-8920

6

- Aaron D. Ford, Attorney General
  555 E. Washington Ave., Suite 3900
  Las Vegas, NV 89101

- John Formella, Attorney General
  33 Capitol St.
  Concord, NH 03301

- Andrew J. Bruck, Attorney General
  Richard J. Hughes Justice Complex
  25 Market St., P.O. Box 080
  Trenton, NJ 08625

- Hector Balderas, Attorney General
  Villagra Building
  408 Galisteo St.
  Santa Fe, NM 87501

- CAFA Coordinator
  Office of the Attorney General
  28 Liberty St., 15th Floor
  New York, NY 10005

- Josh Stein, Attorney General
  9001 Mail Service Center
  Raleigh, NC 27699-9001

- Wayne Stenehjem, Attorney General
  600 E. Boulevard Ave., Dept. 125
  Bismarck, ND 58505-0040

- Dave Yost, Attorney General
  30 E. Broad St., 14th Floor
  Columbus, OH 43215

- John O'Connor, Attorney General
  313 NE 21st St.
  Oklahoma City, OK 73105

- Ellen F. Rosenblum, Attorney General
  1162 Court St., NE
  Salem, OR 97301

- Josh Shapiro, Attorney General
  Strawberry Square, 16th Floor
  Harrisburg, PA 17120

- Peter F. Neronha, Attorney General
  150 S. Main St.
  Providence RI 02903

- Alan Wilson, Attorney General
  P.O. Box 11549
  Columbia, SC 29211

- Jason Ravnsborg, Attorney General
  Office of the Attorney General
  1302 East Highway 14, Suite 1
  Pierre, SD 57501-8501

- Herbert H Slatery III, Attorney General
  Office of the Attorney General and Reporter
  P.O. Box 20207
  Nashville, TN 37202-0207

- Ken Paxton, Attorney General
  Office of the Attorney General
  P.O. Box 12548
  Austin, TX 78711-2548

- Sean Reyes, Attorney General
  Office of the Attorney General
  P.O. Box 142320
  Salt Lake City, UT 84114-2320

- TJ Donovan, Attorney General
  109 State St.
  Montpelier, VT 05609-1001

- Mark Herring, Attorney General
  202 N. Ninth St.
  Richmond, VA 23219

- Bob Ferguson, Attorney General
  1125 Washington St. SE, P.O. Box 40100
  Olympia, WA 98504-0100

- Patrick Morrisey, Attorney General
  State Capitol Complex, Bldg. 1, Room E-26
  Charleston, WV 25305

- Josh Kaul, Attorney General
  State Capitol Complex, Room 114 East
  P.O. Box 7857
  Madison, WI 53707-7857

- Bridget Hill, Attorney General
  109 State Capitol
  Cheyenne, WY 82002

- Fainu'ulelei Falefatu Ala'ilima-Utu, Attorney General
  American Samoa Government
  Executive Office Bldg., 3rd Floor, P.O. Box 7
  Utulei, AS 96799

- Leevin Taitano Camacho, Attorney General
  ITC Building
  590 S. Marine Corps Dr. Ste. 901
  Tamuning, GU 96913

- Edward Manibusan, Attorney General
  Caller Box 10007
  Saipan, MP 96950-8907

- Domingo Emanuelli Hernandez, Attorney General
  P.O. Box 9020192
  San Juan, PR 00902-0192

- Denise N. George, Attorney General
  Office of the Attorney General
  GERS Building
  3438 Kronprindsens Gade, 2nd Floor
  St. Thomas, VI 00802