**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 19-cv-02863 (WMW/BRT) |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING (A) MAILING OF NOTICE AND CLAIM FORM; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Luiggy Segura, declare and state as follows, pursuant to 28 U.S.C. § 1746:

1. I am a Senior Director employed by JND Legal Administration ("JND"). The following statements are based on my personal knowledge and information provided by other JND employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. JND was retained by Lead Counsel in the above-captioned litigation (the "Action") and appointed pursuant to the Court's Order Granting Plaintiffs' Motion For Preliminary Approval of Class Action Settlement, dated October 21, 2021 (ECF No. 135, the "Preliminary Approval Order"), to serve as the Claims Administrator. I submit this Supplemental Declaration in order to provide the Court with additional information regarding the mailing of the Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses (the "Notice"), and the Proof of Claim and Release Form (the "Proof of Claim" and collectively with the Notice, the "Notice Packet"); exclusions and objections received to date; and the claims received to date.

**DISSEMINATION OF THE NOTICE PACKET**

3. As described in the Declaration of Luiggy Segura Regarding (A) Mailing of the Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for

1

Exclusion Received to Date, dated December 22, 2021 (the "Initial Mailing Declaration"), previously filed with the Court (ECF No. 144-2), in accordance with the Preliminary Approval Order, JND commenced the mailing of the Notice Packets to potential Class Members on November 4, 2021.

4.      As of January 18, 2022, a total of 469,079 Notice Packets have been disseminated to potential Class Members and banks, brokers, and other nominees ("Nominees") by first-class mail.

5.      As of January 18, 2022, 4,134 Notice Packets have been returned by the United States Postal Service to JND as undeliverable.  Of those returned, 3,197 had forwarding addresses and were promptly re-mailed to the updated address.

## EXCLUSION REQUESTS

6.      The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be mailed to Resideo Technologies Settlement, c/o JND Legal Administration, PO Box 91250, Seattle, WA 98111, such that they are received no later than January 6, 2022.  The Notice also set forth the information that must be included in each request for exclusion.  JND monitors all mail delivered to the PO Box for the Action.  As of January 18, 2022, JND has received 14 requests for exclusion. JND has reviewed the transactional information provided by the requesters who provided it, and those requesters collectively acquired 226 shares of Resideo common stock during the Class Period.  Attached hereto as Exhibit A are copies of the requests for exclusion, with personal information such as complete home address, phone numbers, and account numbers redacted for privacy.

## OBJECTIONS

7.      On December 27, 2021, JND posted copies of Plaintiffs' and Co-Lead Counsel's motions in support of approval of the Settlement, Plan of Allocation and fee and expense request on the Settlement website maintained by JND.

2

8.      Although Settlement Class Members that wish to object to the Settlement, the request for attorneys' fees and expenses, or the proposed plan of allocation were to file objections with the Clerk of the Court and mail them to counsel, JND has checked its mail as well and, as of the date of this Supplemental Declaration, JND has received no objections, nor have they received any notices of request to appear.[1]

## CLAIMS RECEIVED TO DATE

9.      The Notice also informed potential members of the Settlement Class that if they wished to receive a payment from the Settlement, they must submit a Claim Form to JND, with supporting documentation, postmarked or received by March 4, 2022.  Through January 18, 2022, JND has received a total of 6,498 claims.  Of note, many institutional investors and custodians file very close to or on the actual claim deadline, rather than in advance, so it is anticipated that the claim count will increase substantially.  Also, claims that are postmarked on the claim deadline will not be received for several days.  It is typical to receive claims after the claim deadline in cases similar to this one, and they are processed as they are received.  Pursuant to the Preliminary Approval Order, ¶11, late claims may be allowed by the Court on a post-judgment motion, or in Lead Counsel's discretion, and it is typical to receive and allow late claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 20, 2022, in New Hyde Park, New York.

*Luiggy Segura*

Luiggy Segura

---

[1] On January 18, 2022, JND updated the Settlement Website to include the Notice of Settlement Hearing By Zoom and the telephone instructions for the public.