# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

|  |  |
|---|---|
| ) | **COURT MINUTES** |
| ) | BEFORE: Wilhelmina M. Wright, |
| ) | United States District Judge |
| ) |  |

In Re Resideo Technologies, Inc.
Securities Litigation

| ) | Case No: | 19-cv-2863 (WMW/BRT) |
|---|---|---|
| ) | Date: | January 27, 2022 |
| ) | Courthouse: | Minneapolis |
| ) | Courtroom: | 13W via videoconference |
| ) | Deputy: | Mona Eckroad |
| ) | Court Reporter: | Lori Simpson |
| ) | Time in Court: | 9:02 a.m. – 9:28 a.m. |
| ) | Total time: | 26 Minutes |

**APPEARANCES:**

Plaintiffs:    Andrew Entwistle (appeared via videoconference)
Bryan L. Bleichner (appeared via videoconference)
Brendan J. Brodeur (appeared via videoconference)
Ira A. Schochet (appeared via videoconference)
Nicole M. Zeiss (appeared via videoconference)

Defendants:  Charles Dean Cording (appeared via videoconference)
Gurdip S. Atwal (appeared via videoconference)
Nicholas M. H. Reddick (appeared via videoconference)

**HEARING ON:**

Motion for Approval of Settlement Plaintiff's Motion for Final Approval of Class Action Settlement and Plan Allocation and for Final Certification of the Settlement Class. [140]

Motion for Attorney Fees Co-Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Awards. [142]

**PROCEEDINGS:**

The motions hearing was held via videoconference. The motions were argued and taken under advisement. Order to follow.

s/Mona Eckroad
Courtroom Deputy