## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Civil Action No. 0:19-cv-02863 (WMW/BRT) |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND JUDGMENT

Plaintiffs,[1] on behalf of themselves and the Settlement Class, hereby move the Court, pursuant to Fed. R. Civ. P. 59(e), to amend its March 25, 2022 Judgment (ECF 159) and enter an amended judgment explicitly stating that the action is dismissed with prejudice. As grounds for this motion, Plaintiffs state as follows:

1.  On August 17, 2021, the parties to this action agreed, subject to Court approval, to settle all claims on a class-wide basis.

2.  Among other things, Plaintiffs agreed to dismiss all claims with prejudice, and Defendants agreed to pay or cause to be paid the settlement amount of $55 million for the benefit of the Class. (*See* ECF 127-1, the "Stipulation").

---

[1] Plaintiffs are Court-appointed Lead Plaintiffs The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Focused Growth and Income Fund f/k/a The Gabelli Focus Five Fund, The Gabelli Multimedia Trust Inc., The Gabelli Value 25 Fund Inc., GAMCO International SICAV, and GAMCO Asset Management Inc. (collectively the "Gabelli Group"), Naya 1740 Fund Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP, and Nayawood LP (collectively, the "Naya Group" and, with the Gabelli Group, "Lead Plaintiffs"), and Oklahoma Firefighters Pension and Retirement System.

3.    The Stipulation provides that: "Defendants shall have, in their sole and absolute discretion, the option to terminate the Settlement in its entirety in the event that the Judgment, or an Alternative Judgment, upon becoming Final, does not provide for the dismissal with prejudice of the Action against any Defendant." (¶ 38(e)).

4.    Following the Court's preliminary approval of the proposed settlement and certification of a settlement class (ECF 135), and a robust notice program, the Court approved the settlement (ECF 158) and entered judgment (ECF 159).

5.    Although the Judgment finally approves the Settlement Agreement (which itself provides for dismissal with prejudice), the Judgment does not explicitly state that the action is dismissed with prejudice.

6.    All Defendants have, through counsel, requested that Plaintiffs file this motion, and have advised that they assent to the relief sought herein.

**THEREFORE,** Plaintiffs respectfully request that the Court enter an amended judgment that, for the avoidance of doubt, explicitly states that the action is dismissed with prejudice. A proposed amended judgment is attached hereto as Exhibit 1 and is being contemporaneously transmitted to chambers by email. A redline comparing the proposed amended judgment to the March 25, 2022 Judgment is attached hereto as Exhibit 2.

Dated: April 4, 2022                              Respectfully submitted,

/s/ Andrew J. Entwistle
Andrew J. Entwistle (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 710-5960
aentwistle@entwistle-law.com

*Lead Counsel for The Gabelli Plaintiffs
and Co-Lead Counsel for the Class*

/s/ Ira A. Schochet
Ira A. Schochet (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
ischochet@labaton.com

*Lead Counsel for the Naya Group and
Co-Lead Counsel for the Class*

/s/ X. Jay Alvarez
X. Jay Alvarez (*pro hac vice*)
Steven W. Pepich (*pro hac vice*)
**ROBBINS GELLER RUDMAN
& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
jaya@rgrdlaw.com
stevep@rgrdlaw.com

*Counsel for Oklahoma Firefighters
Pension and Retirement System*

/s/ Bryan L. Bleichner
Karl L. Cambronne (MN #14321)
Bryan L. Bleichner (MN #326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, Minnesota 55401
Telephone: (612) 339-7300
kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Plaintiffs' Liaison Counsel*