UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE RESIDEO TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No. 0:19-cv-02863-(WMW/BRT) |

**PLAINTIFFS' UNOPPOSED MOTION FOR
CLASS DISTRIBUTION ORDER**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs The Gabelli Asset Fund, The Gabelli Dividend & Income Trust, The Gabelli Focused Growth and Income Fund f/k/a The Gabelli Focus Five Fund, The Gabelli Multimedia Trust Inc., The Gabelli Value 25 Fund Inc., GAMCO International SICAV, GAMCO Asset Management Inc., Naya 1740 Fund Ltd., Naya Coldwater Fund Ltd., Naya Master Fund LP and Nayawood LP, together with additional plaintiff Oklahoma Firefighters Pension and Retirement System (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, move this Court for entry of the proposed Order approving distribution of the Net Settlement Fund to eligible Claimants, submitted herewith.

In support of this Motion, Plaintiffs submit their Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Class Distribution Order, and the Declaration of Luiggy Segura in Support of Plaintiffs' Motion for Class Distribution Order and supporting Exhibits A through F. This Motion is unopposed by Defendants and, pursuant to the

Stipulation and Agreement of Settlement, dated August 17, 2021, they have no interest in the requested relief.

Dated: August 11, 2023                          Respectfully submitted,

/s/ Andrew J. Entwistle                          /s/ Ira A. Schochet
Andrew J. Entwistle (*pro hac vice*)             Ira A. Schochet (*pro hac vice*)
**ENTWISTLE & CAPPUCCI LLP**                     **LABATON SUCHAROW LLP**
500 W. 2nd Street, Suite 1900                    140 Broadway
Austin, Texas 78701                              New York, New York 10005
Telephone: (512) 710-5960                        Telephone: (212) 907-0700
aentwistle@entwistle-law.com                     ischochet@labaton.com

*Lead Counsel for The Gabelli Plaintiffs*        *Lead Counsel for the Naya Group and*
*and Co-Lead Counsel for the Class*              *Co-Lead Counsel for the Class*


/s/ X. Jay Alvarez                               /s/ Bryan L. Bleichner
X. Jay Alvarez (*pro hac vice*)                  Bryan L. Bleichner (MN #326689)
Steven W. Pepich (*pro hac vice*)                **CHESTNUT CAMBRONNE PA**
**ROBBINS GELLER RUDMAN**                        100 Washington Avenue South
 **& DOWD LLP**                                  Suite 1700
655 West Broadway, Suite 1900                    Minneapolis, Minnesota 55401
San Diego, California 92101                      Telephone: (612) 339-7300
Telephone: (619) 231-1058                        bbleichner@chestnutcambronne.com
jaya@rgrdlaw.com
stevep@rgrdlaw.com                               *Plaintiffs' Liaison Counsel*

*Counsel for Oklahoma Firefighters*
*Pension and Retirement System*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

> */s/ Andrew J. Entwistle*
> Andrew J. Entwistle