# EXHIBIT A

# DEFICIENCY NOTICES

**JND** LEGAL ADMINISTRATION

Claim ID:

*Resideo Technologies Settlement*
**c/o JND Legal Administration**
**P.O. Box 91250**
**Seattle, WA 98111**

**Email: info@ResideoTechnologiesSettlement.com**
**Toll-Free Number: 833-823-0043**
**Settlement Website: www.ResideoTechnologiesSettlement.com**

**Mailing Date:**
**Response Due Date:**

**Claim ID:**

**Eligible Security: Resideo Technologies, Inc.**
**Common stock (including the Spin-Off shares from**
**Honeywell International, Inc.)**

**Class Period: October 15, 2018 through November 6,**
**2019, inclusive**

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release Form you submitted in the above-referenced securities litigation settlement. We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies/ineligibility conditions, you must submit a written response with any required documentation as specified below, postmarked no later than the due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent those conditions remain uncured. This is the only notice you will receive with respect to this Claim.** If you want to know whether the deficiency or ineligibility conditions have been cured, please contact us at the telephone number or email address noted above.

**Reason for deficiency/ineligibility (Please see below for explanation):**
**NO PURCHASES WERE CLAIMED IN THE CLASS PERIOD**



Claim ID:

**Explanation of Claim Deficiency/Ineligibility:**

### NO PURCHASES WERE CLAIMED IN THE CLASS PERIOD

This Claim does not contain any purchases of Resideo Technologies, Inc. Common Stock or "Spin-Off" shares during the Settlement Class Period, i.e., from October 15, 2018 through November 6, 2019 inclusive.

**How To Fix:**

You can only resolve this deficiency by submitting supporting documentation with purchases of Resideo Technologies, Inc. Common Stock or "Spin-Off" shares during the Class Period.

Claim ID:

**Please note, even if you cure the noted deficiencies/conditions of ineligibility, your Claim must also calculate to a Recognized Loss under the Court approved Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.**

If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to us at the address indicated above no later than the response deadline set forth above.  Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim;" (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your arguments.  A copy of this letter must be included with your request for Court review.  PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above. **This is the only notice you will receive with respect to this Claim.**

Sincerely,

JND Legal Administration

JND LEGAL ADMINISTRATION

Claim ID:

*Resideo Technologies Settlement*
**c/o JND Legal Administration**
**P.O. Box 91250**
**Seattle, WA 98111**

**Email: info@ResideoTechnologiesSettlement.com**
**Toll-Free Number: 833-823-0043**
**Settlement Website: www.ResideoTechnologiesSettlement.com**

**Mailing Date:**
**Response Due Date:**

**Claim ID**:

**Eligible Security: Resideo Technologies, Inc.**
**Common stock (including the Spin-Off shares from**
**Honeywell International, Inc.)**

**Class Period: October 15, 2018 through November 6,**
**2019, inclusive**

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release Form you submitted in the above-referenced securities litigation settlement. We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies/ineligibility conditions, you must submit a written response with any required documentation as specified below, postmarked no later than the due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent those conditions remain uncured. This is the only notice you will receive with respect to this Claim.** If you want to know whether the deficiency or ineligibility conditions have been cured, please contact us at the telephone number or email address noted above.

**Reason for deficiency/ineligibility (Please see below for explanation):**

**NO DOCUMENTATION PROVIDED FOR CERTAIN TRANSACTION(S)/POSITION(S)**

Claim ID:

**Explanation of Transaction Deficiency/Ineligibility:**

**NO DOCUMENTATION PROVIDED FOR CERTAIN TRANSACTION(S)/POSITION(S)**

Acceptable documentation was not provided for the transaction(s)/position(s) below.

**How To Fix:**

You can resolve this condition of ineligibility by submitting acceptable documentation to support the transactions listed below. Acceptable documentation includes securities broker's confirmation slips, month- and year-end account statements or similar documentation (self-generated documents are not acceptable).

**JND** | LEGAL ADMINISTRATION

Claim ID:

| Transaction Deficiency Details: | | | | | |
|---|---|---|---|---|---|
| **NO DOCUMENTATION PROVIDED FOR CERTAIN TRANSACTION(S)/POSITION(S)** | | | | | |
| Security Type | Transaction Type | Trade Date | Number Of Shares | Share Price | Total Price |
| | | | | | |

**Please note, even if you cure the noted deficiencies/conditions of ineligibility, your Claim must also calculate to a Recognized Loss under the Court approved Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.**

If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to us at the address indicated above no later than the response deadline set forth above.  Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim;" (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your arguments.  A copy of this letter must be included with your request for Court review.  PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above. **This is the only notice you will receive with respect to this Claim.**

Sincerely,

JND Legal Administration