UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Resideo Technologies, Inc., Securities Litigation | Case No. 19-cv-2863 (WMW/BRT) <br><br> **Class Distribution Order** |

# CLASS DISTRIBUTION ORDER

Before the Court is Plaintiffs' motion for approval of a distribution of the Net Settlement Fund to eligible Claimants. (Dkt. 165.) Based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED**, that:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement ("Stipulation"), dated August 17, 2021, and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation or the Declaration of Luiggy Segura in Support of Plaintiffs' Unopposed Motion for Class Distribution Order, dated August 9, 2023 ("Distribution Declaration" or "Distribution Decl.").

2. The administrative recommendations of JND Legal Administration ("JND" or "Claims Administrator"), the Court-appointed Claims Administrator, to accept the Proof of Claim and Release forms ("Claim Forms"), including the late but otherwise eligible Claim Forms, listed in Exhibits C and D to the Distribution Declaration, are **APPROVED**.

3. As determined by the Claims Administrator, wholly rejected or otherwise ineligible Claim Forms, listed in Exhibit E, are **REJECTED**.

4. The distribution of the Net Settlement Fund to Authorized Claimants is **AUTHORIZED** and must be conducted in accordance with the Stipulation, the Court-approved Plan of Allocation and the distribution plan for payment of the Net Settlement Fund ("Distribution Plan") set forth in paragraph 47 of the Distribution Declaration, which is hereby **APPROVED**.

5. At such time as Co-Lead Counsel, in consultation with JND, determine that further distributions of any unclaimed funds remaining in the Net Settlement Fund are not cost effective, any residual amount may be donated to the American Red Cross.

6. No new Claim Forms may be accepted or adjusted after July 6, 2023.

7. A payment in the amount of $42,747.69 from the Settlement Fund for JND's estimate of its fees and expenses to be incurred in connection with the Initial Distribution of the Net Settlement Fund is **AUTHORIZED**. If the incurred fees and expenses for the Initial Distribution are lower than the estimate, the Claims Administrator shall promptly reimburse the Net Settlement Fund.

8. The administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation.

9. The Claims Administrator is authorized to destroy paper copies of the Claim Forms and all supporting documents one year after the Second Distribution of the Net Settlement Fund, if that occurs, or, if there is no Second Distribution, two years after

the Initial Distribution, and to destroy electronic copies of the same one year after all funds have been distributed.

10. The Court retains jurisdiction to consider further applications concerning the administration of the Settlement and such other and further relief as this Court deems appropriate.

Dated: October 10, 2023                    s/ Wilhelmina M. Wright
                                                                Wilhelmina M. Wright
                                                              United States District Judge